UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL BOTTORFF                          )
DAVID BUTLER                             )
MICHAEL COPELY                           )
JOHN DEHART                              )
THOMAS EDWARDS                           )
TYLER ESSELMAN                           )
OBIAMA EZE                               )
JONATHAN FERRER                          )
MICHAEL FISSLER                          )
BERNARD GROSSWILER                       )
JASON HARRISON                           )
JAMES HENRY                              )
DYLAN HIBBERT                            )
ROBERT HOWARD                            )
MICHAEL HUNSUCKER                        )
DARRELL INMON                            )
STEVEN JULIANA                           )
MATTHEW LEWIS                            )
ANTHONY LYNN                             )
NICHOLAS MCCARTY                         )
ERNEST MOORE                             )
RYAN NINEDORF                            )
TIMOTHY PAWLOSKI                         )
CARLOS QUARRY                            )
WILLIAM  RENFROE                         )
JAVIEL RIVERA                            )
RANDALL SANDLIN                          )
JONATHAN SCHMIDT                         )
JONATHAN THOMPSON                        )
JASON VILLARREAL                         )
MICHAEL YOST                             )
JAMES FRANCIS COSTELLO, JR.              )
INDIVIDUALLY AND ON BEHALF OF            )
THE ESTATE OF JAMES FRANCIS              )
COSTELLO, III,                           )
DOUGLAS FARGO INDIVIDUALLY               )
AND ON BEHALF OF THE ESTATE OF           )
ADAM FARGO                               )
RONNIE RALEY                             )
LEO MCKEON                               )
DAVID COHICK, JR.                        )
SHAUN COOK                               )
CHRISTOPHER MITCHELL                     )
FRIEDA NICOL                             )
EDWARD RUVALCABA                         )
TRACY RIVERS                             )
SEAN SMITH                               )
SHANE SMITH                              )
RONALD POSLUSNY                          )
PAUL CRAIG                               )

1

**GILBERT AMIS** )
**NATAYA BATTLES INDIVIDUALLY** )
**ON BEHALF OF THE ESTATE OF** )
**MICHAEL BATTLES** )
**JOSEPH SYKES** )
**CHASE CULLEN** )
**NICHOLAS MCCOY** )
**BOBBY WILSON** )
**RANDALL BURNS** )
**ROBERT REUTER** )
**DAVID DIAZ** )
**ROBERT FRAGALE** )
**JOSEPH JAMES** )
**RYAN BOWMAN** )
**JONATHAN SPARKS** )
**YOUNG MOON INDIVIDUALLY** )
**ON BEHALF OF THE ESTATE OF** )
**JAE MOON** )
**KI MOON**

**Plaintiffs,**

v.

**ISLAMIC REPUBLIC OF IRAN**

**Defendant.**

## COMPLAINT

### I.    NATURE OF THE ACTION

1.    This is a civil action pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C.

§1605A (hereinafter "FSIA") for wrongful death, personal injury and related torts, by the estates

and families of United States nationals and/or members of the U.S. armed forces (as defined in 10

U.S.C. §101) who were killed or injured by Iran and/or its agents in Iraq from 2004 to 2011.

2.    Iran's aforementioned agents included the U.S.-designated Foreign Terrorist

Organization (as that term is defined in 8 U.S.C. §1189 of the Antiterrorism and Effective Death

Penalty Act of 1996 ("AEDPA")) Hezbollah; the Islamic Revolutionary Guard Corps ("IRGC"),

whose subdivision known as the Islamic Revolutionary Guard Corps-Qods Force ("IRGC-QF") is a

U.S.-designated Specially Designated Global Terrorist; and other terrorist agents that

included a litany of Iraqi Shi'a terror groups referred to herein collectively as "Special Groups."

3.       The United States officially designated Iran a State Sponsor of Terrorism on January 19, 1984, pursuant to §6(j) of the Export Administration Act, §40 of the Arms Export Control Act, and §620A of the Foreign Assistance Act.

4.       The United States designated Hezbollah a Specially Designated Terrorist on January 25, 1995. Hezbollah was designated a Foreign Terrorist Organization by the United States on October 8, 1997, and it has retained that designation since that time. Hezbollah was designated a Specially Designated Global Terrorist by the United States on October 31, 2001, pursuant to E.O. 13224.

## II.       JURISDICTION AND VENUE

5.       This Court has jurisdiction over this matter and over Defendant pursuant to 28 U.S.C. §§1330(a), 1330(b), 1331, 1332(a)(2) and 1605A(a)(1), which create subject-matter and personal jurisdiction for civil actions for wrongful death and personal injury against State Sponsors of Terrorism and their officials, employees and agents.

6.       28 U.S.C. §1605A(c) provides a federal private right of action against a foreign state that is or was a State Sponsor of Terrorism, and also against any official, employee or agent of that foreign state while acting within the scope of his or her office, employment or agency, for wrongful death, personal injury and related torts.

7.       Venue is proper in this district pursuant to 28 U.S.C. §1391(f).

## III.       THE DEFENDANT

8.       At all times relevant to this Complaint, Defendant Iran is and was a foreign state within the meaning of 28 U.S.C. §1603 and designated a State Sponsor of Terrorism pursuant to §6(j) of the Export Administration Act of 1979 (50 U.S.C. App. §2405(j)).

9.       Iran provided material support and resources for the commission of acts of extrajudicial killing, within the meaning of 28 U.S.C. §1605A, including the terrorist attacks in which Plaintiffs were killed, injured or maimed, and performed actions that caused the terrorist

attacks and the harm to Plaintiffs herein.

10.     The Government of Iran is politically and ideologically hostile to the United States and its allies, and has consistently provided material support for acts of international terrorism, including extrajudicial killings, torture and hostage takings, particularly through its Islamic Revolutionary Guard Corps and its Lebanese proxy, Hezbollah.

11.     The Islamic Revolutionary Guard Corps ("IRGC") is nominally comprised of five branches (Ground Forces, Air Force, Navy, Basij militia, and Qods Force special operations ("IRGC-QF")) in addition to a counterintelligence directorate and representatives of the Supreme Leader. Several of the IRGC's leaders have been sanctioned under U.N. Security Council Resolution 1747.

12.     According to the U.S. State Department's 2005 Country Reports on Terrorism: "[t]he IRGC was increasingly involved in supplying lethal assistance to Iraqi militant groups, which destabilizes Iraq … Senior Iraqi officials have publicly expressed concern over Iranian interference in Iraq, and there were reports that Iran provided funding, safe passage, and arms to insurgent elements."

13.     The IRGC-QF's "Department 2000" manages Iran's relationship with Hezbollah, which includes the flow of some of Iran's most sophisticated weapon systems, including military grade Explosively Formed Penetrators ("EFPs"), anti-tank guided missiles, and various rockets, such as the Fajr-5.

14.     Explosively Formed Penetrators were used to injure and kill Plaintiffs. Such bombs are sometimes inaccurately called "improvised explosive devices" ("IEDs"); in reality, the Explosively Formed Penetrators were not "improvised" but professionally manufactured and specifically designed by Iran and its agents to target U.S. and Coalition Forces' armor.

15.     In October 2007, the IRGC-QF was designated a Specially Designated Global Terrorist ("SDGT") pursuant to E.O. 13324 for its terrorism-related activities. The U.S. Treasury

Department's press release announcing the designation noted that:

> The Qods Force has had a long history of supporting Hezbollah [sic]'s military, paramilitary, and terrorist activities, providing itwith guidance, funding, weapons, intelligence, and logistical support. The Qods Force operates training camps for Hezbollah [sic] in Lebanon's Bekaa Valley and has reportedly trained more than 3,000 Hezbollah [sic] fighters at IRGC training facilities in Iran. The Qods Force provides roughly $100 to $200 million in funding a year to Hezbollah [sic] and has assisted Hezbollah [sic] in rearming in violation of UN Security Council Resolution 1701.
>
> *In addition, the Qods Force provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi civilians.* (Emphasis added.)

## IV.    IRAN'S MATERIAL SUPPORT TO ACTS OF TERRORISM IN IRAQ 2004-2011

### A.    ISLAMIC REVOLUTIONARY GUARD CORPS - QODS FORCE IN IRAQ

16.    Even before the U.S. invasion of Iraq in 2003, the IRGC-QF had long cultivated ties to Shi'a opposition groups opposed to Saddam Hussein's brutal regime, including the Badr Corps that was headquartered in Iran throughout Iraq in the 1990s.

