

United States Department of State

Washington, D.C. 20520

February 12, 2020

Ms. Angela D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

Re: **Daniel Bottorff, et al. v. Islamic Republic of Iran, 1:18-cv-03122-CKK**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1020-IE, dated January 21, 2020 and delivered on January 22, 2020. A Certified copy of the diplomatic note is enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

RECEIVED
Mail Room

FEB 1 4 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Cc: Michael Miller
The Miller Firm LLC
108 Railroad Ave.
Orange, VA 22960