17.    During that time, the Badr Corps smuggled men and weapons into Iraq to conduct attacks against the Hussein regime.

18.    Before 2003, the Badr Corps served as Iran's most important surrogate inside Iraq, acting as a *de facto* arm of the IRGC-QF.

19.    After Saddam Hussein's overthrow in 2003, the Badr Corps renamed itself the Badr Organization, and many of its operatives joined the newly formed Iraqi security forces.

20.    Published reports indicate that thousands of members of the Badr Organization remained on the IRGC-QF payroll after 2004.

21.    Several senior Badr Corps operatives later emerged as key conduits for funneling weapons to Iranian proxies in Iraq from 2004-2011, including Abu Mustafa al-Sheibani, a key smuggler of deadly Iranian IEDs, and Jamal Ja'far Muhammad, a/k/a Abu Mahdi al-Muhandis (a.k.a. "The Engineer"), who later led Kata'ib Hezbollah.

22.     "Department 1000" of the IRGC-QF, known as the Ramezan Corps, was in charge of Iraq operations and remains the largest Qods Force command outside of Iran. It coordinated, armed and influenced the Badr Organization.

23.     Although the Badr Organization evolved into a major political organization with seats in the new Iraqi parliament, it also played a significant role in facilitating Special Groups operations in Iraq.

24.     A segment of senior Special Groups commanders such as Al-Muhandis are, or were, initially Badr Corps personnel.

25.     President Bush declared on May 1, 2003, that "major combat operations in Iraq have ended."

26.     On May 23, 2003, the Coalition Provisional Authority established as the interim government for Iraq disbanded the Iraqi military forces.

27.     The U.N. Security Council authorized the post-conflict occupation of Iraq by Coalition Forces in October 2003 to maintain "security and stability." S.C. Res. 1511, para. 13, U.N. Doc. S/RES/1511 (Oct. 16, 2003).

28.     Although U.S. policy (supported by U.N. Security Council resolutions) was to establish peace and stability in Iraq in the hopes of establishing a democratic government, Iran viewed the U.S. peacekeeping efforts in Iraq as a potential threat to its regime.

29.     Rather than engage in armed conflict with the U.S. or other Coalition Forces, Iran chose to undermine U.S. peacekeeping efforts by supporting terrorism and sectarian violence in Iraq.

30.     After 2003, the IRGC inserted hundreds of its Iranian-trained operatives into Iraq's state security organs (notably the Ministry of Interior intelligence structure) in part through its influence within the Badr Organization.

31.     In addition to its coordination with the Badr Organization, the Ramezan Corps also cultivated, armed, trained and supported several Shi'a terror groups in Iraq that the U.S. military later

termed "Special Groups."

32.     Although a June 7, 2004 U.N. Security Council Resolution (S.C. Res. 1546, U.N. Doc. S/RES/1546) expressly assigned Coalition Forces in Iraq the task of helping Iraq "*by preventing and deterring terrorism*," Iran set out to target Coalition Forces and force them out of Iraq.

33.     In sum, from October 16, 2003 onward, even though U.S. military personnel in Iraq were participants in an internationally recognized peace keeping mission, Iran embarked on a policy of terrorism, murder, kidnapping and torture to thwart those efforts.

34.     Iran opposed U.S. peacekeeping efforts and initiated acts of international terrorism against American military personnel, Coalition Forces and Iraqi citizens with the goals of destabilizing Iraq and increasing Iranian influence in that country.

35.     Iran, through its authorized agents and instrumentalities acting within the scope of their employment, agency and direction from Iran, provided material support and/or resources that facilitated acts of torture, extrajudicial killing and hostage taking that caused personal injury or death to more than one thousand Americans in Iraq.

36.     In particular, Iranian agents developed and cultivated Shi'a Special Groups, providing training in the use of Explosively Formed Penetrators, Improvised Rocket Assisted Munitions, rocket-propelled grenades, sniper fire and mortars and operational and computer security.

## B.     SHI'A "SPECIAL GROUPS"

### 1.     JAYSH AL MAHDI and the PROMISED DAY BRIGADES

37.     Jaysh al Mahdi (the "Mahdi Army" or "JAM") was established by radical Shi'a cleric Muqtada al-Sadr in June 2003.

38.     Like the Badr Organization, it received support and training from the IRGC.

39.     On April 18, 2004 it led the first major armed confrontation against U.S.-led forces

in Iraq from the Shi'a community.

40.    Jaysh al Mahdi was co-founded by Imad Mughniyah, one of Hezbollah's senior commanders, acting under the direction of Iran.

41.    Jaysh al Mahdi expanded its territorial control of mixed or predominantly Shi'a neighborhoods and displaced or killed the local Sunni population. JAM was able to gain initial control in many of the neighborhoods surrounding Baghdad (including "Sadr City") by offering the Shi'a population protection and social services.

42.    Al-Sadr purportedly dissolved part of his militia after 2007, but he maintained a small group of Iranian-supported terrorists called the Promised Day Brigades to carry out attacks against Coalition Forces.

43.    The Promised Day Brigades received funding, training and weapons from the IRGC.

44.    The Promised Day Brigades actively targeted U.S. forces in an attempt to disrupt security operations and further destabilize Iraq. For example, on June 28, 2011 the Promised Day Brigades issued a statement claiming responsibility for 10 mortar and Katyusha rocket attacks against U.S. military convoys in which U.S. officials confirmed that three U.S. troops were killed.

## 2.    KATA'IB HEZBOLLAH

45.    For many years, Kata'ib Hezbollah functioned as Iran's go-to terrorist group in Iraq and received support from Lebanese Hezbollah, including training in weapons use; IED construction and operation; and sniper, rocket, and mortar attacks.

46.    Historically,  Kata'ib Hezbollah operated mainly in Shi'a areas of Baghdad, such  as Sadr City, and throughout the south.

47.    On June 24, 2009 the United States designated Kata'ib Hezbollah a Foreign Terrorist Organization.

48.    The State Department's notice of Kata'ib Hezbollah's designation stated:
The organization has been responsible for numerous violent terrorist attacks

since 2007, including improvised explosive device bombings, rocket propelled grenade attacks, and sniper operations. Kata'ib Hezbollah also targeted the International Zone in Baghdad in a November 29, 2008 rocket attack that killed two UN workers. In addition, KH has threatened the lives of Iraqi politicians and civilians that support the legitimate political process in Iraq.

49.     Kata'ib Hezbollah was also simultaneously designated a Specially Designated Global Terrorist because it was "responsible for numerous terrorist acts against Iraqi, U.S., and other targets in Iraq since 2007."

50.     The Treasury Department's press release announcing Kata'ib Hezbollah's designation explained that Kata'ib Hezbollah had "committed, directed, supported, or posed a significant risk of committing acts of violence against Coalition and Iraqi Security Forces."

51.     The press release also quoted then-Under Secretary for Terrorism and Financial Intelligence Stuart Levey as stating: "the IRGC-Qods Force provides lethal support to Kata'ib Hezbollah and other Iraqi Shia militia groups who target and kill Coalition and Iraqi Security Forces."

52.     The press release further reported that between March 2007 and June 2008, Kata'ib Hezbollah led a number of attacks against U.S. forces in Iraq, advising: "[a]s of 2008, Kata'ib Hezbollah was funded by the IRGC-Qods Force and received weapons training and support from Lebanon-based Hezbollah. In one instance, Hezbollah provided training-- to include building and planting IEDs and training in coordinating small and medium arms attacks, sniper attacks, mortar attacks, and rocket attacks--to Kata'ib Hezbollah members in Iran."

53.     Furthermore, the press release noted:

> Recordings made by Kata'ib Hezbollah for release to the public as propaganda videos further demonstrate that Kata'ib Hezbollah conducted attacks against Coalition Forces. In mid- August 2008, Coalition Forces seized four hard drives from a storage facility associated with a Kata'ib Hezbollah media facilitator. The four hard drives included approximately 1,200 videos showing Kata'ib Hezbollah's sophisticated planning and attack tactics, techniques, and procedures, and Kata'ib Hezbollah's use of the most lethal

weapons--including RPG-29s, IRAMs, and EFPs--against Coalition Forces in Iraq.

One of the hard drives contained 35 attack videos edited with the Kata'ib Hezbollah logo in the top right corner. Additionally, between February and September 2008, Al-Manar in Beirut, Lebanon, broadcast several videos showing Kata'ib Hezbollah conducting multiple attacks against Coalition Forces in Iraq.

Immediately preceding the Government of Iraq's approval of the United States-Iraq security agreement in late November 2008, Kata'ib Hezbollah posted a statement that the group would continue fighting Coalition Forces and threatened to conduct attacks against the Government of Iraq if it signed the security agreement with the United States.

54. In 2008, the U.S. Department of Defense stated that Kata'ib Hezbollah, "also known as Hezbollah Brigades, is a terrorist group believed to receive funding, training, logistics and material support from Iran to attack Iraqi and coalition forces using what the military calls 'explosively formed penetrators' – roadside bombs designed to pierce armor-hulled vehicles – and other weapons such as rocket-assisted mortars."

55. Kata'ib Hezbollah's leadership includes Abu Mahdi al-Muhandis (real name: Jamal al-Ibrahimi), a long-standing member of the Badr Organization who lived for many years in Iran.

56. Al-Muhandis is wanted in Kuwait for his alleged role in the 1983 bombings of the American and French embassies in Kuwait City, as well as for his alleged involvement in the assassination attempt on the Kuwaiti Emir in 1985.

57. Al-Muhandis was designated a Specially Designated Global Terrorist in July 2009 on the same day Kata'ib Hezbollah was so designated. The press release noted:

As of early 2007, al-Muhandis formed a Shia militia group employing instructors from Hezbollah to prepare this group and certain Jaysh al-Mahdi (JAM) Special Groups for attacks against Coalition Forces. The groups received training in guerilla warfare, handling bombs and explosives, and employing weapons-to include missiles, mortars, and sniper rifles. In another instance as of September 2007, al-Muhandis led networks that moved ammunition and weapons--to include explosively formed penetrators (EFPs)--

from Iran to Iraq, distributing them to certain JAM militias to target Coalition Forces. As of mid-February 2007, al-Muhandis also ran a weapons smuggling network that moved sniper rifles through the Iran-Iraq border to Shia militias that targeted Coalition Forces.

Al-Muhandis also provided logistical support for attacks against Iraqi Security Forces and Coalition Forces conducted by JAM Special Groups and certain Shia militias. In one instance, in April 2008, al-Muhandis facilitated the entry of trucks--containing mortars, Katyusha rockets, EFPs, and other explosive devices-- from Iran to Iraq that were then delivered to JAM Special Groups in Sadr City, Baghdad. Additionally, al-Muhandis organized numerous weapons shipments to supply JAM Special Groups who were fighting Iraqi Security Forces in the Basrah and Maysan provinces during late March-early April 2008.

In addition to facilitating weapons shipments to JAM Special Groups and certain Shia militias, al-Muhandis facilitated the movement and training of Iraq-based Shia militia members to prepare them to attack Coalition Forces. In one instance in November 2007, al-Muhandis sent JAM Special Groups members to Iran to undergo a training course in using sniper rifles. Upon completion of the training course, the JAM Special Groups members had planned to return to Iraq and carry out special operations against Coalition Forces. Additionally, in early March 2007, al-Muhandis sent certain Shia militia members to Iran for training in guerilla warfare, light arms, marksmanship, improvised explosive devices (IED) and anti-aircraft missiles to increase the combat ability of the militias to fight Coalition Forces.

In addition to the reasons for which he is being designated today, al-Muhandis participated in the bombing of Western embassies in Kuwait and the attempted assassination of the Emir of Kuwait in the early 1980s. Al-Muhandis was subsequently convicted in absentia by the Kuwaiti government for his role in the bombing and attempted assassination.

58.     In a July 2010 press briefing, U.S. General Ray Odierno described Kata'ib Hezbollah as "clearly connected to Iranian IRGC [Iranian Revolutionary Guard Corps]."

### 3. ASA'IB AHL AL-HAQ ("LEAGUE OF THE RIGHTEOUS")

59.     Asa'ib Ahl al-Haq is a Shi'a Special Group supported by Hezbollah and the IRGC-QF that has conducted assassinations and operations against Iraqi civilians, Iraqi Security Forces and Coalition Forces.

60.     Asa'ib Ahl al-Haq was originally established by a follower of Muqtada al-Sadr

named Qais al-Khazali.

61.     His brother, Laith Khazali, also helped lead the organization.

62.     Asa'ib Ahl al-Haq split from al-Sadr's Jaysh al Mahdi in 2006. Since that time, Asa'ib Ahl al-Haq conducted thousands of IED attacks against U.S. and Iraqi forces; targeted kidnappings of Westerners; launched rocket and mortar attacks on the U.S. Embassy; murdered American soldiers; and assassinated Iraqi officials.

63.     At all relevant times, Asa'ib Ahl al-Haq received significant funding, training and arms from Iran, and closely coordinated with Iran's IRGC-QF and Hezbollah.

64.     In particular, Lebanese Hezbollah operative Ali Musa Daqduq provided training to Asa'ib Ahl al-Haq terrorists.

65.     Hezbollah and the IRGC-QF provided Jaysh al Mahdi, the Promised Day Brigades, Kata'ib Hezbollah, Asa'ib Ahl al-Haq and other Shi'a groups with a variety of weapons used to target U.S. and Coalition Forces engaged in their post-2003 peacekeeping mission.

66.     These weapons included signature Iranian munitions such as Explosively Formed Penetrators and Improvised Rocket Assisted Munitions, as well as 107 mm rockets (often used as part of IRAMs), 120 mm and 60 mm mortars, RPG launchers and other small arms.

## C.     EXPLOSIVELY FORMED PENETRATORS

67.     One of Iran's primary forms of material support and/or resources that facilitated extrajudicial killings of U.S. citizens in Iraq was the financing, manufacturing and deployment of Explosively Formed Penetrators.

68.     As noted above, the EFPs deployed by the IRGC and Hezbollah in Iraq were not truly "improvised" explosive devices but professionally manufactured and specifically designed to target U.S. and Coalition Forces' armor.

69.     EFPs constitute "weapons of mass destruction" as that term is defined in 18 U.S.C. §2332a(2)(A).

70.     First used by Hezbollah against Israeli armor in Lebanon, EFPs are known as shaped

charges, usually made with a manufactured concave copper disk and a High Explosive packed behind the liner.

71.     In Iraq, EFPs were often triggered by a passive infra-red device that set off the explosion within the EFP's casing, forcing the copper disk forward and turning it into a high velocity slug that could pierce most military-grade armor.

72.     To produce these weapons, copper sheets are often loaded onto a punch press to yield copper discs. These discs are annealed in a furnace to soften the copper. The discs are then loaded into a large hydraulic press and formed into the disk-like final shape.

73.     EFPs are far more sophisticated than homemade explosive devices such as traditional improvised explosive devices, and they are designed specifically to target vehicles   such as armored patrols and supply convoys, though Hezbollah and the Special Groups have deployed them against U.S. and Iraqi civilians as well.

74.     Although Iran's use of EFPs was publicly disclosed by U.S. and British officials in 2005, the official identification of *specific* attacks as EFP attacks was not first publicly disclosed until 2010.

75.     In 2006, the U.S. State Department's Country Reports on Terrorism further documented Iran's specific efforts to provide terrorists with lethal EFPs to ambush and murder U.S. and other Coalition Forces:

> Iranian government forces have been responsible for at least some of the increasing lethality of anti-Coalition attacks by providing Shia militants with the capability to build IEDs with explosively formed projectiles similar to those developed by Iran and Lebanese Hezbollah [sic]. The Iranian Revolutionary Guard was linked to armor-piercing explosives that resulted in the deaths of Coalition Forces. The Revolutionary Guard, along with Lebanese Hezbollah [sic], implemented training programs for Iraqi militants in the construction and use of sophisticated IED technology. *These individuals then passed on this training to additional militants in Iraq.* (emphasis added.)

76.     Also in 2006, Brigadier Gen. Michael Barbero, Deputy Chief of Staff for Strategic

Operations of the Multi-National Force – Iraq stated: "Iran is definitely a destabilizing force in Iraq. I think it's irrefutable that Iran is responsible for training, funding and equipping some of these Shi'a extremist groups and also providing advanced IED technology to them, and there's clear evidence of that."

77.     Brigadier Gen. Kevin Bergner commented on Iran funding of Hezbollah operatives in Iraq:

> Actions against these Iraqi groups have allowed coalition intelligence officials to piece together the Iranian connection to terrorism in Iraq […] Iran's Quds Force, a special branch of Iran's Revolutionary Guards, is training, funding and arming the Iraqi groups. […] It shows how Iranian operatives are using Lebanese surrogates to create Hezbollah-like capabilities. And it paints a picture of the level of effort in funding and arming extremist groups in Iraq…. The groups operate throughout Iraq. They planned and executed a string of bombings, kidnappings, sectarian murders and more against Iraqi citizens, Iraqi forces and coalition personnel. They receive arms -- including explosively formed penetrators, the most deadly form of improvised explosive device -
> - and funding from Iran. They also have received planning help and orders from Iran.

78.     In May 2007, the Commander of the Multinational Division-Center, U.S. Army Major General Richard Lynch, commented that "[m]ost of our casualties have come from improvised explosive devices. That's still the primary threat to our soldiers -- IEDs. And we have an aggressive campaign to counter those IEDs, but they still are taking a toll on our soldiers: 13 killed, 39 soldiers wounded. *What we're finding is that the technology and the financing and the training of the explosively formed penetrators are coming from Iran.* The EFPs are killing our soldiers, and we can trace that back to Iran." (emphasis added.)

79.     According to the U.S. State Department's 2007 Country Reports on Terrorism:

> Despite its pledge to support the stabilization of Iraq, Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to some Iraqi militant groups that target Coalition and Iraqi security forces and Iraqi civilians. In this way, Iranian government forces have been responsible for attacks on Coalition forces. The Islamic Revolutionary Guard Corps (IRGC)-Qods Force, continued to provide Iraqi militants with Iranian-

produced advanced rockets, sniper rifles, automatic weapons, mortars that have killed thousands of Coalition and Iraqi Forces, and explosively formed projectiles (EFPs) that have a higher lethality rate than other types of improvised explosive devices (IEDs), and are specially designed to defeat armored vehicles used by Coalition Forces. The Qods Force, in concert with Lebanese Hezbollah, provided training outside Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry. These individuals then passed on this training to additional militants inside Iraq, a "train- the-trainer" program. In addition, the Qods Force and Hezbollah have also provided training inside Iraq. In fact, Coalition Forces captured a Lebanese Hezbollah operative in Iraq in 2007.

80.     Other U.S. Government reports, such as the Department of Defense's December

2007 "Measuring Stability and Security in Iraq" quarterly report to Congress, similarly concluded

that:

> Iranian Islamic Revolutionary Guard Corps - Qods Force (IRGC-QF) efforts to train, equip, and fund Shi'a extremists also continue despite reported assurances to Prime Minister Maliki that Iran will cease lethal aid.

81.     These observations continued in 2008. According to the U.S. State Department's

2008 Country Reports on Terrorism:

> The Qods Force, an elite branch of the Islamic Revolutionary Guard Corps (IRGC), is the regime's primary mechanism for cultivating and supporting terrorists abroad. The Qods Force provided aid in the form of weapons, training, and funding to HAMAS and other Palestinian terrorist groups, Lebanese Hezbollah, Iraq-based militants, and Taliban fighters in Afghanistan …
>
> Despite its pledge to support the stabilization of Iraq, Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to Iraqi militant groups that targeted Coalition and Iraqi forces and killed innocent Iraqi civilians. Iran's Qods Force continued to provide Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, and mortars that have killed Iraqi and Coalition Forces as well as civilians. Tehran was responsible for some of the lethality of anti-Coalition attacks by providing militants with the capability to assemble improvised explosive devices (IEDs) with explosively formed projectiles (EFPs) that were specially designed to defeat armored vehicles. The Qods Force, in concert with Lebanese Hezbollah, provided training both inside and outside of Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry.

### D.   IMPROVISED ROCKET ASSISTED MUNITIONS (IRAMs)

82.   Along with EFPs, Improvised Rocket Assisted Munitions were a signature weapon of Shi'a militias in Iraq that were supplied by the Iranian Revolutionary Guard Corps.

83.   An IRAM is a rocket-fired improvised explosive device made from a large metal canister – such as a propane gas tank – filled with explosives, scrap metal and ball bearings and propelled by rockets, most commonly 107 mm rockets launched from fixed or mobile sites by remote control. They are designed to cause catastrophic damage and inflict mass casualties

84.   According to The Joint Improvised Explosive Device Defeat Organization (JIEDDO) of the U.S. Department of Defense, IRAMs were first introduced by Iran in November 2007 against U.S. personnel in Iraq.

85.   Although Iran's use of IRAMs was publicly disclosed by U.S. officials after their introduction in 2007, systematic identification of *specific* attacks as IRAM attacks was not publicly disclosed until 2010.

86.   IRAM attacks occurred primarily in Baghdad and in the Shi'a dominated areas in southern Iraq, where Iranian-backed militias primarily operate.

87.   All of the foregoing support from Iran and its agents for attacks on Coalition Forces and Iraqi civilians was financed and facilitated in substantial part by material support in the form of funds transfers initiated by Iran through Iranian banks on behalf of and for the benefit of Hezbollah and other agents of Iran's IRGC.

## V.   THE PLAINTIFFS

## ATTACK 1:   October-November, 2007 - HAWIJA, IRAQ

### A.   Daniel Bottorff

88.   Daniel Bottoroff is a citizen of the United States that was injured in Iraq.

89.     Between October and November 2007, Daniel Bottoroff was serving in the U.S. military in Iraq when an IED detonated near his vehicle.

90.     The weapon used to injure Daniel Bottoroff was Iranian-manufactured IED and provided to Iranian-funded and -trained terror operatives in Iraq.

91.     As a result of the attack, Daniel Bottoroff suffered post-traumatic stress disorder.

## ATTACK 2:        July, 2005 - BALAD, IRAQ (near FOB Paliwada)

### B.  <u>David Butler</u>

92.     David Butler is a citizen of the United States that was injured in Iraq.

93.     In July 2005, David Butler was serving in the U.S. military in Iraq when an IED struck his vehicle.

94.     The weapon used to injure David Butler was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

95.     As a result of the attack, David Butler suffered severe head trauma, tinnitus, and post-traumatic stress disorder.

## ATTACK 3:        December 15, 2005 – IRAQ

### C.  <u>Michael Copely</u>

96.     Michael Copely is a citizen of the United States that was injured in Iraq.

97.     On December 15th 2005, Michael Copely was serving in the U.S. military in Iraq when an IED detonated near him while on foot patrol.

98.     The weapon used to injure Michael Copely was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

99.     As a result of the attack, Michael Copely suffered severe trauma to his right hip.

## ATTACK 4:        September 12, 2006 – PAKTIA, AFGHANISTAN

### D.  <u>John Dehart</u>

100.    John Dehart is a citizen of the United States that was injured in Afghanistan.

101.    On September 12th 2006, John Dehart was serving in the U.S. military in Afghanistan when an IED struck his vehicle.

102.    The weapon used to injure John Dehart was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Afghanistan.

103.    As a result of the attack, John Dehart suffered post-traumatic stress disorder.

## ATTACK 5:        December 31, 2007 – BAGHDAD, IRAQ

### E.  **Thomas Edwards**

104.    Thomas Edwards is a citizen of the United States that was injured in Iraq.

105.    On December 31st 2007, Thomas Edwards was serving in the U.S. military in Iraq when he came into contact with an IED that injured him.

106.    The weapon used to injure Thomas Edwards was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

107.    As a result of the attack, Thomas Edwards suffered traumatic brain injury, hip damage, right eardrum damage and post-traumatic stress disorder. He is now completely disabled.

## ATTACK 6:        October 1, 2012 – KANDARHAR, AFGHANISTAN

### F.  **Tyler Esselman**

108.    Tyler Esselman is a citizen of the United States that was injured in Afghanistan.

109.    On October 1st 2012, Tyler Esselman was serving in the U.S. military in Afghanistan when an IED blast occurred less than 50 meters away from his position.

110.    The weapon used to injure Tyler Esselman was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Afghanistan.

111.    As a result of the attack, Tyler Esselman suffered traumatic brain injury, vertebral disk syndrome, tinnitus and post-traumatic stress disorder.

## ATTACK 7:        August through December, 2006 – RAMADI, IRAQ

**G. Obiama Eze**

112.    Obioma Eze is a citizen of the United States that was injured in Iraq.

113.    From August to December 2006, Obioma Eze was serving in the U.S. military in Iraq when he came into contact with several IEDs that exploded near him.

114.    The weapons used to injure Obiama Eze were Iranian-manufactured IEDs provided to Iranian-funded and -trained terror operatives in Iraq.

115.    As a result of the attacks, Obiama Eze suffered post-traumatic stress disorder and sleep disorder.

## ATTACK 8:        April  2004 – BAGHDAD, IRAQ

**H. Jonathan Ferrer**

116.    Jonathan Ferrer is a citizen of the United States that was injured in Iraq.

117.    In April 2004, Jonathan Ferrer was serving in the U.S. military in Iraq when he came into contact with an IED that injured him while on foot patrol.

118.    The weapon used to injure Jonathan Ferrer was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

119.    As a result of the attack, Jonathan Ferrer suffered traumatic brain injury and post-traumatic stress disorder.

## ATTACK 9:        August 26, 2006 – TIKRIT, IRAQ

**I. Michael Fissler**

120.    Michael Fissler is a citizen of the United States that was injured in Iraq.

121.    On August 26th 2006, Michael Fissler was serving in the U.S. military in Iraq when an IED detonated and destroyed his vehicle.

122.    The weapon used to injure Michael Fissler was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

123.    As a result of the attack, Michael Fissler suffered traumatic brain injury, neck and back

injury, adjustment disorder, and post-traumatic stress disorder. He is now completely disabled.

## ATTACK 10:      April 21, 2007 – KARMAH, IRAQ

### J.  <u>Bernard Grosswiler</u>

124.    Bernard Grosswiler is a citizen of the United States that was injured in Iraq.

125.    On April 21, 2007, Bernard Grosswiler was serving in the U.S. military in Iraq when an IED detonated near his position.

126.    The weapon used to injure Bernard Grosswiler was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

127.    As a result of the attack, Bernard Grosswiler suffered traumatic brain injury, massive loss of tissue from his left arm and shoulder, the loss of muscle group in his left arm and shoulder, partial paralysis of his shoulder/neck area, splenectomy, collapsed lungs and post-traumatic stress disorder.

## ATTACK 11:      April 2005 –IRAQ

### K.  <u>Jason Harrison</u>

128.    Jason Harrison is a citizen of the United States that was injured in Iraq.

129.    In April 2005, Jason Harrison was serving in the U.S. military in Iraq when an IED detonated near his vehicle.

130.    The weapon used to injure Jason Harrison was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

131.    As a result of the attack, Jason Harrison suffered a loss of consciousness, traumatic brain injury, memory loss, and injuries to his right knee, ACL, MCL, and meniscus.

## ATTACK 12:      June 17, 2011 – LOGAR, AFGHANISTAN

### L.  <u>James Henry</u>

132.    James Henry is a citizen of the United States that was injured in Afghanistan.

133.   On June 17th 2011, James Henry was serving in the U.S. military in Afghanistan when an IED struck his vehicle.

134.   The weapon used to injure James Henry was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Afghanistan.

135.   As a result of the attack, James Henry suffered traumatic brain injury, neck and back injury, adjustment disorder, and post-traumatic stress disorder. He is now completely disabled.

## ATTACK 13:      July 20, 2005 – BAGHDAD IRAQ

### M. Dylan Hibbert

136.   Dylan Hibbert is a citizen of the United States that was injured in Iraq.

137.   On July 20th 2005, Dylan Hibbert was serving in the U.S. military in Iraq when an IED detonated near his position.

138.   The weapon used to injure Dylan Hibbert was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

139.   As a result of the attack, Dylan Hibbert suffered traumatic brain injury, cluster headaches, vertigo, memory loss, tinnitus and post-traumatic stress disorder.

## ATTACK 14:      July 4, 2005 – BAGHDAD IRAQ

### N. Robert Howard

140.   Robert Howard is a citizen of the United States that was injured in Iraq.

141.   On July 4th 2005, Robert Howard was serving in the U.S. military in Iraq when an IED struck his vehicle during a convoy escort.

142.   The weapon used to injure Robert Howard was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

143.   As a result of the attack, Robert Howard suffered traumatic brain injury and post-traumatic stress disorder.

## ATTACK 15:      December 8, 2003 – SADR CITY IRAQ

**O.** **Michael Hunsucker**

144.    Michael Hunsucker is a citizen of the United States that was injured in Iraq.

145.    On December 8th 2003, Michael Hunsucker was serving in the U.S. military in Iraq when an IED struck his vehicle.

146.    The weapon used to injure Michael Hunsucker was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

147.    As a result of the attack, Michael Hunsucker suffered severe neck and back injuries.


**ATTACK 16:        June 2005 – ISKANDARIYA IRAQ (FOB KALSU)**

**P.** **Darrell Inmon**

148.    Darrell Inmon is a citizen of the United States that was injured in Iraq.

149.    In June 2005, Darrell Inmon was serving in the U.S. military in Iraq when an IED detonated near his position blowing him 20 feet into the air.

150.    The weapon used to injure Darrell Inmon was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

151.    As a result of the attack, Darrell Inmon suffered post-traumatic stress disorder, fibromyalgia, with severe neck and back injuries.

**ATTACK 17:        April 24, 2006 – RAMADI, IRAQ**

**Q.** **Steven Juliana**

152.    Steven Juliana is a citizen of the United States that was injured in Iraq.

153.    On April 24th 2006, Steven Juliana was serving in the U.S. military in Iraq when he was struck by an IED.

154.    The weapon used to injure Steven Juliana was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

155.     As a result of the attack, Steven Juliana suffered traumatic brain injury, broken ribs, a damaged lung, and severe damage to his right arm.

## ATTACK 18:     August, 2008 – Al ASAD, IRAQ (GREENZONE)

### R.  <u>Mathew Lewis</u>

156.     Mathew Lewis is a citizen of the United States that was injured in Iraq.

157.     In August 2008, Mathew Lewis was serving in the U.S. military in Iraq when an IED struck his vehicle.

158.     The weapon used to injure Mathew Lewis was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

159.     As a result of the attack, Mathew Lewis suffered traumatic brain injury and post-traumatic stress disorder.

## ATTACK 19:     July 8th, 2003 – BAGHDAD, IRAQ

### S.  <u>Anthony Lynn</u>

160.     Anthony Lynn is a citizen of the United States that was injured in Iraq.

161.     On July 8th 2003, Anthony Lynn was serving in the U.S. military in Iraq when an IED struck his vehicle.

162.     The weapon used to injure Anthony Lynn was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

163.     As a result of the attack, Anthony Lynn suffered traumatic brain injury, a shoulder injury, hearing loss and post-traumatic stress disorder.

## ATTACK 20:     April 24th, 2005 – ABU GRAB, IRAQ

### T.  <u>Nicholas McCarty</u>

164.    Nicholas McCarty is a citizen of the United States that was injured in Iraq.

165.    On April 24th 2005, Nicholas McCarty was serving in the U.S. military in Iraq when an IED struck him while on patrol.

166.    The weapon used to injure Nicholas McCarty was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

167.    As a result of the attack, Nicholas McCarty suffered shrapnel wounds to his knees, arms, left leg, a ruptured eardrum, permanent hearing loss, traumatic brain injury, and post-traumatic stress disorder.

## ATTACK 21:      October, 2010 – HAWIJA, IRAQ

### U. Ernest Moore

168.    Ernest Moore is a citizen of the United States that was injured in Iraq.

169.    In October 2010, Ernest Moore was serving in the U.S. military in Iraq when an IED struck his vehicle while on patrol. This followed later by a second incident in which an IED struck his vehicle.

170.    The weapons used to injure Ernest Moore were Iranian-manufactured IEDs provided to Iranian-funded and -trained terror operatives in Iraq.

171.    As a result of the attack, Ernest Moore suffered traumatic brain injury and post-traumatic stress disorder.

## ATTACK 22:      August 30, 2008 – PAKTIA, AFGHANISTAN

### V. Ryan Ninedorf

172.    Ryan Ninedorf is a citizen of the United States that was injured in Afghanistan.

173.    On August 30th 2008, Ryan Ninedorf was serving in the U.S. military in Afghanistan when an IED struck his vehicle.

174.    The weapon used to injure Ryan Ninedorf was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Afghanistan.

175.     As a result of the attack, Ryan Ninedorf suffered traumatic brain injury, migraines, and anxiety/depression disorder. He is now completely disabled.

## ATTACK 23:     April 10th, 2003 – BAGHDAD, IRAQ

### W. Timothy Pawloski

176.     Timothy Pawloski is a citizen of the United States that was injured in Iraq.

177.     On April 10th 2003, Timothy Pawloski was serving in the U.S. military in Iraq when an IED detonated near him.

178.     The weapon used to injure Timothy Pawloski was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

179.     As a result of the attack, Timothy Pawloski suffered traumatic brain injury, retro amnesia, vertigo, memory loss and post-traumatic stress disorder.

## ATTACK 24:     October, 2007 – GHAZALIYA/ABU GRAB, IRAQ

### X. Carlos Quarry

180.     Carlos Quarry is a citizen of the United States that was injured in Iraq.

181.     In October 2007, Carlos Quarry was serving in the U.S. military in Iraq when an IED detonated near his vehicle.

182.     The weapon used to injure Carlos Quarry was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

183.     As a result of the attack, Carlos Quarry suffered a loss of consciousness, temporary memory loss and post-traumatic stress disorder.

## ATTACK 25:     December 4th, 2003 – BAGHDAD, IRAQ

### Y. William Renfroe

184.     William Renfroe is a citizen of the United States that was injured in Iraq.

185.     On December 4th 2003, William Renfroe was serving in the U.S. military in Iraq when an IED struck him during a patrol.

186.    The weapon used to injure William Renfroe was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

187.    As a result of the attack, William Renfroe suffered a shrapnel injury to his left leg and post-traumatic stress disorder.

## ATTACK 26:    July - September, 2012 – KANDAHAR, AFGHANISTAN

### Z.  **Javiel Rivera**

188.    Javiel Rivera is a citizen of the United States that was injured in Afghanistan.

189.    Between July to September 2012, Javiel Rivera was serving in the U.S. military in Afghanistan when an IED struck his vehicle.

190.    The weapon used to injure Javiel Rivera was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Afghanistan.

191.    As a result of the attack, Javiel Rivera suffered traumatic brain injury and post-traumatic stress disorder.

## ATTACK 27:    February, 2005 – AL ANBAR, IRAQ

### AA.    **Randall Sandlin**

192.    Randall Sandlin is a citizen of the United States that was injured in Iraq.

193.    In February 2005, Randall Sandlin was serving in the U.S. military in Iraq when an IED detonated near his vehicle.

194.    The weapon used to injure Randall Sandlin was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

195.    As a result of the attack, Randall Sandlin suffered tinnitus and post-traumatic stress disorder.

## ATTACK 28:    February 14, 2009 – SADR CITY, IRAQ

### BB.    **Jonathan Schmidt**

196.    Jonathan Schmidt is a citizen of the United States that was injured in Iraq.

197.    On February 14th 2009, Jonathan Schmidt was serving in the U.S. military in Iraq when an IED struck him.

198.    The weapon used to injure Jonathan Schmidt was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

199.    As a result of the attack, Jonathan Schmidt suffered a knee injury which required multiple surgeries.

## ATTACK 29:    September 17, 2012 – KANDAHAR, AFGHANISTAN

### CC.    <u>Jonathan Thompson</u>

200.    Jonathan Thompson is a citizen of the United States that was injured in Afghanistan.

201.    On September 17th 2012, Jonathan Thompson was serving in the U.S. military in Afghanistan when an IED struck his vehicle.

202.    The weapon used to injure Jonathan Thompson was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Afghanistan.

203.    As a result of the attack, Jonathan Thompson suffered a concussion, hearing loss and has post-traumatic stress disorder.

## ATTACK 30:    May, 2004 – AL-KUT, IRAQ

### DD.    <u>Jason Villarreal</u>

204.    Jason Villarreal is a citizen of the United States that was injured in Iraq.

205.    In May 2004, Jason Villarreal was serving in the U.S. military in Iraq when an IED struck him while on mounted patrol.

206.    The weapon used to injure Jason Villarreal was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

207.    As a result of the attack, Jason Villarreal suffered a concussion, misplacement of the L3-L5 sections of his spine, neck pain and post-traumatic stress disorder.

## ATTACK 31:    January 14, 2007 – RAMADI, IRAQ

**EE.**    **Michael Yost**

208.    Michael Yost is a citizen of the United States that was injured in Iraq.

209.    On January 14th 2007, Michael Yost was serving in the U.S. military in Iraq when an EFP struck his vehicle.

210.    The weapon used to injure Michael Yost was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

211.    As a result of the attack, Michael Yost suffered a concussion and traumatic brain injury.

## ATTACK 32:    APRIL 11, 2006 – TAJI, IRAQ

**SS. James Francis Costello, III**

212.    James Francis Costello, III was a citizen of the United States when he was killed in Iraq.

213.    On April 11th 2006, James Francis Costello, III, was serving in the U.S. military in Iraq when an IED exploded while he was conducting a patrol.

214.    James Francis Costello, III was killed in the attack.

215.    The weapon used to kill James Francis Costello, III was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

216.    Plaintiff James Francis Costello Jr. is a citizen of the United States and domiciled in the State of Missouri. He is the father of James Francis Costello, III.

217.    Plaintiff James Francis Costello, Jr. brings an action individually and on behalf of the Estate of James Francis Costello, III, as its legal representative.

218.    As a result of the attack, and the death of James Francis Costello, III, Plaintiff, James Francis Costello, Jr. has experienced severe mental anguish, extreme emotional pain and suffering, and loss of a son's society, companionship, comfort, advice and counsel.

## ATTACK 33:    JULY 22, 2006 – BAGHDAD, IRAQ

**SS. <u>Adam Fargo</u>**

224.  Adam Fargo was a citizen of the United States when he was killed in Iraq.

225. On July 22nd 2006, Adam Fargo was serving in the U.S. military in Iraq when an EFP exploded and struck his vehicle.

226. Adam Fargo was killed in the attack.

227. The weapon used to kill James Francis Costello III was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

228. Plaintiff Douglas Fargo is a citizen of the United States and domiciled in Virginia. He is the father of Adam Fargo.

229.Plaintiff Douglas Fargo brings an action individually and on behalf of the Estate of Adam Fargo, as its legal representative.

230.As a result of the attack, and the death of Adam Fargo, Plaintiff, Douglas Fargo has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

## ATTACK 34:      July  2003 – IRAQ

**FF.<u>Ronnie Raley</u>**

219.     Ronnie Raley is a citizen of the United States that was injured in Iraq.

220.     In July 2003, Ronnie Raley was serving in the U.S. military in Iraq when an IED struck his vehicle.

221.     The weapon used to injure Ronnie Raley was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

222.     As a result of the attack, Ronnie Raley suffered a broken wrist, permanent nerve damage to his lower left leg (radiculopathy) and post-traumatic stress disorder.

## ATTACK 35:      November 5, 2005 – IRAQ

**GG.      <u>Leo McKeon</u>**

223.    Leo McKeon is a citizen of the United States that was injured in Iraq.

224.    On November 5th 2005, Leo McKeon was serving in the U.S. military in Iraq when an IED struck his vehicle.

225.    The weapon used to injure Leo McKeon was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

226.    As a result of the attack, Leo McKeon suffered chronic back and neck pain that permanently limits his movement.

## ATTACK 36:      August, 2006 – CAMP CROPPER, IRAQ

### HH.    David Cohick, Jr.

227.    David Cohick, Jr. is a citizen of the United States that was injured in Iraq.

228.    In August 2006, David Cohick, Jr. was serving in the U.S. military in Iraq when an IED struck him.

229.    The weapon used to injure David Cohick, Jr. was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

230.    As a result of the attack, David Cohick, Jr. suffered memory loss and cognitive memory problems.

## ATTACK 37:     2003-2007 – SADR CITY, CAMP RUSTAMIYAH, CAMP VICTORY IRAQ

### II. Shaun Cook

231.    Shaun Cook, Jr is a citizen of the United States that was injured in Iraq.

232.    In 2003, 2005 and 2007, Shaun Cook was serving in the U.S. military in Iraq when EFPs struck him and/or detonated in his immediate vicinity.

233.    The weapons used to injure Shaun Cook were Iranian-manufactured EFPs provided to Iranian-funded and -trained terror operatives in Iraq.

234.    As a result of the attacks, Shaun Cook suffers from hearing damage and post-traumatic stress disorder.

**ATTACK 38:      October 10, 2005 – BASRA, IRAQ (CAMP BUCCA)**

**JJ. Christopher Mitchell**

235.   Christopher Mitchell is a citizen of the United States that was injured in Iraq.

236.   On October 10th, Christopher Mitchell was serving in the U.S. military in Iraq when multiple IEDs were detonated in his immediate vicinity, knocking him to the ground.

237.   The weapons used to injure Christopher Mitchell were Iranian-manufactured IEDs provided to Iranian-funded and -trained terror operatives in Iraq.

238.   As a result of the attack, Christopher Mitchell suffered severe head trauma due to a concussion and currently deals with memory and hearing loss issues.

**ATTACK 39:      July, 2011 – BAGHDAD, IRAQ (VICTORY BASE TENT CITY)**

**KK.      Freida Nicol**

239.   Freida Nicol is a citizen of the United States that was injured in Iraq.

240.   In July 2011, Freida Nicol was serving as a U.S. Department of Defense contractor with Dyncorp International in Iraq when and was struck by an EFP.

241.   The weapon used to injure Freida Nicol was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

242.   As a result of the attack, Freida Nicol suffered a dental injury, ankle injuries including a severed Achilles heel.

**ATTACK 40:      August 20, 2005 to September 20, 2005– IRAQ**

**LL.      Edward Ruvalcaba**

243.   Edward Ruvalcaba is a citizen of the United States that was injured in Iraq.

244.   From August 20th 2005 to September 20th 2005, Edward Ruvalcaba was subjected to an IED that injured him.

245.   The weapon used to injure Edward Ruvalcaba were Iranian-manufactured IEDs

provided to Iranian-funded and -trained terror operatives in Iraq.

246.    As a result of the attack, Edward Ruvalcaba suffered head injuries which left him with a scarred head, tinnitus, a strained spine, hypertension and severe post-traumatic stress disorder.

## ATTACK 41:        April 29, 2005 – DIYARAH IRAQ

#### MM.    <u>Tracy Rivers</u>

247.    Tracy Rivers is a citizen of the United States that was injured in Iraq.

248.    On April 29th 2005, Tracy Rivers was injured when an EFP was detonated near their position.

249.    The weapon used to injure Tracy Rivers was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

250.    As a result of the attack, Tracy Rivers suffered a head injury (concussion), injuries to his back which have required multiple surgeries and post-traumatic stress disorder.

## ATTACK 42:        2005 – BAGHDAD, IRAQ

#### NN.    <u>Sean Smith</u>

251.    Sean Smith is a citizen of the United States that was injured in Iraq.

252.    In 2005, Sean Smith was serving in the U.S. military in Iraq when an IED struck him.

253.    The weapon used to injure Sean Smith was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

254.    As a result of the attack, Sean Smith suffered traumatic brain injuries resulting in memory loss and post-traumatic stress disorder. .

## ATTACK 43:        2006 - 2007 – SAMARRAH, DIYARAH, PATROL BASE COPPER, IRAQ

#### OO.    <u>Shane Smith</u>

255.    Shane Smith is a citizen of the United States that was injured in Iraq.

256.    From 2006 through 2007, Shane Smith was serving in the U.S. military in Iraq when

he was injured by multiple EFPs that struck him directly or his vehicle.

257.    The weapons used to injure Shane Smith were Iranian-manufactured EFPs provided to Iranian-funded and -trained terror operatives in Iraq.

258.    As a result of the attacks, Shane Smith suffered traumatic brain injuries, instability of his knee joints, major injuries to his back and shoulder and post-traumatic stress disorder. .

## ATTACK 44:    December 27, 2004, February 2005 and June 27, 2005 BAGHDAD and FOB RUSTAMIYAH- IRAQ

### PP.    Ronald Poslusny

259.    Ronald Poslusny is a citizen of the United States that was injured in Iraq.

260.    During the period of December 2004 to June 2005, Ronald Poslusny was serving in the U.S. military in Iraq when he was injured by numerous explosives in three separate attacks.

261.    On December 27th 2004, Ronald's Poslusny's vehicle was struck by an IED.

262.    In February 2005, Ronald's Posluny's vehicle was struck by an IED.

263.    On June 27th 2005, Ronald's Posluny's vehicle was struck by an EFP.

264.    The weapons used to injure Ronald Poslusny were Iranian-manufactured IED/EFP explosive devices provided to Iranian-funded and -trained terror operatives in Iraq.

265.    As a result of the attacks, Ronald Poslusny suffered tinnitus, chronic lower back pain and post-traumatic stress disorder.

## ATTACK 45:    March 23, 2005 – IRAQ

### QQ.    Paul Craig

266.    Paul Craig is a citizen of the United States that was injured in Iraq.

267.    On March 23rd 2005, Paul Craig was serving in the U.S. military in Iraq when he was struck by an IED.

268.    The weapon used to injure Paul Craig was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

269.     As a result of the attack, Paul Craig suffered traumatic brain injuries, a fractured right hand, permanent spinal injury along with post-traumatic stress disorder.

## ATTACK 46:     2005 - AL ASAD IRAQ

**RR.     Gilbert Amis**

270.     Gilbert Amis is a citizen of the United States that was injured in Iraq.

271.     In 2005, Gilbert Amis was serving in the U.S. military in Iraq when he was struck by an IED.

272.     The weapon used to injure Gilbert Amis was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

273.     As a result of the attack, Gilbert Amis suffered a concussion and has permanent post-traumatic stress disorder. .

## ATTACK 47:     OCTOBER 28, 2004 – BAGHDAD, IRAQ

**SS. Michael Battles**

274.     Michael Battles, III was a citizen of the United States when he was killed in Iraq.

275.     On October 28th 2004, Michael Battles, was serving in the U.S. military in Iraq when he was struck by an IED.

276.     Michael Battles was killed in the attack.

277.     The weapon used to kill Michael Battles was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

278.     Plaintiff Nataya Battles is a citizen of the United States and domiciled in the State of Washington. She is the daughter of Nataya Battles.

279.     Plaintiff Nataya Battles brings an action individually and on behalf of the Estate of Michael Battles as its legal representative.

280.     As a result of the attack, and the death of Michael Battles, Plaintiff Nataya Battles has experienced severe mental anguish, extreme emotional pain and suffering, and loss of a father's

society, companionship, comfort, advice and counsel.

## ATTACK 48:      December 2007 – MOSUL, IRAQ

### SS. <u>Joseph Sykes</u>

281.    Joseph Sykes is a citizen of the United States that was injured in Iraq.

282.    In December 2007, Joseph Sykes was serving in the U.S. military in Iraq when he was struck by an IED.

283.    The weapon used to injure Joseph Sykes was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

284.    As a result of the attack, Joseph Sykes suffered a concussion a concussion, injuries to his left knee and lower back, and tinnitus.

## ATTACK 49:      January 5, 2010 – HUSSEINIYA, IRAQ

### TT.      <u>Chase Cullen</u>

285.    Chase Cullen is a citizen of the United States that was injured in Iraq.

286.    On January 5th 2010, Chase Cullen was serving in the U.S. military in Iraq when a triple array EFP struck him.

287.    The weapon used to injure Chase Cullen was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

288.    As a result of the attack, Chase Cullen suffered traumatic brain injury and post- traumatic stress disorder.

## ATTACK 50:  October, 2005 – BETWEEN MOSUL AND CAMP RAWAH, IRAQ

### UU.      <u>Nicholas McCoy</u>

289.    Nicholas McCoy is a citizen of the United States that was injured in Iraq.

290.    In October 2005, Nicholas McCoy was serving in the U.S. military in Iraq when an IED detonated in his immediate vicinity.

291.    The weapon used to injure Nicholas McCoy was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

292.    As a result of the attack, Nicholas McCoy suffered post-traumatic stress disorder.

## ATTACK 51:  June, 2007 – MUQDODIA, IRAQ

### VV.    Bobby Wilson

293.    Bobby Wilson is a citizen of the United States that was injured in Iraq.

294.    In June 2007, Bobby Wilson was serving in the U.S. military in Iraq when an IED detonated in his immediate vicinity.

295.    The weapon used to injure Bobby Wilson was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

296.    As a result of the attack, Bobby Wilson suffered a concussion and a traumatic brain injury.

## ATTACK 52:  January 4, 2016 – KABUL, AFGHANISTAN

### WW.    Randall Burns

297.    Randall Burns is a citizen of the United States that was injured in Afghanistan.

298.    On January 4th 2016, Randall Burns was serving as a Department of Defense contractor with Gardaworld Federal Services when he was injured by an IED.

299.    The weapon used to injure Randall Burns was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Afghanistan.

300.    As a result of the attack, Randall Burns suffered a concussion and traumatic brain injury.

## ATTACK 53:  December 25, 2005 and February 2, 2006
## AL ASAD, AL ANBAR and AL QA'IM - IRAQ

### XX.    Robert Reuter

301.    Robert Reuter is a citizen of the United States that was injured in Iraq.

302.    On December 25th 2005 and February 2nd 2006, Robert Reuter was serving in the U.S.

military in Iraq when he was injured by an IED on two separate occasions.

303.    The weapons used to injure Robert Reuter were Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

304.    As a result of the attacks, Robert Reuter injured his head, back, right shoulder (shrapnel), right knee and suffers from post-traumatic stress disorder.

### ATTACK 54:     September 27, 2003 – MOSUL, IRAQ

**YY.    David Diaz**

305.    David Diaz is a citizen of the United States that was injured in Iraq.

306.    On September 27th 2003, David Diaz was serving in the U.S. military in Iraq when an IED struck him.

307.    The weapon used to injure David Diaz was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

308.    As a result of the attack, David Diaz suffered traumatic brain injury, trauma induced glaucoma and post- traumatic stress disorder.

### ATTACK 55:     October 31, 2009 – IRAQ

**ZZ.    Robert Fragale**

309.    Robert Fragale is a citizen of the United States that was injured in Iraq.

310.    On October 31st 2009, Robert Fragale was serving in the U.S. military in Iraq when an IED struck him.

311.    The weapon used to injure Robert Fragale was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Iraq.

312.    As a result of the attack, Robert Fragale injured his left knee which required surgery.

### ATTACK 56:     March 19, 2013 – AFGHANISTAN

**AAA.    Joseph James**

313.    Joseph James is a citizen of the United States that was injured in Afghanistan.

314.     On March 19th 2013, Joseph James was serving in the U.S. military in Afghanistan when an IED struck him.

315.     The weapon used to injure Joseph James was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Afghanistan.

316.     As a result of the attack, Joseph James suffered traumatic brain injury, facial lacerations, back and neck injuries and post-traumatic stress disorder.

## ATTACK 57:     April 13, 2009 – TAJI, IRAQ

### BBB.     Ryan Bowman

317.     Ryan Bowman is a citizen of the United States that was injured in Iraq.

318.     On April 13th 2009, Ryan Bowman was serving in the U.S. military in Iraq when he was injured due to an RPG-29 fired at him while flying in a helicopter.

319.     The weapon used to injure Ryan Bowman was an RPG-29 provided to Iranian-funded and -trained terror operatives in Iraq.

320.     As a result of the attack, Ryan Bowman has post-traumatic stress disorder and memory loss issues.

## ATTACK 58:     August 16, 2003 – KANDAHAR, AFGHANISTAN

### CCC.     Jonathan Sparks

321.     Jonathan Sparks is a citizen of the United States that was injured in Afghanistan.

322.     On August 16th 2003, Jonathan Sparks was serving in the U.S. military in Afghanistan when an IED struck him.

323.     The weapon used to injure Jonathan Sparks was an Iranian-manufactured IED provided to Iranian-funded and -trained terror operatives in Afghanistan.

324.     As a result of the attack, Jonathan Sparks suffered traumatic brain injury, tinnitus,

permanent injuries to his spine and post-traumatic stress disorder.

## ATTACK 59:   December 25, 2006 – BAGHDAD, IRAQ

### SS. **Jae Moon**

231.  Jae Moon was a citizen of the United States when he was killed in Iraq.

232. On  December 25th 2006, Jae Moon was serving in a U.S. Army infantry unit when an explosive attack struck a convoy in his immediate vicinity.

233. Jae Moon was killed in the attack.

234. The weapon used to kill Jae Moon was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

235. Plaintiff Young Moon is a citizen of the United States and domiciled in Pennsylvania. He is the father of Jae Moon.

236.Plaintiff Young Moon brings an action individually and on behalf of the Estate of Jae Moon, as its legal representative.

237. Plaintiff Ki Moon is a citizen of the United States and is domiciled in the State of Pennsylvania. She is the mother of Jae Moon.

238.As a result of the attack, and the death of Jae Moon, Plaintiffs, Young Moon and Ki Moon have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

### CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
**AGAINST DEFENDANT ON BEHALF OF EACH PLAINTIFF IDENTIFIED HEREIN
WHO SURVIVED AN ACT OF INTERNATIONAL TERRORISM
FOR DEFENDANT'S MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL
KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN PERSONAL
INJURY UNDER 28 U.S.C. §1605A(c)**

325.    Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

326.    Plaintiffs identified in the foregoing paragraphs were grievously injured by Defendant's provision of material support (within the meaning of §1605A(h)(3)) to terror operatives in Iraq and Afghanistan who engaged in extrajudicial killing and who injured Plaintiffs.

327.    As a direct and proximate result of the willful, wrongful, and intentional acts of Defendant and its agents, Plaintiffs identified in the foregoing paragraphs were injured and endured severe physical injuries, extreme mental anguish, pain and suffering, loss of solatium, and economic losses.

328.    Plaintiffs' compensatory damages include, but not limited to, their severe physical injuries, extreme mental anguish, pain and suffering, loss of solatium, and any economic losses determined by the trier of fact.

329.    The conduct of Defendant was criminal, outrageous, extreme, wanton, willful, malicious, and a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. §1605A(c).

**SECOND CLAIM FOR RELIEF**
**AGAINST DEFENDANT ON BEHALF OF THE ESTATES OF PLAINTIFFS**
**IDENTIFIED HEREIN FOR DEFENDANT'S MATERIAL SUPPORT TO ACTS OF**
**EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT**
**RESULTED IN WRONGFUL DEATH UNDER 28 U.S.C. §1605A(c)**

330.    Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

331.    The Estates of Plaintiffs listed in the foregoing paragraphs assert claims on behalf of the decedents who were grievously injured by Defendant's provision of material support (within the meaning of §1605A(h)(3)), to terror operatives in Iraq and Afghanistan who engaged in the acts of

extrajudicial killing that caused the decedents' deaths.

332.    As a direct and proximate result of the willful, wrongful, and intentional acts of Defendant and its agents, the decedents listed in the foregoing paragraphs endured physical injury, extreme mental anguish, and pain and suffering that ultimately lead to their deaths.

333.    Defendant is therefore liable for the full amount of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish, pain and suffering and any pecuniary loss (or loss of income to the estates).

334.    Defendant's conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. §1605A(c).

### THIRD CLAIM FOR RELIEF
**AGAINST DEFENDANT ON BEHALF OF THE FAMILIES OF PLAINTIFFS IDENTIFIED HEREIN AS INJURED OR KILLED AS A RESULT OF DEFENDANT'S MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING FOR LOSS OF SOLATIUM AND INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS UNDER 28 U.S.C. § 1605A(c)**

335.    Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

336.    Defendant's acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking were intended to inflict severe emotional distress on Plaintiffs.

337.    As a result of Defendant's acts, the families of individuals identified in the foregoing paragraphs as injured or killed as a result of Defendant's acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking have suffered severe emotional distress, extreme mental anguish, loss of sleep, loss of appetite, and other severe physical manifestations, as well as loss of solatium and other harms to be set forth to the trier of fact.

338.    Defendant's conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. §1605A(c).

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs demand:

- Judgment for all Plaintiffs against Defendant for compensatory damages, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, and loss of solatium, in amounts to be determined at trial;

- Judgment for Plaintiff Estates against Defendant for compensatory damages for wrongful death, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, and any pecuniary loss (or loss of income to the estates) in amounts to be determined at trial;

- Judgment for all Plaintiffs against Defendant for punitive damages in an amount to be determined at trial;

- Plaintiffs' costs and expenses;

- Plaintiffs' attorney's fees; and

- Such other and further relief as the Court finds just and equitable.

Dated: December 28, 2018

Respectfully submitted,


   /s/ Michael J. Miller
COUNSEL FOR PLAINTIFFS

By Counsel

Michael J. Miller, Esq. DCB#397689
David J. Dickens, Esq. VSB #72891
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, Virginia  22960
Telephone (540-672-4224)
Facsimile (540-672-3055)


Peter Miller, Esq.
MILLER DELLAFERA, PLC
3420 Pump Rd PMB 404, Henrico, VA 23233
Telephone (1-800-401-6670)
Facsimile   (1-888-830-1488)


SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA  71457
(800) 491-1817
(318) 238-1829 – Direct
(318) 354-1227 – Fax