# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL BOTTORFF, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 18-3122 (CKK) |
| v. ) | |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## TABLE OF EXHIBITS

| EXHIBIT NO. | DOCUMENT TITLE |
|---|---|
| 1 | Expert Report of Ryan Thompson |
| 2 | Expert Report of Phillip Smyth |
| 3 | Deposition of Chase Cullen |
| 4 | Deposition of Douglas Fargo |
| 5 | Deposition of Robert Reuter |
| 6 | Deposition of Shane Smith |
| 7 | Deposition of Bobby Wilson |
| 8 | Deposition of Nicholas McCoy |
| 9 | Deposition of Michael Fissler |
| 10 | Deposition of Dylan Hibbert |
| 11 | Deposition of Nicholas McCarty |
| 12 | Deposition of Jason Harrison |
| 13 | Deposition of Shaun Cook |
| 14 | Deposition of Frieda Nicole |
| 15 | Deposition of Joseph James |
| 16 | Declaration of Randall Burns. |

# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL BOTTORFF, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | Civil Action No. 18-3122 (CKK) |
| v. | ) | |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**EXPERT REPORT OF RYAN E. THOMPSON, PE, PLS RE: EFP Plaintiffs**

**I. INTRODUCTION**

I was provided the deposition testimony, and other documentation where available, of several armed service members who were injured by explosives while serving in Iraq.   I was asked to determine whether, in my expert opinion, the explosives were more likely than  not Explosively Formed Penetrators (EFP).  Below are a summary of my opinions with respect to individuals where there was sufficient information to form an opinion that the explosion was more likely than not an EFP.

**II. QUALIFICATIONS & EXPERIENCE**

I am a licensed engineer and surveyor in Connecticut and a licensed engineer in Virginia, Maryland, Massachusetts, and Texas.  I am a retired Army lieutenant colonel.  Having served for 21 years in the United States Army Reserve and a combat veteran with deployments to Iraq, Afghanistan, and Bosnia.  During his time in the service, I commanded a combat engineer company in Iraq, an engineer construction battalion, and served as an operations officer for a route clearance battalion in Afghanistan.  During my deployment to Iraq, my company provided route security and clearance for convoys arriving into the Iraqi theater of operations via Main

Supply Route (MSR) Tampa, a road that stretches from the border with Kuwait to Baghdad.

My company patrolled MSR Tampa in advance of convoys traveling the routes in order to locate and neutralize IED threats, including specifically EFP's known to be used in the region.  My company organized a Special Weapons Exploitation Team (SWET) that responded to IED events in the southern portion of the country to determine the type of munitions, components of the device, emplacement techniques and procedures used by the enemy operatives, and collect forensic evidence of the blast site for further laboratory analysis conducted by counter-IED and IED defeat organizations operating in theater.

During combat operations in Afghanistan, I was an operations officer with a route clearance battalion providing both general and direct support to maneuver commanders in the southeastern part of the country.  During this deployment, I specifically managed the so-called "TTP Catalogue" which was a document containing all of the known enemy tactics, techniques, and procedures of IED / EFP's used against coalition forces in Afghanistan.  I investigated blast events, interviewed soldiers, and read countless reports to determine the methods that the enemy were employing IED / EFP's against us.  I then took that catalogue and used it to instruct US and coalition forces on methods to defeat the enemy TTPs.


## III. SUMMARY OF OPINIONS


**CHASE CULLIN**

Opinion
This event was an EFP strike.

Basic Information **Name:** Chase Cullin **Grade / Rank:** E5 / SGT **Branch of Service:** Army
**Date of Event:** January 5th, 2010

Description of Attack

**Activity at time of Attack:** Convoy between FOB Speicher, Kirkut, and Balad
**Convoy Configuration:** 3 Vehicle Convoy (estimated average of 3 personnel per vehicle)
**Timing of Attack:** During a Left Seat / Right Seat ride with incoming unit
**Part of Convoy Attacked:** Lead vehicle (First in order of march)
**Type of Vehicle Attacked:** Up-armored M1151 HMMWV
**Enemy Troops:** No combatants observed
**Type of Attack:** EFP Event

## Narrative

Approximately 300 meters from the town center of Kisiniyah, Iraq, about 20 miles from Sadr City, a three vehicle convoy was patrolling through town during a left seat / right seat ride with their incoming replacement unit. The convoy came up to a known choke-point and dismounted several troops to walk in front of the vehicles to visually observe for any signs of IED activity prior to the convoy passing through. The dismounted personnel did not observe any signs of IED activity and thus gave the signal to the vehicles to proceed through the choke point hazard area. After passing over the bridge, the lead vehicle was struck by an explosive device that had been hidden in a pile of debris. The strike penetrated the lead vehicle and injured and / or killed the occupants of the vehicle. The second vehicle stopped to assess the situation and render aid to the injured personnel. The struck vehicle was on fire and had an 8" – 10" diameter through the crew compartment of the struck vehicle. Upon inspection after the injured were evacuated, it was determined by the EOD personnel on site that the event had been a "triple array" EFP. This means that there were three EFP devices initiated simultaneously at different angles and in different directions to maximize the probability of success during the attack. The shrapnel that was found during the post-blast analysis included copper and steel.

Also, in a documents released through a FOIA request to U.S. Central Command, the attack was confirmed as a "Directional IED" which is also known as an EFP.



| 1169 | 1/5/2010 17:32 | 0 | Explosive Hazard | IED Explosion | Directional IED | 38SMC4618110483 |

https://www3.centcom.mil/FOIALibrary/cases/16-0276/60._OIF_EFP_Summary__2005_2011_CLEAR.pdf

## Conclusion

The damage, location, and date of these attacks are all consistent with an EFP strike. EFP's were introduced in Iraq in 2004 and quickly became a weapon of choice for insurgents. The characteristics of an EFP blast include a hole created by a copper plate which is formed into a penetrating slug capable of piercing armor and many smaller holes caused by shards of copper and other shrapnel generated by the blast. When EFP's were first introduced into the Iraqi theater, they were predominantly single array devices. As the techniques, tactics, and procedures (TTPs) of the insurgents advanced, they began placing multiple array EFP's in an effort to counter the coalition forces' coutner-measures. This event is consistent with the evolving TTPs used against service member's during Operation Iraqi Freedom.

It is likely that this EFP array was initiated by a Passive Infrared (PIR) Sensor, pressure plate,

or trip wire since the first vehicle in the convoy was struck. The use of PIR sensors was a very common TTP for initiating EFP's.

**ROBERT REUTER**

Opinion

These two events were EFP strikes.

Basic Information **Name:** Robert Reuter **Grade / Rank:** E4 / SPC **Branch of Service:** Army
**Date of First Event:** December 25th, 2005
**Date of Second Event:** February 6th, 2006

Description of First Attack
**Activity at time of Attack:** Convoy between FOB Speicher, Kirkut, and Balad
**Convoy Configuration:** 10 Vehicle Convoy (estimated average of 3 personnel per vehicle)
**Timing of Attack:** Approximately 4 hours into trip returning to base **Part of Convoy
Attacked:** Lead vehicle (first in order of march)
**Type of Vehicle Attacked:** Up-armored HMMWV
**Enemy Troops:** No combatants observed
**Type of Attack:** EFP Event

Description of Second Attack
**Activity at time of Attack:** Convoy between Kirkut and Balad
**Convoy Configuration:** 10 vehicle convoy (estimated average of 3 personnel per vehicle)
**Timing of Attack:** Approximately 1 hour away from arrival at Balad
**Part of Convoy Attacked:** Lead vehicle (first in order of march)
**Type of Vehicle Attacked:** 5-Ton truck w/ up-armor
**Enemy Troops:** Yes. Small Arms Fire followed EFP
**Type of Attack:** EFP Event

Narrative
On December 25th, 2005, during convoy operations returning from a multi-destination mission
between FOB Speicher, Kirkut, and Balad, the lead vehicle was struck from the right of the
direction of travel by an explosive device. The explosion created a hold through the engine
block of the vehicle and melted the interior of the engine compartment. Bits of shrapnel splayed
off from the device and injured all of the occupants of the vehicle. The front end of the vehicle
was totally destroyed. Additionally, the front of the vehicle was in flames as a result of the heat
of the explosion.

On February 6th, 2006, during convoy operations between Kirkut and Balad, the lead vehicle
was struck from the left of the direction of travel by an explosive device. The explosion created
a hole through the engine block of the vehicle and melted the interior of the engine
compartment. The front end of the vehicle was totally destroyed.

Conclusion
The damage, location, and date of attack are all consistent with an EFP strike. EFP's were
introduced in Iraq in 2004 and quickly became a weapon of choice for insurgents. The
characteristics of an EFP blast include a hole created by a copper plate which is formed into a
penetrating slug capable of piercing armor and many smaller holes caused by shards of copper

and other shrapnel generated by the blast.

2

Both of the events have multiple consistencies with Techniques, Tactics, and Procedures known to be used by insurgents in that area and at that time. These consistencies include the following:

1. Initiation by Passive Infrared (PIR) sensor or remote control (Garage door remote)
2. Placement along the side of the road and hidden in painted Styrofoam or hidden in rock walls.
3. Excessive heat from the blast causing a fire in the struck vehicle and melting of interior components.
4. Large diameter hole (approximately 8" to 12") at point of impact.
5. Smaller splayed shrapnel holes surrounding the larger hole.
6. Striking of the first vehicle in the convoy indicates that the vehicle triggered the strike and it was not command detonated.

The consistency of the two events so close together geographically and within a few months of each other indicate that these two devices were likely built and emplaced by the same EFP cell.

**BOBBY WILSON JR.**

Opinion
This is more likely an EFP than not.

Basic Information
**Name:** Bobby Wilson, Jr. **Grade / Rank:** E7 / SFC **Branch of Service:** Army
**Date of Event:** May 6 or 7, 2007

Description of First Attack
**Activity at time of Attack:** MITT (Military Transition Team)
**Convoy Configuration:** Small convoy, less than 5 vehicles
**Timing of Attack:** Early to Mid Afternoon
**Part of Convoy Attacked:** 2nd Vehicle in Order of March
**Type of Vehicle Attacked:** 1152 HMMWV
**Enemy Troops:** No enemy combatants visible
**Type of Attack:** Most likely an EFP

Narrative
On May 6 or 7, 2007, during Military Transition Team operations the convoy was traveling at a high rate of speed, approximately 60-80 Kilometers Northeast of Baghdad in Diyala Province. An attack occurred at a point between the first and second vehicle. According to the affiant, the vehicles were spaced 50 meters apart; however, it is very common for drivers to greatly underestimate their spacing. The lead vehicle experience some damage to its rear and the second vehicle experienced some damage to its front.

Conclusion
This event was most likely an EFP event that was poorly aimed by the emplacer. The munition was triggered by the first vehicle, but due to its speed, the blast occurred predominantly behind the first vehicle. The splayed shards from the EFP would have caused some minor damage to the rear of the vehicle as was experienced. The second vehicle, due to not being properly spaced, experienced some blast results and experienced relatively minor damage as well. The location, date of attack, and fact that the main slug missed the vehicle are indicative of the fact that during this timeframe, the enemy were still trying to optimize their techniques. It is because of misses like these, that the enemy ultimately employed multiple array EFP's and changed the angles of attack in future attacks.

**JASON HARRISON**

Opinion

This event was an EFP

Basic Information

**Name:** Jason Harrison
**Branch of Service:** Army
**Date of Event:** April 2006

Description of Attack

**Activity at time of Attack:** Combat Patrol
**Convoy Configuration:** Squad / Platoon of Bradley's
**Timing of Attack:** Night
**Part of Convoy Attacked:** Unknown
**Type of Vehicle Attacked:** Bradley Fighting Vehicle
**Enemy Troops:** Known HVT compound
**Type of Attack:** EFP

Narrative

During a mission near Ramadi, to find and secure a key enemy person, known as a High Value Target (HVT), after successfully executing the combat objective, the Bradley Fighting Vehicle was struck by a device which penetrated the armor and wounded other occupants.

Conclusion

This is most likely an EFP. EFP's were specifically used to target armored vehicles, such as Bradley Fighting vehicles. The timeframe of the attack, type of damage, and tactical placement of the device during a highly kinetic mission is consistent with EFP attacks.

**ADAM FARGO**

Opinion
The first event was a traditional IED attack. The second event was most likely an EFP.

Basic Information
**Name:** Adam Fargo
**Grade / Rank:** E5 / SGT
**Branch of Service:** Army
**Date of Event 1:** Feb 2006
**Date of Event 2:** July 21st or 22nd, 2006

Description of First Attack
**Activity at time of Attack:** Route Security Patrol
**Convoy Configuration:** Most likely 3-4 security gun trucks
**Timing of Attack:** Unknown
**Part of Convoy Attacked:** First vehicle in convoy
**Type of Vehicle Attacked:** Some form of HMMWV (up-armored status unknown)
**Enemy Troops:** No combatants observed
**Type of Attack:** Traditional IED

Narrative of First Attack
During a route security patrol a traditional IED detonated against the first vehicle.

Description of Second Attack
**Activity at time of Attack:** Route Clearance in Sadr City
**Convoy Configuration:** Most likely a route clearance patrol including detection assets, interrogation assets, security vehicles, EOD, and recovery assets.
**Timing of Attack:** Evening hours
**Part of Convoy Attacked:** Second or third vehicle
**Type of Vehicle Attacked:** Some form of HMMWV (up-armored status unknown)
**Enemy Troops:** Dismounted troops conducting an ambush with small arms fire
**Type of Attack:** EFP Event

Narrative of Second Attack
During a route clearance patrol through Sadr City, while maneuvering around or through some bridge abutments, a remotely controlled "Advanced" IED was initiated against the convoy. The strike occurred from the abutment and was oriented sideways to impact the side of the vehicle. The charge placement was such that it was approximately 3-4 feet off the ground in the abutment and in line with the driver's door. The explosion wounded four of the five occupants of the vehicle, fatally wounding SGT Fargo, who was the driver of the vehicle during the time of the explosion.  During post incident communications with the father of the deceased, the Army informed him that it was determined to be an "advanced IED" with armor piercing capabilities.

The second attack is documented in a Sigact Report posted on wikileaks.

9

https://wikileaks.org/irq/report/2006/07/IRQ20060722n4721.html. Also, in a documents released through a FOIA request to U.S. Central Command, the attack was confirmed as a "Directional IED" which is also known as an EFP.

| 99 | 7/22/2006 9:06 | 1 | Explosive Hazard | IED Explosion | Directional IED | 38SMB4893089660 |

https://www3.centcom.mil/FOIALibrary/cases/16-0276/60._OIF_EFP_Summary__2005_2011_CLEAR.pdf

Conclusion

The first device described in February of 2006 was a traditional IED. However, the damage, location, and date of the second attack are all consistent with an EFP strike. Further, the description by the casualty notification officer to the father, is consistent with terminology used to describe EFP's in the early days of their usage in theater (advanced IED). EFP's were introduced in Iraq in 2004 and quickly became a weapon of choice for insurgents. The characteristics of an EFP blast include a hole created by a copper plate which is formed into a penetrating slug capable of piercing armor and many smaller holes caused by shards of copper and other shrapnel generated by the blast. This event was believed to be a remotely initiated device. While typically, EFP's were initiated using passive infrared sensors (PIR), the enemy combatants used various means and methods to initiate the devices and remote control detonation was a tactic used heavily during the period before Coalition forces began to widely disseminate counter-radio wave technology to suppress initiation signals to devices.

**Nicholas McCoy**

<span style="color:blue">Opinion</span>
This is an EFP event.

<span style="color:blue">Basic Information</span>
**Name:** Nicholas McCoy
**Grade / Rank:** E3 / PFC
**Date of Event:** October 12th 2005

<span style="color:blue">Description of Attack</span>
**Activity at time of Attack:** Convoy between FOB Marez and Camp Rawal
**Convoy Configuration:** 12-20 vehicle convoy (estimated average of 3 personnel per vehicle)
**Timing of Attack:** Approximately 1 hour before return to base at conclusion of trip
**Part of Convoy Attacked:** Rear of convoy (3rd from the rear of convoy)
**Type of Vehicle Attacked:** PLS (Palletized Loading System) truck with trailer
**Enemy Troops:** Unknown (one young boy with sheep not known to be an enemy)
**Type of Attack:** EFP Event

<span style="color:blue">Narrative</span>
On a return convoy from Camp Rawal to FOB Marez, the third to last vehicle in a 12-20 vehicle convoy Mr. McCoy was traveling with was struck by an EFP. The explosion occurred directly in front of his position in the second to last vehicle in the convoy. He was in the passenger seat of an up-armored Heavy Expanded Mobility Tactical Truck (HEMMT). The strike occurred against the trailer being towed by a Palletized Loading System (PLS) truck approximately 12-15 feet in front of his position. The damage to the trailer included a 2-3 feet diameter hole and smaller shrapnel holes surrounding the larger hole. The blast strike sheered the axle and sent passenger side tire flying into the air in Mr. McCoy's direction.

<span style="color:blue">Conclusion</span>
The damage, location, and date of attack are all consistent with an EFP strike. EFP's were introduced in Iraq in 2004 and quickly became a weapon of choice for insurgents. The characteristics of an EFP blast include a hole created by a copper plate which is formed into a penetrating slug capable of piercing armor and many smaller holes caused by shards of copper and other shrapnel generated by the blast.

## MICHAEL FISSLER

### Opinion
This event was an EFP

### Basic Information
**Name:** Michael Fissler
**Grade / Rank:** E6 / SSG
**Branch of Service:** Army
**Date of Event:** August 26, 2006

### Description of Attack
**Activity at time of Attack:** Supply Convoy
**Convoy Configuration:** Unknown
**Timing of Attack:** Morning
**Part of Convoy Attacked:** Unknown
**Type of Vehicle Attacked:** HMMWV (up-armored status unknown)
**Enemy Troops:** None observed
**Type of Attack:** EFP

### Narrative
During a logistics / supply convoy in the vicinity of Q-West (South of Mosul), the convoy was conducting a routine supply run through a known IED hotspot. While observing pictures of the damage to the vehicle, it is evident that the munition impacted the engine compartment of the vehicle and it is noteworthy that there are small slag penetration holes in the vehicle.

### Conclusion
The type of damage, location of the incident, and timeframe of the attack are all consistent with an EFP strike. The characteristics of an EFP blast include a hole created by a copper plate which is formed into a penetrating slug capable of piercing armor and many smaller holes caused by shards of copper and other shrapnel generated by the blast.

**JAE SIK MOON**

Opinion
This event was an EFP

Basic Information
**Name:** Jae Sik Moon
**Grade / Rank:** E6 / SSG
**Branch of Service:** Army
**Date of Event:** December 2006

Description of Attack
**Activity at time of Attack:** Patrol
**Convoy Configuration:** Unknown
**Timing of Attack:** Morning
**Part of Convoy Attacked:** Unknown
**Type of Vehicle Attacked:** Some form of HMMWV (up-armored status unknown)
**Enemy Troops:** Unknown
**Type of Attack:** EFP

Narrative
During a convoy in the vicinity of Baghdad, an IED explosion detonated, wounding three and
killing SSG Moon. From records reviewed of the incident, the EOD team evaluating the strike
concluded that the device was a steel lined EFP with copper discs.
https://wardiaries.wikileaks.org/id/B867E2D3-EC54-8591-37321C912D14541A/

Also, in a documents released through a FOIA request to U.S. Central Command, the attack was
confirmed as a "Directional IED" which is also known as an EFP.

| 164 | 12/25/2006 9:19 | 1 | Explosive Hazard | IED Explosion | Directional IED | 38SMB4548279009 |
|---|---|---|---|---|---|---|

https://www3.centcom.mil/FOIALibrary/cases/16-
0276/60._OIF_EFP_Summary__2005_2011_CLEAR.pdf

Conclusion
The on the ground responding EOD team positively identified this device as an EFP. EFP's
were introduced in Iraq in 2004 and quickly became a weapon of choice for insurgents. The
characteristics of an EFP blast include a hole created by a copper plate which is formed into a
penetrating slug capable of piercing armor and many smaller holes caused by shards of copper
and other shrapnel generated by the blast. This event was believed to be a remotely initiated
device. While typically, EFP's were initiated using passive infrared sensors (PIR), the enemy
combatants used various means and methods to initiate the devices and remote control
detonation was a tactic used heavily during the period before Coalition forces began to widely
disseminate counter-radio wave technology to suppress initiation signals to devices.

**SHANE SMITH**

Opinion
This is an EFP

Basic Information
**Name:** Shane Smith
**Grade / Rank:** SSG
**Branch of Service:** Army
**Date of Event:** May 21, 2007

Description of First Attack
**Activity at time of Attack:** Raid on enemy compound to find high value targets
**Convoy Configuration:** Infantry mounted patrol
**Timing of Attack:** Unknown
**Part of Convoy Attacked:** Somewhere in the middle
**Type of Vehicle Attacked:** Uparmored HMMWV
**Enemy Troops:** Unknown
**Type of Attack:** EFP

Narrative
While conducting a raid on a known enemy compound, the vehicle SSG Smith was occupying was struck by an EFP on the ingress road into the compound. SSG Smith was the TC (truck commander) for the vehicle he was in, and there was a driver, a gunner, and two passengers. The vehicle was struck on the front driver side of the vehicle shearing off the front of the vehicle and leaving molten slag holes in the body of the truck. Further, SSG Smith explains that the area was a very well known location of EFP strikes and in fact was performing the mission in an attempt to find the network of personnel emplacing EFPs in the area.



## Conclusion

The damage, location, and date of this attack are all consistent with an EFP strike. EFP's were introduced in Iraq in 2004 and quickly became a weapon of choice for insurgents. The characteristics of an EFP blast include a hole created by a copper plate which is formed into a penetrating slug capable of piercing armor and many smaller holes caused by shards of copper and other shrapnel generated by the blast.

**DYLAN HIBBERT**

Opinion

<mark>This event was an EFP</mark>

Basic Information

**Name:** Dylan Hibbert
**Branch of Service:** Army
**Date of Event:** July 20th 2005

Description of Attack

**Activity at time of Attack:** Route Clearance Patrol
**Convoy Configuration:** Two gun trucks in front, buffalo interrogation vehicle, two gun trucks in back
**Timing of Attack:** Unknown
**Part of Convoy Attacked:** Buffalo
**Type of Vehicle Attacked:** Buffalo
**Enemy Troops:** Unknown
**Type of Attack:** EFP

Narrative

During a route clearance patrol, while interrogating a device, it detonated and damaged the interrogation arm, tires, and penetrated the armored hull of the buffalo.

Conclusion

This is most likely an EFP. Due to the fact that Mr. Hibbert is a combat engineer and performed route clearance missions, he is very knowledgeable of the types of IEDs and EFPs used in theater. The timeframe of the event is consistent with an EFP. Further, the buffalo interrogation vehicle is designed to resist explosive blasts and is heavily armored with a vee shaped hull. The fact that this event penetrated the hull is indicative of an EFP. The characteristics of an EFP blast include a hole created by a copper plate which is formed into a penetrating slug capable of piercing armor and many smaller holes caused by shards of copper and other shrapnel generated by the blast.

**NICOLAS MCCARTY**

Opinion

This event was an EFP

Basic Information

**Name:** Nicholas McCarty
**Branch of Service:** Army
**Date of Event:** April 24, 2005

Description of Attack

**Activity at time of Attack:** Area Security Patrol
**Convoy Configuration:** Infantry patrol in vicinity of Abu Ghraib
**Timing of Attack:** Mid Morning
**Part of Convoy Attacked:** Security HMMWV
**Type of Vehicle Attacked:** HMMWV
**Enemy Troops:** Unknown
**Type of Attack:** EFP

Narrative

During a routine combat patrol / area security patrol the infantry unit was providing overwatch of the local market. At the conclusion of the patrol, the vehicle backed up to retrieve signage and equipment when a detonation occurred wounding the gunner, the driver, and the truck commander. Pictures of the damage very clearly show the slag holes from an EFP.

Conclusion

This is an EFP. EFP's were in use in the theater of operations during this timeframe. The characteristics of an EFP blast include a hole created by a copper plate which is formed into a penetrating slug capable of piercing armor and many smaller holes caused by shards of copper and other shrapnel generated by the blast.

**COMPENSATION**

My rates for expert work are $125.00/hour

**PRIOR TESTIMONY**

I have not given a deposition or trial testimony in the last four years.


Signed this  9  day of  JULY  , 2021.

                                          _____

                                          Ryan Thompson

# Exhibit 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL BOTTORFF, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | Civil Action No. 18-3122 (CKK) |
| v. | ) | |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN** | ) | |
| | ) | |
| **Defendants.** | ) | |

## EXPERT REPORT OF PHILLIP SMYTH RE: PLAINTIFFS JOSEPH JAMES III, SHAUN COOK, NICOLE FRIDA, AND RANDALL BURNS

**OVERVIEW**

In this background report a concise description of how Iran wages war utilizing a multitude of proxy groups, the types of weapons often supplied to these proxies, and their development over the past four decades will be offered. This background will be paralleled with the experiences in Afghanistan of Joseph James III and Shaun Cook and Frida Catherine Nichole (Nicole Frida) who were both injured in Iraq.  I also incorporate and attach a report I've previously prepared in another lawsuit involving the attack on Fort Sullivan in Afghanistan where Randall Burns was injured.

**QUALIFICATIONS** & **EXPERIENCE**

My research on Iran's utilization of proxy groups in the Middle East, including Afghanistan, started in 2006 when I began my travels to the region and established a number of research databases detailing propaganda material distributed by Iranian proxy groups in Lebanon and Iraq.

In 2012, I was given a research fellowship at the Global Research in International Affairs ("GLORIA") Center at IDC Herzliya. The GLORIA Center was "founded by the late Professor

1

Barry Rubin ... produces up-to-date, accurate analysis and reporting on modern Middle East affairs, using primary sources and exclusive on-the-ground contacts throughout the region."[1]

From 2015-2018, I was a researcher at the University of Maryland's Laboratory for Computational Cultural Dynamics ("UMD-LCCD"), a lab focused on using technology to assess political and militant groups. At UMD-LCCD, I focused on assessing leadership structures within Iranian proxy groups, including organizations such as Lebanese Hizballah. Additionally, Pakistani Sunni militant groups associated with the Taliban and al-Qa'ida (also referred to herein as "al-Qaeda") were also assessed by UMD-LCCD.

I created Hizballah Cavalcade on the website Jihadology.net and posted around 40 articles from 2013-2016. This project pioneered the use of social media-based data and analysis to assess new Iranian-backed militant organizations and their activities. These posts provided the first written assessments of at least ten Iranian proxy groups.

In 2015, I was given an adjunct fellow position at The Washington Institute for Near East Policy ("TWI"). My work primarily focused on covering Iranian proxy groups in the Middle East. Founded in 1985, TWI is "committed to advancing U.S. interests in the Middle East" and is the "largest research institute devoted exclusively to the study of the Middle East."[2]

In 2018, I was made a Soref Fellow for TWI where I continued my research on Iranian-backed proxy groups stretching from Pakistan to Lebanon. My main project as a Soref Fellow is The Shia Militia Mapping Project, a regularly updated map that primarily tracks Iran's Shia Islamist proxies across the Middle East.

---

[1] The Ruhin Center for Research in Tntemational Affairs, 2018, http://portaJ.idc.ac.il/en/main/research/pages/rubin.aspx.
[2] "Mission & History," The Washington Institute for Near East Policy, 2018, https://www.washingtoninstitute.org/about/mission-and-history

As a fellow at TWI, I regularly interact with members of other think tanks who research and write about Iranian proxy affairs and relationships, and I have been invited to speak about Iranian policies vis-a-vis their proxies in Syria and Iraq during The Institute for National Security Studies' annual terrorism conference in 2019.

I have been a guest lecturer at American University, Georgetown University, George Washington University, The National Defense University, Tufts University (Fletcher School), and Glendale College. The focus of my lectures has often been to cover how Iran utilizes proxy groups and the different organizations Tehran has spawned since 1979.

I have appeared or have been quoted by major news outlets regarding Iran's activities to craft proxy groups, terrorist organizations, and new forms of research on terrorism. Some of these news media organizations include ABC, American Spectator, AFP, the Associated Press, Al-Arabiya, Asharq al-Awsat, Al-Jazeera, Blogs of War, Buzzfeed, The Boston Globe, Brookings Institute, Business Insider, The Carnegie Endowment, The Center for New American Security, Christian Science Monitor, CTC Sentinel-West Point, the Committee to Protect Journalists, The Daily Star (Lebanon) , the Council On Foreign Relations , Fox News, The Huffington Post, The Independent (UK), the Financial Times, Foreign Policy Magazine, The Guardian, IDC Herzliya, International Business Times, Jerusalem Post, Mashable, Middle East Policy, the Middle East Quarterly, MSNBC, Mother Jones, The New York Times, The National Review, National Public Radio, Newsweek, Public Radio International, Politico, Radio Free Europe/Radio Liberty, the RAND Institute, Reuters, Syria Comment, Time Magazine, The Tower Magazine, The Wall Street Journal, The Washington Post, The Week, The Weekly Standard, The Wilson Center, Vice, Vox, and Zenith Magazine (Germany).

My work on Iranian-backed groups has been cited in over 25 scholarly books produced between 2010-2020.

I have organized and conducted interviews with numerous Iranian-backed militia leaders and fighters originating from Afghanistan, Iraq, Lebanon, Pakistan, and Syria. Some of these interviews were done overseas, over the phone, and others using the internet. My work has included briefings with elements of the United States government, including the Department of Defense, Department of State, Department of Treasury, and others. Additionally, I have briefed elements linked to NATO and various police and government agencies for various European and Middle Eastern governments.

I have testified before various committees of the United States Congress about Iranian proxy growth and use in the Middle East and have briefed members of Congress on matters dealing with counterterrorism and Iran policy since 2013.

**DOCUMENTS REVIEWED**

I reviewed Plaintiffs depositions an declarations, declassified material dealing with the war in Afghanistan, documents related to Iranian support for extremist elements, open-source articles, peer-reviewed journal pieces, and interviews with current and former U.S. government officials familiar with Iraq ad Afghanistan and Iranian movements in Iraq and Afghanistan. I could also call on a decade of personal notes dealing with tactics, leadership, and organizational details related to Iranian proxy development. Open-source foreign language sources, including IRGC-linked social media in Arabic and Persian were also used to assess Iran's links to the attacks which injured the Plantiffs.

**IRAN'S MANY MODES OF INFLUENCE**

Iran's core network of influential groups have arisen from Shia Islamist militia groups primarily based in Iraq, Lebanon, Syria, Afghanistan, and Pakistan. These organizations are often directly guided by Iran's Islamic Revolutionary Guard Corps Quds Force (IRGC-QF) and have received extensive training by the IRGC-QF. Ideologically, many of these organizations adhere to the Absolute *Wilayat al-Faqih* (Arabic for the Absolute Guardianship of the Jurisprudents) ideological system. This ideological framework forms the basis for the governing system of the Islamic Republic of Iran. Orders coming from Iran's Supreme Leader, Ali Khamenei hold ultimate political, social, religious, and cultural weight. Edicts issued through Khamenei and clerics adhering to the Absolute Wilayat al-Faqih ideology in the form of a *taklif* (religious obligation) are often issued to . For instance, a taklif was issued by Iranian clerical authorities and with the blessing of Khamenei and this was used as a religiously sanctioned motivation to recruit Shia jihadist fighters to fight in Syria (2013-Present).

While Iran is a Shia Islamic majority country and a theocracy that holds Shia Islam as its primary religious form of organization, the Islamic Republic has demonstrated dexterity with utilizing proxy groups of different ideological and religious beliefs. Iran has even gone so far as to back Marxist Palestinian groups such as the Popular Front for the Liberation of Palestine[3] and that group's splinter, the Popular Front for the Liberation of Palestine-General Command.[4] Iran, despite having fought Sunni extremist elements has also assisted elements of al-Qa'ida.[5]

---

[3] Judah Ari Gross, "Shin Bet: PFLP terror cells with ties to Iran, Hezbollah busted in West Bank," July 21, 2020, https://www.timesofisrael.com/shin-bet-pflp-terror-cells-with-ties-to-iran-hezbollah-busted-in-west-bank/.
[4] Phillip Smyth, "The Popular Front for the Liberation of Palestine-General Command (PFLP-GC) and the Syrian Civil War," MERIA Journal, 2013, https://www.academia.edu/4322274/The_Popular_Front_for_the_Liberation_of_Palestine_General_Command_P FLP_GC_and_the_Syrian_Civil_War.
[5] Michael Lipin, Siamak Dehghanpour, "Pompeo Rekindles Debate About US Response to Iran's Hosting of Al-Qaida," VOA, May 25, 2021, https://www.voanews.com/middle-east/pompeo-rekindles-debate-about-us-response-irans-hosting-al-gaida.

## IRAN & IRAQ'S DEADLY SHIA MILITIAS

Currently, Iran has extensive influence over around 50 Shia militia organizations within Iraq and Lebanese Hizballah, a group that is a first among equals.[6] These organizations began life as a series of loose networks that held hopes to depose then Iraqi dictator Saddam Hussein and to crafting an Islamic state in Iraq. Following the 1979 Islamic Revolution in Iran led by Iran's first Supreme Leader, Ayatollah Khomeini, many of these networks coalesced around Khomeini's leadership and ideology. Through the early 1980s, the IRGC sought to organize these militants under its leadership. By the time the U.S. invaded Iraq in 2003, Iran had developed at least a dozen networks and a main umbrella group under its control that had military experience and the ability to execute attacks against Iraqi government and U.S. forces.

Started in 2005, Kata'ib Hizballah was described by The Wall Street Journal as, "one of the closest of Tehran's affiliates, serving almost entirely Iran's agenda in Iraq."[7] The group was primarily formed from elite Iran-loyal militants from the Badr Corps. The Badr Corps (now called the Badr Organization) was an IRGC controlled section of Iraqis (primarily Shia Muslim) that were (from 1983-2003) primarily utilized as a guerilla and regular force against the forces of Saddam Hussein. Badr commanders, namely Jamal Jaafar al-Ibrahimi (aka Abu Mahdi al-Muhandis), later went on to found Kata'ib Hizballah.[8]  Kata'ib Hizballah also openly adheres to the Absolute Wilayat al-Faqih ideology, a further demonstration of more direct Iranian leadership over the group and its activities.[9] Other groups formed in this time period include

---

[6] Ben Hubbard, "Iran Out to Remake Mideast With Arab Enforcer: Hezbollah," The New York Times, August 27, 2017, https://www.nytimes.com/2017/08/27/world/middleeast/hezbollah-iran-syria-israel-lebanon.html.

[7] Amira el-Fekki and Sune Engel Rasmussen, "Shadow Network of Militias Backs Iran," The Wall Street Journal, February 26, 2021, https://www.wsj.com/articles/shadow-network-of-militias-backs-iran-11613506409.

[8] Qassim Abdul-Zahra and Bassem Mroue, Iraqi militant killed by US worked with Iran for decades, AP, January 3, 2020, https://apnews.com/article/7c75c5067d0acb8857e52d98e17dbe97.

[9] "حزب الله في العراق: ما الذي نعرفه عن طبيعته وقوة وارهابه" BBC, December 30, 2019, https://www.bbc.com/arabic/middleeast-50945835.

Asa'ib Ahl al-Haq (AAH). AAH was created between 2004-2006 when followers of Iraqi cleric and politician Muqtada al-Sadr split to form their own militant group. AAH eventually grew into a primary Iranian proxy in Iraq, carrying out IED and EFP attacks.[10] AAH also adhered to the Iranian religious-political ideology of Absolute Wilayat al-Faqih.During the 2005-2011 period, Iran heavily invested in both Kata'ib Hizballah and AAH, eventually growing them into some of Iraq's strongest Iranian-controlled Shia militia factions.

**COMPLICATED RELATIONS WITH IRAN'S AFGHAN PROXIES**

Unlike its relationship with Iraq's Shia militia groups, Iran has had a more complicated relationship with Afghanistan and its numerous factions. Tracing back to the early 1980s, Khomeini attempted to influence Afghan Mujahideen (Sunni and Shia elements). In 2013, the IRGC-QF even crafted an Afghan Shia subgroup called Lashkar Fatemiyoun. This group actively recruited among the Hazara Shia ethnic group, which includes around 1 million refugees living in Iran. Still, Iran did not only focus on enveloping Afghanistan's Shia.[11] In fact, one of Iran's more dynamic relationships has been with the Taliban.[12]

Despite historical tensions between Iran and the Taliban, the Iranian relationship with the group has not only grown, it is now seen as a strategic necessity by Tehran. Iran and the Taliban's relationship may appear fleeting at times. Nevertheless, this does not mean that the group and factions related to it are not heavily invested in links with Iran for arms, training, and other forms of support. While this support is not comparable to the direct oversight often seen with Iran and its Iraqi Shia militia groups or Lebanese Hizballah, its support for the Taliban and

---

[10] Joel Rayburn, Iraq After America: Strongmen, Sectarians, Resistance (Stanford: Hoover Institution Press, 2014) Pp. 171-175.

[11] Phillip Smyth, The Shiite Jihad in Syria and its Regional Effects, The Washington Institute for Near East Policy, 2015, https://www.washingtoninstitute.org/media/2538.

[12] "Tehran buddies up to the Taliban," DW, February 3, 2021, https://www.dw.com/en/tehran-buddies-up-to-the-taliban/a-56434495.

associated factions is transactional and based on strategic goals aiming to kill U.S. forces and its allies, damage U.S. presence in Afghanistan.

Iran did not just view the Taliban and its factions in the abstract, Tehran offered direct support to major Taliban leaders wanted by the U.S. military and Afghan government. In 2016, Mullah Akhtar Mansour had spent two months in Iran and had engaged in coordinating Taliban activities there.[13] In 2019, senior Taliban leaders met with high ranking Iranian officials in Qatar.[14] As late as January 2021, Iran continued to host Taliban delegations.[15]

In a 2015 report by the Wall Street Journal, an interviewed Taliban leader claimed "Iran supplies us with whatever we need." The reasoning for this was explained in a number of reports by IRGC-linked media outlets. In 2016, Tasnim, an IRGC-affiliated Iranian news organization claimed that Iran was engaging with the Taliban for intelligence purposes.[16] In March 2017, this same publication lauded the Taliban's presence in Afghanistan's Farah Province as an element to counter U.S. influence in Afghanistan and halt any potential U.S. projection vis-à-vis Iran: "Farah holds a special importance to Washington as a zone bordering Iran. [Former President] Trump…if he really wants to take action against the Islamic Republic, will have [access to a]

---

[13] Adam Entous and Jessica Donati, "How the U.S. Tracked and Killed the Leader of the Taliban," The Wall Street Journal, May 25, 2016, https://www.wsj.com/articles/u-s-tracked-taliban-leader-before-drone-strike-1464109562.

[14] Fatemeh Aman, "Iran-Taliban growing ties: What's different this time?," IranSource, February 16, 2021, https://www.atlanticcouncil.org/blogs/iransource/iran-taliban-growing-ties-whats-different-this-time/.

[15] Roshan Noorzai, Iran Cultivates Taliban Ties to Gain Leverage, Experts Say, VOA, February 12, 2021, https://www.voanews.com/extremism-watch/iran-cultivates-taliban-ties-gain-leverage-experts-say.

[16] "Iran is in Contact with the Taliban of Afghanistan for Intelligence," Tasnim News, December 11, 2016, https://www.tasnimnews.com/fa/news/1395/09/20/1263773/%D8%A7%DB%8C%D8%B1%D8%A7%D9%86-%D8%A8%D8%A7-%D8%B7%D8%A7%D9%84%D8%A8%D8%A7%D9%86-%D8%A7%D9%81%D8%BA%D8%A7%D9%86%D8%B3%D8%AA%D8%A7%D9%86-%D8%A8%D9%87-%D8%A7%D9%81%D8%BA%D8%A7%D9%86%D8%B3%D8%AA%D8%A7%D9%86-%D8%A8%D9%87-%D8%AC%D9%87%D8%AA-%DA%A9%D9%86%D8%AA%D8%B1%D9%84-%D8%A7%D8%B7%D9%84%D8%A7%D8%B9%D8%A7%D8%AA%DB%8C-%D8%AA%D9%85%D8%A7%D8%B3-%D8%AF%D8%A7%D8%B1%D8%AF.

military base in [Farah], in addition to Farah airport." Therefore, the Taliban formed a buttressing element.[17]

## IRAN'S LINKS IN BAGRAM

Building out a stronger geo-strategic position in bordering states has been of utmost importance for Iranian policymakers. The targeting of U.S. troops in Bagram by the Taliban (or its affiliates) with Iranian assistance makes further strategic sense to Tehran. Bagram Airbase, a main hub for U.S. military presence in Afghanistan, was noted in one Wall Street Journal article as, "Wedged between Iran and China, the Afghanistan location can't be beat."[18]

Iran has reportedly paid bounties, particularly in the Bagram area. As late as December 2020, sources related to the U.S. Department of Defense told CNN that the Islamic Republic of Iran was engaged in paying bounties to local Taliban factions and elements linked to the al-Qa'ida and Taliban affiliated Haqqani Network.[19] Attacks associated with these bounties can be assessed to include IED and EFP, small arms, and rocket attacks, based on the variety of attacks that have occurred in the area since 2003.

## IEDS, IRAMS, & ROCKETS

The Improvised Explosive Device (IED) is a weapon system that has been around long before the dawn of dynamite. While the Department of Homeland Security described the weapon as a "'Homemade bomb' and/or destructive device,"[20] Iran has supplied many of its proxy forces

---

[17] Tasnim News, «بود دیکده» و «راه فه» :دنس جهو ویپ زارش گ ،"ران ای خاک هب اکپ آمریپ ظامی ندگاه پ بلپ ن نپ ریتّ
March 7, 2017, https://www.tasnimnews.com/fa/news/1396/12/16/1667788/گزارشو یم-دنس ت-طالا یولاو
راه فهو-کدیدزنپ ریپ ندگاه پ می-ظامی نکاند هخاک-بکاخه ران ای

[18] William Lloyd Stearman, Why Give Away Bagram Air Base?, Wall Street Journal, May 19, 2021, https://www.wsj.com/articles/why-give-away-bagram-air-base-11621463794.

[19] Zachary Cohen, "US intelligence indicates Iran paid bounties to Taliban for targeting American troops in Afghanistan," CNN, August 17, 2020, https://www.cnn.com/2020/08/17/politics/iran-taliban-bounties-us-intelligence/index.html

[20] "IED Attack Improvised Explosive Devices," News & Terrorism: Communicating in a Crisis, Department of Homeland Security, https://www.dhs.gov/xlibrary/assets/prep_ied_fact_sheet.pdf.

with an industrialized ability to build and deploy IEDs. This coincides with training regimens for these proxies to more effectively used these systems. Iranian-backed groups in Lebanon (Lebanese Hizballah) and Iraq (Asa'ib Ahl al-Haq, the Badr Organization, Kata'ib Hizballah, Kata'ib Sayyid al-Shuhada, and others) have pioneered the industrial use of IEDs, particularly buried varieties to target Western foes.[21] These buried IEDs have continued to be used by Iranian front groups in Iraq against logistical vehicles supplying U.S. troops.[22]

A development on the IED has been the Explosively Formed Penetrator or EFP. The EFP often uses an explosion caused by an IED to turn a piece of metal (often copper) over the IED into a molten metallic projectile that can penetrate The high level of Iranian involvement in EFP development and deployment in Iraq led the Washington Post to headline one article with "Soleimani's legacy," a reference to slain IRGC-QF commander Qasim Soleimani, "The gruesome, high-tech IEDs that haunted U.S. troops in Iraq."[23]

While rocket systems, particularly the Katsuya are quite ubiquitous in most conflict zones, Iran has specialized in supplying these weapons systems to conflict zones.[24] Many of these weapons systems are the first to be supplied or demonstrated by groups with links to Iran.[25] The Improvised Rocket Assisted Munition or IRAM has been another tool heavily utilized by Iranian proxies. This was the particular case in Iraq. Starting with factions of Muqtada al-Sadr's

---

[21] Nicholas Blanford, Warriors of God: Inside Hezbollah's Thirty-Year Struggle Against Israel, (New York: Random House, 2011) P. 444. Matti Friedman, Pumpkinflowers: A Soldier's Story of a Forgotten War, Chapel Hill: Algonquin Books, 2017), P. 132. See also: Samuel M. Katz, The Ghost Warriors: Inside Israel's Undercover War Against Suicide Terrorism, (New York: Random House, 2016). In Katz's book, he discusses Lebanese Hizballah's master-level skills in training other proxies of Iran in the use of IED technology and camouflage techniques.

[22]

[23] Alex Horton, "Soleimani's legacy: The gruesome, high-tech IEDs that haunted U.S. troops in Iraq," Washington Post, January 3, 2020, https://www.seattletimes.com/nation-world/soleimanis-legacy-the-gruesome-high-tech-ieds-that-haunted-u-s-troops-in-iraq/.

[24] Shaan Shaikh "Iranian Missiles in Iraq," CSIS, December 11, 2019, https://missilethreat.csis.org/iranian-missiles-in-iraq/.

[25] Note: Examples include various Palestinian "Resistance Factions" in Gaza, the Bahraini Saraya al-Mukhtar, and Syrian Shia groups controlled by Lebanese Hizballah.

Jaysh al-Mahdi, then the more directly Iranian-controlled Kata'ib Hizballah and Asa'ib Ahl al-Haq, all utilized different types of IRAM against U.S. and Coalition forces during the Iraq War (2003-2011). Kata'ib Hizballah also turned the IRAM into a major propaganda tool. The group commissioned a website,[26] a song,[27] and propaganda news articles to celebrate the weapons system.[28] With these weapons, large drums would be filled with explosives, ball bearings, and other frangible material.[29]

## ANALYZING THE DEPOSITIONS

**Shaun Cook**: The November 17, 2007 rocket attack discussed during the deposition clearly refers to an IRAM strike on the Rustimayah Base. Kata'ib Hizballah, a group under the direct control of the Islamic Republic of Iran and their IRGC-QF claimed an attack on the base using a specialized IRAM device named the al-Ashtar Rocket. In fact, this was one of the first publicly claimed operations by Kata'ib Hizballah when using this device.[30] On November 17-18, 2007 two attacks on Al-Shaab and Al-Rustimayah were claimed as demonstrations of the new weapon's capability.[31] From January 1, 2007-December 1, 2007 Kata'ib Hizballah listed 25 attacks against Rustimayah. This would make the site one of the most popular sites for Kata'ib Hizballah to bombard in 2007.[32] Thus within a reasonable degree of certainty based on my

---

[26] See: https://www.alashtr.com.

[27] See: "#كتائب حزب الله الأبطال خوارق يصاونهاكتائب حزب الله," YouTube, March 3, 2021, https://youtu.be/eSdtmenSr6M.

[28] "كتائب حزب الله موت" رشتأ "ولة رحيد كان ريه كتائب حزب الله رمالا," Al-Ebaa, February 15, 2016, https://www.alebaa.tv/2016/02/15/53335/.

[29] "Improvised Rocket-Assisted Munitions (IRAM)," JIEDDO, https://admin.govexec.com/media/gbc/docs/pdfs_edit/jieddo_ied_tri-fold_v3sm.pdf

[30] See: "مسجل من مقاومة كتائب حزب الله .. زيج دة ستار سد الا عن رشتأ" الا "بعملية دعوة ذستهدف اية كيرا الام في," al-Ashtar, September 14, 2017, https://www.alashtr.com/2017/01/19/367/. Note: "Al-Ashtar" is a website that is run by Kata'ib Hizballah-linked figures. It promotes the use of the IRAM of the same name.

[31] Note: Included is a video of an attack on the al-Sha'ab base which occurred in conjunction with the Ashtar rocket attack on Rustimayah on the same date: https://kataibhezbollah.me/attack/2610.

[32] Rocket attack on attack on Rustimayah on December 1, 2007: https://kataibhezbollah.me/attack/2297
Rocket attack on attack on Rustimayah on December 1, 2007: https://kataibhezbollah.me/attack/2269.
Rocket attack on attack on Rustimayah on November 1, 2007: https://kataibhezbollah.me/attack/2196.

knowledge and expertise, it is my opinion that this attack was committed with Iranian support, inspiration, and funding.

**Frida Catherine Nichole (Nicole Frida) Deposition:** Ms. Frida refers to a rocket attack and then an IED attack in Baghdad that targeted sites she was working in. It was unclear if this occurred at the Camp Victory site or closer to the IZ (Baghdad Green Zone). However, Kata'ib Hizballah did claim a number of attacks on both sites during this period.[33] Camp Victory, near Baghdad Airport was a favored target for Kata'ib Hizballah and Asa'ib Ahl al-Haq. In fact, Iranian-backed Iraqi Shia militia forces drastically upped their attacks against U.S. forces during the 2010-2011 pullout period.[34] Thus within a reasonable degree of certainty based on my knowledge and expertise, it is my opinion that this attack was committed with Iranian support, inspiration, and funding.

---

Rocket attack on attack on Rustimayah on October 20, 2007: https://kataibhezbollah.me/attack/2202.
Rocket attack on attack on Rustimayah on September 26, 2007: https://kataibhezbollah.me/attack/2208.
IED attack on Rustimayah on September 22, 2007: https://kataibhezbollah.me/attack/1995.
IED attack on Rustimayah on September 16, 2007: https://kataibhezbollah.me/attack/1917.
Rocket attack on Rustimayah  on August 26, 2007: https://kataibhezbollah.me/attack/2207.
Rocket attack on Rustimayah  on August 19, 2007: https://kataibhezbollah.me/attack/2565.
Rocket attack on Rustimayah  on July 30, 2007: https://kataibhezbollah.me/attack/2210.
IED attack on Rustimayah  on July 21, 2007: https://kataibhezbollah.me/attack/1975.
Rocket attack on Rustimayah  on July 20, 2007: https://kataibhezbollah.me/attack/2566.
Rocket attack on Rustimayah  on July 15, 2007: https://kataibhezbollah.me/attack/1928.
Rocket attack on Rustimayah  on July 15, 2007: https://kataibhezbollah.me/attack/2198.
Rocket attack on Rustimayah  on June 25, 2007: https://kataibhezbollah.me/attack/2206
Rocket attack on Rustimayah  on June 17, 2007: https://kataibhezbollah.me/attack/2200.
Rocket attack on Rustimayah  on May 20, 2007: https://kataibhezbollah.me/attack/2528.
Rocket attack on Rustimayah  on May 12, 2007: https://kataibhezbollah.me/attack/1938.
Rocket attack on Rustimayah  on May 5, 2007: https://kataibhezbollah.me/attack/1970.
Rocket attack on Rustimayah  on April 15, 2007: https://kataibhezbollah.me/attack/2071.
Rocket attack on Rustimayah  on April 5, 2007: https://kataibhezbollah.me/attack/1945.
Rocket attack on Rustimayah  on April 3, 2007: https://kataibhezbollah.me/attack/2529.
Rocket attack on Rustimayah  on January 22, 2007: https://kataibhezbollah.me/attack/2205.
Rocket attack on Rustimayah  on January 15, 2007: https://kataibhezbollah.me/attack/1941.
Rocket attack on Rustimayah  on January 9, 2007: https://kataibhezbollah.me/attack/1949.
[33] Rocket attack on Baghdad/Camp Victory July 15, 2007: https://kataibhezbollah.me/attack/2612.
[34] Interview with former senior U.S. policymaker (anonymous) for Iraq, May 2, 2021. See also: Tim Craig and Ed O'Keefe, Washington Post,  June 30, 2011, "U.S. military says Iran behind rising deaths," June 30, 2011, https://www.washingtonpost.com/world/3-us-troops-killed-in-iraq-adding-to-deadly-month/2011/06/30/AGrDQprH_story.html.

**Joseph James III Deposition:** The Taliban has independently launched attacks using powerful IEDs since 2003. Nevertheless, new methods learned from the Iranians through elements linked to some Taliban factions, including the Haqqani network. However, links to Iranian interference in Bagram (see above) are present in a number of attacks as described by Mr. James. Burying IEDs has a direct link to Lebanese Hizballah, other Iraqi Shia, and Iraqi Sunni groups supplied by Iran. The tactic was spread around to other factions by IRGC trainers and at the very least this has filtered down to Taliban, al-Qa'ida, and Haqqani Network factions in Afghanistan and Pakistan. Thus within a reasonable degree of certainty based on my knowledge and expertise, it is my opinion that this attack was committed with Iranian support, inspiration, and funding.

**Randall Burns Declaration:** Mr. Burns states that he was injured in the January 4, 2016 attack on Camp Sullivan in Afghanistan.  I have previously submitted a report detailing Iran's role in this attack in Hammons, et al. v. Iran Case No 19-cv-02518 (D.D.C.).  I've attached that report as exhibit A and incorporate that opinion with respect to Mr. Burns. Thus within a reasonable degree of certainty based on my knowledge and expertise, it is my opinion that this attack was committed with Iranian support, inspiration, and funding.

**COMPENSATION**

My rates for expert work are $325.00/hour

**PRIOR TESTIMONY**

I have not given a deposition or trial testimony in the last four years.


Signed this  12th day of July, 2021.                    __/s/ Phillip Smyth_____
                                                                            Phillip Smyth

13

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RYAN HAMMONS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:19cv2518 |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| | ) | |
| Defendants. | ) | |

### EXPERT AFFIDAVIT OF PHILLIP SMYTH

I, PHILLIP SMYTH, have personal knowledge of the facts and circumstances described herein and, if called, would testify in open court to the same. I swear or affirm:

## I.  QUALIFICATIONS & EXPERIENCE

1.  My research on Iran's utilization of proxy groups in the Middle East, including Afghanistan, started in 2006 when I began my travels to the region and established a number of research databases detailing propaganda material distributed by Iranian proxy groups in Lebanon and Iraq.

2.  In 2012, I was given a research fellowship at the Global Research in International Affairs ("GLORIA") Center at IDC Herzliya. The GLORIA Center was "founded by the late Professor Barry Rubin...produces up-to-date, accurate analysis and reporting on modern Middle East affairs, using primary sources and exclusive on-the-ground contacts throughout the region."[1]

3.  From 2015–2018, I was a researcher at the University of Maryland's Laboratory for Computational Cultural Dynamics ("UMD-LCCD"), a lab focused on using technology to

---

[1] The Rubin Center for Research in International Affairs, 2018, http://portal.idc.ac.il/en/main/research/pages/rubin.aspx.

1

assess political and militant groups. At UMD-LCCD, I focused on assessing leadership structures within Iranian proxy groups, including organizations such as Lebanese Hizballah. Additionally, Pakistani Sunni militant groups associated with the Taliban and al-Qa'ida (also referred to herein as "al-Qaeda") were also assessed by UMD-LCCD.

4.      I created Hizballah Cavalcade on the website Jihadology.net and posted around 40 articles from 2013–2016. This project pioneered the use of social media-based data and analysis to assess new Iranian-backed militant organizations and their activities. These posts provided the first written assessments of at least ten Iranian proxy groups.

5.      In 2015, I was given an adjunct fellow position at The Washington Institute for Near East Policy ("TWI"). My work primarily focused on covering Iranian proxy groups in the Middle East. Founded in 1985, TWI is "committed to advancing U.S. interests in the Middle East" and is the "largest research institute devoted exclusively to the study of the Middle East."[2]

6.      In 2018, I was made a Soref Fellow for TWI where I continued my research on Iranian-backed proxy groups stretching from Pakistan to Lebanon. My main project as a Soref Fellow is The Shia Militia Mapping Project, a regularly updated map that primarily tracks Iran's Shia Islamist proxies across the Middle East.

7.      As a fellow at TWI, I regularly interact with members of other think tanks who research and write about Iranian proxy affairs and relationships, and I have been invited to speak about Iranian policies vis-a-vis their proxies in Syria and Iraq during The Institute for National Security Studies' annual terrorism conference in 2019.

8.      I have been a guest lecturer at American University, Georgetown University, George Washington University, The National Defense University, Tufts University (Fletcher

---

[2] "Mission & History," The Washington Institute for Near East Policy, 2018, https://www.washingtoninstitute.org/about/mission-and-history.

2

School), and Glendale College. The focus of my lectures has often been to cover how Iran utilizes proxy groups and the different organizations Tehran has spawned since 1979.

9.      I have appeared or have been quoted by major news outlets regarding Iran's activities to craft proxy groups, terrorist organizations, and new forms of research on terrorism. Some of these news media organizations include ABC, American Spectator, AFP, the Associated Press, Al-Arabiya, Asharq al-Awsat, Al-Jazeera, Blogs of War, Buzzfeed, The Boston Globe, Brookings Institute, Business Insider, The Carnegie Endowment, The Center for New American Security, Christian Science Monitor, CTC Sentinel-West Point, the Committee to Protect Journalists, The Daily Star (Lebanon), the Council On Foreign Relations, Fox News, The Huffington Post, The Independent (UK), the Financial Times, Foreign Policy Magazine, The Guardian, IDC Herzliya, International Business Times, Jerusalem Post, Mashable, Middle East Policy, the Middle East Quarterly, MSNBC, Mother Jones, The New York Times, The National Review, National Public Radio, Newsweek, Public Radio International, Politico, Radio Free Europe/Radio Liberty, the RAND Institute, Reuters, Syria Comment, Time Magazine, The Tower Magazine, The Wall Street Journal, The Washington Post, The Week, The Weekly Standard, The Wilson Center, Vice, Vox, and Zenith Magazine (Germany).

10.      My work on Iranian-backed groups has been cited in over 25 scholarly books produced between 2010–2020.

11.      I have organized and conducted interviews with numerous Iranian-backed militia leaders and fighters originating from Afghanistan, Iraq, Lebanon, Pakistan, and Syria. Some of these interviews were done overseas, over the phone, and others using the internet.

12.      My work has included briefings with elements of the United States government, including the Department of Defense, Department of State, Department of Treasury, and others.

Additionally, I have briefed elements linked to NATO and various police and government agencies for various European and Middle Eastern governments.

13.     I have testified before various committees of the United States Congress about Iranian proxy growth and use in the Middle East and have briefed members of Congress on matters dealing with counterterrorism and Iran policy since 2013.

## II.     DOCUMENTS REVIEWED

14.     I reviewed the Complaint in this action, declassified material dealing with the war in Afghanistan, documents related to Iranian support for extremist elements, open-source articles, peer-reviewed journal pieces, and interviews with current and former U.S. government officials familiar with Afghanistan and Iranian movements in Afghanistan. I could also call on a decade of personal notes dealing with tactics, leadership, and organizational details related to Iranian proxy development. Open-source foreign language sources, including IRGC-linked social media in Arabic and Persian were also used to assess Iran's links to the attack on Camp Sullivan.

## III.    THE CAMP SULLIVAN ATTACK WAS CARRIED OUT BY THE TALIBAN

15.     The size, manner, and location of the Camp Sullivan attack suggest it was more likely than not carried out by the Taliban. Confirming these suggestions, the Taliban publicly claimed responsibility for this attack.

16.     Within twenty-four hours of the bombing, a multitude of news articles reported that the Taliban had claimed responsibility through Twitter, citing a tweet from the account identified as @zabihmujahid.

4

17.     That account has since been suspended by Twitter, prohibiting public access to its prior posts. I personally saw the post in question before it was removed and can confirm that it claimed responsibility on behalf of the Taliban as was widely reported in the press.

18.     Based on my professional experience, I am aware that the Twitter account identified as @zabihmujahid is associated with Zabiullah Mujahid, the official public spokesman for the Taliban organization. It is my understanding that statements made from this account are expected to be treated as official statements of the Taliban.

## IV.     IRAN'S TALIBAN STRATEGY & DIVERSE PROXY NETWORKS

19.     Due to the Shia Islamist nature of Iran's theocratic government and their active participation and encouragement of sectarian conflict throughout the Middle East, Iran is often thought to merely operate as a sectarian actor. Nevertheless, in their goals to attack the U.S., other regional foes, and extend Iranian influence generally, Tehran has historically, and currently maintains, a strategic and tactical dexterity when dealing with the types of proxies it is willing to supply and support. These groups and individuals often fall into a number of different, and even at times opposing, ideologies, religious beliefs, and affiliations.

20.     Iran's operations across sectarian lines, while simultaneously pushing a Shia theocratic form of leadership, has also been a constant. For example, in Iraq, Iran and its Shia proxies even established a small network of Christian militia fighters belonging to groups known as Kata'ib Babilioun and Kataib Rouh Allah Issa Ibn Miriam.[3] While these were hardly forces of major military power, they helped provide cover for Iran's larger goals to use these organizations

---

[3] Matt Levitt and Phillip Smyth, "Kataib al-Imam Ali: Portrait of an Iraqi Shiite Militant Group Fighting ISIS," The Washington Institute for Near East Policy, Policy Watch 2352, January 5, 2015, https://www.washingtoninstitute.org/policy-analysis/view/kataib-al-imam-ali-portrait-of-an-iraqi-shiite-militant-group-fighting-isis; Phillip Smyth, Iranian Militias in Iraq's Parliament: Political Outcomes and U.S. Response, The Washington Institute for Near East Policy, Policy Watch 2979, June 11, 2018, https://www.washingtoninstitute.org/policy-analysis/view/iranian-militias-in-iraqs-parliament-political-outcomes-and-u.s.-response.

as a multi-sectarian façade for Shia militia groups, to counter pro-U.S. Kurdish foes, and to craft splits within a generally more pro-American Iraqi Christian community.[4]

21.  In Lebanon, the Iranian-controlled and U.S. State Department registered terror group, Lebanese Hizballah is allied with a number of extremist Sunni groups, including Harakat al-Tawhid al-Islami and Jabhat al-Amal al-Islami.[5] During the Lebanese Civil War (1975–1990), the former organization was a major foe to Iran's key Arab ally in the Middle East, Syria.[6] In 1997, Lebanese Hizballah itself constructed Saraya al-Muqawama al-Lubnaniya, a multi-confessional armed militia group that claimed to include Christians, Druze, and Sunni Muslims.[7]

22.  In keeping with this strategy and despite historical tensions between Iran and the Taliban, the Iranian relationship with the group has grown to be seen as a strategic necessity by the Iranian state. As reported by the Wall Street Journal in June 2015, an interviewed Taliban leader claimed that "Iran supplies us with whatever we need."[8] The reasoning for this was explained in a number of reports by IRGC-linked media outlets. In 2016, Tasnim, an IRGC-affiliated Iranian news organization claimed that Iran was engaging with the Taliban for intelligence purposes.[9] In March 2017, this same publication lauded the Taliban's presence in Afghanistan's Farah Province as an element to counter U.S. influence in Afghanistan and halt

---

[4] Interview on June 12, 2020 with Salwan Momika, the first commander of Kata'ib Rouh Allah Issa Ibn Miriam.
[5] Rola el-Husseini, "The Current Status of Lebanon's Sunni Islamists," Middle East Institute, December 9, 2014, https://www.mei.edu/publications/current-status-lebanons-sunni-islamists.
[6] "Pro-Syrian Militiamen Blamed : Massacre Ends Fundamentalist Surge in Tripoli," The Washington Post, February 8, 1987, https://www.latimes.com/archives/la-xpm-1987-02-08-mn-1241-story.html.
[7] Chris Zambelis, "Hizb Allah's Lebanese Resistance Brigades," Combating Terrorism Center Sentinel, Nov-Dec 2014, https://ctc.usma.edu/hizb-allahs-lebanese-resistance-brigades/.
[8] "Iran Backs Taliban with Cash and Arms," Wall Street Journal, June 11, 2015, https://www.wsj.com/articles/iran-backs-taliban-with-cash-and-arms-1434065528.
[9] "Iran is in Contact with the Taliban of Afghanistan for Intelligence," Tasnim News, December 11, 2016, https://www.tasnimnews.com/fa/news/1395/09/20/1263773/%D8%A7%DB%8C%D8%B1%D8%A7%D9%86-%D8%A8%D8%A7-%D8%B7%D8%A7%D9%84%D8%A8%D8%A7%D9%86-%D8%A7%D9%81%D8%BA%D8%A7%D9%86%D8%B3%D8%AA%D8%A7%D9%86-%D8%A8%D9%87-%D8%AC%D9%87%D8%AA-%DA%A9%D9%86%D8%AA%D8%B1%D9%84-%D8%A7%D8%B7%D9%84%D8%A7%D8%B9%D8%A7%D8%AA%DB%8C-%D8%AA%D9%85%D8%A7%D8%B3-%D8%AF%D8%A7%D8%B1%D8%AF.

any potential U.S. projection vis-à-vis Iran: "Farah holds a special importance to Washington as a zone bordering Iran. Trump…if he really wants to take action against the Islamic Republic, will have [access to a] military base in [Farah], in addition to Farah airport." Therefore, the Taliban formed a buttressing element.[10]

23.     In 2011, the IRGC was accused by federal elements of U.S. law enforcement to have contracted the Mexican drug cartel known as the Los Zetas to target the Israeli embassy in Washington, and the Saudi and Israeli embassies in Argentina. This deal also reportedly included a side deal to, "to funnel tons of opium from the Middle East to Mexico."[11] In 2012, the U.S. Department of the Treasury sanctioned Iranian IRGC General Gholamreza Baghbani for his role in managing a drug trafficking network supporting arms and transfers to the Taliban.[12] While this runs in contravention to the IRGC's publicly stated goals of drug enforcement,[13] it is yet another example that for Iran, when dealing with its larger strategic goals of targeting the United States, the end justifies the means.

## V.     BACKGROUND: CHANGES IN PROXY FORCE WEAPONS, TACTICS, AND STRATEGY DUE TO IRANIAN INVOLVEMENT

24.     Iran's involvement in conflicts where it tasks proxies with causing casualties against American forces often results in a direct progression towards more advanced types of attacks. Regularly, these goals were achieved via the use of more audacious tactics and specific targeting by Iranian proxy groups. This type of advancement in tactical proficiency occurred in

---

[10] گزارش ویژه تسنیم: طالبان، ولایت «فراه» و نزدیک‌ترین پایگاه نظامی آمریکا به خاک ایران" Tasnim News, March 7, 2017, https://www.tasnimnews.com/fa/news/1396/12/16/1667788/گزارش-ویژه-تسنیم-طالبان-ولایت-فراه-و-نزدیک-ترین-پایگاه-نظامی-آمریکا-به-خاک-ایران

[11] Charlie Savage and Scott Shane, "Iranians Accused of a Plot to Kill Saudis' U.S. Envoy," October 11, 2011, https://www.nytimes.com/2011/10/12/us/us-accuses-iranians-of-plotting-to-kill-saudi-envoy.html.

[12] "Treasury Designates Iranian Qods Force General Overseeing Afghan Heroin Trafficking Through Iran," U.S. Department of the Treasury, March 7, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1444.aspx.

[13] "Iranian Police Seize Vast Quantities of Drugs Outside Schools, Official Says," Kayhan Life, July 8, 2020 https://kayhanlife.com/authors/iranian-police-seize-vast-quantities-of-drugs-outside-schools-official-says/.

Afghanistan, leading to the attack on Camp Sullivan, and parallels Iranian efforts in other countries and is seen in the general trajectory of attacks executed by the Taliban since Iran initiated aid and training for the group.

25.     As with the Taliban in Afghanistan, in Iraq, Iran made its mark by significantly supplying insurgent groups with arms, funding, and training. Examples include Tehran's training of Iraqi cleric and politician Muqtada al-Sadr's Jaysh al-Mahdi (The Mahdi Army). Early in the life of Sadr's Mahdi Army (2003–2006), the Shia militia group was mainly supplied with personal weapons and did not have access to advanced weapons such as Explosively Formed Penetrators (EFPs) or anti-tank missiles.[14] Additionally, like the Taliban, Iraqi Shia leader Muqtada al-Sadr maintained an occasionally contentious relationship with Iran. Nevertheless, even as Iran attempted to splinter his ranks, the assistance provided by Iran allowed for the creation of elite subsections within Sadr's military apparatus. For example, Liwa al-Yom al-Mawoud, a Sadrist sub-group that emerged from Jaysh al-Mahdi, eventually began deploying Iranian-supplied specialized short-range rockets and EFPs against U.S. forces.

26.     Proxy groups were also actively encouraged to use the specialty training they received from Iran to target U.S. forces in Iraq.[15] In 2007, citing U.S. intelligence, The New York Times reported that as a result of supplying some Shia militia units with EFPs, the bomb and its operators became "[t]he most lethal weapon directed against American troops in Iraq...is being supplied by Iran."[16] This type of approach has been replicated in Afghanistan by Iran

---

[14] Phillip Smyth, "APPENDIX2: Understanding the Organizations Deployed to Syria," The Shiite Jihad in Syria and Its Regional Effects, The Washington Institute for Near East Policy, February 2015, https://www.washingtoninstitute.org/uploads/Documents/pubs/PF138Appendices/PF138_Appendix_2.pdf.

[15] Interview with former Liwa al-Youm al-Mawoud commander, October 17, 2013.

[16] Michael R. Gordon, Deadliest Bomb in Iraq Is Made by Iran, U.S. Says, The New York Times, February 10, 2017, https://www.nytimes.com/2007/02/10/world/middleeast/10weapons.html.

supplying sophisticated weapons such as man-portable air-defense systems (MANPADS).[17] As in Iraq, by 2008, Iranian aid to the Taliban included specialized roadside bombs.[18]

27.    The United States Department of State has determined that "[s]ince 2006, Iran has arranged arms shipments to select Taliban members, including small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, and plastic explosives."[19] Moreover, in 2014, Quds Force officers were implicated by the United States for their role in providing "logistical support" towards the planning and execution of terrorist attacks against Americans in Afghanistan.[20]

28.    While the Taliban has had access to other state backers, Iranian arms supplies and training have been seen by analysts as the catalyst for a major shift in the Taliban's strategy and ability to project. As recounted by Antonio Giustozzi in The Taliban At War: 2001–2018, the provision of advanced explosive devices was "[a]n important turning point [in the war between the U.S. and the Taliban]."[21] Notably, the provision of such advanced arms also signals the development of tighter bonds between the Taliban and Iran.

29.    While many of the tactical insights and equipment presented to the Taliban has been harder to trace to Iran, this is in keeping with Iran's goal of maintaining plausible deniability in the use of certain proxy groups. As the Jamestown Foundation noted in 2009:

---

[17] Maryam Sinaiee, "Afghan Police Official Says Iran Supplying Taliban With MANPADS" Radio Farda, February 18, 2020, https://en.radiofarda.com/a/afghan-police-official-says-iran-supplying-taliban-with-manpads/30442083.html.
[18] Mark Townsend, "Special forces find proof of Iran supplying Taliban with equipment to fight British," The Guardian, June 21, 2008, https://www.theguardian.com/uk/2008/jun/22/military.afghanistan.
[19] United States Department of State, Country Reports on Terrorism, 2012, p. 196.
[20] United States Department of the Treasury. Treasury Targets Networks Linked to Iran, February 6, 2014, https://www.treasury.gov/press-center/press-releases/pages/jl2287.aspx.
[21] Antonio Giustozzi, The Taliban At War: 2001–2018, Oxford University Press, (2019) p. 141.

9

Moreover, from a technical perspective, military officials and other observers have suggested that the EFPs and other forms of IEDs that are linked to Iranian support or expertise often contain a uniquely Afghan signature in their design and deployment, even though some of the dual-use components used to manufacture these devices may have originated in Iran due to the high volume of bilateral trade between Iran and Afghanistan.[22]

30.     Thus, the infusion of advanced weapons systems, and the melding of Iranian and Taliban skills when deploying them, is a clear sign of Iranian desires to not only put pressure on U.S. and allied forces in Afghanistan, but to do so through killing Americans in more efficiently deadly ways.

## VI.     THE RISE OF THE TALIBAN'S IRANIAN-INSPIRED SUICIDE VBIEDS

31.     The global use of car bombs and other vehicle-borne improvised explosive devices (VBIEDs) and suicide vehicle-borne improvised explosive devices (SVBIEDs) has grown in complexity and scale since the 1980s.[23] However, the attack on Camp Sullivan bears a number of hallmarks routinely found within tactics and strategies employed by the Islamic Republic of Iran through its numerous regional proxies.

32.     Often, SVBIED and VBIED attacks with Iranian involvement take on larger dimensions than domestically produced operations. In personal discussion with Iranian-backed Shia militia fighters from Lebanon and Iraq, I was told by one of the fighters that, "larger bombs and rockets always [indicate] strength" and showed "the best planning like a true [military] force to be feared."[24] By this logic, Iranian aid for more powerful and well-executed SVBIED attacks

---

[22] Chris Zambelis, "Is Iran Supporting the Insurgency in Afghanistan?", Jamestown Foundation, Terrorism Monitor Volume 7, Issue 33, November 6, 2009, https://jamestown.org/program/is-iran-supporting-the-insurgency-in-afghanistan/.

[23] Jeffery Lewis, "A Smart Bomb in Every Garage? Driverless Cars and the Future of Terrorist Attacks," START Consortium, September 28, 2015, https://www.start.umd.edu/news/smart-bomb-every-garage-driverless-cars-and-future terrorist attacks.

[24] Interviews with three militiamen over Whatsapp were performed between August 30, 2017-September 15, 2017.

help its allies appear powerful and determined – consistent with Iran's goal of entrapping the United States in a perceived quagmire in Afghanistan.

33. For the Iranians, powerful, well-planned and executed attacks via proxy groups act as a plausibly deniable way to not only kill Americans but to send a strong signal to U.S. policy makers that Iranian involvement will radically alter the landscape in which American forces are operating. This approach has been successfully executed by the IRGC in Iraq, Yemen, Afghanistan, as well as other theaters. At the time, the Camp Sullivan attack stood as the second largest bombing to occur within Kabul.[25]

34. The successful use of high-powered suicide vehicle-borne improvised explosive devices (SVBIEDs) and VBIEDs containing a large quantity of explosives has been a hallmark for Iran, its direct proxies, and other groups backed by the Iranians. These large bombs have regularly been utilized in complex attacks similar to the attack on Camp Sullivan.

35. In 1983, one of Iran's most successful proxy groups, Lebanese Hizballah, employed a 2,000 pound truck bomb to target U.S. Marines stationed at a barracks at Beirut Airport.[26] 241 American servicemen were killed in the attack.[27] Highlighting the complexity of the operation, less than ten minutes later, another truck loaded with explosives targeted French paratroopers at the nine story Drakkar facility; 58 were killed.[28] Lebanese Hizballah also successfully used suicide car bombs against Israeli military targets throughout the 1990s.

36. Beyond Lebanese Hizballah, Iran's use of VBIED-type attacks through proxy groups continued throughout the Middle East. In June 1996, in eastern Saudi Arabia, "[a] tanker

---

[25] @NasratSamimi post, Twitter, January 5, 2016, https://twitter.com/NasratSamimi/status/684253513673785345.
[26] Matt Levitt, "The Origins of Hezbollah," The Atlantic, October 23, 2013, https://www.theatlantic.com/international/archive/2013/10/the-origins-of-hezbollah/280809/.
[27] Radhika Chalasani, A look back at the deadly 1983 Marine barracks bombing in Beirut, ABC News, October 23, 2017, https://abcnews.go.com/International/back-deadly-1983-marine-barracks-bombing-beirut/story?id=50663026.
[28] Leela Jacinto, Extracting clues, lessons of Beirut attack, 30 years later, France 24, October 24, 2013, https://www.france24.com/en/20131023-france-lebanon-usa-beirut-barracks-bombing-questions-lessons-syria-iran.

11

truck filled with several tons of TNT" was blown up near a facility housing U.S. Air Force personnel.[29] Nineteen members of the U.S. Air Force were killed in the blast and 372 were wounded. Executed by Hizballah fi al-Hijaz (aka Saudi Hizballah), a more covert group modeled on Lebanese Hizballah, the organization maintained close links with Iran's Islamic Revolutionary Guard Corps and to Lebanese Hizballah.[30]

37.     Imparted by Iran, Hamas and Palestinian Islamic Jihad (PIJ), both Sunni Islamist Palestinian groups, have also demonstrated their skill in utilizing SVBIEDs and suicide bombers as a preferred strategy. In many cases, bombers belonging to these groups received "terrorist training courses in Syria or Iran, or for suicide and other terror attacks."[31] Citing the U.S. State Department, the Council on Foreign Relations noted, "Iran funds most of the PIJ budget" as a way to keep the organization recruiting and executing violent attacks. From 1993–2004, 75 percent of the suicide bomb attacks organized by Palestinian groups were orchestrated by these organizations.[32]

38.     With decades of experience pushing these same tactics to a wide variety of proxies stretching from the eastern Mediterranean to the Persian Gulf, Iran's provision of this knowledge to the Taliban in Afghanistan is an extension of a tested strategy. Providing this type of aid to the Taliban has also helped other aspects of the Iran-Taliban relationship to grow and develop.

---

[29] Thomas Hegghammer, "Deconstructing the Myth about al-Qa'ida and Khobar," CTC Sentinel, Volume 1, Issue 3, https://ctc.usma.edu/deconstructing-the-myth-about-al-qaida-and-khobar/.
[30] Thomas Hegghammer, "Deconstructing the Myth about al-Qa'ida and Khobar," CTC Sentinel, Volume 1, Issue 3, https://ctc.usma.edu/deconstructing-the-myth-about-al-qaida-and-khobar/.
[31] Matthew Levitt, "Hamas from Cradle to Grave," Middle East Quarterly, Winter 2004, Pp. 3–4, https://www.washingtoninstitute.org/uploads/Documents/opeds/4224db3950778.pdf.
[32] Sean Yom and Basel Saleh, "Palestinian Suicide Bombers: A Statistical Analysis," ECAAR News Network, 2004, http://www.epsusa.org/publications/newsletter/2004/nov2004/saleh.pdf.

39.     Moreover, other links between Iran's strategy of exporting its knowledge of car bombs to the Taliban and its allies have been present in Afghanistan for nearly three decades. Al-Qa'ida, the terrorist group responsible for the 9-11 attacks, maintained and continues to maintain a near constant alliance with the Taliban.[33] This close relationship has led to the Taliban providing al-Qa'ida leadership, including Usama bin Laden, with a safe haven and going so far as to refuse to hand over the terrorist leader following his conviction in bombing U.S. targets in 1998, and again following the 9-11 attacks.[34] Much of al-Qa'ida's and the Taliban's tactical expertise is shared between the two groups.[35]

40.     According to the 9/11 Commission report, it was from Iranian training and assistance, provided by Lebanese Hizballah, that al-Qa'ida was able to gain access to advanced bomb making abilities and skills that were used in the 1998 bombing attacks against U.S. embassies in east Africa. The Commission notes that, "senior al-Qaeda operatives and trainers traveled to Iran to receive training in explosives" additionally, "some of its operatives—top military committee members and several operatives who were involved with the Kenya cell among them—were sent to [Hizballah] training camps in Lebanon."[36]

41.     Further additions to the Taliban knowledge base in the use of VBIED weapons systems likely came with the escalation of direct Iranian aid to the group between 2009–2014.

---

[33] "Taliban maintains close ties with al-Qaeda, despite peace deal – UN," Deutsche Welle, February 6, 2020, https://www.dw.com/en/taliban-maintains-close-ties-with-al-qaeda-despite-peace-deal-un/a-53660541.
[34] Amir Shah, Taliban Won't Hand Over Bin Laden, Associated Press, May 30, 2001, https://www.washingtonpost.com/wp-srv/aponline/20010530/aponline063147_000.htm and John Burns, "A NATION CHALLENGED: THE TALIBAN; Afghans Coaxing bin Laden, But U.S. Rejects Clerics' Bid," The New York Times, September 21, 2001, https://www.nytimes.com/2001/09/21/world/nation-challenged-taliban-afghans-coaxing-bin-laden-but-us-rejects-clerics-bid.html.
[35] Devin Jesse, "Tactical Means, Strategic Ends: Al Qaeda'sUse of Denial and Deception," Terrorism and Political Violence," 2006, pp. 367–375, https://www.peacepalacelibrary.nl/ebooks/files/FTPV_A_175157_P.pdf and Stenersen, A, Training under the Taliban. In Al-Qaida in Afghanistan, (2017, Cambridge: Cambridge University Press), pp. 96-115.
[36] 9/11 Commission Report, p. 68.

According to Joshua Levkowitz, "2014 [represented]... the critical juncture in Iran's shift with the Taliban."[37] As claimed by a report from Radio Free Europe/Liberty, citing multiple Taliban senior commanders, following mid-2015, the group moved even closer to Iran. This increase in support included the creation of two specialized training camps in Iran specifically for Taliban fighters. In these camps, many elite Taliban fighters learned small arms, intelligence, IED, and VBIED tactics, including those necessary to carry out the bombing of Camp Sullivan.

42.    Iran would use these camps to train the Taliban's "best fighters," those same individuals that would be instrumental in executing complex S/VBIED attacks such as the Camp Sullivan attack. As reported by the Times of London, Iran's main demand during this training was for these fighters to put "more focus on attacking American and NATO interests in Afghanistan."[38]

43.    This process of training and arming the Taliban continues to the present day. Secretary of State Pompeo has claimed that Iran bore responsibility for a VBIED attack that wounded four Americans on May 31, 2019, another incident claimed by the Taliban, further suggesting that Tehran is continuing its trend of exporting this specific tactic into Afghanistan by means of its ongoing relationship with the Taliban.[39]

## VII.    INCENTIVIZING DEATH: IRAN, FINANCIAL ASSISTANCE, AND THE TALIBAN

44.    The Islamic Republic of Iran uses political and military trends that dovetail with economic hardships to craft individuals more inclined to commit violent acts, particularly against

---

[37] Joshua Levkowitz, "Iran's Taliban Gamble in Afghanistan," Middle East Institute, May 17, 2017, https://www.mei.edu/publications/irans-taliban-gamble-afghanistan.
[38] Anthony Loyd, "Taliban's best fighters being trained by Iran," The Times (London), July 2, 2018, https://www.thetimes.co.uk/article/talibans-best-fighters-being-trained-by-iran-bbzc68n3m.
[39] U.S. Virtual Embassy Iran, Secretary of State Michael R. Pompeo Remarks to the Press, June 13, 2019, *available at* https://ir.usembassy.gov/remarks-secretary-of-state-michael-r-pompeo-remarks-to-the-press/.

Americans. The offer of Iranian funds allows for groups to whom Tehran has subcontracted anti-American activities, such as the Taliban, to obtain an added level of power and operational capabilities.

45.     A state paying others to kill its foes is not a unique strategy. The famed Flying Tigers, American airmen who fought for Nationalist China prior to the U.S. entry into World War II had, "Salaries…[of] $500 to $700 per month, at a time when Iowa farm hands earned $20 per month plus room and board. In addition, members…were offered $500 for every enemy plane destroyed".[40] During the Spanish Civil War, some Americans fighting for Republican forces were offered a $1,000 bounty on any confirmed enemy kill.[41] Both of the aforementioned conflicts occurred during a time of great regional and global economic crises.

46.     While the aforementioned examples were focused on individuals performing specific tasks for certain military forces, Iran has utilized a more holistic and broadly focused financial incentivization targeted at leadership elements, sub-networks of potentially more loyal future splinter groups, and networks of elite fighters that can be called upon to carry-out different types of attacks. Reportedly, the Taliban has also used the largess provided by external benefactors such as Iran to subcontract out its attacks to other local networks. This adds further obfuscation for state backers of the organization with its attacks and allows the Taliban to make greater profits from external support.[42]

47.     For decades, Afghanistan has been beset by economic issues along with the ebbs and flows of a multipolar conflict. The Diplomat contends that the Afghan economy, "does not

---

[40] See: C.O. Lamp, The Flying Tigers Poker Payoff: They Saved China, (Lincoln: iUniverse 2007).
[41] Alan Axelrod, Mercenaries: A Guide to Private Armies and Private Military Companies, P. 137
[42] Charlie Savage, Mujib Mashal, Rukmini Callimachi, Eric Schmitt and Adam Goldman, "Data on financial transfers bolstered suspicions that Russia offered bounties for killing US troops in Afghanistan," The New York Times, June 30, 2020, https://www.baltimoresun.com/news/nation-world/ct-nw-nyt-russia-bounty-us-troops-20200630-v5ppd5csafhwrnu4cdz2ljsyhq-story.html.

get much attention in global economic reports, mainly because it is smaller in size and less integrated with the world economy... This is essentially a growth recession, a situation in which the economy is growing but at a slow rate, triggering unemployment like a true recession"[43]

48.     These conditions allow for the perfect environment for Iran to encourage and engage proxy groups and push fighters into more extreme anti-American positions. Furthermore, the addition of hefty supplementary capital allows for the Taliban to rapidly and effectively develop and deploy forces eager to attack U.S. interests within Afghanistan.

49.     For the Taliban, much of their organic funding comes via extortion, mining, and drug cultivation.[44] Reportedly, their budget runs anywhere from $400 million–$1 billion.[45] However, external donations and other forms of aid, particularly the training, are key nodes that contribute to their organizational efficacy.[46]

50.     In addition to its direct funding, Iran also provides substantial financial support to the Taliban by enabling the group's international narcotics trade. These efforts are carried out by the IRGC and the Quds Force, and supervised by high ranking members of the Quds Force, for the direct purpose of providing assistance to the Taliban in its ongoing conflict with the United States and "done as part of a broader scheme to support terrorism."[47]

51.     Nitsana Darshan-Leitner and Samuel Katz describe how interlinked and essential funding mechanisms are when it comes to conducting an operation such as the bombing carried

---

[43] Shoaib A. Rahim, "What the COVID-19 Outbreak Means for Afghanistan's Troubled Economy," The Diplomat, April 11, 2020, https://thediplomat.com/2020/04/what-the-covid-19-outbreak-means-for-afghanistans-troubled-economy/.

[44] Dawood Azami, "Afghanistan: How does the Taliban make money?," BBC, December 22, 2018 https://www.bbc.com/news/world-46554097.

[45] Ibid.

[46] Ibid.

[47] U.S. Department of the Treasury, Treasury Designates Iranian Quds Force General Overseeing Afghan Heroin Trafficking Through Iran, March 7, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1444.aspx.

out against Camp Sullivan. Noting suicide bombing operations executed by PIJ and Hamas[48] in the Palestinian Territories and Israel, "[t]he suicide-bombing campaign was expensive and required a constant flow of cash…The process was complex and ongoing. Every element of it cost money."[49] Thus, the inclusion of Iranian capital can act as a significant motivator and a means to continue executing violent operations.

52.      Iran's exploitation of covert and overt funding for individuals and groups to execute its policy goals has been a near constant since the 1979 Islamic Revolution. For example, and in addition to those foreign proxy groups already referenced, Iran is home to over 1 million Afghan Shia refugees. Tehran has also forcibly pressed some of these Afghan Shia refugees within its borders into service with an IRGC-run group named Lashkar/Liwa Fatemiyoun (the Fatemiyoun Division/Brigade). These individuals are often deployed to Syria and have regularly described by fighters and the press as "cannon fodder." However, the poor economic conditions for Afghan refugees in Iran and the financial incentives provided by Tehran, as opposed to ideological loyalty or sectarian interests, are regularly cited by former fighters as the main reason they fight under the Iranian banner.[50]

53.      Fighters are offered cash that amounted to around $400–$600 a month for their services. In many cases, fighters claimed they were offered bonuses if they were "martyred" or injured while fighting.[51] In 2015–2016, Kata'ib Hizballah, an Iraqi Shia group controlled by Iran's Islamic Revolutionary Guard Corps, offered cash rewards for its fighters and for other

---

[48] It is important to note that both Palestinian Islamic Jihad and Hamas have served as proxies for the Iranians and much of their framework for suicide bombing operations relied on Iranian money and training.
[49] Nitsana Darshan-Leitner and Samuel Katz, Harpoon: Inside the Covert War Against Terrorism's Money Masters, (New York: Hachette Books, 2017), P. 75.
[50] See: Tobias Schneider, The Fatemiyoun Division: Afghan Fighters in the Syrian Civil War, Middle East Institute, https://www.mei.edu/sites/default/files/2018-11/PP11_Schneider.pdf. Note: During one 2015 interview I conducted in Europe with an Afghan refugee who fought with Fatemiyoun, he stated that "money for his family" was his greatest motivator for joining.
[51] Personal Conversations with Iraqi Shia militia fighters, 2014-2016.

individuals if they captured or killed Americans, Europeans, or Gulf Arabs fighting as part of the Islamic State.[52] In the weeks after the announcement, a flurry of posts appeared on social media sites like Facebook from Shia militiamen claiming to have killed or captured foreign militants.[53]

54.     A similar direct Iranian cash pipeline was also crafted by the IRGC for the Taliban. This pipeline was established by Iran with the express goal of killing Americans and U.S. allies in Afghanistan. Additionally, given how this system of payments is distributed through the Taliban's command apparatus, Iranian funding plays a deep role in a wide variety of complex operations launched by the Taliban.

55.     According to U.S. government documents leaked by Wikileaks, Iran approached eight major Taliban leaders in 2005 with a scheme to pay approximately $1,700 for each killed Afghan soldier and $3,500 for an Afghan official.[54] The purpose of this program was to undermine the stability of the U.S.-backed Afghan government and complicate American efforts in the region. Starting in 2006, Abdullah Samad Faroqui (aka Samad), the Taliban's "Shadow governor" of Afghanistan's Herat Province, was also utilized "distribute Iranian provided funds to the fighters' families." He was tasked by the IRGC to target a proposed pipeline that was to stretch throughout Afghanistan.  In 2010, the Bagram Air Base based Theater Intelligence Group reported the IRGC was paying the Taliban $1,000 per killed U.S. serviceman and $6,000 for each destroyed U.S. vehicle.[55]

---

[52] Aletejah TV, June 2015. Note: Aletejah is one of Kata'ib Hizballah's official TV networks.
[53] Personal Observation.
[54] Dean Nelson, "Wikileaks Afghanistan: Iran accused of supporting Taliban attacks," The Telegraph, July 27, 2010, https://www.telegraph.co.uk/news/worldnews/asia/afghanistan/7910926/Wikileaks-Afghanistan-Iran-accused-of-supporting-Taliban-attacks.html.
[55] Shawn Snow, "Iran's support to the Taliban, which has included MANPADS and a bounty on US troops, could be a spoiler for peace in Afghanistan," Military Times, January 14, 2020, https://www.militarytimes.com/flashpoints/2020/01/14/iran-support-to-the-taliban-which-has-included-manpads-and-a-bounty-on-us-troops-could-be-a-spoiler-for-peace-in-afghanistan/.

56.     With these incentives in place, it is easy to recognize that it would be within the Taliban's interest to comply with Iran's wishes to target and kill more Americans. Furthermore, the Taliban's access to an external funding source, such as Tehran, allows it a further level of autonomy in relation to other donor networks and if its more domestic fundraising efforts come under pressure.

## VIII.   CONCLUSIONS

57.     The Taliban admitted to its involvement in the January 4, 2016 attack on Camp Sullivan and there is no reasonable explanation of the facts other than that the bombing was carried out by the Taliban;

58.     Iran has and continues to extend growing amounts of influence over the Taliban – with the frequency and scope of that support escalating beginning in 2014;

59.     Iran maintains direct and increasing financial, social, and political links to the core of the Taliban's leadership and numerous splinter groups;

60.     The Taliban has been a recipient of a transfer of Iranian tactics, capital, weapons systems, and technology related to explosive devices, particularly VBIEDs and SVBIEDs, with roots tracing back to intentionally directed Iranian assistance;

61.     Iranian strategy does not always utilize direct or full control over elements it wishes to employ against United States but historically seeks to engage and develop groups with a variety of ideological, sectarian, and regional stripes to target American personnel and interests;

62.     Iran's grand strategic position vis-à-vis the United States is to exact casualties to achieve a strategic defeat for the United States throughout various theaters in the Middle East, specifically including Afghanistan;

19

63.     While the Taliban pursues goals in Afghanistan for its own purposes, funds and training by the Islamic Republic of Iran provided further motivation and capability for increasingly advanced Taliban attacks targeting Americans;

64.     Thus, it is highly likely, within a reasonable degree of certainty based on my knowledge and expertise, that the Taliban bombing of Camp Sullivan in January 2016 was committed with Iranian support, inspiration, and funding.

Signed this __10__ day of ___July___, 2020.

_____Phillip Smyth_____

Phillip Smyth

STATE OF FLORIDA
_____
CITY/COUNTY OF BROWARD_____

I, ___Norman James Embree___, a Notary Public in and for the city aforesaid, in the _County of Broward, State of Florida_, do certify that Phillip Smyth, who proved to me on the basis of satisfactory evidence to be the person who appeared before me, whose signature appears above, has acknowledged the same before me in the City/County on this 10th day of ___July___, 2020.

My commission expires on the 2nd day of September, 2022.

_____Norman James Embree_____
Notary Public
Notary Registration #: __GG252975_____
Notarized online using audio-video communication

NORMAN JAMES EMBREE
Notary Public - State of Florida
Commission # GG252975
Expires on September 2, 2022

20

# Exhibit 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


------------------------------x

DANIEL BOTTORFF, et al.,        )

                  Plaintiffs,  ) Civil Action No.

    v.                         ) 18-3122 (CKK)

THE ISLAMIC REPUBLIC OF IRAN,  )

                  Defendant.   )

------------------------------x




REMOTE VIDEOTAPED DEPOSITION ON

ORAL EXAMINATION OF

CHASE B. CULLEN

AUSTIN, TEXAS

MARCH 25, 2021

Transcribed by:
Leslie A. Todd, CSR No 5129 and RPR
Valley Center, California 92082
Leslieatodd2001@yahoo.com

```
 1              P R O C E E D I N G S
 2              -------------------
 3         MR. TRAVERS:  This is the videotaped
 4    deposition of Chase Cullen, who's a serviceman for
 5    the U.S. military.  While on active duty in Iraq,
 6    he suffered injuries due to an Iranian
 7    manufactured munitions.
 8              This case has been filed before the
 9    U.S. District Court for the District of Columbia,
10    styled Bottorff v. Islamic Republic of Iran,
11    et al.
12              I'm Jeffrey Travers.  I'm located in
13    Orange, Virginia.  I'm an attorney with the Miller
14    firm.  Today's date is March 25th, 2021.
15                   CHASE B. CULLEN,
16              having first been duly sworn, was
17              deposed, and testified as follows:
18                     EXAMINATION
19    BY MR. TRAVERS:
20         Q    Can you state your full name for the
21    record?
22         A    Yes, sir.  My name is Chase Bradford
23    Cullen.
24         Q    Okay.
25              And where are you located today?  Or
```

```
1    what town?
2         A    Currently, I'm in Austin, Texas,
3    downtown.
4         Q    Okay.
5              And what's your date of birth?
6         A    My date of birth is ████████, █████
7         Q    Okay.
8              Whereabouts did you go to high school?
9         A    I attended high school at Three Rivers
10   Independent School District, as well as San Angelo
11   Independent School District at Central High
12   School.
13        Q    Okay.
14             And did you enter the military
15   immediately after high school?
16        A    Yes, ma'am -- or, excuse me -- yes, sir.
17   Immediately following, I entered into the National
18   Guard, and then eventually transitioned onto
19   active duty afterwards.
20        Q    All right.
21             And what year did you enter into the
22   National Guard?
23        A    My original enlistment was 2002.
24        Q    Okay.
25             And what year did you transition from
```

1    the National Guard into the military?

2          A      It was January 1st, 2007.

3          Q      And how long were you in the military?

4          A      Combined, just short of 14 years.  About

5    13 years and nine months.

6          Q      Okay.

7                 And when did you leave -- are you still

8    in the military?

9          A      No.  I transitioned out of the Army

10   under honorable service -- under honorable

11   discharge on August 1st, 2015.

12         Q      Oh, okay.

13                And what was your rank when you left the

14   Army?

15         A      I was sergeant E-5.

16         Q      Oh, okay.

17                And how many tours of duty did you have?

18         A      I had four separate tours of duty, all

19   in Iraq.

20         Q      Okay.

21                And we're going to talk about that

22   explosion that occurred in March 2013, but -- were

23   there any other explosions or attacks you

24   experienced besides that one?

25         A      Yes.  January 5th, 2010.

1              Yeah, those are the two.

2        Q    Oh, okay.

3              And -- all right.  And what were your

4    duties -- or, actually -- what unit were you

5    serving in in Iraq during 2013?

6        A    During both instances, I was assigned to

7    Bravo Troop 1-7-CAV, 1st Brigade, 1st Calvary

8    division.

9        Q    All right.

10             And what were you duties during your --

11   well, first during your 2013 tour and also during

12   your 2010 tour?

13       A    During my tour in 2013 -- and that year

14   maybe is listed incorrectly.

15             So 2013 is going to be CONUS time.  I

16   would have been back home by then.

17       Q    Oh, okay.

18       A    My last tour, and what you might be

19   referring to, would have been 2011-2012.

20       Q    Oh, okay.

21       A    During that time frame -- that was my

22   fourth deployment overseas -- my responsibilities

23   were, I was designated as a truck commander for a

24   convoy escort team, escorting civilian 18-wheeler

25   operators and drivers in and out of the country in

1    an effort to drawdown during the transition from

2    Operation Iraqi Freedom into Operation Enduring

3    Freedom.  And essentially our responsibilities

4    were to drawdown and to assist with closing out

5    operations in Iraq, to move equipment and goods

6    and services from personnel out of the country.

7          Q    And I apologize.  I had a typo in my

8    notes.  It was 20 -- yeah, 2013.  That was my

9    mistake, and I apologize.

10         A    That's fine.

11         Q    So, I'd like to talk about the attack on

12    January 5th, 2010.

13         A    Okay.

14         Q    And can you -- can you give us as much

15    detail as you can about the geographic location,

16    if you can recall?

17         A    Yes.  We were -- at the time of the

18    explosion, we were located approximately 300

19    meters south-central of a small town called

20    Hussainiya in Iraq.  It's approximately 20 miles

21    north of Sadr City.  We were entering into the

22    city from a very large open and desolate field to

23    the south that was a common access point for us as

24    a unit.  And when we did most of our operations in

25    the town, we approached from the south, because

1   our joint security station was located another

2   kilometer or so south of the city.

3        Q    Okay.

4        A    So geographically we were on the border

5   or on the edge of the southern part of town,

6   centrally located on the city.

7        Q    Yeah.

8             And what type of vehicle were you in at

9   the time?

10        A    At the time, we were in a 1151 -- M-1151

11   high mobility, multi-wheel purpose vehicle.  We

12   were in a Humvee.

13        Q    Okay.

14        A    An up-armored Humvee.

15        Q    Oh, okay.

16             And how many vehicles were in your

17   convoy?

18        A    There was three total.

19        Q    And were you at the front or middle or

20   end?

21        A    No, I was in the middle.  My truck

22   commander was the platoon leader as lieutenant.

23   He typically rode middle position in the vehicle

24   line.  And our order of march almost always

25   included him somewhere in the middle.

1        Q     Yeah, okay.

2              And what was the purpose -- or why were

3        you travelling on that day, or what were you doing

4        that day?

5        A     So, we were doing something called a

6        left-seat/right-seat ride.  Our replacement had

7        arrived at our joint security station, and we were

8        familiarizing them with the local area, with the

9        local population.  We were essentially giving them

10       a tour/guide of the area, and showing them areas

11       of interest, hotspots, and things that they needed

12       to be kept of aware of while they transitioned

13       into our position to take over our duties.

14             So, we were preparing to drawdown from

15       the country when this happened, and we were out

16       that day to show them around.

17       Q     Okay.

18             And how long did you have left in your

19       tour when this occurred?

20       A     A little less than a week.

21       Q     Okay.

22             And can you describe what happened

23       during the explosion -- before and during the

24       explosion?

25       A     So, before we came to the south side of

1  the town while we were making our approach, we

2  discovered a small, anti-personnel land mine.  We

3  cleared it, and called the explosive ordnance

4  disposal team from our base to come recover it.

5  When -- while they were busy doing that, we left

6  and headed further north towards the city, and as

7  we approached, we took the moment as a opportunity

8  to show some of the chokepoints in the area to the

9  unit that was traveling with us.  We put our

10  dismounts out on the ground and they walked the

11  chokepoint, which was a small canal bridge that

12  went over, obviously, a canal.

13        There was a construction site nearby, so

14  there were several spoiled piles or piles of dirt

15  to the left and the right.  And our dismounts

16  walked invisibly -- visually cleared the

17  chokepoint before we came through with the

18  vehicles.  There was some radio interference, and

19  I wasn't able to communicate over the radio with

20  our dismounts, but I was still able to make eye

21  contact and they waved us through.  As we -- as I

22  -- so, our senior scout's vehicle was in front, he

23  was dismounted at the time, but his driver and

24  gunner were both in the vehicle.  They moved

25  forward first.  Myself and the lieutenant and my

1   driver, we drove forward after them, and our rear

2   element came behind us a few seconds later.  As we

3   went through the chokepoint, it was shaped in kind

4   of an s-curve.

5        Q    Yeah.

6        A    We would come in and turn left and then

7   turn back right again.  When we crossed over the

8   canal, an explosion went off in front of us.  I

9   didn't see anything after the explosion, and most

10  of -- really, the only thing I remember about it

11  was being lifted up out of the turret, and I was

12  slammed into the over-shield that was mounted over

13  my head.  My 240 Bravo machine gun was thrown out

14  of the mount.  I didn't have a locking pin in the

15  pintle, and it slammed into me and knocked me back

16  down inside the truck.

17             And at some point, I was unconscious.  I

18  don't know exactly how long I was out.  It

19  couldn't have been any longer than 30 seconds.

20  But when I woke back up, I was laying with my head

21  against the radio on the inside of the truck.  I

22  stood up, and there was a lot of smoke.  There was

23  a fire in the truck in front of us.  Our senior

24  scout's vehicle was on fire because they had taken

25  the blast.  And we pulled our vehicle in front of

1    theirs to stop -- to stop it from rolling forward

2    when it was obvious that the driver wasn't able to

3    stop the vehicle.

4              Once we stopped it, all of our dismounts

5    rushed in and pulled the driver and the gunner

6    both out.  The driver had suffered some shrapnel

7    to his eye, had lost a thumb, and had superficial

8    shrapnel wounds all over his body.  The gunner,

9    Sergeant Kroft, he was hit with the largest part

10   of, well, what was explained to me later was an

11   EFP or a triple array EFP.  It had hit him in the

12   top portion of his thighs, and went all the way

13   across, severing his femoral artery on both sides

14   and on each leg.  And we worked for approximately

15   12 minutes to sustain him while the medevac

16   arrived.  When it did, we drove him and the

17   injured soldiers on the hood of my vehicle another

18   200 meters south of where it had detonated and set

19   up an LZ.

20             When the Blackhawks landed, we loaded

21   them into the vehicle, and then went back to the

22   explosion site to question some local nationals

23   that were in the area, and to work with EOD to

24   perform a post-blast analysis, and to find out

25   what exactly had hit us and how it was detonated.

1      Q     And what -- and the vehicle that got

2   hit, what type of vehicle was that?

3      A     It was also the same make and model, a

4   Humvee.

5      Q     And did you get a chance to see the

6   damage to the vehicle?

7      A     Yes.  After the vehicle was brought back

8   to the base, myself and the senior scout and my

9   driver all volunteered to go out and recover

10  shrapnel from the inside of the vehicle.

11     Q     And, if you can, can you describe what

12  the vehicle looked like?

13     A     Yeah.

14     Q     Where the damage was and -- or --

15     A     There was a very large hole, about the

16  size of my fist, in the driver's side door as well

17  as the passenger's side door behind the driver --

18  sorry, excuse me -- on the passenger's side.  So,

19  the TC's door and the door behind the TC, which is

20  all both on the passenger's side, both had a hole

21  in it about large enough to put your hand through.

22     Q     Right.

23     A     And then on the inside of the vehicle,

24  the projectile that had passed through had

25  essentially turned to shrapnel and bounced around

1    inside the vehicle.

2        Q    Yeah.

3        A    Because of the way -- because of the way

4    two of the EFPs were facing, they both struck each

5    other before hitting the vehicle, and what we

6    found inside of the vehicle was shrapnel that was

7    both copper and steel.

8        Q    Mmm.

9        A    And the way it was explained to me later

10   by our EOD techs is that they used explosive

11   welding to cause something that had the heat

12   retention of copper but the density of steel to

13   hit the vehicle with.

14       Q    Okay.

15       A    And that's why it peeled through and

16   then turned to shrapnel afterwards.  So everything

17   inside of the vehicle that had a hole in it, we

18   were able to pull shrapnel out that was part

19   copper and part steel together.

20       Q    And it sounds like you have some

21   expertise in identifying those types of bombs.  Is

22   that correct, or is that just from your

23   experience?

24       A    I've dealt with EFPs before, you know,

25   pre- and post-blasts.

1      Q      Yeah, yeah.

2      A      So, I've had -- that's certainly the

3  first time I've ever seen one that was set up to

4  -- the first time I've ever seen two that were set

5  up to strike each other before hitting the target

6  like that.

7      Q      Oh, okay.

8      A      It was incredibly genius.  I've never

9  seen anything like that, and the amount of damage

10  it did was incomparable.  I've seen several EFP --

11  well, I've seen the damage it does to several

12  vehicles, and I've never seen that type of damage

13  done by an EFP.  Usually it's just a very large

14  hole, and it will pass through and continue to

15  damage things in its path.  But this type managed

16  to go through, and then spall in several --

17  several small pieces.

18      Q      Yeah, okay.

19             And when -- and can you just -- when you

20  say triple array, what do you mean by that?  Or if

21  you -- for a lay-person.

22      A      So there were three separate explosively

23  forced projectiles --

24      Q      Okay.

25      A      -- set up inside the mound of dirt on

```
 1    the right side of the s-curve, as we went through,
 2    of course, none of them were visible, they were
 3    covered.  One of them was fired or detonated
 4    independently of the other two.  It was also
 5    copper.  The other two were detonated
 6    simultaneously and, one was pointed slightly up,
 7    the other was pointed slightly down.  They were
 8    positioned at higher and lower elevations on the
 9    dirt pit, or around the dirt burn.
10            And so, essentially, you have three
11    explosions going off at once:  Three separate
12    projectiles being forcefully thrown at the vehicle
13    at a high velocity with a large amount of heat
14    behind them.
15        Q    Okay.
16        A    And when I say triple array, I just mean
17    three separate EFPs faced in three separate
18    directions.
19        Q    All right.
20            And were there any enemy combatants in
21    the area that you're aware of?
22        A    We suspected two local nationals of
23    having something to do with some part of the
24    explosion, but we were never -- we weren't able to
25    establish whether or not they were involved.
```

1        Q     All right.

2              And do you know how they were set off?

3     And if there's any classified information, you can

4     just -- you don't have to answer it, but --

5        A     So they were remote detonated at the

6     time.  But the method that was done, as far as I

7     know and the last I checked, it was still

8     classified and was highly sensitive.  But I can

9     tell you it was never -- it had never been seen

10    before by anybody in the EOD community, and it

11    defeated our counter radio wave detonation

12    technology that we carried in our vehicles.

13       Q     All right.

14             So, it was an extremely sophisticated

15    weapon?

16       A     Yes, it was an incredibly sophisticated

17    weapon, and it -- had it not been for the way it

18    was set up, our counter measures would have

19    stopped it from detonating at all.

20       Q     Oh, okay.

21             And the force -- sorry -- and how far

22    away was your vehicle from the lead vehicle

23    that --

24       A     You know, I wish I could tell you that

25    we were spaced apart, the way we're supposed to

1    be, but unfortunately we weren't.  We were

2    probably less than 20 feet from the vehicle in

3    front of us when it detonated.

4        Q    All right.

5             And it still had a tremendous impact on

6    your vehicle?

7        A    Oh, it did.  And I still -- everyone

8    inside was protected, you know, physically.

9    However, everyone inside of my vehicle sustained a

10   traumatic brain injury.  I sustained a traumatic

11   brain injury.  It physically lifted me out of the

12   turret, and, like I said, had it not been for the

13   over-shield, I would have been completely ejected

14   out.

15       Q    All right.

16            And after you had done the

17   investigation, did you receive medical treatment

18   afterwards?

19       A    I did.  I was tested for the effects of

20   a traumatic brain injury based on a baseline that

21   I established before I left.  So I was given a --

22   basically a cognitive function test as well as a

23   reaction time test --

24       Q    Yeah.

25       A    -- for my brain.  And then, I was given

1    some anti-inflammatory medication to help with

2    headaches, and it wasn't until weeks later, going

3    through a reverse-deployment process that I was

4    evaluated with the intra -- traumatic brain

5    injury.

6         Q     Yeah.

7               And are you still a lot -- did you

8    receive any -- have you -- no, sorry -- have you

9    received any combat awards from that explosion or

10   from any other -- or from other parts of your

11   service?

12        A     I received several combat-related awards

13   throughout all four of my deployments.  For that

14   particular case, I was awarded an ARCOM for

15   heroism.  And my driver was awarded an ARCOM with

16   valor.

17        Q     Yeah.

18              And did the soldiers in the first

19   vehicle, did -- were they -- did they recover

20   or did --

21        A     Specialist (indecipherable).

22        Q     -- did they --

23        A     Specialist Omar's eye couldn't be --

24   they couldn't do anything about it.  So he is

25   without a right eye.

1       Q      Yeah.

2       A      And he's still missing his thumb.  But

3  he recovered fairly well, all things considered.

4  Specialist Kroft died about five hours later after

5  he was hit with the IED, and they weren't able to

6  get his bleeding under control.  So he did not

7  make it.

8       Q      And did you know them well prior to the

9  explosion?

10      A      Yeah.  There was only 13 of us in our

11 section, and we operated independently of our

12 Bravo section.  So we're really, really close.

13 Specialist Kroft and I were both sent to the

14 promotion board together.  We both had made the

15 cutoff score for promotion to sergeant together,

16 and he was probably the closest thing to a true

17 peer in the unit, because I was still lower

18 enlisted but I had been -- we'd both been selected

19 for promotion.

20      Q      Mmm.

21      A      So, yeah, Specialist Kroft and me were

22 really close.

23      Q      I'm sorry.

24             And if you don't mind, and I know it's

25 quite difficult -- can -- did -- can you tell me

1    how the events of those days affect your life

2    emotionally now or in the past?

3         A       Emotionally, well, it's -- I refused to

4    believe that I had PTSD for a really long time, so

5    much so that it ruined my marriage.  I -- and my

6    wife had tried to get me some help with it, but I

7    failed to see it.  I guess it was hard for me to

8    acknowledge that I was having trouble dealing with

9    it.  I became a very closed-off and isolated

10   person.  I'm a complete introvert.  I don't like

11   being around people.  I don't like dealing with

12   people.  Basically, I don't like dealing with

13   people.  I refuse to deal with people.

14            I have a pretty bad, negative view of

15   the world, I would say.  I think most people would

16   probably say that I have a negative view of the

17   world.  I don't necessarily think it's bad, but --

18   everyone that I know has said that they think it's

19   horrible.  So I guess that makes me kind of a

20   pessimist now.  I have seen what people are

21   capable of, and that has definitely changed me.

22            Emotionally speaking, I don't have many

23   -- any of them left.  I'm still capable of

24   laughing and finding things funny, but as far as

25   feeling happiness and joy and things like that, I

1    don't feel them anymore, not the way I know that I

2    used to.  I can definitely still feel sad.  That

3    one's never going away.

4         Q    Okay.

5              And are you currently being treated for

6    PTSD?

7         A    I was for a while.  I've just kind of

8    resigned myself to it.

9         Q    Yeah.

10        A    But no, not currently.

11        Q    Okay.

12             And do you still have any -- do you have

13   -- can you describe what the effects of the TBI

14   have been?

15        A    Yeah, I'll be honest, I didn't know or

16   notice the effects until my wife had brought it up

17   to me that I was having trouble remembering

18   things.  And, again, I refused to believe it until

19   she asked me what I had for dinner one night, and

20   I wasn't able to remember what I had eaten the

21   night before.  And that has never changed.  Till

22   this day, still, I can't tell you what I had for

23   dinner the night before.  There are certain bits

24   and pieces of my day from yesterday that aren't

25   there, which is funny 'cause I can recall

1    everything that I did ten years ago, down to the

2    last, smallest detail, but my short-term memory

3    has been damaged.

4             I've been diagnosed with traumatic brain

5    injury, and there's not anything that can be done

6    about it.  But --

7        Q    Yeah.

8        A    -- it's just kind of one of those things

9    I deal with it.  So, I carry a notebook with me

10   and I write everything down now.

11       Q    And -- sorry -- did you enter another

12   career when you left the Army?  Or left the

13   military?

14       A    After I transitioned from the Army, I

15   went into private security for a little bit, and

16   since then, I have settled into occupational

17   safety for -- in the construction industry.

18       Q    Yeah, okay.

19             And those are all the questions I have.

20             Is there anything that I didn't ask

21   about that you want to tell the court?

22       A    No.  It's worth mentioning I've had one

23   other personal experience with explosively forced

24   projectiles, but I -- and it was in 2011, but we

25   were in an RG-33, and if anyone's not familiar

1   with that, it's such a heavily armored vehicle

2   that when we were hit with the EFP, it did nothing

3   to the vehicle.

4        Q     Yeah.

5        A     And everyone inside was so well

6   protected that no one experienced any TBI and

7   concussion wave at all.  So, yeah -- so I have had

8   two personal experiences with EFPs detonating on

9   me.  Yeah.

10        Q     All right.

11              And sorry, I forgot to ask, do you have

12   any children?

13        A     Yes, I have four little girls.

14        Q     All right.

15              And has your PTSD affected your

16   relationship with them at all?

17        A     Yeah.  Yeah, the -- yes, it has.  I'm

18   probably not as sweet and caring as I could be

19   with my kids when I do get to see them.  And I

20   know that I come off as kind of rough around the

21   edges with them.  And I -- none of them understand

22   what's going on.  I've never had the talk with any

23   of them.  I don't think any of them are old enough

24   to understand it, so -- yeah, it affects my

25   relationship with them.  And when I'm -- where

```
1    most parents would feel legitimately excited and
2    overjoyed and full of pride and happiness to see
3    their children doing something, I don't.  I'm not
4    able to generate those feelings naturally, and so
5    I just kind of have to fake it.
6            Q    Yeah.
7            A    And I was -- I know that's wrong, but I
8    -- when you don't feel something, you don't feel
9    it.
10               MR. TRAVERS:  Yeah.
11               And thank -- yeah, thank you so much for
12   your testimony.  I'm gonna stop recording, and I
13   can -- I'll just talk to you for a couple of
14   minutes afterwards if that's all right.
15               THE WITNESS:  All right.
16               (Whereupon, the deposition of
17               CHASE B. CULLEN was concluded.)
18
19
20
21
22
23
24
25
```

DISTRICT OF COLUMBIA AT LARGE:

1

2

3        I, Leslie A. Todd, Notary Public in

4  and for the District of Columbia, do hereby certify

5  that the foregoing videotaped deposition was

6  provided to me by counsel for the Plaintiff in this

7  matter.

8        I do further certify that the deposition

9  was transcribed by me and is, to the best of my

10 knowledge and ability, an accurate and correct

11 record of the deposition.

12       I hereby certify that I am neither an

13 attorney for any party, nor am I related to any

14 party connected with this action, nor am I

15 financially interested in this action.

16       Given under my hand and seal this 15th day

17 of April 2021.

18

19

20

21

22       *Leslie Todd*
         _____
23       Leslie Todd, Notary Public
         District of Columbia

24 My Commission Expires:
   February 29, 2024

25

# Exhibit 4

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


--------------------------------x

DANIEL BOTTORFF, et al.,          ) Civil Action No.

                Plaintiffs,       ) 18-3122 (CKK)

    v.                            )

THE ISLAMIC REPUBLIC OF IRAN,     )

                Defendant.        )

--------------------------------x



REMOTE VIDEOTAPED DEPOSITION

ON ORAL EXAMINATION OF

DOUGLAS FARGO

RUCKERSVILLE, VIRGINIA

APRIL 12, 2021




Transcribed by:
Leslie A. Todd, CSR No 5129 and RPR
Valley Center, California 92082
(202) 413-2733
Leslieatodd2001@yahoo.com

```
 1                    P R O C E E D I N G S
 2                    ------------------
 3           MR. HAN:  This is the videotaped
 4   deposition of Douglas Fargo, who was a service member
 5   of the U.S. military and his son deceased, Adam
 6   Fargo, while on active duty in Iraq, suffered
 7   injuries and death due to Iranian manufactured
 8   munitions.
 9           This case has been filed before the
10   U.S. District Court for the District of Columbia,
11   styled Bottorff v. The Islamic Republic of Iran.
12           I'm Kyung Jae Han, located in Orange,
13   Virginia.  Today's date is 12 April 2021.
14           This is a videotaped deposition with the
15   deponent in Ruckersville, Virginia.
16                    DOUGLAS FARGO,
17           having first been duly sworn, was
18           deposed, and testified as follows:
19                    EXAMINATION
20   BY MR. HAN:
21       Q    So could you state your name and address
22   for the record?
23       A    Yes.  My name is Douglas Alan Fargo.  My
24   address is ███████████████████ Ruckersville,
25   Virginia, 22968.
```

```
 1          Q      Thank you, sir.

 2                 What is your date of birth?

 3          A      ███████████

 4          Q      Thank you, sir.

 5                 And where did you get your high school

 6   education?

 7          A      I'm sorry.  Where did I get my what?

 8          Q      Where did you get your high school

 9   education?

10          A      Oh.  So two years in Michigan and then I

11   graduated from Garfield Senior High School in

12   Woodbridge, Virginia.

13          Q      Thank you, sir.

14          A      At the time it was Woodbridge; it's now

15   Dale City.

16          Q      Thank you, sir.

17                 How are you related to the deceased, Mr.

18   Adam Fargo?

19          A      He was my second son.

20          Q      Okay.  And when is his date of birth?

21          A      His date of birth was February 28th,

22   1984.

23          Q      Thank you, sir.

24                 Now I will start asking questions about

25   your son's military career leading up to the date of
```

1    the explosion.  I know that these subjects might be

2    very heavy and difficult for you.  So whenever you

3    need to pause, please let me know.

4        A    Okay.

5        Q    When did your son enter the military?

6        A    December of 2004.

7        Q    And had the war against Iraq begun back

8    then?

9        A    I believe so, yes.

10       Q    And was your -- did your son ever expect

11   to be deployed to Iraq?

12       A    I think he expected to be deployed, but I

13   don't think he knew until they finally came down with

14   orders as to where he was going to go.

15       Q    Okay.

16            And why did your son join the Army, his

17   motive?

18       A    I think part of his motive was that his

19   grandfather was a veteran of both World War II and

20   Korea.  And I, myself, am a veteran, fourteen years

21   active duty, two years national guard.  His other

22   grandfather, his maternal grandfather, was a retired

23   lieutenant colonel.  And his older uncle was also

24   retired lieutenant colonel.  His great uncle was

25   retired Navy.  So there was a lot of military in the

1    family.  And I think that the additional couple

2    things was not really motivated to finish college,

3    but he always was motivated to help people.  And so

4    when the time came, not only did he enlist, and not

5    only did he got through basic, but he asked for and

6    received additional training as a medical specialist

7    and then from there accepted an assignment with the

8    101st Airborne Division.

9         Q    Thank you for your family's service.

10             And how many tours of duty did your son

11   serve -- was that the only one?

12        A    Yeah, that was the only one.  His unit

13   deployed in late 2005.  I want to say like November,

14   December timeframe to get in theater and then they

15   actually went into combat mode, I think, it was

16   January of 2006.

17        Q    And which branch was he in?

18        A    So he was a medical specialist.  So I'm

19   not sure what that branch is.  Ninety two or ninety

20   four.

21        Q    It's more like Navy, Air Force.

22        A    Oh, Army.  He was Army.

23        Q    Army.

24             And do you remember his unit?

25        A    Yes.  So once he got assigned to active

1    -- to a unit after all the training, he was with the

2    4th Brigade, let me see, Headquarters and

3    Headquarters Company, 4th Brigade, 101st Airborne.

4    Then the 4th Brigade, when they deployed, they were

5    actually redesignated.  If I remember correctly they

6    were attached to 4th Infantry Division and then they

7    became the -- so his particular brigade became the

8    506th.  So his combat unit was the 506th Infantry

9    Regiment, combat regiment.

10        Q    As an Army medic what were his ordinary,

11   routine duties?

12        A    He was responsible for providing

13   immediate medical care and assistance to the units

14   that he was assigned to.  So being in the

15   Headquarters Company, there are several medics and so

16   within the brigade they then -- I don't know if the

17   right term is cross-attach or assign a medic to the

18   units -- the smaller units.  He was actually the

19   medic for the engineer company that was attached to

20   the regiment.

21        Q    And what was his latest rank?

22        A    So he was a -- I think he -- I'm pretty

23   sure he made specialist 4 in early July of 2006.  And

24   then he was posthumously promoted to the rank of

25   corporeal.

1       Q      And did he ever plan to leave the Army

2   after the tour -- what was his plan afterward?

3       A      I don't think he had a plan.  I think

4   that he was more than willing to finish his tour, to

5   see where, you know, where he would go with that.

6   And then decide from there.  I don't remember any

7   conversations whether it was going to be one way or

8   the other.

9          I know that I can tell you that he was a

10  very gung-ho soldier and so he participated in many

11  of the training beyond what a medic had to do.  So,

12  as an example, 101st Airborne, is primarily infantry

13  soldiers that have gone through air assault training

14  but not all the ancillary, such as medics and drivers

15  and whatever, admin -- they don't necessarily do

16  that, but he was very motivated to support his unit

17  to include successfully finishing out air assault

18  school.

19          And then he also was promoted in the

20  least time in grade, and the least time in service to

21  the rank of specialist 4, so he was only -- I think

22  you have to be able to do all that like in 18 months.

23      Q      And has he told you about any other

24  explosions than the one that took his life?

25      A      He did tell me about at least one.  So in

1    February of 2006, which was in his first mission

2    under fire, he was in an engineer unit as I

3    indicated, he was the medic for the engineers, and

4    the engineers were on a route-securing mission and

5    Adam was in like the third vehicle back.  The first

6    vehicle of the mini-convoy was hit, not only with

7    from what I understand an IED, but also small arms

8    fire and so on.  And it was at that moment in time

9    that he gained a lot of recognition because four

10   soldiers were injured and he helped all four of those

11   soldiers to -- with their wounds and to get them out

12   of that combat area.  And that would have been in

13   February.

14          I'm sure that he ran into others, but I

15   can't tell you that I know about them.  The next one

16   I knew about was the one that he was involved in

17   directly.

18      Q    That previous explosion, did he say

19   anything about the bomb being remotely set up or what

20   damage was done to the vehicle?

21      A    I don't think I know the details about --

22   that it was a remotely detonated.  That would be my

23   guess.  But my understanding is that it was placed in

24   the road and so it blew up from the bottom of the

25   vehicle, that's the best I can tell you what I know

1    about that mission.

2         Q     Thank you.

3               Now let's move on to the unfortunate

4    explosion.  So what was the date of the explosion?

5         A     July 22, 2006.  I mean, it could have

6    been the 21st because, you know, I don't know the

7    time zones.

8         Q     Yeah.

9         A     So it was either the day before -- no

10   that was the day I was notified that was his official

11   date of death is the 22nd.

12        Q     When was the last communication with your

13   son before he was in the explosion?

14        A     Gee, I want to say maybe a week or a

15   little less than a week, four or five days before he

16   got a chance to call -- to make a phone call.  I

17   think he really wanted to talk to his mom, but we

18   didn't, you know, we had a really short chat with him

19   at that time.  We just happened to -- it just

20   happened to be the next time that he had a

21   conversation.

22               I physically saw him when he -- in March.

23   It was March-April timeframe when he got to -- he got

24   a few days' leave and he came back stateside for a

25   really short period of time.

```
 1        Q     So, the explosion, did it happen during
 2   his mission?
 3        A     Yes.  The -- he was in another convoy,
 4   the engineer unit that he was in was given a route
 5   clearing mission through the streets of Sadr City in
 6   Baghdad and their job obviously was to check for and
 7   clear any debris or anything that might be in the way
 8   of a future convoy that's coming through of that
 9   area, keep that road clear.  But they were short on
10   personnel and so I think the lieutenant of the
11   platoon, engineer platoon, or engineer company that
12   he was with was back in country, but it was like the
13   first day back and he gets like two or three days to
14   re-acclimate, and so the sergeant was in charge of
15   this particular mission and this particular patrol.
16   And I think they were also -- I don't know who was
17   missing or who wasn't missing but, you know, one of
18   the many things that Adam tried to do with every unit
19   that he went to was enhance his capability to support
20   that unit.  So besides being their medic and he also
21   tried to learn about all the equipment, to include
22   how to drive the vehicles, and so the -- he was
23   driving the vehicle that the sergeant who was in
24   charge of the element, for that particular mission
25   was it, and in fact, I can't remember the type of
```

1    vehicle off the top of my head, but anyway it would

2    seat up to five people.

3            So my son Adam, even though he was a

4    medic, he was the driver.  So that would put him in

5    the left front, the sergeant was in the right front.

6    There were two soldiers in the back seat and there

7    was a fifth soldier standing up in the turret.

8            And they came down the road.  There was

9    bridge abutments.  I don't remember now the stories

10   whether the bridge was all in tact or whether it was

11   just the abutments on the sides.  And when the lead

12   vehicle which Adam was in and Adam was driving, his

13   side of the bridge abutment, somewhere, you know,

14   four or five feet up apparently was an IED.  At least

15   that's what I was told.  And it was remotely

16   detonated right when the vehicle got there.  So the

17   blast came through the driver's door and four out of

18   the five soldiers were injured.

19        Q    This remotely detonated bomb damaged the

20   car from the side, if I'm understanding you, correct?

21        A    Correct.  That's correct.  From the

22   driver's side which would be the left side front.

23        Q    The vehicle, although you might not

24   remember exactly what it was, was it an armored

25   Humvee sort of vehicle, or...

1    A    You know, I don't know what the engineers

2    were driving at the time.  My understanding was that

3    they were not reinforced on the sides.  I think that

4    we, the U.S. government, started making some inroads

5    in reinforcing the bottom because they were getting a

6    lot of detonations coming from the road and the road

7    service.  But, to the best of my knowledge, at this

8    point in time, they were not necessarily reinforced.

9    So, yes, it was a Humvee type vehicle.  It could have

10   been a Humvee.  I just don't remember off the top of

11   my head.

12       Q    And just to confirm certain details, it

13   happened from south of Baghdad, which direction from

14   the city?

15       A    Um, I don't know --

16       Q    It's okay if you don't remember.

17       A    All I remember is that they were in Sadr

18   City, wherever that's located within Baghdad.  So, if

19   you can pin it down by that.

20       Q    And assuming that you don't know whether

21   it was the 21st or the 22nd, it happened sometime at

22   night, the explosion?

23       A    It would have been in the evening from

24   what I understand.  I got notified like the day of

25   the 22nd.  My understanding is that he was killed

```
 1   earlier.  So, I made the assumption it was after

 2   midnight, but with the time zones I can't be sure,

 3   but his official date of death is July 22nd.

 4        Q    And did the Army representatives inform

 5   you about the accident, did they mention anything

 6   about whether there were suspects or any suspicious

 7   activities in the area?

 8        A    They did not, no.

 9        Q    They did not.

10             And you said four of the five people in

11   the vehicle were injured.  And, according to your

12   intake sheets, you said your son was either in the

13   vehicle, second or third; is that correct?

14        A    Second or third?

15        Q    Yes.

16        A    He was in with the sergeant that was

17   running the patrol mission, so I belive I was told

18   one of those.  I can't remember to be honest.

19        Q    And, other than your son, have you ever

20   communicated with any injured soldiers who were in

21   that vehicle, your son's colleagues or comrades?

22        A    Initially we were in contact with them

23   about within a year or so.  I'm trying to think of

24   who -- I think the captain, which was the commander

25   of the engineer company came to the funeral, but
```

```
1   everybody else was on mission or injured and couldn't
2   make that.  But, within a year or so, I -- one or two
3   of them I talked to by phone.  I actually went to
4   Fort Campbell, Kentucky when the unit came back or
5   sometime after the unit -- excuse me -- were
6   re-deployed back to the States and I met one or two
7   of the members and I don't remember which ones were
8   which at this point.  I mean it's -- you know, the
9   anniversary is coming up, 15 years.  So I kept a
10  couple of the -- I think I have a couple of the
11  sergeants' names in my phone.
12               Can you hand me my phone, honey?  Hold on
13  one second.
14       Q    If you could -- yeah, if you could
15  provide them later on via e-mail.
16       A    Sorry.
17       Q    Yeah.
18               And did anything break out as impressive
19  or memorable about what they told you or...
20       A    They were all -- you know, they were all
21  pretty upset.  Four out of the five soldiers
22  sustained injuries.  The only one who didn't was the
23  one who would have been in the passenger rear side
24  seat.  The guy standing up in the turret was hurt in
25  the legs.  I know that the sergeant -- I want to say
```

```
 1    lost his arm.  And so the left side and the front
 2    were where the injuries were.  I believe that Adam
 3    was the only one that was killed by that explosion.
 4         Q    And uh --
 5         A    They were under fire --
 6         Q    Yes.
 7         A    -- and the sergeant.  I was going to say
 8    they were under -- they came under fire after the
 9    mini-convoy was stopped and this vehicle was hit.
10              I don't remember them saying about any
11    other vehicles being hit, but I did remember them
12    saying that they came under fire.  So they were
13    trying to protect themselves and anybody who couldn't
14    get out of the vehicle, to then seek some shelter,
15    and don't ask me which side 'cause I don't remember
16    -- or don't remember being told -- and so it took a
17    while before they could try to get back in there and
18    try to get Adam extracted from the vehicle.
19         Q    Have you had a chance to see the vehicle
20    that was actually damaged?
21         A    See the vehicle?
22         Q    Yes.
23         A    No.
24         Q    That your son or anyone else --
25         A    No.
```

1     Q     And has the Army representative who's

2  communicated with you given you any more detail that

3  it was an advance IED, did they suspect any specific

4  kind of bomb?

5     A     No.  All I was told was -- 'cause at the

6  time I think us over here, we're hearing a lot about

7  IED.  This was the first time I think I've heard of

8  an advance IED.  And I guess the difference is that

9  an advance had armor piercing material in it.  I

10  don't know if that's a shape charge or mini pieces of

11  a shape charge or something.  And that was what I

12  understood at the time made a difference between

13  these types of explosive devices.

14     Q     So the description was remotely detonated

15  advanced IED?

16     A     Correct.

17     Q     So I assume that losing your son would

18  have left lasting psychological damage to family

19  members.  Have you ever sought medical treatment for

20  that or anyone in the family (inaudible) therapy.

21     A     You mean myself or in the family?

22     Q     Yourself or the immediate family members

23  of your son.

24     A     Yeah.  I was kind of knee deep in

25  alligators at that moment because Adam's mother was

1    severely ill with Parkinson's disease and it really

2    started getting bad after that.  So I would say that

3    she definitely was affected psychologically.  She was

4    already severely affected physically and so I would

5    say that, yeah, she took it pretty hard.  And in fact

6    she passed away in 2009.

7              As far as other family members, you know,

8    I think the military members were empathetic because

9    they had been in, you know, similar situations

10   before, especially his grandfather.  His grandfather

11   was an infantryman in World War II and then was

12   promoted and was actually an infantry lieutenant in

13   Korea, and had more than ample opportunity to come

14   under fire.  He, himself, didn't get wounded, but the

15   actions of what happened to his grandson forty

16   whatever, fifty years later, caused him to have

17   problems and it brought back a lot of memories for

18   him that would be considered PTSD.

19        Q    Yeah.

20        A    I can't vouch for too many of others.  I

21   mean, everybody was you know upset about it and --

22              UNIDENTIFIED SPEAKER:  (Inaudible.)

23              THE WITNESS:  Yeah.  I think that maybe

24   the next one that took it the worst was probably was

25   his younger sister.

```
 1              So, you know, this occurred in July of
 2    2006.  She was going to Virginia Tech at the time so
 3    the -- you had the Virginia Tech shooting in 2007.
 4    Then her mother dies in 2009, you know.  Just for her
 5    it felt like one thing after another.  So I
 6    definitely think that she was affected.
 7         Q    So, um --
 8         A    Not anybody else that I can think of that
 9    was severely affected.  If that makes any sense.
10         Q    So could you help me better understand
11    your son's family tree?  So, he had you, as a father,
12    and let's see his mother.
13         A    Right.
14         Q    And siblings?
15         A    Right.  So his paternal grandfather was
16    the World War II vet.  His maternal -- his mom's
17    father -- maternal grandfather was a retired Army
18    officer.  His -- and then his father, me.  I was
19    active duty Army person and then his mother for lack
20    of a better term could say she was an Army brat
21    because her father was career Army and then also his
22    uncle, which would have been his mother's older
23    brother, was another one.  And then his grandmother,
24    his maternal grandmother's brother, was the great
25    uncle that was career Navy.
```

1           And then his immediate family, his mother

2    and I, we had three children.  So he had an older

3    brother, then Adam and then his younger sister.

4         Q    And your son was neither married nor had

5    any offspring?

6         A    That's correct.

7         Q    Did you receive any honor or medal due to

8    his sacrifices?

9         A    So he received the Bronze Star for Valor,

10   Purple Heart.  I can't remember how many -- good

11   conduct medal, Iraqi Freedom.  I can get the list

12   that I have somewhere if you really need to know.

13   It's like nine awards and decorations to include his

14   air assault wings.

15        Q    It certainly helps if you have it, but it

16   doesn't (inaudible.) -- obviously because we can

17   search (inaudible.) -- too.

18        A    Okay.

19        Q    All right, um, yeah, these are usually

20   all the questions I have to you except if there is

21   anything you want to add for the court, possibly

22   jury, the public, your lawyers.

23             UNIDENTIFIED SPEAKER:  What's the purpose

24   of all this?

25        A    I guess -- I kinda guess I would like to

```
 1              DISTRICT OF COLUMBIA AT LARGE:

 2

 3          I, Leslie A. Todd, Notary Public in

 4    and for the District of Columbia, do hereby certify

 5    that the foregoing videotaped deposition was provided

 6    to me by counsel for the Plaintiff in this matter.

 7          I do further certify that the deposition was

 8    transcribed by me and is, to the best of my knowledge

 9    and ability, an accurate and correct record of the

10    deposition.

11          I hereby certify that I am neither an

12    attorney for any party, nor am I related to any party

13    connected with this action, nor am I financially

14    interested in this action.

15          Given under my hand and seal this 6th day

16    of May 2021.

17

18

19

20
                         *Leslie Todd*
21                       _____
                         Leslie Todd, Notary Public
22                       District of Columbia

23                       My Commission Expires:
                         February 29, 2024
24

25
```

Exhibit 5

1                   UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF COLUMBIA

3

4      --------------------------------x

5      DANIEL BOTTORFF, et al.,          ) Civil Action No.

6                    Plaintiffs,         ) 18-3122 (CKK)

7          v.                            )

8      THE ISLAMIC REPUBLIC OF IRAN,     )

9                    Defendant.          )

10     --------------------------------x

11

12

13              REMOTE VIDEOTAPED DEPOSITION ON

14                  ORAL EXAMINATION OF

15                   ROBERT A. REUTER

16                   MARCH 24, 2021

17                 MERIDIANVILLE, ALABAMA

18

19

20

21

22

23     Transcribed by:
       Leslie A. Todd, CSR No 5129 and RPR
24     Valley Center, California 92082
       (202) 413-2733
25     Leslieatodd2001@yahoo.com

```
 1                  P R O C E E D I N G S

 2                  ------------------

 3            MR. TRAVERS:  I'm recording now.

 4            This is the videotaped deposition of

 5   Robert Reuter, who was a serviceman for the United

 6   States military.  While on active duty in Iraq, he

 7   suffered injuries due to Iranian manufactured

 8   munitions.

 9            This case has been filed before the

10   U.S. District Court for the District of Columbia,

11   styled Bottorff, et al., v. The Islamic Republic of

12   Iran.

13            I'm Jeffrey Travers.  I'm located in

14   Orange, Virginia.  Today's date is March 24, 2021.

15                  ROBERT A. REUTER,

16            having first been duly sworn, was

17            deposed, and testified as follows:

18                  EXAMINATION

19   BY MR. TRAVERS:

20       Q    For the record, can you state your full

21   name and address?

22       A    It's Robert Aaron Reuter.  I live ███████

23   ███████████████    ████████ in Meridianville, Alabama

24   35759.

25       Q    Okay.  Are you in Alabama today?
```

```
 1          A     I am.
 2          Q     And what's your date of birth, sir?
 3          A     ███████████   ██████
 4          Q     Okay.  And where did you go to high
 5    school?
 6          A     Oxford High School.  That's in Oxford,
 7    Alabama.
 8          Q     And did you enter the military
 9    immediately after high school?
10          A     A few months, but yeah.
11          Q     And what year was that?
12          A     2002.
13          Q     Okay.  And at the time you entered, had
14    the war with Iraq started?
15          A     It had, yes.
16          Q     Okay.  Sorry.
17          A     No, go ahead.
18          Q     All right.  And you entered knowing that
19    you might be deployed to Iraq?
20          A     Yes.  It was -- yeah.  I think anybody
21    (inaudible) -- after the wars had already started
22    goes in with the presumption that there's a high
23    probability that you're going to war.
24          Q     Right.  And why did you join the
25    military, if you don't mind me asking?
```

```
 1          A       Patriotism.  It's a -- it kinda ran in
 2    the family.  Both my parents worked in defense
 3    contracting.  My father was prior military.  It was
 4    kind of a rite of passage, I would say.
 5          Q       Good for you, sir.
 6                  And let's see, 2000, and how many tours
 7    of duty did you have in Iraq?
 8          A       I had one tour of duty in Iraq.
 9          Q       And when did that start?
10          A       It started in 2005.
11          Q       Okay.
12          A       And it ended at the end of 2006.  I want
13    to say December of 2006, yeah.
14          Q       Okay.  And what branch of the military
15    did you serve in?
16          A       The Army.
17          Q       Okay.  What were your duties over in
18    Iraq?
19          A       I was a combat medic.
20          Q       Okay.  What unit were you in?
21          A       I was in the 619th ground ambulance unit.
22          Q       Okay.  And what was your rank?
23          A       I was an E4.
24          Q       All right.  And when did you leave the
25    military?
```

1        A      In 2007.

2        Q      Okay.  Can you tell us why you left the

3   military?

4        A      I wasn't looking forward to -- I had

5   served my term, and --

6        Q      Okay.

7        A      I got blown up a couple of times while

8   serving that term, and I was just not willing to risk

9   being blown up again.

10       Q      Understandable.  And let's see --

11       A      And plus the pay sucks, man.

12       Q      Right, yeah.  And have you been working

13   since leaving the military?

14       A      Yeah, I have.

15       Q      What's your career or what's your field

16   of work?

17       A      So right now I support the Department of

18   Defense in fielding new equipment.

19       Q      Okay.

20       A      Training folks how to use that equipment.

21       Q      And is that a government job or a private

22   contractor?

23       A      I'm a contractor that works directly for

24   the government.

25       Q      Okay.  And now I'm going to ask you about

1    the IED attacks you experienced.

2              So you experienced or -- you were

3    attacked twice by IEDs; is that correct?

4        A    That is correct.

5        Q    And one was on December 25, 2005; is that

6    correct?

7        A    That is correct, yes.

8        Q    And the second one was February 5th,

9    2006?

10       A    I don't know about the exact date, but it

11   was whenever the Super Bowl was.

12       Q    Okay.

13       A    So I remember distinctly because we were

14   up late trying to watch the Super Bowl and we had to

15   roll out that morning.

16       Q    Okay.  All right.  So it would have been

17   the day after the Super Bowl in 2006?

18       A    Here in the States.

19       Q    Okay.  And on December 25, 2005, can you

20   walk us through the details of what happened?

21       A    Absolutely.  We were -- we were on a

22   supply drop.  We were coming out of Tikrit, or I

23   believe it was FOB Spiker, the Tikrit region of Iraq.

24   We were scheduled to do a three-day run.  We were

25   going to hit Kirkuk, and then go down to Balad, and

1    then back up to Tikrit.  It was kind of one of our

2    standard supply drops, supply runs, and we provided

3    convoy security for the supply trucks.

4         Q    Okay.

5         A    We had left Tikrit pretty early in the

6    morning.  We were headed to Kirkuk.  I think we may

7    -- for some reason we didn't take the typical highway

8    across.  We kinda took a jog over to what they would

9    call Highway 2.  You go up the 2 to Kirkuk.  And we

10   may have been four hours into the trip, we were lead,

11   we were the lead truck.  And, you know, kind of out

12   of nowhere, the whole front of our truck got blown

13   off.

14        Q    Okay.

15        A    (Inaudible.)

16        Q    What kind of truck was it?

17        A    It was an up-armored Humvee.

18        Q    Okay.  And can you continue from the --

19   from when the bomb exploded?

20        A    Yeah, of course.

21             So the bomb explodes, and there are four

22   of us sitting in the vehicle.  I was sitting in the

23   back right passenger seat, we had a driver, a TC, and

24   another gentleman that was kinda sitting in the

25   gunner's turret.  Yeah, the bomb exploded.  It was

1    later determined that it was an explosive penetrating

2    EFP, explosive something penetrate, and the EFP went

3    through the front of the truck at an angle.  We were

4    probably doing thirty or forty miles an hour.  The

5    truck obviously comes to a halt, the engine block,

6    it's melting, catches on fire.  We all try to get out

7    of the truck.  The driver had his shoulder -- tons of

8    shrapnel in his shoulder.  There was lots of blood,

9    obviously, and the sudden halt kinda made everybody,

10   you know, hit their heads, hit their knees.  It was

11   -- yeah, you go from forty miles an hour to nothing.

12   It was an impact.

13          Q     Right.

14          A     We all dismounted the truck, and tried to

15   find lanes of fire to -- or we tried to assess the

16   situation to determine if -- you know, what exactly

17   attacked us.  At the time there were several

18   different IED-type of -- type of trigger or remotes.

19   We would later determine that ours was -- there was

20   no actual hostile enemy in the area.  Ours was set up

21   with what the bomb tech called a -- like a garage

22   door opener.  They got the IR to cross the road.  We

23   had what they called a rhino at the time that sticks

24   out in front that was supposed to kinda deter some of

25   that, but we were told that the way they angled the

```
 1    EFP was to counteract the rhino that was on the front

 2    of the truck.

 3         Q    Right.

 4         A    And...

 5         Q    And who was it that told you later that

 6    it was an EFP?

 7         A    It was the bomb techs.  So once we were

 8    struck, we stopped.  You know, we -- I was the medic,

 9    so we got a guy bandaged -- I got the driver bandaged

10    up.  We put him on a bird.  We made an LZ, put him on

11    a bird, and sent him back to Balad -- or to Balad.

12    And after that, the bomb techs came out because there

13    were -- it was like a series of rock walls -- we were

14    about to enter a town or a small village, and there

15    was a series of rock walls, and it was believed that

16    the EFP came from a painted piece of Styrofoam that

17    was set up next to the rock wall or in the rock wall.

18    So bomb techs came out to explore the other sections

19    of the rock wall, you know, in order to assess then

20    -- to deactivate, and they found two more in the

21    upper two sections.

22         Q    Okay.

23         A    So they were able to take apart those and

24    tell us exactly what we were hit with.

25         Q    Okay.  Do you recall the name of the town
```

1   that you were near?

2       A    It was about 45 miles south of Kirkuk,

3   but maybe -- I'm sorry, 45 minutes out to Kirkuk, but

4   that's different when you were going 30-40 miles an

5   hour.  I'm sure I could look it up.  If I had a map

6   of Iraq, I could probably pull it up and tell you.

7       Q    Okay.  Yeah.  If I actually need that

8   information, we will contact you.

9       A    Absolutely.  Sure.

10      Q    And it was the driver you bandaged up?

11      A    Yeah.

12      Q    Did he end up surviving?

13      A    He did, thank goodness.  He had several

14  broken bones in his arm and his shoulder, he had a

15  laceration to his neck, he was bleeding pretty bad,

16  but we were able to keep him alive.

17      Q    Cool.

18           And were you able to see the damage to

19  the truck or the Humvee?

20      A    Absolutely.  There --

21      Q    Sorry.

22      A    There was nothing left of the front end.

23  It had -- it looked like it kinda penetrated the

24  right front corner, and it barely missed, we'll call

25  it, a cab -- like a cab with the Humvee.

1      Q     Okay.

2      A     But on its way through, it had sent

3  projectiles through the -- almost like through the

4  dash --

5      Q     Okay.

6      A     -- of the Humvee.  We all experienced --

7  like we all -- everyone in the vehicle had some

8  pieces or fragments either of the vehicle or of the

9  bomb kinda wedged in their bodies.  Yeah.  The whole

10  engine compartment was melted.  The 50-cal that was

11  mounted on top had released into the engine

12  compartment.  So we had to -- obviously, there were

13  fears of ammunition that were going to catch fire and

14  start popping.

15           So, yeah, we kinda evacuated the area,

16  but ... sorry, it's off topic what the vehicle

17  description is.

18      Q     No, that's actually -- that's actually

19  relevant.  If there were any -- were there any enemy

20  combatants in the area?

21      A     On our table drill that -- we had been

22  told that there -- that that was a high -- they

23  called it a high priority zone.

24      Q     Okay.

25      A     Before every convoy, you go through

1   almost like a debrief, and, you know, you plan your

2   hot points, some of your chokepoints, your areas of

3   risk.

4        Q    Okay.

5        A    And that was identified as an area of

6   risk.  On that explosion, we did not have any

7   combatants that were returning fire as -- after we

8   were struck.  Yeah.

9             On the second one we did, in February --

10  no, I'm sorry, December -- yeah, December was

11  Christmas, that was on Christmas Day.  In February,

12  we were hit, and, yeah, we had enemy fire from up

13  there in Iraq.

14       Q    Okay.  And as far as the damage to the

15  truck, was there any visible hole or --

16       A    Oh, yeah.

17       Q    -- in the armor?

18       A    Yeah.  Man, so there was a visible hole

19  from -- maybe the size of a football.

20       Q    Okay.

21       A    I would say.

22       Q    Oh, okay.

23       A    And, man, it just seemed like the engine

24  block did not stop.  You know, that's made of cast

25  iron steel, so it's -- the way that it penetrated --

1    yeah, it was kinda -- it was something we had never

2    seen before at the time.

3         Q    Okay.  And let's see.  And can you --

4    sorry -- can you describe the physical injuries you

5    suffered from the bombing?

6         A    Yeah.  I've lost a lot of mobility in my

7    right shoulder.  Kinda the right side of my body, my

8    right knee.  I've had multiple knee surgeries,

9    stents.  The way the truck came to an abrupt stop,

10   there's the steel crossbars that kinda come up, so I

11   hit my head -- I hit my head pretty good off the

12   front a bit.  Fragments or vehicle parts, or maybe it

13   was part of the explosive devise, kinda rippled down

14   my right leg, on the inside of my left thigh.

15        Q    And that's it -- were you able to get --

16   are there any of those pieces still in your body?

17        A    Yeah, there actually are.  I've got some

18   pieces still in my leg.

19        Q    Okay.  And in addition to the driver, did

20   you have to -- as a medic -- did you have to treat

21   anyone else's injuries during that bombing?

22        A    Yes.  So the driver was the most serious.

23   He probably had some minor life threatening -- life

24   threatening injuries if we didn't stop the bleeding

25   and get him on a bird.

```
 1              Then we call him the TC, or the commander
 2   of the vehicle, the sergeant in charge, he broke his
 3   right shoulder.  Yeah.  But he was -- we were able to
 4   get him kinda slinged up and put on a bird as well.
 5   But...
 6        Q    Did you yourself receive any medical
 7   treatment after the explosion?
 8        A    I did not.  I was kinda self-treated.
 9        Q    Right.
10        A    But, yeah, they, uh -- when we got back
11   to camp, when we got back to Spiker, we -- they made
12   me go and see a doctor, and he -- they tried to pull
13   some of the smaller fragment stuff out, but they just
14   said, over time your body will push the rest out.
15        Q    Umm.
16        A    They treated my head.  I had a big gash
17   going down the middle of my forehead.  So they put
18   some staples -- they put some staples in it, they did
19   do that.  So, yeah, there was like a piece of my --
20   the top of my head that was kinda -- like the skin
21   had kinda folded over and they put in a bunch of
22   staples.
23        Q    Okay.
24        A    Yeah.
25        Q    And --
```

```
 1          A     I forgot about that.

 2          Q     And let's see.  And do you have any

 3   cognitive issues from that head injury?

 4          A     Blurred vision.  Man, I never wore

 5   glasses before.  I don't know if it had anything to

 6   do with that.  Maybe I'm just getting old, right.

 7          Q     Right.

 8          A     Yeah, man, blurred -- immediately

 9   following, yeah, everything was blurry.  They said

10   that we definitely experienced concussions.  And I

11   get headaches frequently now.  Yeah, I definitely get

12   headaches.  I probably get headaches three to four

13   times a month, and I never got headaches before that,

14   so...

15          Q     Right.  And are they like migraine

16   headaches?

17          A     Absolutely, yeah.  They're to a point

18   where you gotta go to a room and turn the lights off

19   and kinda just relax for a little bit.

20          Q     And do you have to take any medication

21   for those headaches?

22          A     Sometimes.  You know, it just depends.  I

23   try to keep it over the counter.  Advil.

24          Q     Yeah.  All right.  And from that, do you

25   receive -- or after you returned from Iraq through
```

```
 1    today, have you received any treatment for your
 2    physical injuries like your knee injury?
 3         A    Yup.  I've had multiple surgeries on my
 4    knee, yeah.  I've had a surgery on my shoulder.  I've
 5    had a surgery on my knee.
 6         Q    Okay.
 7         A    And -- yeah.
 8         Q    Okay.  And, let's see, have you been
 9    diagnosed with post traumatic stress disorder?
10         A    Yeah.  Seventy percent from the VA.
11         Q    Okay.  And is it mainly from -- and I
12    don't know how it works -- but for the PTSD -- is it
13    -- do you ascribe it to one bombing or the other, or
14    is it the whole tour?
15         A    I think the way they described it, it was
16    a combination of the two within the time frame.
17         Q    Okay.  And I'll ask you more about the
18    PTSD, but for the next one, I will just go through
19    the second bombing on February 5th -- in February
20    2006.
21              And can you go into detail about what
22    happened there?
23         A    Yeah.  We were leaving Kirkuk, heading to
24    Balad.  I think we were -- I don't exactly remember
25    what the mission was -- I don't know if we did convoy
```

1    security or we were on a medical supply pick up.  And

2    that was a weird day because we had just passed an

3    Iraqi bus that had just graduated like a group of

4    Iraqi police people or police cadets and it had blown

5    up on our way there.  So we were back and forth

6    trying to get them off of a bus.  And it was a little

7    bit messy.  But once we kinda regrouped from it, we

8    were about an hour and a half outside of Balad, I

9    believe, and -- at this time we were in the -- so it

10   was a group of about six military Humvees, and we

11   were in the back.  Oh, yeah, we were the trail

12   vehicle, and we decided to split and take different

13   routes.  We were kinda doing some route

14   reconnaissance.  There was a convoy coming up from --

15   there was a convoy that was scheduled to -- you know,

16   maybe thirty minutes behind us, so we had offered to

17   take an alternate route.  And when we did that, we

18   were struck by what the bomb tech would describe as

19   an EFP, similar to what we were hit with before.

20              And we were in a little bigger truck this

21   time.  We were in like a five-ton gun truck.  That's

22   what they were referred to, and -- like a *Peterbuilt*,

23   like a bigger version of a semi-truck, kinda similar.

24        Q    What was the armor like on that truck?

25        A    The armor wasn't the best on that truck,

```
1    you know.  I think we had armored doors, and, you

2    know, I think it was up-armored, fully up-armored.

3         Q     Okay.

4         A     'Cause I remember the turret hatch had

5    armor around it, and typically those didn't.  But,

6    yeah, a fully up-armored truck.

7         Q     And so you're an hour and half outside of

8    Balad.  Was that north, east, west, south?

9         A     North.  It would have been north of

10   Balad.  Let me see, north -- northwest.

11        Q     Okay.  And do you recall what road you

12   were on, or if it had a name?

13        A     I think we may have been on Route 2

14   again.  Yeah -- actually, I know we were on Route 2.

15        Q     Okay.  And --

16        A     I think we took Route 25 to 2; Route 25

17   over to 2, and then yeah --

18              MR. TRAVERS:  I've got to mute for just a

19   second 'cause I've got a train coming.  I'm going to

20   mute for a second.  You can hear it.

21              Sorry about that.  They blast their horns

22   when they come through town.

23              (Brief pause in deposition.)

24   BY MR. TRAVERS:

25        Q     And when you split off, were you then the
```

1    first vehicle in the convoy?

2         A    We were, yeah.  So when we split, yeah,

3    we rotated, and we became the first vehicle in the

4    convoy.  That's right.

5         Q    Okay.  And can you describe the

6    explosion?

7         A    Absolutely.  So now it's kinda coming

8    back.  I distinctly remember we were in between two

9    Iraqi police checkpoints.

10        Q    Okay.

11        A    So there was almost a sense of

12   complacency, because we could see the first

13   checkpoint that we had just driven through, and we

14   could -- the second checkpoint was maybe three to

15   five miles further ahead, but you could see their

16   cars, their lights.  So as we crossed through the

17   first checkpoint, we were kinda directed -- it almost

18   looked like there had been an explosion that was

19   buried under the ground, under the concrete.

20        Q    Okay.

21        A    So we were directed to leave the asphalt

22   and go into, you know, a section of the desert that

23   we were under the impression that had been cleared by

24   EOD.  So we did that.  And, you know, we were

25   probably on that section for a couple of miles, and

1    there was like a small -- there were a few of us --

2    there were small -- like, you know, they're not

3    concrete, but they're like block buildings that sit

4    on top of a ridge line, and as we diverted there, we

5    were hit with an EFP and some suppressive fire.

6        Q    Okay.

7        A    Which was a little concerning, because,

8    again, the truck, it was smoked and it was filled

9    with dust, so we couldn't tell if it was on fire.

10   But we knew we couldn't get out because we could hear

11   the ping of incoming rounds.

12            But this time it came from the left side.

13       Q    Okay.

14       A    The left side of the vehicle.  But it

15   didn't penetrate the cab.  It had just disabled the

16   whole front of it, very similar to the first one

17   where the engine was just -- it just had a giant hole

18   through it.

19       Q    Okay.  And did it come from the side --

20   did it come from the side or the bottom?

21       A    Yeah.  (Inaudible.)

22       Q    And did you experience any shrapnel?

23       A    No, not this time, no shrapnel.  There

24   were some injuries.  I think the driver had a bad --

25   a broken left leg.

1        Q       All right.

2        A       But nothing penetrated the hole on this

3    explosion.  And, again, they set the -- they set --

4    their trajectory was off.  I think this time they

5    used some kind of infrared.  They didn't say it was a

6    garage door opener.  I think the last time they used

7    a garage door opener, but this time they used

8    something -- yeah, an infrared light to kinda trigger

9    the device.  Or there was speculation that they could

10   have called -- they had cell phones where they could

11   have called, triggered it with a cell phone.

12       Q       Was the vehicle disabled?

13       A       Absolutely.

14       Q       And did you -- were you able to see the

15   damage?

16       A       Yes.  Afterwards, yes.

17       Q       Can you describe what it looked like?

18       A       It was destroyed.  Our truck didn't have

19   a front on it, so we were -- the whole front of the

20   truck -- well, actually, the truck did have a front.

21   It still had a wheel base, but there was a

22   penetration from the left side that went through the

23   engine block, and kind of -- it almost looked like it

24   dispersed inside the block.  But, yeah, you could

25   tell where some of it came out the front and some of

```
 1    it kind of angled around the driver's side.

 2         Q    Yeah, okay.  How fast were you going when

 3    the explosion occurred?

 4         A    We were lucky this time.  That's exactly

 5    what the tech said.  We were doing about 15-20 miles

 6    an hour.  We had slowed down because of the uneven

 7    terrain.

 8         Q    Oh, okay.

 9         A    But there was speculation that, you know,

10    increasing speed by like ten more miles per hour,

11    then that trajectory may have been on par with like

12    penetrating the hull -- going to the hull instead of

13    the engine block.

14         Q    Okay.  So did you say hull or hole?

15         A    The hull of the truck.

16         Q    That'd be where you were sitting?

17         A    You got it, yes.

18         Q    Okay.  And you were under fire when it

19    occurred.  What did you do next after realizing you

20    were under fire?

21         A    We got on the radio, and the trucks

22    behind us started returning fire from the direction

23    that the fire was coming from.  And there wasn't a

24    lot we could do.  I kinda just sat there and waited

25    for the smoke to clear and the fog to clear, and once
```

1   we received some feedback as to which direction the

2   fire was coming from, we were able to egress the

3   vehicle on the opposite side and kinda get some

4   suppressive fire in the direction in which we thought

5   it was coming from.

6        Q     All right.  And can you recall how long

7   they were firing on you?

8        A     Maybe ten minutes, fifteen minutes.

9   Everything seems like two or three hours at the time,

10  but, realistically, it's probably fifteen, twenty

11  minutes.

12       Q     Right.  And after they stopped, did you

13  stay in the area?

14       A     We did.  Well, we had the other team.  So

15  the other team circled back.

16       Q     Okay.

17       A     And they were able to -- we did identify

18  that there were some white pickup trucks, you know,

19  after a brief fire fight.  They were hauling ass

20  across the desert the other way.  So the other team

21  had circled around, and they were in pursuit.  And

22  once we kinda got the all-clear, we were just like --

23  you know, kinda assessing the damage, making sure

24  that no one had been hit or hurt.  We stayed put and

25  waited for EOD and for recovery vehicles.

1        Q      Okay.  And did you treat the driver

2   during that time?

3        A      I did, yeah.  I just kinda -- he got some

4   splints -- cut his pants off, hooked up some splints

5   and got him taped up.

6        Q      And were you injured physically during

7   that time?

8        A      No, I wouldn't say I was injured

9   physically during that encounter.

10       Q      Okay.

11       A      I was fortunate.

12       Q      And was anyone else injured?

13       A      Just the driver.  He had a broke leg and

14  he was pretty gashed up on the left side of his body.

15       Q      Did he survive?

16       A      He did survive, yeah.

17       Q      And did you have a chance to speak to the

18  bomb technicians after the bombing?

19       A      Absolutely, we did.

20       Q      Okay.  And did they inform you it was an

21  EFP?

22       A      They did, yes.

23       Q      And all right.

24       A      One of the largest ones they've ever seen

25  too, I remember that.

```
 1          Q      Oh, really?  Okay.
 2                 I think I've got everything I need on the
 3   specifics of the attack.
 4          A      Okay.
 5          Q      Now we've got to -- I've got to ask you,
 6   so you've been diagnosed with PTSD by the VA; is that
 7   correct?
 8          A      That's correct, yeah.
 9          Q      And can you tell us how that affects you
10   day-to-day?
11          A      Oh, man.  Yeah, it definitely affects
12   your ability to sleep; to -- there's a little bit of
13   anxiety, you know, when you encounter certain
14   situations that otherwise are completely normal.
15   There's -- yeah, you know, you have some pretty wild
16   dreams.  Yeah.  That's hard to describe.
17          Q      I understand.  And were you married at
18   the time of the bombing?
19          A      I was not, no.
20          Q      And are you married now?
21          A      I'm not, no.
22          Q      Do you have any children?
23          A      I do.  I have a young daughter.  She's
24   six.
25          Q      And --
```

```
 1        A      It definitely affects personal

 2   relationships.  You know, when you wake up, you know,

 3   after doing some weird shit in your sleep, they tend

 4   to make me wary sometimes.

 5        Q      Yeah, okay.

 6        A      My temperament's a little different,

 7   yeah.

 8        Q      And were you ever married?

 9        A      I'm not.

10        Q      Yeah.

11               So is it fair to say that -- has the PTSD

12   affected any like long-term relationships?

13        A      Absolutely.  I would believe that that's

14   fair to say.

15        Q      Yeah.

16        A      I see a shrink at the VA to try to fix

17   that, but -- so...

18        Q      Yeah, okay.

19               Do you take any medications?

20        A      I try not to, but there's sometimes.

21   I've been some prescribed some medication to help me

22   sleep at night.

23        Q      Okay.

24        A      It's kind of -- yeah.  I do, yeah.

25               MR. TRAVERS:  Sorry, another train's
```

```
 1    coming.
 2              (Brief pause in deposition.)
 3              MR. TRAVERS.  I'm sorry about that.
 4              THE WITNESS:  No worries.
 5    BY MR. TRAVERS:
 6         Q    Has PTSD affected your relationships,
 7    like friendships or relationships with other family
 8    members?
 9         A    It has, sure.  It definitely kinda
10    alienates you from other people that don't
11    particularly understand a combat environment, right,
12    or some of the things that have been endured or
13    witnessed.  I would say so.
14         Q    Yeah.
15         A    It's hard to admit, but it's for sure.
16         Q    And has it affected your relationship
17    with your daughter at all?
18         A    I would like to hope not, and I will need
19    to work on improving that, but -- I could be in
20    denial, but I sure hope not.
21         Q    Are there any activities that you used to
22    enjoy prior to --
23         A    Oh, man, all kinds of stuff.
24         Q    -- the attack that you really -- that you
25    can't enjoy now either physically or because of the
```

```
 1    PTSD?

 2         A    Absolutely.  I used to golf and surf and

 3    waterski, and, you know, I was -- I played a lot of

 4    sports growing up, you know, softball, you know,

 5    stuff like that.

 6         Q    Yeah.

 7         A    Yeah.  I don't really get to enjoy those

 8    things as much.  I still try to get out every once in

 9    a while, but since the injuries, it's just not the

10    same.

11         Q    Yeah.  And those are the things that you

12    would be doing now but for those injuries?

13         A    Of course.

14         Q    Okay.  And, yeah, I think I've got

15    everything I need.

16              Before I stop the deposition, is there

17    anything you want to say to the judge before -- say

18    to the judge that I haven't asked about -- about the

19    attacks or how you feel about them?

20         A    Not particularly.  If you guys have any

21    questions or need anything from me, just let me know.

22         Q    Okay.

23              MR. TRAVERS:  I will stop the deposition

24    and stop recording, and then I will just talk to you

25    for a couple minutes afterwards if that's all right.
```

1          THE WITNESS:  Okay.  Sure.

2          MR. TRAVERS:  Okay.  I'm now ending the

3    deposition.

4              (Whereupon, the deposition of

5          ROBERT A. REUTER was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DISTRICT OF COLUMBIA AT LARGE:


        I, Leslie A. Todd, Notary Public in
and for the District of Columbia, do hereby certify
that the foregoing videotaped deposition was provided
to me by counsel for the Plaintiff in this matter.

        I do further certify that the deposition was
transcribed by me and is, to the best of my knowledge
and ability, an accurate and correct record of the
deposition.

        I hereby certify that I am neither an
attorney for any party, nor am I related to any party
connected with this action, nor am I financially
interested in this action.

        Given under my hand and seal this 5th day
of May 2021.




                              *Leslie Todd*
                              _____
                              Leslie Todd, Notary Public
                              District of Columbia

                              My Commission Expires:
                              February 29, 2024

# Exhibit 6

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


------------------------------x

BOTTORFF, et al.,                )

            Plaintiffs,    ) Civil Action No.
                                  18-3122 (CKK)
     v.                          )

THE ISLAMIC REPUBLIC OF IRAN,  )

            Defendant.     )

------------------------------x




REMOTE VIDEOTAPED DEPOSITION

ON ORAL EXAMINATION OF

SHANE SMITH

BRADENTON, FLORIDA

MAY 25, 2021




Transcribed by:
Leslie A. Todd, CSR No 5129 and RPR
Valley Center, California 92082
(202) 413-2733
Leslieatodd2001@yahoo.com

```
 1                    P R O C E E D I N G S

 2                    -------------------

 3           MR. HAN:  This is the videotaped

 4    deposition of Shane Smith, who was a serviceman

 5    for the U.S. military.  While on active duty in

 6    Iraq, he suffered injuries due to Iranian

 7    manufactured munitions.

 8               This case has been filed before the U.S.

 9    District Court for the District of Colombia,

10    styled Bottorff v. Islamic Republic of Iran et al.

11               I'm Kyung Jae Han, located in Orange,

12    Virginia.  Today's date is 25th May 2021.

13               This is a videotaped deposition with the

14    deponent in Bradenton, Florida.

15                         SHANE SMITH,

16               having first been duly sworn, was

17               deposed, and testified as follows:

18                         EXAMINATION

19    BY MR. HAN:

20        Q    Would you state your name and address

21    for the record?

22        A    Shane Smith, ██████████████████████

23    Bradenton, Florida 34212.

24        Q    And, sir, what is your date of birth?

25        A    ████████████   ██████████
```

1      Q    Where did you get your high school
2    education?
3      A    Woodinville High in Washington State.
4      Q    Was there any post-high school
5    education?
6      A    Yes.  I have an Associate's from
7    Washington, and I got a Bachelor's at Chico State
8    in California.
9      Q    I'll move on to questions about your
10   military career.
11            So, when did you start working for the
12   military?
13     A    In 2005, may.
14     Q    So, the war has -- had the war begun
15   back then?
16     A    Yes, it was currently active.
17     Q    Did you expect to be deployed to Iraq?
18     A    Yes.
19     Q    What was your reason for joining the
20   Army?
21     A    Kind of a multitude of reasons.  There
22   was the patriotic element, and also I had some
23   friends going in it, and I did like the Montgomery
24   G.I. Bill that was associated to it all.  So...
25     Q    How many tours of duty in Iraq did you

```
 1    have?
 2         A    I did one tour in Iraq.
 3         Q    And during that tour, which branch were
 4    you in?
 5         A    Army.
 6         Q    What unit were you in?
 7         A    3509nth, 4th of the 25th Infantry.
 8         Q    What was you duty?
 9         A    I was an infantry sergeant.
10         Q    And what was your latest rank?
11         A    My last rank when I got out was
12    staff-sergeant, E-6.
13         Q    When did you leave the Army?
14         A    In 2010.  June 26th technically.
15         Q    And why did you leave?
16         A    Personal reasons and continued
17    deployments, and I had some -- I didn't want to
18    get any further injured because I had a wife.
19         Q    And have you been working post-military?
20         A    I have, intermittently.
21         Q    Yes, sir.
22              Now I will move on to the description
23    about the day of explosion.
24         A    Okay.
25         Q    So, how many explosions total did you
```

1   suffer from your duty?

2        A    Well, they range from direct exposure to

3   light.  I'd say somewhere around seven, but

4   probably two prominent ones regarding this case.

5        Q    So, we'll focus on those two.

6        A    Okay.

7        Q    Let's go on with the earlier one.

8        A    Okay.

9        Q    Yup.

10            What's the date of explosion?

11       A    Yeah, I was checking my pictures out,

12  and I have one of May 21st of 2007, and one either

13  August 31st -- I think around August 31st of 2007.

14  Yeah.

15       Q    We will first go with the May 21st.

16            Could you describe, what was the day

17  like leading up to the explosion?  Were you at

18  duty or just --

19       A    Yeah, we were actually -- we had a

20  planned raid.  We were going into a compound, and

21  looking for some high-value targets, and it was a

22  multi-unit task force, some doing cordoning, and

23  some doing other things.  I was -- it was during

24  the actual drive into the compound area on one of

25  the routes that my Humvee got hit with an EFP, and

1    it hit the front-end on -- no, the driver's side,

2    damaged the vehicle on the front clip, and you can

3    see the little molten slacks of the EFP that hit

4    it, and I actually have some pictures of it too.

5    It rocked the Humvee, kind of smacked my head

6    against the side windowing on that, and the

7    rebound of it, nausea, headache, disorientation.

8    That sucked.

9         Q    Regarding the identification that the

10   incident was caused by an EFP, did you figure out

11   by like certain characteristics or did the bomb

12   squad tell you later on?

13        A    It's pretty obvious when you get hit

14   with a EFP because it's different from, you know,

15   your standardized IED, which blows off of

16   shrapnel.  This one you can actually see in the

17   Humvee that I have with my photos, even got me

18   right next to it.  It's molten metal melted into

19   the actual itself, and it looks like kind of

20   divots that had been melted into it from where the

21   fragments of it hit.

22        Q    Was --

23        A    And we did have an active bunch of EFPs

24   in the area, that was actually part of the

25   (indecipherable) that we were going to the raid is

1    they were suspected to be part of the cell.

2        Q    And you were in the Humvee that was

3    directly hit?

4        A    Yes.  I was the TC, so I was basically

5    the front passenger seat or the person in charge

6    of that vehicle.

7        Q    Were there anyone -- I assume obviously

8    there would have been other casualties, right?

9        A    Yes.  There were other people within the

10    vehicle, yes.

11        Q    Do you remember any of their names or --

12        A    I believe my driver was Mindal.

13    M-I-N-D-A-L.  And I think I had either Serando

14    (sp) or Friday on the gun.  I don't remember who

15    was in the passenger seats on the back.  I can

16    probably find their names, their first names, but

17    I don't really readily remember them.

18        Q    Yeah, I mean, it's okay if you don't.

19        A    Okay.

20        Q    At least you were definitely there.

21        Other then that, I will just quickly

22    identify the EFP characteristics, based on the

23    photo you have (inaudible.)

24        A    You've broken up just a little bit here.

25        Q    Oh, sorry.

```
 1              So, based on the photo --

 2        A     Based on the photo, I heard that part.

 3        Q     Yes.

 4              Based on the photograph you have with

 5    you, your damaged Humvee, was there big damage

 6    like a puncture to the armor or --

 7        A     Yeah.  Give me one second, I will pull

 8    up the photo so I can look at it as I'm telling

 9    you.

10        Q     Yes.

11        A     May 21st.  So the front engine clip was

12    knocked off.  The -- and that's like the hood and

13    everything on the front end was gone.  The front

14    tire was shredded, and the actual cage of it has

15    some molten slag on the front, on the front -- on

16    the driver's door and the driver's rear door.  For

17    the plexi-glass, the thick, you know, bullet-proof

18    glass, you can see the little melted slags that

19    hit it.

20              I don't know if you can view --

21        Q     Yes.

22        A     Let's see.

23        Q     If we can actually get that photo later

24    on, it would be really great.

25        A     That's the door.
```

1    Q    Yes.

2    A    It's not the best photo, angle, so --

3    but you can see the tire here, and the whole front

4    end of the vehicle is gone.  So, there's the front

5    of the vehicle.  That's actually me right there

6    (indicating).  The whole front of the vehicle's

7    gone, and I'm getting in here, and recovering some

8    of my gear.

9         You can see these molten slag marks, and

10   that's how you know it was an EFP because they

11   just plug right into it.  And they kind of just

12   drill as they melt through the vehicle.

13        So the primary one hit the front end and

14   just bore through there.  So this is all, you

15   know, secondary outlining elements of the EFP.

16   Q    Thank you.  That was really helpful.

17        And you experienced a very similar

18   attack on the 31st too?

19   A    Well, the 31st was what we call a

20   vehicle-borne IED, and my compound got hit by it.

21   And I actually have a vehicle -- a video of the

22   vehicle driving in, exploding, and you then can

23   see the percussion (indecipherable) blowing

24   through where I was in the tower.

25        And, at the time, we did a secondary

1   raid, and we picked up the cell leaders associated

2   to it, and I was involved in on that also.  We

3   were told that was actually an Iranian that we had

4   picked up as part of that cell.  And they got

5   picked up by special forces once we captured them,

6   brought 'em back to the compound.  They had

7   actually come in, specifically grabbed one of our

8   detainees, and took 'em somewhere.  And we were

9   later informed that he was actually associated to

10  an Iranian cell.

11      Q     Thank you, sir.

12            That one, that video as well if you have

13  it, we've -- (inaudible.)

14      A     I can send those over, yes.

15      Q     Yes.

16            Now we will move on to the physical and

17  psychological damages you've sustained.

18      A     Mh-hmm.

19      Q     So, what were your injuries?

20      A     At the time, I had sustained some

21  injuries.  I didn't get flown back to -- for

22  medical, but it was after the tour, and I --

23  specifically when I was also getting out of the

24  military, I had been diagnosed with an MRI of a

25  TBI, PTSD.  I had essential tremors, and I had to

1    undergo speech therapy, and was assigned some

2    different devices to help me with memory recovery.

3    And I've since been rated by the VA for those

4    also, so I have a 100% rating for PTSD.  But under

5    there, I do have ratings for TBI, tinnitus, which

6    is impact/explosion damage to the eardrums, and

7    then I have essential tremors which is also damage

8    caused by, you know, explosion.

9        Q    Could we -- we do have some of your

10   medical records, so I won't ask you about the

11   specific types of disabilities or diseases.

12   (Inaudible.)

13            Describe in lay terms -- (inaudible.)

14       A    Oh, I'm starting to lose you again.

15       Q    Oh, sorry.

16       A    When you were looking at whatever.

17       Q    Sir, so, we do know the specifics about

18   the illnesses you have currently --

19       A    Okay.

20       Q    -- due to the attack since we have the

21   medical records, but, could you tell me, just in

22   lay terms, the major difficulties you have because

23   of PTSD, or disabilities?

24       A    Oh, I'm -- I've had intermittent work

25   issues because of anxiety, because of headaches,

 1    because of the -- just the whole slew of issues.

 2    I have difficulty maintaining employment.  And in

 3    addition to it, I'm frequently unable to go out in

 4    public, especially with the crowds and driving,

 5    especially with the driving.  It's hard to let

 6    down your guard because I'm always on a constant

 7    fight to flight, the hyper-vigilance.  You know, I

 8    am at times crippled with headaches due to the

 9    TBI.

10           It's really impacted my life.  I kinda

11    had hopes of life taking a different direction.  I

12    managed to get through college with much

13    difficulty, but I've run into just these barriers

14    and walls that I can't seem to get past with it.

15    I've ended up having to do -- you know, complete

16    an in-patient program in Washington State with the

17    VA, because at the time, I had a full breakdown

18    because of my disabilities.  And, you know, being

19    unable to, you know, work and maintain and care

20    for your family because of military injuries.

21           It took a lot of time and a lot of

22    therapy to, you know, even be able to accept that

23    fact that I just -- I'm not going to be able to.

24        Q    Who's your immediate family, including

25    your spouse and children?

1       A     I have my wife, Heather Smith.  She's

2    actually my military caregiver, so the VA has

3    assigned her as my caregiver for when these come

4    up.  I have a seven year-old son Kayden and my

5    adopted daughter Shaughnessy.

6       Q     Okay.

7             Has PTSD ever affected your relationship

8    with your immediate family or friends, those that

9    are precious to you?

10      A     Yeah.  It's hard to maintain friends,

11   make ones, definitely.  I've lost most of my

12   friends, with the exception of a couple military

13   vehicles that have -- or friends that have been

14   with that.  My wife threatened to leave me unless

15   I went and got -- went into an in-patient program.

16   So, you know, she was at the point where she was

17   leaving me.  She was, Go get help, or she's done.

18   Yeah.

19      Q     Sorry.

20            Did you receive any honor or medal due

21   to your sacrifices?

22      A     I do have an ARCOM, yes.  No Purple

23   Heart, but I do have an ARCOM.  I believe it

24   actually even mentioned the EFP explosion.

25      Q     Oh, great.

```
 1                Thank you for your services on that.
 2        A     Thank you.
 3        Q     Is there anything you want to add,
 4   anything you want to add for the court, juries,
 5   like some of the lawyers if this case proceeds?
 6        A     Yeah, I mean, you go in there expecting
 7   certain scenarios, but when you have outside
 8   agents that are -- they know, what our equipment
 9   capabilities are and they're helping to design
10   these tools, specifically designed to kill and
11   maim us, it was -- it's really, it amplified any
12   injuries that we would run into.  It turned
13   scenarios into, you know, complete chaos.  You
14   know, I've lost several friends to EFPS.  You
15   know, the VBIED that come through would not have
16   even been possible without actual -- you know, a
17   cell -- so, they had these cells that would come
18   around, and they would help build a vehicle, and
19   they would find a person and train them to commit
20   suicide by driving these vehicles into walls,
21   compounds, and trucks.  You know, the war would
22   not have been nearly as bad without these -- with
23   these -- without this outside influence.  That's
24   not just me.  We work with the locals and, you
25   know, the locals, they got it even worse than us
```

1    because they don't have the armor.  So, it's --

2    what do you do at that point.  You know, getting

3    hit, you know, we have a lot of equipment and we

4    can walk away from injuries that are just

5    completely debilitating, would have been, but,

6    even with the armor and everything that we have,

7    our bodies still experience the shock waves, we

8    get thrown around, we get these whiplash problems

9    and we get these, you know, on-repeat issue TBIs.

10   And, you know, here I am with a TBI.  I have

11   memory issues.  I happen to do -- I had to have

12   speech therapy.  And I'll sit there in a

13   conversation with someone that I intimately know,

14   and I can't remember their name suddenly, you

15   know.

16          It impacts you in so many ways

17   throughout life that it just -- it literally

18   changed my life, and it kind of in a way ruined

19   it.  You know, I was at a point where I was

20   suicidal for a while.  You know, it's -- my life

21   has changed in a way that I wish it had not

22   because of -- directly due to these injuries.

23          MR. HAN:  Thank you for your answers,

24   and I will turn off the recorder, but I'll

25   obviously answer some of your questions and all.

```
 1              THE WITNESS:  Yeah.  All right.

 2         (Whereupon, the deposition of

 3         SHANE SMITH was concluded.)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                DISTRICT OF COLUMBIA AT LARGE:

 2

 3           I, Leslie A. Todd, Notary Public in

 4    and for the District of Columbia, do hereby certify

 5    that the foregoing videotaped deposition was

 6    provided to me by counsel (via external hard drive)

 7    for the Plaintiff in this matter.

 8           I do further certify that the deposition

 9    was transcribed by me and is, to the best of my

10    knowledge and ability, an accurate and correct

11    record of the deposition.

12           I hereby certify that I am neither an

13    attorney for any party, nor am I related to any

14    party connected with this action, nor am I

15    financially interested in this action.

16           Given under my hand and seal this 2nd day

17    of June 2021.

18

19

20

21
                                    Leslie Todd
22                         _____
                           Leslie Todd, Notary Public
23                         District of Columbia

24    My Commission Expires:
      February 29, 2024
25
```

Exhibit 7

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


------------------------------x

DANIEL BOTTORFF, et al.,          )

             Plaintiffs,          ) Civil Action No.

    v.                          ) 18-3122 (CKK)

THE ISLAMIC REPUBLIC OF IRAN,  )

           Defendants.          )

------------------------------x




REMOTE VIDEOTAPED DEPOSITION ON

ORAL EXAMINATION OF

BOBBY WILSON, JR.

KISSIMMEE, FLORIDA

MARCH 24, 2021







Transcribed by:
Leslie A. Todd, CSR No 5129 and RPR
Valley Center, California 92082
(202) 413-2733

```
 1                    P R O C E E D I N G S

 2                    -------------------

 3            MR. TRAVERS:  This is the videotaped

 4   deposition of Bobby Wilson, Jr., who was a service

 5   member for the U.S. military.  While on active

 6   duty in Iraq, he suffered injuries due to Iranian

 7   manufactured munitions.

 8            This case has been filed before the

 9   U.S. District Court for the District of Columbia,

10   styled Bottorff v. The Islamic Republic of Iran,

11   et al.

12            I am Jeffrey Travers.  I am located in

13   Orange, Virginia.  Today's date is March 24, 2021.

14            This is a videotaped deposition with the

15   deponent.

16            Can I ask you where are today, sir?

17            THE WITNESS:  Yes.  I'm in Kissimmee,

18   Florida.

19            MR. TRAVERS:  Okay.

20                  BOBBY WILSON, JR.,

21            having first been duly sworn, was

22            deposed, and testified as follows:

23                     EXAMINATION

24   BY MR. TRAVERS:

25        Q    Can you just state your full name again
```

1   for the record?

2       A    Yes.  My name is Bobby Wilson, Jr.

3       Q    Can you tell me your -- what is your

4   date of birth and current address?

5       A    Yes.  Date of birth is ███ ██   Current

6   address is ████████████████   Kissimmee,

7   Florida, 34744.

8       Q    And do you mind telling me where you

9   went to high school?

10      A    Yes.  I went to high school in Detroit,

11  Michigan.  Cooley High School.

12      Q    Did you join the military directly after

13  high school?

14      A    No.  I went to Highland Park Community

15  College.  There I got my two-year degree, and then

16  worked for Chrysler Corporation and American

17  Airlines before I joined the Army, 1986.

18      Q    Very good.  And 1986 -- you joined the

19  Army in 1986?

20      A    Yes.

21      Q    And when did you leave the Army?

22      A    2011 -- February 2011.

23      Q    And what was your rank when you left the

24  Army?

25      A    Sergeant First Class.  I retired.

1    Q    Okay.  And how many tours in Iraq were

2  you part of?

3    A    Part of one tour.

4    Q    And did you serve anywhere or were you

5  part of any other tours overseas prior to Iraq or

6  after?

7    A    Yes.  Operation Just Cause, Panama.

8    Q    Okay.  And when were you deployed to

9  Iraq?  Or if you call it that.

10   A    April 2007 until May of 2008.

11   Q    Great.  And what were your duties over

12  in Iraq during that time?

13   A    Military transition team member, tasked

14  with train-up of the Iraqi Army.

15   Q    And what unit were you in?

16   A    My unit was three -- 3rd of -- the 3rd

17  5 MTT, Military Transition Team.  3d Brigade of

18  the Third Division of the Military Transition

19  Team, out of Fort Riley, Kansas.

20   Q    Did you have to go through a specialized

21  training to be able to train the Iraqi troops?

22   A    Yes.  I went to a three-month train-up

23  prior to the deployment.

24   Q    And now I've got to ask you, what was

25  the date of -- what was the date when your --

1    actually, what was the date that the explosion

2    occurred?

3         A    The date was around, I think it was,

4    either May 6th or 7th of 2007.

5         Q    Okay.  And can you describe the

6    geographic location where the attack occurred?

7         A    Yes, sir.  It was in northern Iraq, in

8    the Diyala Province, about, I guess, 60 or 80

9    kilometers north of Baghdad -- northeast of

10   Baghdad.

11        Q    Okay.  And was there a specific road you

12   were on, or -- if you recall?

13        A    Well, the roads were referred to as

14   routes, and I believe the route was called Route

15   -- either Route Red or Route Purple, one of the

16   two.  That was our reference for the roads that we

17   mapped out.

18        Q    Okay.  And what type of vehicle were you

19   traveling in?

20        A    I was traveling in a convoy of Humvee

21   11-52's, heavily up-armored Humvees.

22        Q    Okay.  And which -- within the convoy,

23   which vehicle were you in, as far as like the lead

24   vehicle or the second or third?

25        A    I was in the second vehicle.

1      Q     And where were you headed to?

2      A     We were headed back to the Forward

3  Operating Base.  We had been out for about three

4  days.  So it was about mid to early afternoon on a

5  -- it was a sunny day.

6      Q     Okay.  And can you just describe to me

7  what occurred --

8      A     Right.

9      Q     -- about the explosion?

10     A     Right.  While en route back to the

11  Forward Operating Base, just before we hit the --

12  I believe it's the last town before we got to our

13  operating base, we travel in 50-meter increment

14  separations between the vehicles.  I was following

15  the Iraqi battalion commander.  I was a driver at

16  the time, with my commander sitting in the right

17  seat.  And just before we hit a checkpoint,

18  between the Iraqi commander's vehicle and ours, an

19  IED went off, heavily damaging his vehicle and

20  damaging ours as well.  I'm not sure if it was

21  remotely triggered or if we hit the spot, but then

22  the explosion occurred.  It threw up a bunch of

23  debris and sand --

24            MR. TRAVERS:  I think you're on mute,

25  sir.  All right.

```
 1              THE WITNESS:  Out at our (inaudible.)
 2    BY MR. TRAVERS:
 3         Q    Did it explode underneath one of the
 4    vehicles, or in between, or --
 5         A    Well, we were traveling at a high rate
 6    of speed.
 7         Q    Oh, okay.
 8         A    So it detonated towards the back of the
 9    Iraqi commander's vehicle toward the front of our
10    -- in between.  So as I said before, we always
11    kept a 50-meter distance.  So I would say 20-25
12    meters between us, more so close to ours.
13         Q    Okay.  What type of vehicle was the
14    Iraqi commander driving?
15         A    He was in an 11-51 which is -- it was an
16    up-armored Humvee as well.
17         Q    Okay.  And can you describe the damage,
18    to the best of your recollection, of the Iraqi
19    Humvee and the U.S. Humvee?
20         A    Yes.  He suffered significant damage to
21    the back rear area behind the wheel, that took the
22    rear tire of the back deck, blew the hatch off of
23    his vehicle; the front of ours, it damaged the
24    front fender.  It had some damage -- a little
25    damage to the engine, though we found out later on
```

```
 1    heavy marks in the door -- the front windshield
 2    was cracked.  Prior we had a steel plate welded to
 3    the bottom of the vehicle, so that if we came
 4    across any IEDs, this would help lessen the impact
 5    because there's no protection underneath.
 6            Some damage under the vehicle.  As I
 7    said before, the windshield was cracked, but we
 8    were able to continue through it after the blast
 9    occurred.
10       Q    Was there any damage to the steel plate
11    that you had?
12       A    Yeah.  There was some scoring; there was
13    some heavy pockmarks from shrapnel.  And as I said
14    before.  We had shrapnel in the body parts, as
15    well, of the vehicle that had to be changed out.
16       Q    Right.  And were there -- do you recall
17    if there were any enemy combatants in the area?
18       A    None that we could see a couple of
19    buildings to the right, a couple buildings to the
20    left.  None that we could identify.
21       Q    And who else was in the vehicle with
22    you?  I don't know if you still recall their
23    names.
24       A    I forgot what my major's name was.
25    Yeah, it's been a while ago.  My major, the
```

1   gunner, another E7, our interpreter was in the

2   vehicle, our Iraqi interpreter --

3        Q     Right.

4        A     -- was in the vehicle as well.

5        Q     And did you talk with anyone about the

6   attack after it occurred as to who may have done

7   it or --

8        A     Yes.  We had a meeting afterwards.  The

9   major sent a report up to Baghdad on the incident.

10  All incidents are reported up to higher

11  headquarters on what had happened.  The five

12  W's -- who, what, when, how, where, what time of

13  day it had happened.

14       Q     Yeah.  And do you know if this was an

15  EFP bomb?

16       A     We suspected that it was.  It left a

17  large impression, from what the gunner could tell

18  us -- because, as I said, before we continued on,

19  it left a pretty good sized hole in the ground.

20  And so we're not sure.  We think so.

21       Q     Yeah, okay.  All right.

22             So the gunner had a good view of the

23  crater it left?

24       A     Yes.  Yes.  And the follow-on vehicles

25  also let us know, you know.  Because once we got

1    hit, everyone else veered off the road.  The other

2    two gun trucks, the American gun trucks, two other

3    11-52's with our other teammates, they veered off

4    the road.  And we have a drill that we conduct

5    that if one vehicle is disabled, then we form a

6    perimeter to protect it until we can do an

7    extraction or a recovery, what to do in the

8    vehicle.

9        Q    Yeah.  And as part of your service,

10   you're a -- would you say that you're familiar

11   with the distinctions between an EFP and a normal

12   IED?

13       A    Yes.  Yes.  We had started encountering

14   -- early in 2007, there was an usually high

15   incidence of EFPs being discovered, because a lot

16   of our vehicles, it causes a catastrophic effect

17   when you hit an EFP other than an IED.  Some of

18   the IEDs have been like -- we found like a -- 155

19   rounds wired together, and the blast is totally

20   different.

21            If it catches you at the right point, it

22   can -- we've noticed that it has actually lifted

23   the vehicles up off the ground and upended them

24   onto their roofs.  So what we had -- going through

25   the routes, the route clearance that -- you

 1    normally go ahead of a convoy if available.  But

 2    we have run upon convoys that were hit and

 3    vehicles were upended on their roofs, no matter if

 4    they were heavy armored tanks, Bradley's or

 5    Humvee's, it usually was catastrophic if they were

 6    hit in the right spot which was like directly up

 7    under them.  It took the full brunt and lifted

 8    them off the ground.  (Witness coughing.)  Excuse

 9    me.

10         Q    So if this one had exploded right

11    beneath one of your vehicles, if would have been

12    catastrophic?

13         A    Yes, yes.  Based on the size of the

14    craters, yes.  We got lucky.  We believe maybe it

15    would have been, because we were traveling at a

16    high rate of speed.

17         Q    Right.

18         A    That was -- yeah.

19         Q    And your convoy was able to keep going

20    after the explosion without stopping?

21         A    Yes.  We were able to continue on, but

22    at a much slower pace.  The battalion commander's

23    vehicle and our vehicle were -- yeah, we made it.

24         Q    Oh, okay.

25              Can you describe the physical injury you

1  suffered from the explosion?

2       A    When the explosion first occurred, there

3  was a loud -- there was a loud explosion, there

4  was a flash, I hit my head on the windshield, and

5  later I was seeing -- and it gave me some stars.

6       Q    Right.

7       A    And under the steering wheel, I was able

8  to -- I guess I stayed conscious -- I didn't go

9  unconscious -- and was able to maintain control of

10  the vehicle and push through it.  But then when I

11  got back to the aid station, I had a black and

12  blue bruise over my upper left forehead and I

13  started suffering some severe headaches.  It

14  actually caused stars when it first hit.

15       Q    Okay.

16       A    And then the ears popped from the loud

17  explosion.

18       Q    Right.

19       A    And so...

20       Q    And did you -- and how long after that

21  did you stay in Iraq?

22       A    About, I would say, let's see, about

23  nine more months, nine or ten more months.

24       Q    Okay.

25       A    This was early on in the deployment.

1          Q      Yeah, okay.

2          And did you continue suffering physical

3    effects from the explosion?

4          A      Yes.  I started having bad headaches,

5    and so I went to a few aid stations.  When I first

6    got checked out in the aid station, I got checked

7    for a concussion -- and so they thought I might

8    have had a concussion -- at a small aid station in

9    the middle of nowhere.  So after still

10   experiencing severe headaches and blurriness and

11   blurred vision, I continued to go to aid stations.

12   When we -- whenever we would get to larger

13   installations, large operating bases, I checked in

14   a couple times just to see if I could get better

15   treatment.  And then I got better treatment once I

16   got back to the States.  The VA took up the

17   traumatic brain injury treatment.  I had been

18   identified, and they said, Okay, all right.

19         Q      How long have you been treated for the

20   TBI?

21         A      It was about four years.  I still take

22   the medication.  I'm still seen by the VA for the

23   TBI.

24         Q      Right.  And what type of medication were

25   you prescribed for it?

```
 1          A     I was prescribed sumatriptan.  I think
 2     it's sumatriptan.  Yes.
 3          Q     Okay.  And are there any side effects
 4     with that medication?
 5          A     There are a few, not too many.  Heavy
 6     drowsiness.  Basically, when you take it, you need
 7     to lay down because you're not able to function;
 8     you're not -- you don't have total clarity because
 9     these headaches are blinding sometimes, to the
10     point where I have to get out of light and sound,
11     total sensitivity.  So, yeah, it's a debilitating
12     pounding of the head.
13          Q     Right.  And how often do they occur per
14     year?
15          A     Well, I get them three, four times a
16     month.
17          Q     Right.
18          A     So I would say -- I would have to
19     calculate forty, fifty times a year, I guess.
20          Q     Okay.
21          A     I don't really count them.
22          Q     And how long do they last, or how long
23     does each headache last?
24          A     Usually they're a day.  Sometimes they
25     last for two days --
```

1     Q     Right.

2     A     -- before they subside.  And, yeah, they

3  usually put me down pretty good.

4     Q     And have you suffered any emotional

5  distress from experiencing the explosion, like

6  PTSD or anything similar?

7     A     Yeah.  From explosions, I do have some

8  -- some reactions to loud noises and like car

9  backfires or fireworks sometimes, they cause me to

10  jump.  And I have had cases of my wife telling me

11  that I wake up in the middle of the night, and I

12  just sweep everything off the dresser with a

13  one-arm swoop.  I don't know why that is.  But,

14  yeah, a couple of things.

15     Q     Right.  Are you currently married?

16     A     Yes.

17     Q     Okay.  And do you mind telling me your

18  wife's name?

19     A     Yes.  Ysenia Wilson.

20     Q     Okay.  Were you married to her at the

21  time of the explosion as well?

22     A     Yes.

23     Q     And has that had an effect on your

24  relationship with her negatively?

25     A     Yeah, a little.  She says that I'm a

1    little different than when I went -- when I
2    deployed, a little more irritable or easily
3    irritated, she says, from zero to a hundred, a
4    mountain out of a molehill.
5         Q    Right.  And do you have any children?
6         A    Yes.  I have two sons.  One 29 and one
7    26.  At the time, they were a little younger, like
8    18 and 9, or -- yeah.
9         Q    And have the headaches caused you --
10   prevented you from enjoying like playing sports or
11   anything socially that you could have done before
12   the explosion that you can't do now after
13   suffering the TBI?
14        A    Yeah.  I'm not as sociable, more
15   introvert, stay more to myself.  It, uh -- I guess
16   my personality just -- I feel a little safer in
17   the house, you know, not as able to be around
18   large crowds or gatherings.  I have a little more
19   anxiety about it than I did before.
20        Q    Right.
21             And then when you retired from the Army,
22   had you planned -- did you plan on entering
23   another career, or -- did you plan on entering
24   another career that the TBI may have prevented you
25   from entering?

1      A      Yeah, I did.  And the TBI had some

2  effect.  When I got out, I was an instructor for

3  the Army, but there were some periods of time

4  where I would have to take off from work due to

5  the headaches.

6      Q      Right.

7      A      The debilitating headaches, I just

8  couldn't do it.  And being an instructor requires

9  you to be on hand, be on your feet for eight,

10  maybe nine hours a day, be attentive, stay

11  focused, and deliver the educational material.

12      Q      Okay.  Is there anything else you want

13  to say about the day of the attack or the brain

14  injuries, anything that I haven't asked about?

15      A      Yeah.  The memory is a little bit not as

16  strong as it was.  As I said before, when it

17  happened early in the tour, the medical attention

18  was pretty limited.  But I kept trying to go to

19  clinics whenever I could to get checked out by the

20  best medical people that were available in the

21  clinics.  So when I got back, like I said, I went

22  through the therapy, and I still see them, and so

23  I don't forget.

24      Q      Yeah.

25      A      Yeah.

1              MR. TRAVERS:  Thank you so much for

2     sharing your story and for giving us your time.

3     I'm going to stop recording and speak with you

4     briefly after I stop recording and let you know

5     where we go from here.  But this is going to end

6     the deposition.

7                   (Whereupon, the deposition of

8                   BOBBY WILSON, JR., was concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DISTRICT OF COLUMBIA AT LARGE:

I, Leslie A. Todd, Notary Public in and for the District of Columbia, do hereby certify that the foregoing videotaped deposition was provided to me by counsel for the Plaintiff in this matter.

I do further certify that the deposition was transcribed by me and is, to the best of my knowledge and ability, an accurate and correct record of the deposition.

I hereby certify that I am neither an attorney for any party, nor am I related to any party connected with this action, nor am I financially interested in this action.

Given under my hand and seal this 5th day of April 2021.

*Leslie Todd*
_____
Leslie Todd, Notary Public
District of Columbia

My Commission Expires:
February 29, 2024

Exhibit 8

1                UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF COLUMBIA

3

4    ------------------------------x

5    DANIEL BOTTORFF, et al.,        ) Civil Action No.

6              Plaintiffs,        ) 18-3122 (CKK)

7       v.                        )

8    THE ISLAMIC REPUBLIC OF IRAN,   )

9              Defendant.        )

10   ------------------------------x

11

12

13          REMOTE VIDEOTAPED DEPOSITION ON

14              ORAL EXAMINATION OF

15             NICHOLAS L. McCOY

16           WEST FRANKFORT, ILLINOIS

17              MARCH 24, 2021

18

19

20

21

22

23   Transcribed by:
24   Leslie A. Todd, CSR No 5129 and RPR
     Valley Center, California 92082
25   (202) 413-2733
     Leslieatodd2001@yahoo.com

```
 1                    P R O C E E D I N G S

 2                    -------------------

 3              MR. TRAVERS:  Good morning.

 4              THE WITNESS:  Good morning.

 5              MR. TRAVERS:  I am just going to read a

 6    little preamble.

 7              This is the videotaped deposition of

 8    Nicholas L. McCoy, who was a serviceman for the U.S.

 9    military.  While on active duty in Iraq, he suffered

10    injuries due to manufactured munitions.

11              This case has been filed before the

12    U.S. District Court for the District of Columbia,

13    styled Bottorff, et al., v. The Islamic Republic of

14    Iran, et al.

15              I'm Jeffrey Travers, an attorney for the

16    Miller Firm.  I am located in Orange, Virginia.

17    Today's date is March 24, 2021.

18              This is a videotaped deposition with the

19    deponent in West Frankfort, Illinois.

20                    NICHOLAS L. McCOY,

21              having first been duly sworn, was

22              deposed, and testified as follows:

23                    EXAMINATION

24    BY MR. TRAVERS:

25         Q    For the record, can you state your full
```

```
 1   name?
 2         A    Nicholas Lee McCoy.
 3         Q    And do you mind stating what your date of
 4   birth is and your current address?
 5         A    Sure.  ████████.  Current address is ████
 6   ███████████████  West Frankfort, Illinois 62896.
 7         Q    Thank you.  And where did you go to high
 8   school?
 9         A    Here in West Frankfort.  Frankfort
10   Community High School.
11         Q    Okay.  And did you join the military
12   after high school?
13         A    Yes.
14         Q    And can you just briefly state how you
15   came about joining the military?
16         A    I just joined the early -- the delayed
17   entry program at 17.  I had to get waivers from my
18   parents, and I joined within a month, I guess, after
19   high school.
20         Q    Okay.  What year was that?
21         A    2004.
22         Q    When you joined, did you anticipate that
23   you would be going to Iraq?
24         A    Yes.
25         Q    And how many tours of duty did you do in
```

1    Iraq?

2         A    Just the one.

3         Q    Okay.  What unit were you in in Iraq?

4         A    The 172nd Striker Brigade, combat team,

5    out of Ft. Wainwright, Alaska.

6         Q    Okay.  What was your rank while in Iraq?

7         A    E-3.  Private First Class.

8         Q    And did you leave the military after that

9    first tour?

10        A    I left during that first tour.

11        Q    Okay.  When did your first tour start in

12   Iraq, or do you have the date when you first went to

13   Iraq?

14        A    It was around the middle of August 2005.

15   So probably the 14th of August or so, I would say.

16        Q    Okay.  And I want to go through the

17   details of the IED attack.  And do you recall the

18   exact date when that attack occurred?

19        A    Yes.  I've got it written down here.  It

20   was October 12, 2005.

21        Q    Can you describe the area where or the

22   geographic location?

23        A    Well, we were on a convoy between Mosul,

24   Iraq at the FOB Morez and the Camp Rawah, Iraq.  My

25   wife at the time was stationed there, at Camp Rawah.

 1          Q       Okay.

 2          A       And I was going to visit her.  It was

 3    kind of out in the middle of the desert.  I think it

 4    was about a five- or six-hour convoy.  And, yeah,

 5    that was pretty much the trip, out in a dustbowl.

 6          Q       Okay.  Do you recall what road?

 7          A       It was just us driving through the desert

 8    the whole time.  So, I don't think there was any

 9    specific streets or anything like that.

10          Q       Okay.  Do you recall approximately what

11    hour it occurred, what hour into the journey the

12    attack occurred?

13          A       We were almost -- we were probably within

14    an hour being back to base, on the way back to FOB

15    Morez.

16          Q       What type of vehicle were you in?

17          A       A up-armored HEMTT wrecker.

18          Q       Okay.  And "HEMTT," is that an

19    abbreviation for something?

20          A       I can't remember exactly what it is

21    anymore.  It's highly mobile equipment transport.

22    It's one of the 8x8 vehicles.

23          Q       And can you describe what type of armor

24    it had?

25          A       It had up-armor.  I don't know too much

1   about it.  It was the same thing that was on the

2   Humvees for the most part.

3        Q    Okay.  And do you know how many vehicles

4   were in your convoy?

5        A    Honestly, I couldn't tell you.  I know it

6   was more than 12, less than 20.

7        Q    Okay.  And what position was the vehicle

8   you were in?

9        A    I was next to last.

10        Q    Okay.  Yeah, now I've got to ask you, if

11   you could describe what happened as far as the

12   explosion to the best of your memory.

13        A    Okay.  Well, we were, like I said,

14   probably within an hour or so of returning to base,

15   and we were just following all of the vehicles in

16   front of us, and we had the final truck in our

17   convoy, the gun truck, which is a Humvee, was right

18   behind us and I was in the passenger seat of our

19   HEMTT.  My sergeant was driving us, and we were, you

20   know, just driving through the desert.  You can't see

21   50 feet in front of you sometimes 'cause the dust is

22   so thick.  But all of a sudden, I heard this -- well,

23   saw, I guess, first, the dust coming up, out from

24   underneath the trailer on the truck right in front of

25   us, and shrapnel started hitting our truck, and one

1    of the tires was blown off of their trailer, in front

2    of us.  And it flew across the windshield right in

3    front of me, and I had to call in the attack to the

4    -- you know -- lead convoy truck --

5        Q    Yeah.

6        A    -- to let them know what was going on.

7    And then when -- we had to stomp the gas and get out

8    of there, find a place to, you know, settle down and

9    try to assess what happened.  And then they sent a

10   Humvee off to try to figure out, you know -- there

11   was a small boy, I guess, that they had told me was

12   12 years old, and maybe -- who had a half dozen sheep

13   with him, and he was the only person in the area that

14   we could find.  So -- and then I had to go underneath

15   that blown up truck 'cause I was a mechanic and had

16   to chain up the axles and put the tire back on it and

17   all that so we could move on our way.

18       Q    Okay.  And was the truck that got hit,

19   was that the same type of truck you were in?

20       A    Similar.  I believe it was a PLS, which

21   is a little bit bigger than the HEMTT, and then it

22   had a convoy trailer behind it.

23       Q    Okay.

24       A    Which was actually what was hit.

25       Q    Okay.

1      A      So probably ten or twelve feet or so

2  back, and I would have been, you know, right above it

3  when it went off.  So...

4      Q      Okay.  And can you describe what the --

5  and what was the type of the armor of the vehicle

6  that got hit?

7      A      There was no armor on the trailer.

8      Q      Okay.

9      A      So I don't know about the vehicle itself.

10     Q      Okay.  Can you describe the -- can you

11  describe what the damage or -- can you describe the

12  damage on the trailer and the vehicle that was

13  pulling it?

14     A      It was mainly on the trailer 'cause it

15  was made to go off on a certain spot.

16     Q      Yeah.

17     A      But it hit the bottom of the axle, I

18  guess, on that trailer, and it destroyed the axle.

19  It blew the tire and the brake assembly off in front

20  of the truck that I was in, and then it blew the --

21  blew a hole in the bottom of the trailer probably

22  right through the CONEX on the trailer, probably two

23  or three feet across.

24     Q      Okay.

25     A      And, you know, there was -- it was an

1    empty trailer so mostly just (inaudible) inside.  And

2    then above that was -- the ceiling of the CONVEX was

3    bowed upwards and bowed outwards, and you could see

4    where shrapnel had gone through in every direction.

5         Q    Yeah.  Where the bomb hit, was there just

6    one big hole?

7         A    Yes.

8         Q    Okay.  And I don't know if you can

9    remember, but do you recall how high -- how wide the

10   hole was the bomb initially hit?

11        A    I would say probably two and a half to

12   three feet across.

13        Q    Okay.  And were you injured in the

14   explosion?

15        A    Not physically, no.

16        Q    Okay.  Can you describe how it felt, like

17   emotionally, when the explosion went off?

18        A    It was one of those things I didn't

19   really realize what had really happened until the

20   tire went flying across in front of me and I saw the

21   black smoke coming out from underneath the trailer

22   and it was just a scary moment, you know, 'cause the

23   only thing I could think was that something else was

24   going to hit, you know, and it was going to hit its

25   intended target, you know, which was probably me.

```
 1        Q     Yeah.

 2        A     And the sergeant, you know, in my truck.

 3   So...

 4        Q     Okay.  And you had to get after -- right

 5   after the explosion, you said you had to go and

 6   repair the -- one of the other vehicles.

 7        A     Yes.  The -- as soon as the explosion

 8   went off, it knocked the brake system off the truck.

 9   So I had to crawl on the ground, in the desert,

10   underneath this truck, you know, not knowing if I'm

11   going to lay on one of those bombs or something, and

12   immediately, you know, chain up the axle and stuff so

13   that the truck could roll again.

14        Q     Yes.  And how long was your convoy

15   stalled as a result of the explosion?

16        A     I would say at least 30 minutes to 45

17   minutes before I could get it going again.

18        Q     Right.  And were you debriefed at all for

19   the explosion as to who caused it, or did they know

20   who had done it?

21        A     No, I wasn't.

22        Q     And you eventually made it to the other

23   base and saw your wife, correct?

24        A     Well, that was after I had seen her at

25   the other base.
```

1      Q      Okay.

2      A      At Rawah.  So I was on the way back to

3    Morez.  But I did make it back to Morez, and then,

4    you know, I guess I was off the rest of the day.  I

5    don't remember at this point, but...

6      Q      How long -- and when did you end up

7    leaving Iraq?

8      A      Well, shortly after that, that's when I

9    started having issues with -- you know, they didn't

10   know what it was at the time, so they decided they

11   were going to chapter me out instead of military

12   retiring or medically retire me or anything like

13   that.  They just decided to chapter me out, like on a

14   chapter 13 discharge for other physical or emotional

15   conditions or something along those lines.  And so

16   they sent me back probably in October, or -- well, it

17   had to have been November I guess of that year, 2005,

18   and then they sent me back to Alaska.

19     Q      Okay.  And do you believe that was as a

20   result of experiencing that explosion and attack?

21     A      Yes, sir.

22     Q      Okay.  And can you just describe how that

23   trauma from that attack has affected your life after

24   the military?

25     A      Well, it's -- I believe it directly, you

1    know, caused me to get divorced from wife who I was

2    over there in Iraq with at the time.  And then, you

3    know, I ended up getting divorced again shortly after

4    that from another woman who I had met here locally.

5    And, you know, I've had severe PTSD.  You know, I was

6    diagnosed through the VA hospital.  And, you know,

7    I've had to quit jobs that, you know, were decent

8    jobs because I couldn't handle it, you know.

9         Q    Yeah.

10        A    And they didn't know why for a while.

11   And then the VA finally said, you know, I had PTSD.

12   And so it's been a lot of anxiety, a lot of paranoia,

13   and memory loss, and, you know, so on.

14        Q    Do you still receive treatment at the VA

15   for the PTSD?

16        A    No.  I was seeing a psychiatrist there

17   for a while.

18        Q    Yeah.

19        A    And I realized that it was something that

20   I'd better deal with on my own and -- than talking to

21   people about.  So...

22        Q    Yeah.  Have you ever applied for

23   disability?

24        A    Yes.  I'm a 100% permanently and totally

25   unemployable through the VA for the PTSD.

```
 1        Q      Okay.
 2        A      And Social Security disability also for
 3   the PTSD.
 4        Q      Let's see.  And did you have any children
 5   at the time of the attack?
 6        A      No.
 7        Q      Do you have any children now?
 8        A      Yes.  One daughter.
 9        Q      And has the PTSD affected your
10   relationship with her?
11        A      I would say so, yes.
12        Q      Okay.  And you're not currently married?
13        A      No, I'm not married.
14        Q      Okay.  Let's see.  How long was your
15   first wife -- how long did she stay in Iraq after you
16   had left?
17        A      I think she was there for another 12
18   months or so.
19        Q      Okay.  And is there anything -- I guess
20   you were a teenager, but was there anything that you
21   used to enjoy before the attack, before entering the
22   military, you know, like sports or anything socially
23   where now you can't -- that you can't really do
24   anymore because of the PTSD?
25        A      Sure.  Yeah.  I've always been into
```

1   sports, not something like I did through school or

2   anything really.

3        Q    Yeah.

4        A    But I did play basketball and golf and

5   things like that.  But, you know, it's hard for me to

6   be out in public anymore, you know.  I've lived in

7   this house for almost 15 years now, and I feel like I

8   barely ever leave it, you know, 'cause, you know,

9   everything around me, the anxiety and everything else

10  is, you know, it's hard to deal with, for sure.

11       Q    Yeah.  Is it difficult for you to

12  maintain friendships or make friends because of the

13  PTSD?

14       A    Yes.  I don't have any friends.  I

15  haven't had any relationships since my second ex-wife

16  which was about ten years ago now.  So...

17       Q    Okay.  Let's see.

18            Is there anything else that stands out

19  about the events from that day that you would like to

20  mention or talk about?

21       A    Well, I'm not sure what else to say.  It

22  has definitely affected my whole life, for sure, my

23  future plans and everything else.  I mean I had

24  originally planned, you know, I was going to do six

25  years, and that's what I signed up for, and I ended

1    up doing less than two because of the IED attack.

2         Q    Yeah.

3         A    And I wasn't able to, you know, fulfill

4    my original commitment which has bothered me, you

5    know, also through the years.  And then the fact that

6    I had -- you know, I had planned on being a military

7    lifer essentially, and then getting out and trying to

8    get a government job and stuff and --

9         Q    Yeah.

10        A    Instead I got booted out without my

11   consent, essentially, just saying, you know, we don't

12   know what you have, but we have to force you out.

13        Q    Yeah.

14        A    You know, I ended up practically going

15   bankrupt, trying to pay bills and everything at that

16   point 'cause I had no income.  You know, they didn't

17   see me -- they didn't want to give me, I guess,

18   medical retirement or anything like that.

19        Q    Yeah.

20        A    So I didn't get anything from the VA

21   until 2007, I guess it was.  So over a year and a

22   half after I got out, before they even diagnosed me

23   with PTSD, and then it took -- it took until October

24   2010, I believe it was, before they finally gave me

25   100% without employability, and, you know, decided

1    that's what I should have gotten the whole time.

2         Q    Okay.  And was there -- I forget if

3    you've mentioned it, but do you recall the name --

4    was there anyone else injured in the attack?  Or --

5         A    I'm sure some of the guys might have PTSD

6    that were part of it, but I couldn't tell you because

7    I barely saw them right after -- you know, just after

8    it happened.  Like I said, they sent me home pretty

9    quick after that.

10        Q    And do you recall the names of anyone

11   else who had directly witnessed the bombing?

12        A    No, I don't.

13        Q    Okay.

14        A    It was kind of one of them deals I was

15   thrown into, you know, so I didn't really know

16   anybody.  And my sergeant, I honestly can't remember

17   his name --

18        Q    Okay.

19        A    -- because that was 14 years ago, or

20   whatever it was.  So...

21        Q    Okay.

22             MR. TRAVERS:  That's all the questions I

23   have right now.

24             THE WITNESS:  Sure.

25             MR. TRAVERS:  I will stop recording,

1    unless there is anything else you want to add.

2              THE WITNESS:  If you don't mind, give me

3    a second to look through here.

4              I do have the combat action badge also

5    from that, you know, that attack, vehicular.

6              MR. TRAVERS:  Okay.

7              THE WITNESS:  And yeah, I would say, you

8    know, I thought would be it -- besides -- I would

9    just mention the fact that, you know, I have

10   migraines all the time due to this, and I can't

11   sleep, you know, nauseous and shaky and everything.

12   And I've been going through this for years, and the

13   VA has tried multiple medications and stuff, and they

14   -- you know, none of them seem to have any effect.

15   So I'm kinda stuck where I'm at, you know.

16             MR. TRAVERS:  Okay.  Thank you very much

17   for your testimony.  I will stop recording, and then

18   I can just talk to you briefly after.

19             THE WITNESS:  Sure.

20             (Whereupon, the deposition of

21             NICHOLAS L. McCOY was concluded.)

22

23

24

25

DISTRICT OF COLUMBIA AT LARGE:

I, Leslie A. Todd, Notary Public in and for the District of Columbia, do hereby certify that the foregoing videotaped deposition was provided to me by counsel for the Plaintiff in this matter.

I do further certify that the deposition was transcribed by me and is, to the best of my knowledge and ability, an accurate and correct record of the deposition.

I hereby certify that I am neither an attorney for any party, nor am I related to any party connected with this action, nor am I financially interested in this action.

Given under my hand and seal this 5th day of May 2021.

*Leslie Todd*

_____
Leslie Todd, Notary Public
District of Columbia

My Commission Expires:
February 29, 2024

# Exhibit 9

1                    UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF COLUMBIA

3

4      -------------------------------x

5      BOTTORFF, et al.,              ) Civil Action No.

6                    Plaintiff,       ) 18-3122 (CKK)

7          v.                         )

8      THE ISLAMIC REPUBLIC OF IRAN,  )

9                    Defendant.       )

10     -------------------------------x

11

12

13                 REMOTE VIDEOTAPED DEPOSITION

14                  ON ORAL EXAMINATION OF

15                  MICHAEL PAUL FISSLER

16                  LAWTON, PENNSYLVANIA

17                    MARCH 18, 2021

18

19

20

21

22

23     Transcribed by:
       Leslie A. Todd, CSR No 5129 and RPR
24     Valley Center, California 92082
       (202) 413-2733
25     Leslieatodd2001@yahoo.com

```
 1                  P R O C E E D I N G S

 2                  -------------------

 3            MR. MILLER:  This is the videotaped

 4   deposition of Michael Fissler, who was a

 5   serviceman for the United States military.  While

 6   on active duty in Iraq, Michael Fissler suffered

 7   injuries due to Iranian-manufactured munitions.

 8            This case has been filed before the U.S.

 9   District Court for the District of Columbia,

10   styled Bottorff versus The Islamic Republic of

11   Iran, et al.

12            I'm Pete Miller with Miller DellaFera.

13   For the sake of clarity, the deponent's client ID

14   is 10.009.01.

15            Today is the 18th of March 2021.

16            Sir, please raise your right hand and

17   repeat after me.

18                  MICHAEL PAUL FISSLER,

19            having first been duly sworn, was

20            examined and testified as follows:

21                  EXAMINATION

22   BY MR. MILLER:

23       Q    And please state your full name again.

24       A    Michael Paul Fissler.

25       Q    And where do you currently live?
```

```
 1        A      Lawton, Pennsylvania.

 2        Q      All right.  And what is your date of

 3   birth?

 4        A      ████████████   ███████

 5        Q      Okay.  And where did you go to high

 6   school?

 7        A      Oak Lake.

 8        Q      Oak Lake in Pennsylvania?

 9        A      Yes, sir.

10        Q      Okay.  And did you join the military

11   right out of high school?

12        A      Yes.

13        Q      And what branch did you join?

14        A      Army.

15        Q      Okay.  And what year did you get out of

16   high school?

17        A      I got out of high school in '99.

18        Q      And how many years did you spend in the

19   military?

20        A      I'm currently -- my retirement package

21   just got accepted, so it will be almost 22 years.

22        Q      Oh, so you're getting out now?

23        A      Correct.

24        Q      What is your current rank?

25        A      Staff sergeant, E-6.
```

1      Q     Okay.  I would like to ask --

2      A     I couldn't physically do it any more.

3      Q     I'm sorry?

4      A     I couldn't physically do it any more, so

5   that's what caused my retirement.

6      Q     Yeah, and we will discuss that here

7   shortly.

8            And those physical injuries stem from

9   an IED attack that you were involved in on

10  26 August 2006, correct?

11     A     Yes, sir.

12     Q     Okay.  And because of that IED attack,

13  you received a purple heart, correct?

14     A     Yes.

15     Q     Okay.  Taking you back to 26

16  August 2006, you've been in the military roughly

17  six years.  What was your duty station then?

18     A     Stateside?

19     Q     No.  When you were deployed.

20     A     When I was deployed, we were in Q West,

21  Iraq, which was just south of Mosul.

22     Q     Okay.  And I'd like to hear -- what was

23  your duty?  What was your work title back in

24  August of 2006?

25     A     I was a convoy commander.

```
 1          Q     And you were with the 828th; is that
 2    right?
 3          A     Yes.
 4          Q     Okay.  And then you also indicated that
 5    it was QM company.  What is a QM company?
 6          A     Quarter master.
 7          Q     And what does that signify?
 8          A     We support.  Our company would be --
 9    that's a reserve unit.  We're there to support
10    active duty units.  But, of course when we got
11    there, we ran the missions instead of supporting
12    the missions.
13          Q     And it was -- you said the 88M and 92F,
14    what is the significance of that?
15          A     88 Mike is a truck driver, and 92 Fox is
16    a fueler.
17          Q     And those are titles that you had?
18          A     Correct.  They are two different MOSs,
19    two different jobs I could do.
20          Q     On the 26th of August 2006, what vehicle
21    were you in just prior to the IED attack?
22          A     A Humvee.
23          Q     Was it an armored Humvee?
24          A     Uparmored Humvee.
25          Q     And you were kind enough to send us
```

1    photos of that, correct?

2        A    Correct.

3        Q    And I'll try to put one of those up on

4    the screen here as we discuss it.

5            Tell me about the events that day, kind

6    of back up even before the IED event happened,

7    kind of how that day unfolded.  Walk me through

8    what happened on 26th August 2006, please.

9        A    I got called in -- we usually get called

10   in 12 hours prior, 24 hours prior to a mission.  I

11   got my mission.  I was in charge of the whole

12   convoy to run south.  And that morning, we got

13   loaded up, and I was training a new soldier from

14   -- that was taking over for us, because we were

15   going -- we were leaving country within like

16   another month or two.  So I had another active

17   duty soldier that I was training.

18           And we got blown up in the same spot

19   every mission.  We just didn't know what vehicle

20   was going to get it that day.  And we got to the

21   spot, and a soldier says, Is this where we usually

22   get blown up?  I said, Yep, keep your eyes pealed.

23   And within 30 seconds, we were flying in the air,

24   and everything was on fire.

25       Q    Were there any insurgents that came in

1  to attack after the IED, or was it just the -- was

2  the IED explosion the event that you had to deal

3  with that day?

4       A    Just -- as far as we know, just the IED

5  explosion.

6       Q    Okay.  And then if you had experience

7  then with other IEDs hitting your convoy, was this

8  one any more powerful than the ones you had seen

9  in the past?

10      A     Yeah.  Yeah.  I was hit once before

11  that, and that wasn't so bad.  I just had debris

12  hit me.  But this one, they say it lifted our

13  armored Humvee several feet in the air and threw

14  us into the ditch.

15      Q    What was the outcome, the fate of the

16  individuals in the Humvee with you?

17      A    Our driver, it was a female, she was

18  blown out of it, I think she -- something to her

19  elbow missing.  I don't know.  Burns.  My gunner

20  took shrapnel all over.  And the active duty

21  soldier that I was training, he -- I don't know --

22  he got shipped straight to Germany, so -- I know

23  he didn't have much feeling on his -- one side of

24  his body, and he was unconscious.

25      Q    Do you recall shrapnel going through the

1   vehicle?

2       A    I -- it must have.  It happened so fast,

3   you don't, you know --

4       Q    Did it affect any other vehicles besides

5   yours?

6       A    Just mine.

7       Q    Okay.  I'm taking the camera, and I'm

8   going to the picture -- I know you don't have it

9   in front of you, but the picture shows an

10   individual with a neck brace and an arm band on.

11   Is that you standing in front of the vehicle?

12       A    Yes, that's me.

13       Q    All right.  And how long after the

14   attack is this photo -- was this photo taken?

15       A    Probably, I would say, three weeks --

16   three or four weeks.  I -- I don't know if there's

17   a date on the picture or not.  I don't --

18       Q    You know, there is.  There's a date I'm

19   seeing of 2006, 09/02, so that would have been

20   September 20 -- 02, and the event happened in

21   August, so it would have been about a week after.

22   Does that sound right?

23       A    It may have been, yeah.  Because it was

24   brought back to our company.

25       Q    And was the overall consensus at your

1    company that this was damage to a vehicle that

2    exceeded what was normally seen?

3         A    Yeah.  We've had several that were

4    pretty damaged, so --

5         Q    Were any -- and I might have already

6    asked -- were any other vehicles damaged on this

7    attack, or just yours?

8         A    Just mine.

9         Q    Talk to me about you personally.

10        What physical injuries did you go

11   through?

12        A    My neck.  Then when I got home -- well,

13   it compressed my spine.  So I never really went to

14   a civilian doctor, even to this day.

15        The VA just, you know, say -- they just

16   say, You have degenerative disc disease, but they

17   say that to everything.  It's just a common term

18   for them, is what I've read.

19        And my PTSD -- I used to have adjustment

20   disorder, but then they just flipped it two years

21   ago, or a year ago, to PTSD.  And that I struggle

22   with severely, which causes migraines big time.

23   So it's -- it's a struggle.

24        Q    Share with us, if you don't mind, how

25   does severe PTSD present for you?  What happens?

```
 1        A    Well, you can't sleep; you're startled
 2   with every little thing you do; you don't want to
 3   go out anywhere.  It's been -- I've been
 4   married -- I've been with my wife probably
 5   12 years, and we've probably been out -- with us
 6   and the kids -- maybe three times.  I don't go to
 7   the grocery stores; I don't go to -- out in public
 8   much.  I pretty much, I go -- stay home.  I don't
 9   do anything.  I don't leave the farm.  And I get
10   the flashbacks.  I get fireballs in my dreams from
11   when it was -- we were blown up.  It -- so it's
12   not a -- it's not very easy.
13        Q    And you believe that all this stems from
14   that particular explosion on the 26th of August?
15        A    Yeah.
16        Q    And are you seeing anybody on --
17   clearly, you are going to the VA, you talked about
18   going to the VA -- are you seeing any
19   psychiatrists or anybody along that line?
20        A    I was in the past, for the last -- since
21   the COVID hit, I haven't been to one.  So for the
22   last year, no.
23        Q    Were you ever prescribed anything?
24        A    I was.  But I'm not on any medication
25   right now.  I stopped taking it.
```

1        Q    Okay.  Do you recall what you were

2  taking at one point in time?

3        A    I don't.

4        Q    Okay.  Were you married at the time of

5  the explosion in 2006?

6        A    No.

7        Q    Did you have kids at the time of the

8  explosion?

9        A    No.

10       Q    Any brothers or sisters?

11       A    I have a brother.

12       Q    Okay.  And were your parents alive at

13  the time?

14       A    My -- yes.  Yes.

15       Q    Are either one of your parents alive

16  now?

17       A    My father is alive.

18       Q    Okay.  So there were -- so on the 26th

19  of August 2006, when this horrible explosion

20  happens, you've got the -- what we see is a neck

21  brace on your neck a week after the attack.  What

22  was the neck brace for?

23       A    I couldn't move my head; it was all --

24  all pain.  So they -- when I got -- when we got

25  blown up that day, they couldn't medevac us

1    because of the dust.  So we got everybody, we

2    headed to the first base we came to, and we all

3    were sent to the hospital on that base, at Camp

4    Spiker, which was in Tikrit.  And I was held there

5    for a week, a week and a half, and that's where

6    they kept the neck brace on me.  And I had the

7    neck brace on until I came home.

8        Q    How long was that -- how long was it

9    before you came home after that?

10       A    I think we came home in October.  I'm

11   not positive.

12       Q    I understand.

13            Any other physical injuries besides what

14   the neck brace was required for?

15       A    No.

16       Q    Any lasting impact on the neck?  Is it

17   still sore or stiff?

18       A    Still the same.  Nothing's gotten

19   better.

20       Q    So what movement or agility did you lose

21   in your neck?

22       A    I got to watch moving fast, or else --

23   it happens a lot at night.  I will wake up, and I

24   will be almost like paralyzed, and I got to --

25   there's several times where I've had to go -- my

1  wife would have to take me to the hospital, and

2  get a shot to release the pressure in my neck.

3  And the same with my back.  I'll bend over, and I

4  can't move.  I got to -- and it's -- so, I mean,

5  it sucks, because I was highly athletic and doing

6  everything, and you come home and you can't do

7  anything, and you gain a hundred pounds, and --

8      Q    Right.

9           What were some of the hobbies or sports

10 you liked to do before this blast that you can't

11 do now?

12     A    I was into wrestling, like high school

13 wrestling.  I played baseball.  We have a horse

14 farm.  I always rode horses.

15     Q    You can't ride now?

16     A    I -- I'm scared if I fall off, I won't

17 be able to walk.

18     Q    I understand.

19          Is there anything about the events that

20 occurred on 26th August 2006 that you would like

21 to share with us that I didn't ask?

22     A    No.  I think you covered it all.

23          I know on some of the papers where it

24 says it was -- they -- I don't know who did the

25 observation of it, but they were saying they were

1    thinking it was an antitank mine.  And just -- we

2    were in the center of the road, and it blew up

3    underneath the vehicle.

4         Q    This video will go to an expert who's

5    going to look at it to determine if he believes

6    more likely than not it was an EFP or an Iranian-

7    manufactured device.  If he were to reach out to

8    you and call, do you mind answering any questions

9    for him?

10        A    Yeah, that's fine.

11        Q    Okay.  Great.  Okay.  We've got your

12   number on file.

13             We may need to come back and ask you

14   more questions about the injury or perhaps the

15   damage to the vehicle, but, for now, I believe

16   this is a very good start.  I'm going to turn the

17   video off.

18        A    Okay.

19             (Whereupon, the deposition of

20             MICHAEL PAUL FISSLER was

21             concluded.)

22

23

24

25

DISTRICT OF COLUMBIA AT LARGE:

I, Leslie A. Todd, Notary Public in and for the District of Columbia, do hereby certify that the foregoing videotaped deposition was provided to me by counsel for the Plaintiff in this matter.

I do further certify that the deposition was transcribed by me and is, to the best of my knowledge and ability, an accurate and correct record of the deposition.

I hereby certify that I am neither an attorney for any party, nor am I related to any party connected with this action, nor am I financially interested in this action.

Given under my hand and seal this 8th day of July 2021.

*Leslie Todd*

_____
Leslie Todd, Notary Public
District of Columbia

My Commission Expires:
February 29, 2024

Exhibit 10

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4    -------------------------------x

 5    BOTTORFF, et al.,              ) Civil Action No.

 6              Plaintiff,           ) 18-3122 (CKK)

 7        v.                         )

 8    THE ISLAMIC REPUBLIC OF IRAN,  )

 9              Defendant.           )

10    -------------------------------x

11

12

13              REMOTE VIDEOTAPED DEPOSITION

14              ON ORAL EXAMINATION OF

15              DYLAN ERNIE HIBBERT

16              DUBLIN, GEORGIA

17              FEBRUARY 9, 2021

18

19

20

21

22

23    Transcribed by:
      Leslie A. Todd, CSR No 5129 and RPR
24    Valley Center, California 92082
      (202) 413-2733
25    Leslieatodd2001@yahoo.com
```

```
 1                    P R O C E E D I N G S

 2                    -------------------

 3              MR. MILLER:  This is the videotaped

 4    deposition of Dylan Hibbert, who was a serviceman

 5    for the United States military.  While on active

 6    duty in Iraq, Dylan suffered injuries due to

 7    Iranian-manufactured munitions.

 8              This case has been filed before the U.S.

 9    District Court for the District of Columbia,

10    styled Bottorff versus The Islamic Republic of

11    Iran, et al.

12              I'm Pete Miller with the Miller Firm.

13    For the sake of clarity, the deponent's client ID

14    is 10.010.01.

15              Sir, please raise your right hand and

16    repeat after me.

17                    DYLAN ERNIE HIBBERT,

18              having first been duly sworn, was

19              examined and testified as follows:

20                    EXAMINATION

21    BY MR. MILLER:

22         Q    And please state your full name.

23         A    Dylan Ernie Hibbert.

24         Q    And Dylan, when were you born?

25         A    ███████████, █████
```

1      Q      Okay.  And was there a time when you
2  joined the military?
3      A      Yes.
4      Q      All right.  And what branch of the
5  military did you join?
6      A      I joined the army.  I initially went in
7  regular army, and then transitioned to Army
8  National Guard.
9      Q      Okay.  And what year did you join the
10 army?
11     A      September the 16th, 1996.
12     Q      Okay.  And where do you currently live?
13 What is your current address?
14     A      I currently live in Dublin, Georgia.
15     Q      Okay.  Is that where you are now?
16     A      Yes.
17     Q      All right.  And what -- what was your
18 title?  What was your duty when you were in the
19 service?
20     A      I was -- the entirety of my military
21 career, I was a 12 Bravo combat engineer.
22     Q      And explain to us what a combat engineer
23 is, please.
24     A      A combat engineer's primary objective is
25 mobility, counter-mobility, survivability of the

1  military unit.  We emplace and we also search for

2  and render inoperable obstacles, anywhere from

3  wire emplacements, concrete bunkers, land mines.

4  In the case of OEF/OIF, we were primarily focused

5  on IEDs.  Identifying when we could, we would go

6  ahead and disarm them.  If it was something beyond

7  our ability, we would call in EOD.

8       Q    And you say you were in the 648th

9  Engineering Battalion?

10      A    Yes.

11      Q    Okay.  And who did you report to --

12  well, strike that.

13           How many cruises or tours did you do in

14  the Iraqi theater?

15      A    I had one deployment to Iraq, and we ran

16  multiple missions.

17      Q    What years were you in Iraq?

18      A    2005 to 2006.

19      Q    Okay.  And what type of vehicle would

20  you typically be in if you were out investigating

21  these IEDs?

22      A    The vehicle for investigating was a

23  Buffalo.  I can't remember the exact nomenclature,

24  because at the time I was there, we had just

25  recently acquired them.  So we did not yet have an

1    official FM on the vehicle.

2              It was maintained and maintenanced by a

3    civilian contractor called Mantech.

4              And it was -- it was kind of an initial

5    fielding.  I know -- the unit before us was the

6    first combat engineering unit in theater to

7    actively use them.  And we got them -- and, as a

8    matter of fact, there was no real official

9    training.  It was mainly the left seat/right seat

10   ride with the unit that had used it before.  It

11   was a six-wheel drive, V-hull shape.  It was the

12   predecessor to the modern MRAPs, like the RG-31

13   and some of the other vehicles they currently use.

14        Q    Okay.  And did you have training on the

15   difference between an IED and an EFP?

16        A    Yes.

17        Q    And explain to us what the difference

18   between an IED and an EFP is.

19        A    Well, IED -- well, IED is a broad

20   explanation.  An IED is an improvised explosive

21   device.  It's usually something that is homemade.

22   It can contain gunpowder, any kind of explosive.

23   A lot of times IEDs in theater, they used HME,

24   which is a homemade explosive, not unsimilar to

25   Semtex or C4, except it's made with materials that

1    are able to be acquired easily.

2              The EFP is a more specific explosive

3    form projectile.

4              In the military we used something called

5    a shaped charge.  We used that for digging holes

6    to put cratering charges in, which is a lot --

7    very similar to -- the principle behind it:  You

8    have an inverted cone of metal inside a cylinder.

9    On the back side of that cone, it has explosives

10   that are packed.  When the explosive charge sets

11   off, it changes the inversion of that, while it

12   heats it up and melts it, and directs it in a

13   specific direction.  Whereas, a blast from a

14   regular IED can have nails, gravel, any kind of

15   projectile matter inside of it.  This directs the

16   blast with that hot molten core into a specific

17   direction, and because of the force and the heat,

18   it will go through just about anything, any kind

19   of armor.

20        Q    And because of that training and because

21   of your experience, you feel comfortable in

22   judging whether or not you were hit by what would

23   be an IED or an EFP, correct?

24        A    Fairly well, yes.

25        Q    How many IED or EFP -- how many total

1    roadside explosions did you experience in your two

2    years in -- in Iraq?

3         A    Unfortunately, I was in three vehicles

4    that were directly hit.  Two of them, I was in

5    Humvees.  I was a driver in one instance; a gunner

6    in the other.  The third I was the driver of the

7    Buffalo, which is the one I believe most likely to

8    have been the EFP, mainly because of the damage

9    the Buffalo sustained.

10        Q    And talk to me about what damage the

11   Buffalo sustained.

12        A    We were in the process of investigating

13   a possible IED that had been called in to us.  We

14   were on call.  We were route clearance.  We had

15   one team that did regular patrols at night of

16   routes, which the patrol entailed four gun trucks

17   and a Buffalo, two in front, and two behind, the

18   Buffalo in the middle with fog lights lit up all

19   around it, just riding along the road, looking for

20   any kind of sign.  Loaded animal carcasses were a

21   commonplace to hide IEDs.  Tires, trash.  You

22   know, we mainly looked for disturbed earth.  You

23   look for snake trails going across the road.  And

24   what a snake trail is is when you set off det

25   cord -- det cord doesn't burn, it explodes at a

1    high rate of speed along a linear path, and when

2    it's laid through dirt or sand, it will leave a

3    trail.  And a lot of IEDs were actually emplaced

4    in the same place or within 30 to 60 meters of

5    each other.  Usually over an area that was easily

6    concealed or easily over-watched; whether it was a

7    command deck, which means somebody was watching

8    you and they had a triggering device where they

9    could set it off, or it was a victim detonated,

10   which means there was some sort of an

11   anti-handling device.  Homemade pressure plates

12   were very popular, using copper plates and

13   two-by-fours with some springs in between.  That

14   way when you put pressure on it, it would complete

15   the circuit and set off the IED.

16           We found a lot of them were placed

17   pretty relatively close.

18           In this instance --

19   Q    Is that -- is that one of the --

20   A    The --

21   Q    -- the Buffalos?

22   A    Yes.

23   Q    Okay.

24   A    The only difference -- now, our Buffalo

25   looked just like that when we got it.  Later on,

1   they added a cage around it, which we called the

2   squirrel cage.

3          Q     Okay.

4          A     The cage was added because it was for

5   anti-RPG.  Because they -- once they found out we

6   were using those, and we were finding a lot of

7   IEDs, it became a high value target for the

8   insurgents.  They tried to use RPGs, mainly RPG-6s

9   and RPG-7s.  Now, what they did is they put a

10  steel and aluminum cage around it, which if an RPG

11  was fired at it, it would hit that cage, and you

12  would get an external hull detonation.  It would

13  still cause some damage, but it was a lot less

14  damage than if it had actually hit the hull

15  itself.  So one of our PGPs for using it is having

16  that big cage around the vehicle made it really

17  hard for the front passenger who was operating the

18  investigation arm to see.

19               So we were at this particular

20  investigation site.  My TC was in the rear

21  monitoring the radio.  We had lookouts in the

22  vehicle.  It's an unarmed vehicle.  There's no

23  weapons on the Buffalo.  That's why we had two gun

24  trucks in front of us and two behind us.  But we

25  still had lookouts, mainly looking for a trigger

1   man, triggering devices, secondaries, because that

2   was very popular for them to have multiple IEDs in

3   the same area.  I was standing up out of the

4   driver's seat, standing up from the center console

5   next to the operator looking out the front

6   windshield, you know, watching the front,

7   12 o'clock to 2 o'clock, as he was investigating,

8   because he could move the arm, but he really

9   couldn't see, because you had the movement of the

10  arm which comes up and then you have that cage.

11  Which I will send you a picture of the Buffalo

12  with the cage on it.  It really kind of hindered

13  your visual range.

14          He was investigating.  We did see det

15  cord.  He went to further investigate it, and the

16  next thing I know, I'm sitting on the floorboard

17  underneath the steering wheel in front of the

18  driver's seat, and he's on the floor next to me.

19          Whether it had been command detonated or

20  we hit something that caused it to detonate,

21  there's no telling.  Nobody knows.  It blew out

22  the right front tire.  It mangled the

23  investigation arm.  It didn't disable the engine.

24  We were still able to -- once everybody got up, we

25  did a buddy check, made sure everybody was okay,

1  no bleeding, no trauma, just bumps, bruises, we

2  were able to follow our GTPs, which were to get

3  out of the area.  We did a 300-meter standoff, set

4  up security, and called it in.

5          Once we got to the closest FOB and

6  checked everything out, and swapped out, got a

7  replacement tire on the right front, we did notice

8  several holes in the hull.  One of them entered

9  the upper part of the V below the engine

10  compartment.  The shrapnel actually went through

11  the hull into the engine compartment and out the

12  other side of the engine cover grate.  It didn't

13  do any damage to the engine, fortunately.  But

14  that's why in my belief, I believe it was an EFP.

15  EFPs came in all shapes and sizes.  You know, we

16  had EOD that had some they had found that were in

17  concrete sewer pipes that had been reinforced up

18  to ten inches in diameter.  Some were down to the

19  size of a soup can.

20          We had been hit with -- the Buffalo had

21  been hit.  We had two Buffalos -- between our two

22  sister companies, Alpha company and Charlie

23  company, we had two Buffalos that had been hit

24  several times.  We had the bullet proof ballistic

25  glass cracked; the first couple layers shattered.

1   We had the hull engined (sic).  We had several

2   arms mangled.  That was just -- that's the thing

3   -- that's the thing that's plugging around looking

4   for the bomb, so it's going to take the brunt of

5   the force.  We had one large artillery round go

6   off on one of the Buffalos, and the blast was

7   strong enough, it actually sheared the drive shaft

8   off at the transfer case.  You know, they actually

9   had to drill into the tail shaft of the drive

10  shaft.  You know, hook on to it with a puller to

11  pull it out of the transfer case.

12           So we had some fairly large blasts --

13  Q    And --

14  A    -- but the Buffalo we had never had

15  anything like this that actually went through the

16  hull.

17  Q    It went through the hull and the V just

18  below the engine, and it missed the engine.  Did

19  it go out the other side?

20  A    Yes, it went out the other side.

21  Q    Wow.  Okay.

22  A    It actually went -- it actually kind of

23  stayed along the fire wall, and went out at a --

24  well, it's hard to describe which angle, because

25  you got to remember the Buffalo was -- oh, the

1    engine compartment was about seven feet off the

2    ground.  So the IED we were investigating was

3    probably about eight feet away from us.  So it

4    went in at a fairly high angle.  And it was -- it

5    was a directed blast.  If it had been a regular

6    IED, a surface-placed IED, that blast would have

7    went in all directions.  You know, a regular IED

8    isn't a directional blast.  You would have had

9    shrapnel that hit the back end of the Buffalo, the

10   front end of the Buffalo, and the glass, which is

11   about five feet above where that went in, and we

12   really didn't have that.  We didn't have a

13   shrapnel pattern on the side of the vehicle.

14           We had a concentrated pattern of smaller

15   particles, but they were centered around the

16   primary hole, but that was it.  It was a -- it was

17   a relatively small hole.  I'd say probably maybe

18   3 and a half to 4 inches in diameter.

19       Q    Large enough to put your hand through

20   it; you could put your fist through it if you

21   wanted to.

22       A    Just about, yes.

23           And the exit hole was in a -- pretty

24   much a straight line from the entrance hole at the

25   same angle.

```
 1        Q     Wow.  And then let's talk about your

 2   injuries and the others that were inside the

 3   Buffalo.

 4               What were the specific injuries that you

 5   suffered?

 6        A     I was just knocked back.  It -- the

 7   blast, you know, shook the Buffalo a good bit.

 8               I know I lost consciousness for I think

 9   a few seconds.  When I was talking -- when I was

10   doing my disability claim with the TBI coordinator

11   with the VA, you know, we talked about all the

12   blasts I've been through.  Because, like I said,

13   one of them I was a driver inside a Humvee, and

14   the other one I was a gunner outside the vehicle.

15   And he said there was a good possibility, you

16   know, my TBI could have been a product of that.

17   But also being knocked down and falling and

18   hitting the steering wheel, bouncing off the -- my

19   driver's seat, and then landing in the floorboard,

20   he said that could have been, you know, a probable

21   cause of my TBI.

22               That's one of the other things I'm in

23   the process of doing now is establishing my

24   service connection for my neck and back problems.

25   Because when I hit -- went backwards, I hit the
```

1    steering wheel, and my Kevlar was pushed up, some

2    on top of my head and the front of my face -- you

3    know, the size of the area between the front seat,

4    the floorboard and the steering wheel isn't that

5    large -- of course, at the time I wasn't that

6    large either -- so it wasn't as tight of a fit as

7    it would be now.

8         Q     And hearing that description about

9    hitting the small area on the floorboard of the

10   Buffalo, that was the event you thought was the

11   EFP, correct?

12        A     Excuse me?

13        Q     And being thrown on the floorboard, what

14   you're talking -- you're still talking about

15   the EFP event, correct?

16        A     I'm talking about the Buffalo.

17        Q     You gave us a date on your intake of

18   20 July 2005.  Does that sound right, the date --

19        A     Yes, sir.

20              Well, I know -- I know at the time our

21   requirements for reporting IEDs -- they've changed

22   now.  From what I understand from a friend of mine

23   that redeployed I think in 2007, any time anybody

24   was involved in an IED blast, it had to be

25   reported, they had to go get screened by medical.

1   You know, before when I was there, '05/'06, you

2   know, you got checked out by your medic.  If you

3   didn't have anything sticking in you or sticking

4   out of you that wasn't supposed to be, you didn't

5   have any clear liquid or blood coming out of your

6   ears, or any, you know, physical -- real immediate

7   physical signs of trauma, you're good.  Have it

8   looked at, get it patched up, and, you know, we

9   had another mission scheduled in 12 hours.

10          And I think in the years after that,

11   especially with the TBIs becoming more prevalent,

12   they started realizing that, you know, a little

13   more immediate medical treatment and evaluation

14   was needed.

15          Because I know like a friend of mine, I

16   believe he was there in '07/'08, said that any

17   time anybody was -- any convoy was hit, if you

18   were anywhere near the blast, you needed to go get

19   checked out and get a TBI screening.

20      Q    How did your TBI screening come to be if

21   they didn't check that out back then?

22      A    When I was at the VA, I was noticing I

23   was having memory issues, concentration, and I

24   just reported it to my primary care.  The

25   neurologist at the time had checked me out, and he

1   said that -- this was in -- actually, in '07, you

2   know, diagnosed me as having a mild TBI.  They did

3   an MRI without contrast; didn't notice any

4   lesions.  That's why they labeled it a mild TBI.

5   I was having mild motor function issues.  And at

6   that point in time, I was also having, you know,

7   neck and back problems, but the neurologist at the

8   time was more concerned with the TBI and also with

9   the cluster headaches which he said could be

10  brought on by traumatic head injuries.  And --

11       Q    Are you still getting the cluster

12  headaches?

13       A    Yes.

14       Q    How often?

15       A    Excuse me?

16       Q    How often does that happen?

17       A    Two to three times a week, depending --

18  there are other factors that trigger it,

19  environmental factors.  It's worse during the

20  winter when the heat's running.  So, fortunately,

21  most of my family is pretty hot natured, so we

22  keep it pretty cool in the house, and I don't have

23  to run the heat that often.  Elevation.  You know,

24  going up to north Georgia, getting in the

25  mountains, it will trigger it.  We've worked with

1    several different medications.  Right now I'm

2    taking one called Zomig.  There's actually no

3    specific medication for cluster headaches.  Most

4    of what they give me is stuff they give to people

5    with migraines.  And we've gone through several

6    different medications, and Zomig has worked the

7    best.  Unfortunately, it's not a medication --

8    it's not a preventative medication.  It's

9    something -- - you know, you take it once the

10   headache has started.  You know, it's not

11   something you can take, you know, once or twice a

12   day to prevent the headaches from coming.  You

13   take it once you feel the onset of a headache.

14        Q    They are called cluster headaches.  Is

15   that because, what, they come and go, and there's

16   several of them in a short period of time?

17        A    Yes.  They have a tendency to come in in

18   clusters.  I might get, you know, two, three a day

19   for six months, and then for two or three months I

20   might not get any.  And then they will --

21   (inaudible) -- come back to three a day.

22        Q    Hold on.  We're starting to lose your

23   video.

24        A    There's no predicted pattern, but they

25   do (inaudible).

1        Q      I'm starting to lose you.  Hold on one

2   second.  For whatever reason, we're starting to

3   lose you.  Let me see if I can shut down my other

4   devices and keep the internet going.

5             You're locking up.

6             That's better there.  Is there a --

7   you're back.

8             You said you had shots in your lower

9   back here just recently, correct?

10       A      Yes.  Yesterday morning.

11       Q      Now, does that relate back to the

12   injuries that you had from the explosions while

13   you were in the army?

14       A      I believe they are.  I had the issues at

15   the same time I reported them to a neurologist as

16   the cluster headaches.  Unfortunately, it was

17   never actually documented.  So I'm currently

18   fighting with the VA.  I have had a claim that's

19   been in with the VA for going on two years now.

20   Because my question to them was, you know, if

21   you're admitting that I had a traumatic brain

22   injury due to a blast, don't you think the neck

23   and the back that are attached to that head would

24   probably have, you know, experienced similar

25   trauma.  And I'm waiting for a medical exam to

1   cover that.

2           And it goes back to my -- the main issue

3   is documentation.  That's just like my cluster

4   headaches and the TBI were documented by the

5   physician in his notes.  And I'm not familiar --

6   if you're familiar with the VA's documentation

7   system, but it was not added to my active problems

8   list.

9           So you actually had to go back and look

10  through the individual doctors' notes.  But when

11  the note was put in, nobody ever took that note

12  and added it to my official VA problems list.  It

13  wasn't added until 2015, when they finally had a

14  medical screener that could screen me for the TBI.

15          So that was 2007, so eight years later,

16  it finally got added to my official VA problems

17  list where I could claim it as a disability, even

18  though it was documented in 2007.

19      Q    Do you have a copy of that disability

20  file now?

21      A    Yes.

22      Q    I might request a copy of that.

23      A    It's --

24      Q    Okay.  All right.  I might ask for a

25  copy of that.

```
 1        A     Okay.

 2        Q     You had sent us a video, a 40-second

 3   video of a truck behind another truck, and I

 4   believe they're Humvees, and the one in front gets

 5   hit by an IED, and the one that is taking the

 6   video continues to drive.  Do you recall that

 7   video?

 8        A     Yes.

 9        Q     That's not the Buffalo, right?  That's a

10   different --

11        A     No, that's not the Buffalo.  That was

12   just another vehicle we used for transporting

13   equipment.

14        Q     Okay.

15        A     And, fortunately, that was -- nobody was

16   injured.  The blast happened at the rear end of

17   the vehicle.  But it was really too late to stop,

18   and we were the tail gun truck in the convoy, and

19   so we just pushed on through the blast and

20   followed.

21        Q     Okay.  And do you have any issues now?

22   Is there any PTSD or nightmares or anything that

23   lingers on from your event?

24        A     Yes.  I'm 70 percent service connected

25   for PTSD.
```

1       Q      And how does that present -- is that bad

2  dreams, or can you tell me how that presents to

3  you?

4       A      Bad dreams.  I -- social issues.  I have

5  anger issues.  I'm very temperamental.  And over

6  the years, I've kind of -- kind of isolated

7  myself.  Like right now, I'm out in my garage.

8  You know, the kids are in the living room playing.

9  I withdraw a lot.  I went through a period when I

10  would snap at the kids and holler.  And -- not

11  physical, but I could be a little insensitive.

12  And I have gotten to the point where I -- just

13  it's easier, if it gets noisy in the house, if

14  they're not listening, and I start, you know,

15  feeling that tightness go down the spine, I just,

16  you know, give my wife a kiss, tell her I'm going

17  to let her handle it, and come out in the garage

18  and piddle on a project, or go out in the yard and

19  remow the grass.  It's just easier to take myself

20  out of the environment than to risk snapping at

21  one of the kids and, you know, getting to see them

22  cry because dad barked at them.

23       Q      Right.  I understand.

24       A      It's also affected me in my work, which

25  I work at the VA.  I spent 11 years working in the

1   domiciliary.  And I eventually, you know, took

2   another job working for a lower pay grade in the

3   warehouse, because it would allow me to, you know,

4   go from being around 60, 70 patients a day, plus,

5   you know, 15 to 20 of my fellow staff, to just me

6   and two other warehouse workers and no patients,

7   just to cut down on the possibility of the

8   occurrence of me snapping.

9       Q    Mm-hmm.

10      A    And I don't do really good in big groups

11  where it starts getting loud and there's a lot of

12  people around me.  My anxiety level kind of goes

13  through the roof.  Fortunately, I don't seem to

14  mind seeing boxes around me, so it worked out

15  well.

16          It didn't work out well for my career

17  path.  I'm pretty much at the same pay grade now

18  as I was four years ago because of it, but --

19      Q    So you worked at the VA.  Are you still

20  working at the VA or no?

21      A    Yes, I am.

22      Q    Okay.

23      A    I currently work at the warehouse.

24      Q    Okay.  Great.

25      A    I also have traumatic endolymphatic

```
 1   hydrops, which is most closely related to

 2   Meniere's disease.  My inner ear does not balance.

 3   I have pretty much constant vertigo.

 4        Q    And is that from the blast?

 5        A    That's -- the ear, nose and throat

 6   specialists believe most likely it was, that and

 7   my tinnitus, because they did notice I had trauma

 8   to the ear.

 9        Q    You had trauma to the ear from the

10   July 2005 blast inside the Buffalo?

11        A    For one of them.  They couldn't really

12   specify which one.

13        Q    Okay.

14        A    They asked if I ever had any bleeding

15   from the ear, and I did on a couple of occasions.

16   But, you know, there were several blasts that I

17   was around, and it could have been any of them

18   that caused it.  But, most likely, I believe it

19   was one of the three where I was directly

20   involved.

21        Q    Okay.  Now, you received a combat action

22   badge.  Was there a particular event that you

23   received that award on, or was it just for the

24   duty itself?

25        A    That was for my first trip out the wire.
```

1  We were doing left seat/right seat ride with the

2  unit we were replacing, and that's the one where I

3  was actually in the gunner's seat of the Humvee,

4  and we had an IED go off on us.

5      Q   And do you know one way or the other if

6  that was an EFP or an IED?

7      A   No.  The first one was just an IED.

8      Q   Okay.

9      A   We were in the Humvee.  Because it just

10  threw rocks and debris pretty much everywhere.  It

11  knocked me back a little ways.  You're in the

12  gunner's seat -- that's because you're standing up

13  in about a two and a half to three foot diameter

14  hole, and the blast wave just kind of knocked me

15  back.  But there was no serious injuries.

16      Q   Okay.

17      A   Somehow I didn't -- no profuse bleeding,

18  no cuts.  I had some bumps and bruises and a

19  couple minor abrasions.  At the time, you know,

20  there's several -- all of us were in multiple

21  blasts, but the rules with the combat action badge

22  is you can only get put in for one.

23      Q   Okay.

24      A   You know, if you have -- if a guy got

25  hit 15 times and you put him in for 15 badges,

```
1    he'd only get one.  So after you got your first,
2    anything after that, they didn't even --
3          Q     Hm-mmm.
4                In the July 2005 event, the Buffalo that
5    you believe more likely than not was an EFP
6    impact, at that point in time in your life, were
7    you married?
8          A     Yes, I was.
9          Q     Is that to your current wife?
10         A     No.  That was a -- a previous marriage.
11         Q     Okay.  Did you have any kids at that
12   time?
13         A     Yes.
14         Q     Okay.  The way the anti-terrorism laws
15   work, your then wife and the children you had at
16   the time also have a case against Iran, if you
17   would like to go forward with that, if you want to
18   give me their contact information.
19         A     The wife I had at that time is currently
20   in prison.  She was a party to a murder of her
21   boyfriend, so I don't think she needs to worry
22   about it.
23         Q     Okay.  All right.
24         A     I kind of dodged the bullet on that one.
25   And my oldest son, as a matter of fact, he still
```

1    lives with me -- he is 21 at the time -- at this

2    time.  He was -- oh, if I remember right, he was

3    seven years old.

4         Q    Okay.  He has a case, and those cases

5    are valuable if you would like to include him in

6    the case.  All you need to do is let me know his

7    name and an e-mail or something, or I can call

8    back and work through you.

9              It's a real short deposition on his

10   part, but that's up to you.

11             The same holds true with your parents.

12   If your parents were alive at the time, there's a

13   case there.  And then any brothers and sisters

14   that you would have had.

15        A    My mother -- my father at the time, you

16   know, but he's passed.  But my mother, she's still

17   around.  As a matter of fact, she lives with me.

18   She's -- we're -- my mother -- my wife and I are

19   her primary caregivers.  She's got multiple

20   sclerosis.

21        Q    Okay.

22        A    So they are both in the home with me, so

23   I'll talk to them about it.

24        Q    Okay.  How about brothers or sisters?

25        A    Nope.  Only child.

1        Q     Okay.  All right.  Well, then, I will

2    stay in communication with you on that.  This will

3    get typed up.

4             Is there anything that I've left out,

5    have failed to ask that you would like to say

6    about how this -- the attack of July 2005 has

7    affected your life?

8        A     No.  You know -- and I guess that was

9    part of our -- well, you know, you can't be quite

10   right in the head, as it is, to go into a job and

11   willingly drive around and hunt for something,

12   while everybody else is trying to haul butt and

13   get past.  It's taken its toll.  The only

14   consolation -- and we ran about a fifty-fifty

15   success rate.  Fifty percent of the IEDs, we were

16   able to find and get disarmed; fifty percent of

17   the IEDs we found disarmed on us.  We did lose

18   some good men.  The only consolation would be both

19   military and civilian, you know, the lives we

20   saved.

21             You know, fortunately, as I'm sure your

22   subject matter expert will be able to attest to,

23   we were out there doing the job with equipment

24   that was designed for the most survivability for

25   the people inside of it, you know, as opposed to

1    just the standard Humvees, which they ended up

2    replacing almost entirely with RG-31s and other

3    MRAPs.

4             But some of the blasts that we

5    experienced in that vehicle, other lesser

6    vehicles, would not and could not survive.

7             So we took a lot of losses, but we saved

8    a lot of lives.

9        Q    Fantastic.

10       A    And that's what makes it worth it even

11   now.

12       Q    Do you have any photos of that Buffalo

13   after the blast in July of 2005?

14       A    I'm looking.  I've got several pictures.

15   Well, like I said, you had two companies, you

16   know, a hundred something people all taking

17   photos, and I've got about, I'd say, 1 to 2 gigs

18   of pictures I'm sifting through.

19       Q    Okay.  If you find one --

20       A    That was 2005/2006.  And I'm learning

21   that even digital pictures that are saved on a

22   hard drive degrade over time.

23       Q    Oh, interesting.

24       A    I didn't know they did that.  Because I

25   pulled up some of the videos I had taken, like the

```
 1   one I sent y'all where the camera was mounted on

 2   our radio, and some of them are pixilated.  I

 3   don't know if it's every time I've had to transfer

 4   it to a new hard drive --

 5        Q    Interesting.

 6        A    -- or what, but I am looking.

 7             I'm happy to send you some of the ones

 8   that have the cage.  I have a couple of good ones

 9   that show the cage I was describing around the

10   Buffalo.

11        Q    Okay.

12        A    Which is one of the reasons -- you know,

13   normally you stay in your seat in a vehicle, but

14   that cage made it necessary to get as many eyes

15   out there helping the arm operator during the

16   investigation.

17        Q    Okay.

18        A    And if I find any, I will definitely

19   send them to you.

20        Q    Okay.

21        A    So I'll send them to the e-mail I have

22   for you, any of that stuff?

23        Q    Yes, that'd be great.

24             MR. MILLER:  I'm going to turn the

25   camera off.
```

1          Those are all the questions I have for

2    the interview, so it's off now.

3          (Whereupon, the deposition of

4          DYLAN ERNIE HIBBERT was

5          concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                DISTRICT OF COLUMBIA AT LARGE:

 2

 3          I, Leslie A. Todd, Notary Public in

 4    and for the District of Columbia, do hereby certify

 5    that the foregoing videotaped deposition was

 6    provided to me by counsel for the Plaintiff in this

 7    matter.

 8          I do further certify that the deposition

 9    was transcribed by me and is, to the best of my

10    knowledge and ability, an accurate and correct

11    record of the deposition.

12          I hereby certify that I am neither an

13    attorney for any party, nor am I related to any

14    party connected with this action, nor am I

15    financially interested in this action.

16          Given under my hand and seal this 8th day

17    of July 2021.

18

19

20

21                    Leslie Todd

22                    _____
                      Leslie Todd, Notary Public
23                    District of Columbia

24                    My Commission Expires:
                      February 29, 2024
25
```

Exhibit 11

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


--------------------------------x

BOTTORFF, et al.,                 ) Civil Action No.

              Plaintiff,          ) 18-3122 (CKK)

    v.                            )

THE ISLAMIC REPUBLIC OF IRAN,     )

              Defendant.          )

--------------------------------x



REMOTE VIDEOTAPED DEPOSITION

ON ORAL EXAMINATION OF

NICHOLAS McCARTY

MARION, OHIO

APRIL 13, 2021







Transcribed by:
Leslie A. Todd, CSR No 5129 and RPR
Valley Center, California 92082
(202) 413-2733
Leslieatodd2001@yahoo.com

```
 1              P R O C E E D I N G S
 2              -------------------
 3         MR. MILLER:  This is the videotaped
 4   deposition of Nicholas McCarty, who was a serviceman
 5   in the United States military.  While on active duty
 6   in Iraq, Mr. McCarty suffered injuries due to
 7   Iranian-manufactured munitions.
 8              This case has been filed before the
 9   U.S. District Court for the District of Columbia,
10   styled Bottorff versus the Islamic Republic of Iran,
11   et al.
12              I'm Pete Miller with Miller DellaFera.
13   For the sake of clarity, the deponent's client ID is
14   10.020.01.
15              Today's date is the 13th of April 2021.
16                   NICHOLAS McCARTY,
17              having first been duly sworn, was
18              deposed, and testified as follows:
19                     EXAMINATION
20   BY MR. MILLER:
21         Q    Sir, please state your full name.
22         A    Nicholas Alan McCarty.
23         Q    And when were you born?
24         A    ████████████   ██████
25         Q    Okay.  And where do you currently live?
```

```
1          A     Marion, Ohio.

2          Q     What type of work are you doing now?

3          A     I worked for a company that repairs tank

4   cars for trains.  I am actually laid off due to COVID

5   and the economy still at the moment just because the

6   nature of our train cars.

7          Q     Okay.  I understand.

8                And there was a time that you were in the

9   military, correct?

10         A     Yes.

11         Q     Did you join right after high school?

12         A     A couple years after high school.

13         Q     Okay.  And where did you go to high

14   school?

15         A     Delaware Hayes.

16         Q     Is that in --

17         A     In Delaware, Ohio.

18         Q     In Delaware, Ohio.

19         A     It's in (inaudible.)

20         Q     And what of branch of service did you

21   join?

22         A     The Army.

23         Q     What year did you join the Army?

24         A     I left home -- I left home Valentine's

25   Day 2002.
```

1    Q    Okay.  And then where did you go to boot

2  camp?

3    A    Fort Benning, Georgia.

4    Q    Okay.  And then what year did you get out

5  of the military?

6    A    I came home in September 2006.

7    Q    Okay.  Is it fair to say you did a full

8  four years in the military?

9    A    Yes.

10    Q    Okay.  And you were an infantryman,

11  correct?

12    A    That is correct.

13    Q    Now, in your intake, I see it's written

14  down C2/14N.  What does that mean as far as a unit

15  goes?  Or maybe we wrote that down wrong.

16    A    No.  That's correct.  That's Charlie

17  Company 2nd in the 14th Infantry.

18    Q    Okay.  And were you deployed during your

19  four years in the military?

20    A    Yes.  We went in 2005 to Abu Ghraib,

21  Iraq.

22    Q    And we'll get to the IED incident in

23  April of 2005, but what was a typical day like in

24  Iraq in early April before you were hit by the IED?

25    A    It was very warm.  Sorry.

1      Q      It's quite all right.

2      A      That's my set answer for people now when

3   they ask what Iraq was like.  I tell them warm.

4           We did a lot of patrols.  For the most

5   part, like the citizens of Iraq themselves, they're

6   just normal people, you know, so you really spend a

7   lot of time just driving around on patrol, similar to

8   what a police officer would do.  You just drive

9   around patrolling the streets, unless you're tasked

10  with a specific -- like you go over and watch the

11  market sale.  You're cordon off a blast and somebody

12  will go up on a roof top and watch for stuff.

13          If somebody finds something, you might

14  respond, and then you set up a perimeter, security,

15  and just keep people out of the area kind of thing.

16  So, most days are the same, but every once in a

17  while, it will vary just a little, based on needs of

18  the mission.

19      Q      Mm-hmm.

20      A      So...

21      Q      And here shortly I'm going to ask you

22  about the April 24th event where your vehicle hit an

23  IED.  Is that the only IED experience that you had

24  while you were in Iraq?

25      A      Me, personally, yes.

1      Q     But your unit saw a few IEDs prior?

2      A     Yeah -- we -- they saw several, yeah.

3      Q     Okay.  Then walk me through what occurred

4  on April 24th, 2005.

5      A     So we got sent out to -- this was one day

6  we went to over to watch the marketplace.  And so we

7  went -- um, our squad had two Humvees, and we parked

8  the -- the neighborhoods in Iraq -- the houses are

9  close together, and there's a wall around every one

10  of them.  And they've got a gate for the driveway

11  kind-of-thing.  So it's a wall -- it looks like an

12  alley (witness indicating.)  It's about two cars

13  wide.  And so you -- our squad had a Humvee at both

14  ends, and you pull up your -- your concertina wire or

15  razor wire -- for folks who don't know, it's like the

16  prisons have.  You set that at the end of the street,

17  and then you back up away from it, so you have time

18  to react if something comes through.

19            Our squad was at both ends of that

20  street, and then the next street over was the next

21  squad, and there were a few people who went -- they

22  went up on the roof of the corner building, and we

23  had several people watch at the market first.  There

24  were supposedly insurgents in the market.  And I got

25  sent down to sit with the other Humvee, just because

1    they had -- it was three people out of one Humvee

2    going to the roof.  So it left just the two guys

3    there, so I went down with them.  And I know we went

4    out -- I think we went out earlier than usual that

5    day.  And at about 9:45 they called over the radio,

6    Get ready to move.  And so those guys come down, and

7    then I went back to my Humvee, and I got in, and we

8    were sitting there.  And a few minutes till 10:00,

9    they told us to pack it up.  So the Humvee backs down

10   to the end of the road, and we pick up the wire and

11   then we got the signs out.  They say something about

12   stay back, don't cross the wire, stuff like that in

13   English and in Arabic.  And we've got road cones

14   blocking off things.  So we're picking up that stuff,

15   and we got back -- we walked back to the Humvee,

16   myself and Specialist Moran.  We climbed out.  We

17   picked up our stuff, and I'm standing at the back

18   tire of the Humvee and I leaned down.  I had my hands

19   full so I set everything down so I could throw it on

20   top of the truck.  And it -- as soon as I let go of

21   that sign like, it was -- it's like a loud bang, and

22   I looked up, and it's just like a wall of dust

23   everywhere and I couldn't see anything.  And I ran

24   around to the other side of the Humvee, and Moran,

25   the other guy that was with me, he was laying on the

1    ground, and Sergeant Lewis, he had got out of the

2    passenger seat, to just kind of keep an eye on

3    everything while we were doing our job.  He was also

4    laying on the ground.  And Specialist Alvarado, he

5    was on the turret, and I looked up and he was gone.

6    And I re- -- they tell you when you first -- when we

7    were in boot camp, like near the end, like we were

8    talking about different things in the military, and

9    the drill sergeant said, you know, when you get shot,

10    you either drop to the ground or you keep fighting,

11    because of your adrenaline.  And he said, it's not

12    like in the movies when they got shot and they do all

13    this stuff.  And the one picture of the Humvee where

14    the window looks like it has a big white spot on it,

15    like you can see a big cooler, we had coolers in

16    there to keep our water cool, our bottled water, and

17    Specialist Alvarado, I opened the back door, and it

18    literally looked like a pile of laundry.  He was in

19    that little middle section between the two seats, and

20    he was laying between the front seats and the cooler,

21    like just -- like somebody pounded him into a pile.

22    And the next thing I did is -- my adrenaline's

23    kicking a lot right now.  And so I went to the back

24    of the Humvee, and I stuck my rifle over the back,

25    just trying to pull security.  And it felt like

1    forever, but the Humvees from the next street over

2    came over and blocked off the area, and then they --

3    the helicopters showed up and the tanks and everybody

4    responded.  That's the -- that's the gist of what

5    happened.  We'll call it the short version.

6         Q    Okay.  Did you lose Specialist Alvarado

7    that day?

8         A    No.  The picture -- that's my hand in the

9    picture with the hole by the thumb, that's right

10   above the driver's door.

11        Q    Okay.  Hang on one second.  So you're

12   referring to the photos that you sent.  The first

13   photo -- there's a hand in the first and the second

14   photo.  The first photo has a hand with a hole

15   through the armor, the second --

16        A    The hole --

17        Q    Okay.

18        A    And that's right above the driver's door.

19   And a chunk of something came through the up-armor

20   and I didn't get pictures of it, but in the Humvee,

21   the roof is padded, you can see a strip where

22   something ripped the padding, and then there's a mark

23   on the turret which is like this thick.  And the way

24   it was marked up -- and that's actually -- the

25   picture with the crutches is actually Alvarado.  And

1  we all sat down as a squad and talked, and what we

2  all believed happened is that it went through the

3  up-armor, and when it hit the turret because of how

4  thick it was, it tumbled, the shrapnel.  And so the

5  picture with the crutches is Specialist Alvarado.

6  And it went clean through his leg when it was

7  tumbling around inside the Humvee and that's what

8  dropped him.  And that was -- that was particularly

9  rough at that time because Alvarado was my battle

10  buddy, and the three of us in the back would rotate

11  every hour under the turret.  And so because I went

12  and sat on the other Humvee, I didn't rotate onto the

13  turret on our Humvee.  And so if I had gone up there,

14  that would have been me.  And it was -- it took a

15  long time to cope with, because at 24 years old,

16  Alvarado came on -- he has a wife and two small

17  children at this point, like small, small children,

18  and he -- he'll spend the rest of his life walking

19  with a cane; whereas, as a single guy, I have nobody

20  to depend on me, you know, and he did this for me,

21  you know.  And I'm sure you've heard all the survivor

22  guilt stories before, so that took a while to deal

23  with this, as far as I go, you know.

24       Q    But Alvarado is alive, correct?

25       A    As far as I know.

```
 1          Q     Mm-hmm.

 2          A     Yeah.  This did not kill him.

 3          Q     No.  I got you, right, mm-hmm.

 4          A     But...

 5          Q     How about Sergeant Lewis, did all three

 6     men survive:  Specialist Morton, I believe you said?

 7          A     Moran, yeah.

 8          Q     Moran, I'm sorry.

 9          A     Everyone of us walked out of there.

10          Q     Okay.

11          A     And we ended up back there at that same

12     spot sometime later, and where the -- so while we

13     were -- after we set our stuff and backed up -- so

14     they have cinder block walls around all these houses.

15     They're probably six foot or higher or so, and what

16     they did while we were sitting there, they come up

17     the side and they set their bomb down and took off.

18     And when we were pulled forwards is when they blew it

19     up.  And at extreme temperatures, like the blast will

20     burn the earth, and because the wall, it created a

21     shaped charge essentially.  So it explodes in a

22     specific direction, and it goes down the wall,

23     instead of going everywhere.  Right?

24               The next time we were in that area, like

25     we were literally -- it was probably 20 yards away,
```

1    and we were literally in the middle of the burnt

2    dirt, and I think it's the last picture I sent you of

3    the Humvee.  There's a hole in the bottom of the

4    doors, it's probably -- it's probably a little bigger

5    around than my finger, and I could stick most of my

6    fingertip in there, and that's right at knee height

7    for me.

8              We don't -- I keep saying we, like the

9    squad I was in, like we spent time talking about this

10   and like extreme best case scenario, like, we

11   probably should have never walked again.  But

12   realistically there's -- there's no way any of us

13   should have ever come out of there alive.

14        Q    You used the term "shaped projectile."

15   Now, are you familiar with an explosively formed

16   projectile, a very particular type of IED?

17        A    I've heard about it, but I don't -- I

18   mean, I saw the safety briefings and just, This is an

19   IED, this is an IED, this is an IED.  And so I don't

20   -- I'm not an expert in the area.  I know they're

21   loud and they hurt.

22        Q    But you have no reason to believe that

23   this was not an EFP that drove the shrapnel through

24   the armor of the Humvee that you were assigned to?

25        A    That is correct, because they were

1   designed to, upon explosion, to collapse in on

2   themselves into an armor piercing object.  And

3   clearly based on the picture, it went through the

4   up-armor of the Humvee and actually above the

5   driver's door, it would have more armor because the

6   side wall comes up and the roof comes over and

7   there's actually a very tiny space between them so

8   it's actually twice the metal where it went through.

9       Q    Okay.  What physical injuries did you

10  suffer that day?

11      A    I got -- I got shrapnel in both knees and

12  in my arm.  Just little scars here and there.  As far

13  as my arm goes, I'm -- there are just little places

14  where there's little scars here and there.  Right

15  before I got out, there was a piece removed out of my

16  right knee, and there's still a piece in my left

17  knee.

18      Q    And clearly that would have caused pain

19  at the event.  When it happened, you were in pain,

20  correct?

21      A    Once the adrenaline wore off, it was --

22  up to that point, it was probably one of the more

23  painful experiences I've had.

24      Q    And the pain continued, is that why you

25  had the piece removed from your knee?

1      A    Uh, not exactly.  I was -- so what

2    happened, I was still in the Army, and I was sitting

3    around one day, and I just had my hand on my knee and

4    I noticed there was something there.  And I had a

5    scab, so I picked it off, and I was playing around

6    and there was a chunk of black in there.  And I ended

7    up going to see a -- oh, I don't know, it was the

8    health center at the time, and they pulled a chuck of

9    something out of my -- it wasn't very big, it was

10   little, but it was in there.

11      Q    Is it likely that that came from that

12   event in April 2005?

13      A    Oh, yeah, yeah.

14      Q    Hmm.  Are there any physical things

15   lingering from what happened to you back in 2005 now?

16   Do you have a limp or any soreness?

17      A    Um, it depends on the day.  There are

18   days where it hurts to walk.  My knees just ache.

19   The closest thing I can relate it to is like when

20   somebody with real bad arthritis talks about they can

21   feel it's going to rain 'cause their bones ache; I

22   have, and I apologize about the pronunciation, I

23   don't know, tinnitus.

24      Q    Tinnitus.

25      A    Tinnitus, whatever.

1        Q       Mm-hmm.

2        A       The ears ring.  It's not as bad.  There's

3    a lot of times now it'll just be like, Oh, my ears

4    are ringing.  But for a long time, it would be bad,

5    like take-me-to-my-knees bad.  And they -- it's just

6    off and on.  I know that's something that can never

7    really be done about.  So you live with that, you

8    know.

9        Q       How about emotional distress?  Have you

10   had any lingering nightmares or anything from the

11   event?

12       A       Yeah.  Just everyday stuff.  You know, if

13   you're driving down the road and you see a box or a

14   bag of trash in the road, sometimes you swerve around

15   it, sometimes you hold your breath when you go by it,

16   sometimes you just detour and go a whole different

17   route.  The fireworks.  I try to not put up too big a

18   fuss because I know people want to have their fun,

19   it's 4th of July or whatever, but I don't

20   participate.  There's been -- there was one 4th of

21   July, my neighbors had got so bad, my ex -- my wife

22   at the time, my ex-wife, she and I actually left town

23   where we were living and went to her mother's.  She

24   lives out in the country.  It just depends.  It's one

25   of those things, it's not always -- there's not

```
 1    always one set trigger.  So it's a little harder to
 2    cope with, you know.
 3         Q    How about -- do you have any nightmares,
 4    or does anything reoccur along that line?
 5         A    You know, honestly, I just -- you know,
 6    16 years later, I just don't honestly sleep well most
 7    nights.  So -- I'm caught up on my sleep deprivation.
 8    Yeah.  I really don't dream a lot.  I just -- when I
 9    sleep, I get my sleep, and then I go.  If I'm having
10    issues, I might be up a while, I might not.  It's hit
11    and miss as far as the sleep goes.
12         Q    I have a question I failed to ask.  Going
13    back to the event in April 2005, was the Humvee
14    drive-able or did you walk out?
15         A    The Humvee was drive-able.  Myself and
16    Specialist Alvarado, they put us on the Bradley and
17    they took us back to the medical facility on the base
18    there.
19         Q    At the time back in April 2005, were you
20    married?
21         A    I was not.
22         Q    Did you have brothers and sisters?
23         A    I do.
24         Q    Okay.  They also have a case, and if --
25    you know, if you would want to go that route.  And I
```

 1   will talk to you about that here in a second when we

 2   turn the camera off.

 3            Are your parents still alive?

 4        A    My mother, yes.

 5        Q    Okay.  We'll discuss that as well.

 6            Is there anything about the event and

 7   your physical injury, your emotional injury or

 8   anything that you would like to discuss that I

 9   haven't asked?

10        A    I don't know.  I usually -- this is

11   honestly more time than I spend thinking or talking

12   about it.  I've gotten real good at avoidance, so I'm

13   sure there is.

14        Q    Quick comparison question.  You said that

15   the unit had suffered other IED events besides the

16   one you were involved with in April of 2005.  Is it

17   fair to say that the physical damage to the Humvee

18   and the fact that it pierced the armor, does that

19   make it more severe than the other stories that

20   happened to your unit?

21        A    Some yes, some no.  The first -- the

22   first roadside bomb that our company hit was -- it

23   was worse than this one.  But then you would get

24   others where like something blows up while you're

25   driving by and it misses people, you know.

1       Q       Mm-hmm.

2       A       So this is probably middle of the road,

3    honestly speaking.

4       Q       But you will agree that the armor was

5    penetrated which is not a normal occurrence?

6       A       Correct, absolutely.

7       Q       Then I'm going to go over the pictures

8    real quick.  The first one you've got your hand --

9    the first picture shows a hole through the armor with

10   a hand beside it.  Is that your hand?

11      A       That is my hand, yes.

12      Q       And that's the one where you said you

13   probably could stick your finger through the hole in

14   the armor there?

15      A       Yeah.  That went all the way through.

16      Q       Okay.

17      A       That's the one where the roof comes over,

18   so it's multiple -- more than just one layer of the

19   armor.

20      Q       Okay.  And the second pictures shows

21   where something has grazed the side of the armor,

22   and it's a hand, but it looks more like a -- not a

23   hole --

24      A       That is --

25      Q       Oh, go ahead.

1      A      That is also my hand.  That is -- that is

2  the section between the driver's door and the back

3  door, and while I don't have overly big hands, that's

4  probably about two inches up and down and it's

5  probably about eight inches long.  It's -- I would

6  guess it's about between a quarter and half inch into

7  the up-armor.

8      Q      Mm-hmm.

9      A      So it's like a crater.

10     Q      And when we go down, there's several

11  small pocks or holes in the side of what appears to

12  be armor in the next picture.

13     A      This is one of the doors.  If you see the

14  four holes, those are -- the four holes like real

15  close together --

16     Q      Yup.

17     A      Those are like manufactured that way.

18  Right to the right of that is a hole from the blast.

19  Partly down left of those four, that is a hole from

20  the blast, and there's two small ones below that.

21  And then down at the bottom of the picture, the

22  single blast hole, off to the right of that, there's

23  another hole -- those are all from the blast.

24  Obviously, they weren't as significant, like the

25  previous picture.

1        Q        Right.

2        A        But they did penetrate as well.

3        Q        And then there's a picture with gravel in

4    the bottom that shows a lot of pock marks on the

5    armor.  Do you have anything to add to that picture?

6        A        That actually kind of goes with the last

7    picture.  The last picture you can see the hole, but,

8    yeah, there's -- if you see the hinge on the door

9    there, down at the bottom, just left of that, on that

10   bottom piece and then to the right of it a little

11   bit, there's two in there.  Those go with the last

12   picture.  Those are right at knee height.  I took

13   them because if it ever come -- because I was a

14   standing about a step behind those, so probably about

15   a foot and a half away from where those -- the three

16   of those holes are.

17       Q        Okay.  And then the next picture shows,

18   it looks like, either an exhaust stack or a tank of

19   some sort, and it has a pipe cut in half.  Is that an

20   exhaust stack or something else?

21       A        That is the back of the driver's side

22   mirror and the thing broken in half.  It's -- I

23   believe they're half inch.  It's the -- it looks like

24   a pipe.  It's the frame for the mirror.  And so it

25   busted up that.

1        Q      Okay.  And then we've got more holes in

2    the, it looks like, the side window and also the door

3    mount in the next picture.

4        A      Yeah.

5        Q      Okay.  And then more damage in the last

6    picture.

7        A      Yes.

8        Q      Okay.  And then we get into the physical

9    injury, and this one with the crutch you said is

10   Sergeant or Specialist Alvarado?

11       A      Alvarado, yes.

12       Q      And then how about the injury that has a

13   hand and then showing an arm?

14       A      That's me.

15       Q      So that's your shrapnel wound there?

16       A      That's -- oh, when you said arm, it threw

17   me off.

18       Q      Or is that a leg?  I'm sorry.  I see a

19   hand.

20       A      If you turn it up so the thumb's up, then

21   you'll see there's a sock in the sandal.

22       Q      Oh, I got it.  That is a leg.  Yeah, I

23   see it.  Okay.

24              Now, is that you?

25       A      Yeah.

```
 1        Q     Okay.

 2              MR. MILLER:  Well, sir, at this time

 3    those are all the questions I have for the deposition

 4    and I'm going to go ahead at this point and turn the

 5    camera off.

 6              THE WITNESS:  Okay.

 7              (Whereupon, the deposition of

 8              NICHOLAS McCARTY was concluded.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                DISTRICT OF COLUMBIA AT LARGE:

 2

 3          I, Leslie A. Todd, Notary Public in

 4     and for the District of Columbia, do hereby certify

 5     that the foregoing videotaped deposition was provided

 6     to me by counsel for the Plaintiff in this matter.

 7          I do further certify that the deposition was

 8     transcribed by me and is, to the best of my knowledge

 9     and ability, an accurate and correct record of the

10     deposition.

11          I hereby certify that I am neither an

12     attorney for any party, nor am I related to any party

13     connected with this action, nor am I financially

14     interested in this action.

15          Given under my hand and seal this 8th day

16     of July 2021.

17

18

19

20

21     _____
       Leslie Todd, Notary Public
22     District of Columbia

23     My Commission Expires:
       February 29, 2024
24

25
```

# Exhibit 12

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


--------------------------------x

BOTTORFF, et al.,                ) Civil Action No.

                Plaintiff,       ) 18-3122 (CKK)

    v.                           )

THE ISLAMIC REPUBLIC OF IRAN,    )

                Defendant.       )

--------------------------------x



REMOTE VIDEOTAPED DEPOSITION

ON ORAL EXAMINATION OF

JASON HARRISON

CORRYTON, TENNESSEE

MARCH 26, 2021



Transcribed by:
Leslie A. Todd, CSR No 5129 and RPR
Valley Center, California 92082
(202) 413-2733
Leslieatodd2001@yahoo.com

```
 1                    P R O C E E D I N G S

 2                    ------------------

 3           MR. MILLER:  This is the videotaped

 4  deposition of Jason Harrison, who was a serviceman in

 5  the United States military.  While on active duty in

 6  Iraq, he suffered injuries due to

 7  Iranian-manufactured munitions.

 8              This case has been filed before the

 9  U.S. District Court for the District of Columbia,

10  styled *Bottorff versus The Islamic Republic of Iran,*

11  *et al.*

12              I'm Pete Miller with Miller DellaFera.

13  For the sake of clarity, the deponent client ID is

14  10.011.01.

15              Today's date is the 26th of March.  This

16  is a videoconferencing deposition with the deponent

17  in -- Tennessee or Kentucky, sir?

18              THE WITNESS:  Tennessee.

19              MR. MILLER:  Tennessee, okay.

20                  JASON HARRISON,

21              having first been duly sworn, was

22              deposed, and testified as follows:

23                  EXAMINATION

24  BY MR. MILLER:

25         Q    The video is out, but we still have the
```

```
 1   audio.  So I'm going to continue on and hope that the
 2   video shows back up.
 3               Sir, please state your full name.
 4        A     Jason Wayne Harrison.
 5        Q     And, Jason, where do you currently live?
 6        A     Corryton, Tennessee.
 7        Q     All right.  And what's your date of
 8   birth?
 9        A     ████████████████████
10        Q     Okay.  And did you grow up in Tennessee?
11        A     I grew up for a little bit in Tennessee,
12   and then I moved to Lakeland, Florida with my father.
13        Q     Okay.  Did you go to high school in
14   Lakeland?
15        A     Yes.
16        Q     All right.  Then after high school, did
17   you join the military right away, or did it take some
18   time?
19        A     It was about four -- four and half, five
20   months after high school.
21        Q     Okay.  And what branch of the service did
22   you join?
23        A     The Army.
24        Q     And how many years did you spend in the
25   Army?
```

```
 1          A      Twenty years and one day.

 2          Q      Twenty years and one day, okay.  Well,

 3   thank you for your service.

 4          A      Thank you.

 5          Q      Oddly enough, the video is showing your

 6   hand up in the air.  I'm not sure why there's a delay

 7   in the video.

 8                 Was there a time that you were stationed

 9   in Iraq?

10          A      Yes, sir.

11          Q      And --

12          A      Lots of time.

13          Q      A lot, okay.  And you have been hit by

14   what I'm going to call an IED on a few occasions,

15   correct?

16          A      Yes, I have, sir.

17          Q      But the worst of your physical injuries

18   came from a specific event in April of 2005; is that

19   correct?

20          A      Yes.

21          Q      Well, start out by telling me in April of

22   2005 where you were stationed and what your job duty

23   was.

24          A      Actually, it was 2006, not 2005.

25          Q      Okay.
```

1        A    Yup.  (Inaudible.)  I was stationed in

2   Baumholder in Germany.  We were sent to -- in Iraq as

3   part of an Alpha task force with Alpha 1-3-6 out of

4   Friedberg, Germany -- and Alpha 1-6 Infantry, my unit

5   out of Baumholder, Germany, to a little town -- I

6   believe it was close to Ramadi.  It's called Hit,

7   Iraq.

8        Q    Okay.  And then tell me the events of the

9   day that you hit this particular IED.

10       A    It was kind of a routine day.  We were

11  going out on mission.  We slept that morning, and had

12  an intel brief that night, and we were going to pick

13  up what was called an HVT, a high value target.  We

14  did our pre-briefs, we did our pre-work called PCC's,

15  our PCI's.  We loaded up, once we got up and got

16  everybody loaded up in the Bradleys, and we moved out

17  into the town.

18            Like every other normal mission, you

19  know, you see the people, you see things, you're

20  driving in, you know, you get the looks.  So we

21  pulled into where the HVT was located.  We backed in

22  our Bradleys, dismounts got out, went into the house,

23  snatched the HVT.  We were there on target probably

24  fifteen, maybe twenty minutes.  And I called my

25  lieutenant and said, Hey, are we ready to exfil?  He

1  said, Yes, exfil.  About where I remember stopping at

2  is we came in one way and I said, Hey, do we want to

3  go out another way?  He said, No, we got air.  We go

4  out the same way we came in.  I remember going out.

5  I remember the street.  It was called Cherry Street

6  in Hit, Iraq.  We went out to the intersection, and I

7  remember making a right-handed turn, and once I made

8  that right-handed turn, that's the last thing I

9  remember, other than waking up in Balad, Germany or

10  at the actual aid station in Hit and then Balad,

11  Germany, and then it was just all fuzzy till I got

12  back to Landstuhl, until I got evaced from there.

13       Q    We'll talk about your specific physical

14  injuries in a bit, but -- so the IED hit the Bradley

15  that you were in, correct?

16       A    Yes, sir.  It hit the -- blew through the

17  armor, penetrated the hull of the Bradley, and from

18  what I -- you know, again, I wasn't awake, I was

19  knocked unconscious, but from everything I've been

20  told and the pictures that I had seen around that

21  time, the vehicle was taken out.  It was completely

22  -- I wouldn't say it was completely destroyed, but it

23  breached the hull of the Bradley, blew through the

24  armor, and, you know, you can't drive it anymore once

25  it's been exposed.

1      Q     What was your title within the Bradley,
2   were you a commander of the Bradley or --
3      A     I was the Bradley commander.  The BC,
4   yes, sir.
5      Q     Okay.  And then who else was in the
6   Bradley?
7      A     I had my gunner which was Dasico --
8   Joshua Dasico, and then my driver which was Adam
9   Lynn.
10      Q     What was the fate of your driver and your
11   gunner?
12      A     So my driver was injured as well in that
13   one.  And then my gunner as well; he took shrapnel as
14   well.
15      Q     Okay.  And comparatively speaking to
16   other IEDs while you're in Bradley -- while you were
17   commanding a Bradley -- you believe this one to be of
18   more substantial damage, correct?
19      A     Yes, sir, without a shadow of a doubt.
20   This is the one that my wife tells our friends and
21   family at church that, you know, God was watching
22   over me, you know, 'cause this one I shouldn't have
23   walked away from.  I've hit numerous -- and it's on
24   my NCOER, evaluation reports, that I hit multiple,
25   multiple, multiple IEDs, and this is the one that,

1   you know, hurt the worst.

2        Q     What would a typical IED do to the

3   armament of a Bradley?

4        A     I mean, the ones we hit, if it's like a

5   155 projectile, you know, you get some concussions,

6   some blast, it might move it a little bit.  If you

7   hit something where it was underneath that was not of

8   high velocity or high explosive, we'll say, like a

9   double stack antitank mine, it would blow off the

10  track and make it immobile.  But everyone inside will

11  be fine.  They might have some ringing in the ears or

12  something small, but not as big as like the last IED.

13       Q     And you were told at some point afterward

14  that the shrapnel actually penetrated the armor of

15  the Bradley?

16       A     Oh, yes, sir.  It blew through the

17  reactive armor on the side and underneath.  It was

18  kind of at an upward angle.

19       Q     And what physical injuries -- when you

20  awoke in Germany, what physical injuries did you

21  have?

22       A     So I had a torn ACL, and then I had

23  what's called post -- TBI, traumatic brain injury,

24  and postconcussive blast syndrome, which I still

25  suffer from today and deal with at the VA.

1     Q     How does that TBI present?  Do you have

2  nightmares or what all does that involve?

3     A     I'm -- always have nightmares about stuff

4  that happened overseas when we were there.  I have

5  headaches every day.  I take medication every day to

6  try to deal with it.  I'm at the point now after 14

7  plus years of taking Depakote, taking sumatriptan,

8  all the ones they've tried that they're -- they're

9  still trying to figure out how to manage it.  And I'm

10  managing daily, but I wake up with them, I deal with

11  them, you know.  I have children, I have a life, I

12  have family.  So other than medication and trying new

13  things that they try to come out with, that's pretty

14  much it.

15            The way it was explained to me was your

16  brain will never truly recover from the situations

17  that you went through, with as many concussions that

18  you've had.  It's just like a football player, you

19  get that injury numerous, numerous times, and, you

20  know, it's -- you just have to learn to manage it.

21     Q     Well, it's important to point out for

22  those that are going to read this that you agree with

23  the statement that that one event was the crucial

24  event that put you over the top, if you will.

25     A     Yes, sir.  That was the damaging one, as

```
 1   I would call --

 2       Q    Okay.

 3       A    -- without a shadow of a doubt.

 4       Q    Okay.  And then a torn ACL.  How long did

 5   you have issues with your knee?

 6       A    I still have the issues with it.  I've

 7   had that original knee surgery, and then I've had two

 8   prior -- two after that one, just to replace the ACL

 9   and the meniscus, because it's an injury that never

10   -- never will fully, I guess, be at its top.  I mean,

11   you always take a chance at tearing it again.

12       Q    Mm-hmm.  Were you married at the time at

13   this event in 2006?

14       A    Yes, sir.

15       Q    Okay.  And you're still married to her

16   today, correct?

17       A    I'm actually divorced from my ex-wife.

18       Q    Okay.

19       A    I'm remarried.

20       Q    Okay.  Did you have children in 2006?

21       A    No.

22       Q    Okay.  How about brothers and sisters?

23       A    I have one brother that's in the military

24   and then one that just retired.

25       Q    Okay.  They also have a case because of
```

1    the way the foreign sovereign -- because of the way

2    the laws work.  If you would like for me to reach out

3    to them or if you'd like to reach out to them, they

4    have a case about the emotional distress knowing what

5    happened to you, so -- as well as your parents.  Are

6    you parents still alive?

7         A    Yes, sir.

8         Q    Okay.  Are you being treated now?  Are

9    you seeing a psychiatrist?  Are you going to the VA?

10        A    Yes, sir, I go to the VA.  I see a

11   neurologist, a psychologist, and my primary care and

12   orthopedics.  Physical therapy, and an ortho surgeon

13   as well.

14        Q    Now, is the ortho because of the knee,

15   the torn ACL?

16        A    It's because of the knee and secondary

17   also because of my back that was injured as well.

18        Q    You injured your back on the event that

19   we're discussing in 2006?

20        A    Yes, sir.

21        Q    Okay.  And so that care and treatment has

22   been going on continuously since 2006, 15 years?

23        A    Yes, sir.  It's been -- I've been dealing

24   with this head issue -- the head's the big one.

25   Everything else I can manage, I've learned to live

 1   with the pain.  The head's the -- you know, I wake up

 2   with them, I go to bed with them.  I know -- when

 3   they happen, some are more extreme, some are

 4   debilitating that put me out where I can't even, you

 5   know, get up with my kids in the morning.  My wife

 6   has to deal with it.

 7            I try to work.  There are times I have to

 8   come home from work because of 'em.  It's just

 9   something -- something I have to deal with.  They've

10   been -- we've tried lots of different medications,

11   and they're still trying them, but we just keep going

12   after it.

13        Q    You received a combat action badge for

14   that event?

15        A    I received a combat infantryman's badge

16   for that.

17        Q    Okay.

18        A    And currently right now I'm actually --

19   there's a case with my governor and the Illinois

20   governor that they believe that we should have been

21   awarded Purple Hearts for that, looking back now,

22   because then the IED or EFP was not an event that

23   they covered under Purple Heart, and now they're

24   looking at it for TBI and post-concussive blast

25   syndrome.  So they're going back through that right

1    now trying to, I guess, see what they can do.

2        Q    Mm-hmm.  Were there any ground troops or

3    any other vehicles with you on this mission?

4        A    I had another Bradley and then I had the

5    dismounts in the back of mine and another Bradley.

6        Q    Was anyone injured other than the IED in

7    your Bradley -- that hit your Bradley?

8        A    It was just my Bradley that was hit and

9    injured on one side.  The way it was explained to me

10   was once it hit and knocked our vehicle, the other

11   vehicle immediately, you know, called for evac and

12   then started trying to surround the area and get an

13   EOD there.

14       Q    Was the high value target in your Bradley

15   or in a different vehicle?

16       A    He was in my lieutenant's Bradley behind

17   me.

18       Q    Okay.  Is there anything you would like

19   to say about the events that day or the injuries that

20   you have suffered that I have not asked?

21       A    Um, I think you've pretty much covered it

22   other than, I mean, I can reiterate the fact that

23   2006 was a day, it was a wake-up, that was my -- the

24   one that -- that hurt the worst.  It's the one that

25   took me out.  I mean, it took about six and a half

```
1    years for me to even return back to country, back to

2    theater, to Iraq or Afghanistan, after that event,

3    and I just wasn't the same, I mean...

4         Q    If our expert wanted to ask some followup

5    questions, would you mind a phone call from him?

6         A    Not at all, sir.

7         Q    Okay, great.

8              MR. MILLER:  Those are all the questions

9    I have at this time.  I'll keep you updated on the

10   case maybe to ask some more questions down the road,

11   but this will certainly get us started.

12             THE WITNESS:  Yes, sir.

13             MR. MILLER:  Okay.  I'm going to turn the

14   video off.

15             (Whereupon, the deposition of

16             JASON HARRISON was concluded.)

17

18

19

20

21

22

23

24

25
```

```
 1              DISTRICT OF COLUMBIA AT LARGE:

 2

 3          I, Leslie A. Todd, Notary Public in

 4     and for the District of Columbia, do hereby certify

 5     that the foregoing videotaped deposition was provided

 6     to me by counsel for the Plaintiff in this matter.

 7          I do further certify that the deposition was

 8     transcribed by me and is, to the best of my knowledge

 9     and ability, an accurate and correct record of the

10     deposition.

11          I hereby certify that I am neither an

12     attorney for any party, nor am I related to any party

13     connected with this action, nor am I financially

14     interested in this action.

15          Given under my hand and seal this 8th day

16     of July 2021.

17

18

19

20                          Leslie Todd

21                   _____
                     Leslie Todd, Notary Public
22                   District of Columbia

23                   My Commission Expires:
                     February 29, 2024
24

25
```

Exhibit 13

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


--------------------------------x

BOTTORFF, et al.,                 ) Civil Action No.

            Plaintiff,            ) 18-3122 (CKK)

    v.                            )

THE ISLAMIC REPUBLIC OF IRAN,     )

            Defendant.            )

--------------------------------x



REMOTE VIDEOTAPED DEPOSITION

ON ORAL EXAMINATION OF

SHAUN COOK

CORONA, CALIFORNIA

APRIL 13, 2021



Transcribed by:
Leslie A. Todd, CSR No 5129 and RPR
Valley Center, California 92082
(202) 413-2733
Leslieatodd2001@yahoo.com

```
 1
 2                    P R O C E E D I N G S
 3                    ------------------
 4              MR. HAN:  This is the videotaped
 5   deposition of Mr. Shaun Cook, who was a serviceman
 6   for the U.S. military.  While on active duty in Iraq,
 7   he suffered injuries due to Iranian manufactured
 8   munitions.
 9              This case has been filed before the
10   U.S. District Court for the District of Columbia,
11   styled Bottorff v.  The Islamic Republic of Iran, et
12   al.
13
14              I'm Kyung Jae Han, located in Orange,
15   Virginia.  Today's date is 13th April 2021.  This is
16   a videotaped deposition with the deponent in Corona,
17   California.
18                    SHAUN COOK,
19              having first been duly sworn, was
20              deposed, and testified as follows:
21                    EXAMINATION
22   BY MR. HAN:
23         Q    Mr. Cook, could you state your full name
24   and address for the record?
25         A    Shaun Michael Cook.  Shaun is with a "u"
```

```
 1    S-H-A-U-N.  I'm in Corona, California, ████
 2    ████████████████████████, Corona, C-O-R-O-N-A,
 3    California 92883.
 4         Q    Thank you, sir.  And what is your date of
 5    birth?
 6         A    ████████████ █████.
 7         Q    Thank you, sir.
 8              Where did you get your high school
 9    education?
10         A    Troy High School in Fullerton,
11    California.
12         Q    And, sir, have you received any education
13    after that?
14         A    I have a bachelor's degree in business
15    with the University of Phoenix.
16         Q    Thank you, sir.
17              Now, we will move on to detail your
18    military career.  When did you enter the military?
19         A    2002.
20         Q    So the Iraq war hasn't begun back then?
21         A    I went to the first stage of the war, the
22    first year in 2003.  I did 2005 and then 2007.  And I
23    got out shortly after that.  I did approximately six
24    years and four months in the Army and I was in Iraq
25    over three years of that time.
```

1        Q       Yes, sir.

2                Did you expect to be deployed to Iraq

3       when the war began?

4        A       Not three times, not three times, no.

5        Q       And what was the purpose of joining the

6       Army?

7        A       I was trying to take a different

8       direction in my life, a different approach.  I tried

9       to get in a whole new setting and a whole new

10      atmosphere and stuff and so I just kind of -- it was

11      a re-group.

12       Q       I admire that.

13                And just to be sure.  You did three tours

14      of duty in Iraq?

15       A       2003; 2005 and 2007.

16       Q       Thank you for your service.

17                Which branch were you in?

18       A       I was in the Army.  I drove a fuel truck.

19       Q       And what was your unit number?

20       A       I was with 92nd Engineers, Third ID and I

21      was with 2nd ID, Fort Carson, Colorado in the last

22      tour.

23       Q       What was your primary daily duty?

24       A       I would take a fuel truck around the camp

25      and I would fill up all the generators and all the --

1    the generators that ran all the TOCs (**I asked

2    Steve**) and all the offices and all the generators.

3    They're usually around about 7,000 gallons of diesel

4    fuel a day on a camp like that.

5         Q     What was your latest rank when you were

6    leaving the Army?

7         A     I was E5, Sergeant.

8         Q     And when was the date you left the Army?

9         A     I belive it was in April 2008.

10        Q     Yes.  It doesn't have to be exact or

11   complete because we can always corroborate with the

12   documentary evidence later on.  I'm just reminding

13   you of that.

14        A     I'm not real good with the perfect date.

15        Q     Yeah.  And what was the reason you left?

16        A     Three tours in Iraq was enough.  I was a

17   little shell shocked and when I came home my dad had

18   cancer and I decided to get out and I regret getting

19   out.  I wish I wouldn't have done it but -- yeah, in

20   my last tour in Iraq we got attacked 137 days out of

21   365.  It was about one out of every three days we

22   were taking incoming and it was quite a crazy year.

23   It was a very intense year.

24        Q     I'm sorry to hear that.

25              So we will now discuss about the day of

1    explosion but I know that you are swept up in a total

2    of three explosions; is that correct?

3          A    I should say the last tour I was in we

4    got attacked 137 days.  So I mean there were so many

5    times and so many different explosions I could talk

6    about.  So many different incidences I could talk

7    about.  One out of every three days they were coming

8    in.  I mean I would be in places where I would sit

9    and hang out today, like where I would eat my lunch

10   and then I would come back out in the night and then

11   like I could get blown up right there, you know.  So

12   if I would have been there eating my lunch I would

13   have gotten killed but, you know, it happened in the

14   night time, so I didn't get killed but like

15   everywhere in the whole camp we had shrapnel in it

16   where they had gotten blown up, or blown up there.

17   And the roof got blown out here or the road was blown

18   up there.  It was -- there was some really big days

19   over there.  There was November 17th, 2007, that was

20   a very large day.  They actually shot over settling

21   tanks, over the wall and I even have the footage of

22   it from the camera.  And they're launching the

23   settling tanks, you know, like the welding tanks, the

24   big ones.  And those were loaded with C4 and ball

25   bearing.  And I still have a lot of nightmares till

1    this day.  All the windows shattered out in the base.

2    The percussion was so big that every window in like

3    the three story buildings and everything that was on

4    the base, all the windows shattered at once.  Imagine

5    all the windows shattering around you right now.  All

6    at one time.  Everyone that you could see or you

7    could think about in the distance, all the windows

8    shattering at one time, the sound of all the glass

9    shattering.  It's a very unique sound.

10        Q    Has any of those explosions involved a

11   remotely detonated explosive?

12        A    Were they remotely detonated?  Yeah, they

13   were done by phones from a distance.

14        Q    Which one was that or were there multiple

15   occasions of that?

16        A    There were multiple occasions.  It

17   happened on a weekly basis, you know.

18        Q    Has in any of those occasions -- have you

19   ever been inside an armored vehicle like a truck

20   Humvee?

21        A    Yes.  I drove inside the bomb squad truck

22   before and I rode around and basically -- then they

23   had some up-armored on a fuel truck, not a lot, but

24   some are up-armored on a fuel truck.

25        Q    Did that explosion -- have you had a

1  chance to go through what happened with the bomb

2  squad or some explosive experts after that?

3        A    No.

4        Q    You've never heard any explanation?

5        A    No.  I wasn't on the bomb squad.  I was

6  just in a ride along.  I just went along for a ride

7  with them and I was riding in the spot there and then

8  -- and then I seen bombs go off in front of people,

9  like, you know, the vehicle in front of me it would

10  take out the people in front of me, you know, and I

11  would see them lose their legs.  It seemed like, you

12  know, just split wide open from the EFP's because

13  they were coming in like molten lava.  It wasn't like

14  a bullet or like an explosion, like shrapnel.  No, it

15  would come through the Humvees and stuff like molten

16  lava and it would just like burn them so bad and then

17  it would go out, it would go out the other side.  It

18  would come like the size of a volleyball on one side

19  and go out the other side of the up-armor, on the

20  other side of the vehicle like the size of pencil

21  hole.

22        Q    Did the explosion come from the bottom or

23  the side?

24        A    Both.  I've had them come from both.

25        Q    Come from both.

1          And did you or anyone you know happen to

2    inspect the vehicle after the explosion?

3          A    Well there was a detail where you would

4    have to go do -- where you would have to clean the

5    Humvees out because when the dead bodies were in the

6    Humvees and the doors got blown off of it, we still

7    needed that Humvee because we couldn't get new

8    Humvees out there, you know.  So we would have to

9    repair the ones we had.  And there was a detail where

10   we would have to go pressure wash all the remains of

11   the people who got killed in the Humvee -- you would

12   have to wash it out and you had to pressure wash it

13   out and you know, get all the skin out of there and

14   stuff like that.

15        Q    Okay.

16             So you were talking about the repairing

17   and re-using the Humvee.  What was the damage to the

18   vehicle look like?  Did it have a big puncture or the

19   vehicle completely got shattered?

20        A    Sometimes, you know, sometimes like I

21   said they would have holes like the size of a

22   volleyball or softball, it would go through the

23   up-armor and through the windows of the Humvee, they

24   had you know seven ply's of glass.  Seven windows

25   stacked on top of each other.  Some, you know, it

1   would crack the glass all open, like it would crack

2   three or four layers, five layers of the glass.  I've

3   seen it come in one side and go out the other, like

4   it's the size of a volleyball or a softball on one

5   side and then it would be like pencil holes on the

6   other side where it went right through the whole

7   truck and went completely through and out the other

8   side.

9        Q    Was that --

10       A    I've seen people lose their legs; I've

11  seen people lose their lives; I've seen some big

12  explosions.

13       Q    Was the vehicle armed?

14       A    Yeah.  They were up-armored.  I mean they

15  had steel doors.  It depends each year.  Each year I

16  went over it was different.  You know, 2003, it was a

17  different kind of up-armor than 2007, you know what I

18  mean?  In the four years they had come out with a lot

19  better armor.  So each year the armor got a little

20  better.

21            But even with the up-armor, it would

22  still penetrate the vehicles.  The problem was that

23  when the bomb went off and I would see people when

24  the bomb would go off and it would break the tire --

25  the swing arm of the tire and blow out the tire,

1    right.  But, see, the problem was they would have the

2    second bomb.  And nobody would want to get out of the

3    vehicle to go help the people in front of you that

4    got blown up with the first small bomb because when

5    you got out and you go try to help the people out and

6    see if they're okay, then they would let off the

7    second bomb, that would be the really big one and

8    that would kill everybody, you know.

9        Q    You said you were cleaning up the

10    explosion sites and was there anything left in the

11    vehicle like the shards or residue that could have

12    come from the bomb?

13        A    That come from the bomb?

14        Q    Yes.

15        A    When I was -- I was about to say I wasn't

16    cleaning out the bomb sites, but I was cleaning the

17    Humvees and the vehicles that the soldiers died in.

18    We were cleaning out the blood and the skin out of

19    them and to try to, you know, clean out the seats out

20    of them and take out what we had to take out and then

21    we would replace it with parts to try to keep the

22    vehicle up and running.

23        As far as the shrapnel and the residue of

24    the bombs, when the bombs came out in my third trip

25    in 2007, they would take all the fragments from the

1    mortars and the bombs and they would fingerprint all
2    of it.  And when we'd be out we would catch these
3    Iraqis and we would bring them in and if their
4    fingerprints matched some of the fingerprints that
5    they had for the mortar of the bombs, then they would
6    actually like try to prosecute and actually like, you
7    know, give more jail time for those guys.  And the
8    ones that didn't come up with any match, then we
9    would just keep them in the jail for like three
10   months, four months and then we would just let them
11   go.
12       Q    And was there any enemy combatants or
13   civilians who were thought to be suspects or were
14   (sic) there anyone caught associated with the
15   attacks?
16       A    There was civilians, more like Iraqis,
17   not really Americans.  But there were some civilians
18   who got hurt, you know, with their own.  Because a
19   lot of times there would people that would be in and
20   they would be like out-of-towners, you know, they
21   wouldn't be living in that town.  And they'd be out
22   there trying to attack the Army and stuff and there
23   would be innocent people that lived in that town that
24   were just, you know, like just trying to go about
25   their life and stuff and some of those people got

1    hurt and some people that were attacking us got hurt

2    as well.

3         Q    And has anyone linked any of the

4    explosions you suffered from -- to a bomb called EFP

5    or have you ever heard about the term EFP?

6         A    It's the EFP -- what's the abbreviation

7    -- it's explosive fragment projectile -- is that what

8    it is?

9         Q    Yes.

10        A    Yeah.

11        Q    It's the abbreviation of "explosively

12   formed penetrator."  It's exclusively designed by

13   Iran in most of the cases.

14        A    Yeah.  You know, after a while you see so

15   many bombs go off and, you know, first they tell you

16   it could be in a bike, it could be in a sheep, it

17   could be in a car, it could be in this and that.  And

18   after a while you see so many bombs go off, you just

19   -- I mean it's kind of like put on your headphones

20   and just try to ride, you just hope it wasn't your

21   time, you know.  But those bombs could be in

22   anything.  They could be in the ground, they could be

23   on a rock, they could be, you know, in a goat, dead

24   goat on the road or something.  It's hard to --

25   there's no rhyme nor reason.  It could be inside of a

1    bicycle, you know what I mean.  They did all kinds of

2    crazy things.

3          Q     I understand.

4                Then probably I will move on to the

5    damages of bombs to persons, to you.

6          A     I (indecipherable) you do understand, but

7    thanks for trying to understand.

8          Q     It's okay.  We can always revisit if we

9    find anything important or interesting.

10               So you were in many explosions and

11   obviously a lot of people including you but also your

12   colleagues would have been injured in these

13   explosions.  Could you just list some of the injuries

14   you suffered from any of those explosions?

15         A     I actually came out pretty -- physically,

16   like, actually taking any kind of shrapnel or

17   anything like that, I actually came out kind of

18   unscathed, like I can't believe how close I came so

19   many times to getting like really tooken (sic) out.

20               But the mental part, the mental part is

21   just -- is just astounding.  What it's done for

22   mentally -- like when I go out in public and the way

23   I act out in public and somebody just makes little,

24   small like loud sounds, like somebody drops a book or

25   like slams the door or something I get real jumpy and

1    I will actually take cover and stuff like that.  And

2    people will laugh at me and stuff, they think it's

3    funny, you know, but it's not funny.  And just the

4    things -- the way I go about doing my life, now it's

5    gotten to the point where it's made me where I can't

6    hold down a job.  I get very -- constantly scanning

7    and always looking out for the enemy and stuff like

8    that.  It just doesn't go away.  I wish it would go

9    away but it doesn't, you know.  What's it called?

10   Constantly on ops, like high alert.  Like, right now,

11   I'm having problems because I always see the people

12   outside of my trailer where I'm sleeping, you know,

13   and so I can't get any sleep because I always think

14   the enemy is coming.  I'm always looking out the

15   window and always checking and checking and checking

16   and I can't stop checking.

17        Q    So you are as far as I understand

18   suffering from the PTSD.  And are you taking any

19   medicine or consultation to cope with the PTSD?

20        A    I got a lot of medications.  A lot of

21   them.  Nightmare medications and all kinds of like

22   mood medications.  They tried to get me all doped up

23   on -- doped because I was kind of like a zombie.

24   They think that's going to fix the problem, but it

25   doesn't.

1      Q      Yeah.

2             You said it has affected your ability to

3      hold a job and therefore it would have affected your

4      income as well.

5      A      They finally gave me 100% disability with

6      the Army because I went through seven legit jobs in

7      like ten years.  So, it's not that I'm not trying to

8      work, I'm trying to work, you know.  They thanked me

9      for my service going in, but then they start seeing

10     the side effects, and I start having nightmares and I

11     start being inconsistent in showing up to work.  I'm

12     late or I come in tired and droggy**(as) because I've

13     had the nightmares all night and stuff and they start

14     letting me go because of my performance.  And then I

15     start getting upset because they, you know, I feel I

16     should get more respect than that and it turns into a

17     big deal.  It comes with a lot of emotions, a lot of

18     drama and then it turns into a real big deal.

19     Q      Have you ever been married or in a

20     relationship or had offspring?

21     A      I don't have any offspring, but when I

22     got back from the Army I did get married.  I was

23     married for -- I was with a girl for seven years and

24     we got married on our seven-year anniversary, and

25     then we got married and then 11 months later she

1    didn't want to do it anymore.  After eight -- we

2    almost made eight years, but we didn't quite make

3    eight years.

4         Q    Has PTSD ever affected your relationship?

5         A    Several times.  I remember one time she

6    asked me -- I used to sleep with a nine millimeter

7    around my chest and she asked me if I could at least

8    point the barrel the other way.  I said, Oh, I'm

9    sorry, babe.  I mean, we always slept locked and

10   loaded and everybody had guns out there, you know,

11   and one time I got into an argument with my sister

12   one time and I was actually holding a gun and she

13   won't speak to me anymore.  She thinks that I was

14   going to kill her that day.  I wasn't going to kill

15   her.  I was just used to having a gun in my hand all

16   the time, you know.  If I didn't have a gun in my

17   hand I felt different, you know.

18             Then I've had -- when the school district

19   fired me they gave me a restraining order because

20   they thought I was a threat, which is funny, I don't

21   want to see no blood shed.  I'm not trying to kill

22   anybody.  I've seen all that shit I didn't want to

23   see, you know.  I'd be the last person that's

24   actually going to go in there and start shooting the

25   school.  But, you know, I had guns and everything so

1 they gave me a restraining order.  So I gave my guns

2 the first day right.  The first day I gave my guns

3 and then -- but then within sundown, they said it

4 makes them feel uncomfortable and then so they gave

5 me a restraining order.  I said, That's fine.  I'll

6 give them my guns right here today, I want them back

7 and I don't want anybody to be scared, you know.  And

8 they took the guns and they smashed them in the

9 police gun safe room and they never gave them back to

10 me.  They put me in jail for six days because I

11 forgot one gun in a doomsday-prepper bag.  I would

12 have never made a doomsday-prepper bag until I came

13 back from the Army but because of the Army I felt

14 this need to make a doomsday-prepper bag and I had it

15 in a storage container up in the hills.  I had a

16 little 22 inch rifle in there with a couple thousand

17 like -- more like 2000 rounds of bullets, you know,

18 to shoot some rabbits and stuff in case things went

19 to hell in a hand basket, right.

20   And so when I turned in all my guns that

21 day I forgot about the gun that was up in that bag.

22 They came back like ten days later and they arrested

23 me for having the extra fire arm, which I totally

24 forgot about and when they came to get me for the

25 firearms, they never had a list of the firearms that

1    they were supposed to be picking up.  So I turned in

2    all the guns that I thought I had, that I'd actually

3    be shooting and they still took me in and gave me a

4    5150 with a firearm and a 5150 with ammunition.  I

5    had to fight that court case for a year and half and

6    now that stuff's on my record and I can't really get

7    a date or -- 'cause they look at my profile, my

8    background, they see all that stuff and nobody wants

9    to be around me.  Nobody wants me to have me at their

10   workplace or nobody wants to date me or any of that

11   shit.  It's crazy.  It's very -- isolated.

12        Q    How about the other victims who were in

13   the explosion with you.  Are they suffering from

14   similar problems if you are in contact with any of

15   them?

16        A    I contacted a few of them, a couple of

17   friends I contacted but not too many from that last

18   year.  The last year got real heavy, the 2007.  And

19   yeah, they were a couple of guys, they still have a

20   lot of the nightmares and stuff.  And, you know, I

21   seen a guy get killed one time when he was eating

22   chow.  He was eating his dinner and he got shot

23   'cause an Army guy shot another Army on accident

24   while they were eating dinner.  I really have

25   nightmares of that one.  I have nightmares of a lot

1    of stuff.  So...

2         Q    Can you recall the name of anyone who has

3    been negatively affected like you?

4         A    Who got affected like me?

5         Q    Yeah.

6         A    John Fugues (ph), Clement, Richtman (ph),

7    Whitaker, four or five guys there.

8         Q    You don't have to try hard if it's, you

9    know, hard to remember.  It's okay.  This is not

10   really important.

11              So before we move on to closing remarks,

12   I want to try a little more streamlined questions

13   about specific dates of explosion.  So we will pick

14   the one explosion that was most memorable to you.

15        A    November 17, 2007.

16        Q    November 17, 2007.  So I will ask various

17   --

18        A    At Camp Rustamiyah.  **correct spelling**

19        Q    Yes.

20        A    Rustamiyah.  **I looked it up**

21        Q    I will ask a little more specific

22   questions regarding that date specifically.

23        A    I'll send you the link.  You can look at

24   the footage yourself.

25        Q    Yes.  But also I would like to get

1    certain details that might not be in the footage.

2    Because what we're trying to get at is not only how

3    the explosion happened, but the explosion having a

4    characteristic of the bomb that we're specifically

5    talking about here.

6                So, November 17, 2007, what was the

7    weather like that that day?

8         A    It was kind of cool, a little overcast.

9    I was walking to go to do the fuel point in the

10   morning, I had to work like that fuel gas station on

11   the base that day.  I was walking in the morning, it

12   was early in the morning, I was walking to go get

13   chow and the bombs went off and the percussion

14   knocked me to my knees.  I remember falling on my

15   knees and seeing all the small pebbles and all the

16   rocks lifting up off the ground because it knocked

17   the wind out of me, I had to catch my breath.

18        Q    So you were walking to a certain point?

19        A    I was walking to go get food.  I was

20   walking to go get food from chow hall before I had to

21   go the gas station.  I worked the gas station all

22   day.  It was like 5:30 or 6:30 in the morning.

23        Q    Did that explosion involve any vehicle

24   destroyed?

25        A    It launched outside of the -- outside of

1   the base there and it came in like there were

2   settling tanks and they had rockets welded on to them

3   and they launched out of a large dump truck and, yes,

4   when it landed, I mean, it tore vehicles on the base,

5   you know.  It tore several vehicles.

6          Q     And were those trucks damaged just like

7   you explained in the more general explanation before?

8          A     Tires, windows, and all kinds of mirrors.

9   All kinds of stuff were getting damaged.  Sometimes

10  they weren't as bad as the ones that were right next

11  to the bombs, but we would change tires on vehicles

12  all the time.  Were we changing tires and sometimes

13  they didn't have the little rubber things, they

14  hadn't even wore off 'em yet.  We had to go back and

15  re-change them again 'cause the bombs are coming in

16  that night and (inaudible) on the tires that we put

17  on that day.  And we had stacks of used tires like

18  crazy or tires that you couldn't -- that were

19  dysfunctional, you know.  They got holes in the side

20  of them.  There were so many of them, a football

21  field full of 'em.

22         Q     Was that from a remotely detonated

23  device?

24         A     I'm not quite sure how that bomb was

25  detonated.  (Indecipherable.)  Like I said I have the

1  footage, I can send you the footage.

2        Q    Okay.

3             And were there enemy combatants nearby or

4  anyone near?

5        A    No.  That time I was kind of alone 'cause

6  I was walking to the chow hall.  I was in the bunker

7  by myself.  And I remember it had like three or four

8  explosives went off that day and each of them -- they

9  rocked so hard it just knocked the wind right out of

10 your chest, you know.  The pressure was so strong it

11 made you have to like huh, huh, huh **(witness

12 catching breath**).  You would try to get catch your

13 breath.  It would just knock the wind right out of

14 you.

15       Q    Did other people clear the area after the

16 explosion to see who did it or how it was --

17       A    No.  We didn't clear the area.  We stayed

18 on that camp.  There was nowhere to go.  They just

19 went and the helicopters came that day and then they

20 took out the truck that had the bombs in it and we

21 just went back to business as normal.  It was just

22 kind of like dust off your hands and back to work

23 like nothing happened.

24       Q    And did the people who came later to

25 clear the area, did they tell you about the details

of the explosion or did they just leave?

A    No details.  Nobody came to clean it,
they just blew it up with a helicopter.  They blew it
up with a helicopter and that was it.  There was no
cleaning up the area.

Q    Okay.

Lastly, did you receive any honor or
medal due to the sacrifices you made?

A    I have two ARCOM's and certificates of
achievement and some awards, yeah, I have some
awards.

Q    Okay.

A    Just look at my DD214.  It shows you all
the awards I got.  Driver's badge.

Q    I'd like to get the footage of the
explosion as you said.  That would be really helpful,
especially if it's related to EFP's.  That we will
have to determine.

Other than that would there be anything
you want to add for the court, juries, public or
lawyers in case this case moves forward?

A    I provide the blanket of freedom you
sleep under every night.  The problem is that when
people wake up in the morning they forget it.  The
side effects of the mental -- the scenes it's

1    unbearable with me.  It caused me to not have

2    relationship, it's cost me jobs, it's caused me to

3    lose family members, it's caused me to be isolated.

4    I'm very confused after giving all that dedication.

5    And people say because I'm not limping or don't have

6    a big giant scar on me, they think that I'm not --

7    that I'm not injured or not wounded and the mental

8    wound is so hard because it's non-seeable, you know,

9    it's unrecognizable, which makes it even that much

10   more confusing and stuff.

11        And any time I try to explain people they

12   start to figure out, Oh this guy's really a basket

13   case, you know.  And then they don't want to be

14   around me either.  I've gone through so much

15   rejection and right now I'm in the process of getting

16   evicted from where I live.  They don't want me --

17   because I make them feel uncomfortable and then I

18   have to go find somewhere else to live, but they

19   don't realize how many times I've been rejected or

20   evicted or revoked in the last -- since 2008 -- it's

21   amazing and the war feels like it was just like

22   yesterday.  It doesn't feel like it was a long time

23   ago; it feels like it just happened a year or two ago

24   and it's probably been 12 years now, right?

25        So I'll send you the link.  I have a

1   bunch of it, like home footage of the war that day.

2   A bunch of footage of different clips 'cause there

3   was also some footage of some females that were

4   posing in the nude over there and they would tell

5   these females, Don't pose nude and send these home to

6   your boyfriend 'cause the guy is going to find them

7   on the internet.  And they would find them on the

8   internet, of course, and then they would go around

9   the camp, they would spread -- you know, from one

10   soldier to another soldier, one thumb drive to

11   another thumb drive, you know.  So when I send you

12   those things, the link there, and one of the three

13   files, one of the files is of all of the females.  Do

14   not send those pictures out to anybody or post them

15   up anywhere else.  Those are actually pictures of

16   females that are actually real heroes, you know, they

17   were just trying to keep their boyfriend intrigued,

18   trying to keep them interested while they were gone

19   fighting the war.  It would be very disrespectful to

20   do anything with those photos.

21           The footage I got from November 17th is a

22   classified photo so I can't answer any questions how

23   I got that, but you'll just see a lot of crazy stuff

24   when you watch -- you'll get more of a better

25   understanding of the real deal.

1          Q       Regarding the videos or since

2     attorney-client still extends to you it won't be

3     displayed anywhere, for our eyes only, unless you

4     approve for it to be used for (inaudible.)   That

5     would be the case.

6                    (End of video.)

7                    (Whereupon, the deposition of

8                    SHAUN COOK was concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              DISTRICT OF COLUMBIA AT LARGE:

 2

 3          I, Leslie A. Todd, Notary Public in

 4   and for the District of Columbia, do hereby certify

 5   that the foregoing videotaped deposition was provided

 6   to me by counsel for the Plaintiff in this matter.

 7          I do further certify that the deposition was

 8   transcribed by me and is, to the best of my knowledge

 9   and ability, an accurate and correct record of the

10   deposition.

11          I hereby certify that I am neither an

12   attorney for any party, nor am I related to any party

13   connected with this action, nor am I financially

14   interested in this action.

15          Given under my hand and seal this 30th day

16   of May 2021.

17

18

19

20
                          Leslie Todd
21                  _____
                    Leslie Todd, Notary Public
22                  District of Columbia

23                  My Commission Expires:
                    February 29, 2024
24

25
```

# Exhibit 14

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


--------------------------------x

DANIEL BOTTORFF, et al.,          ) Civil Action No.

              Plaintiffs,         ) 18-3122 (CKK)

    v.                            )

THE ISLAMIC REPUBLIC OF IRAN,    )

              Defendant.          )

--------------------------------x



REMOTE VIDEOTAPED DEPOSITION ON

ORAL EXAMINATION OF

FRIEDA C. NICOLE

APRIL 9, 2021


Transcribed by:
Leslie A. Todd, CSR No 5129 and RPR
Valley Center, California 92082
(202) 413-2733
Leslieatodd2001@yahoo.com

```
 1              P R O C E E D I N G S

 2              -------------------

 3              MR. HODGE:  I am recording now.  The time

 4    is 2:03 p.m.  This is the videotaped deposition of

 5    Ms. Nicole Frieda, who was a servicewoman for the

 6    U.S. military.  While on active duty in Iraq, Nicole

 7    suffered injuries from Iranian manufactured

 8    munitions.

 9              This case has been filed before the

10    U.S. District Court for the District of Columbia,

11    styled Bottorff, et al., v. The Islamic Republic of

12    Iran.

13              I am Shayne Hodge, an attorney with the

14    Miller Firm, LLC.  And I'm located in Orange,

15    Virginia.

16              Today's date is April 9, 2021.

17                   FRIEDA C. NICOLE,

18              having first been duly sworn, was

19              deposed, and testified as follows:

20                        EXAMINATION

21    BY MR. HODGE:

22         Q    So, for the record, can you state your

23    full name?

24         A    Yes.  It's Frieda Catherine Nicole.

25         Q    And are you a citizen of the United
```

```
 1    States of America?
 2         A     Yes.
 3         Q     Can you tell me your address?
 4         A     ███████████████████, San Antonio, Texas
 5    78252.
 6         Q     Can you tell me your date of birth?
 7         A     ████████
 8         Q     Okay.  Are you married?
 9         A     No.
10         Q     Okay.  Do you have any siblings?
11         A     Yes, one.
12         Q     Okay.  What is his or her name?
13         A     That's a Derrick Taylor.  He's my half
14    brother.
15         Q     Okay.  Were you ever married?
16         A     Yes.
17         Q     Okay.  What was the name of your former
18    spouse?
19         A     The first spouse was James Moorefield
20    (ph), and then my last spouse was Douglas Nicole.
21         Q     Did you get divorced or what happened?
22         A     Yes, we divorced.
23         Q     Can you tell me where you went to high
24    school?
25         A     Scottsdale High School in Arizona.
```

1     Q     Okay.  And when did you enter the

2   military?

3     A     Well, I worked for DLI, Defense Language

4   Institute, of the Air Force in -- I started in 2007,

5   and that was in September.

6     Q     So why did you decide to do that?

7     A     Well, I had finished my master's degree

8   in foreign languages and ESL, and I wanted to work

9   for the U.S. government, and that's why I chose it.

10    Q     Were you there in an official capacity

11  with the military or as -- just working for the

12  government?

13    A     Well, I retired in 2010, and the State

14  Department contacted me about doing the same thing I

15  had done in the Air Force, in Iraq, with a

16  corporation called DynCorp International.

17    Q     So what date did you go over there into

18  Iraq to do that job?

19    A     January, I think it was, 3rd or 4th,

20  2011.

21    Q     So you were aware -- so the Iraq war had

22  already started, and you knew what was going on?

23    A     Yes.

24    Q     And how long were you there for?

25    A     Well, I signed a contract for 12 months,

1    but we were -- the troops were withdrawn early.  So I

2    was there until, I think it was, July 29th, or

3    something close to that.

4         Q    Okay.  And can you tell me when you

5    actually left that position?

6         A    It would have been about July 25th or

7    26th.

8         Q    Of which year?

9         A    2011.

10        Q    Okay.  And where do you work now?

11        A    Right now I'm retired.

12        Q    Okay.  What did you do before your

13   retirement?  Was it the last engagement in Iraq?

14        A    Yes.

15        Q    Okay.  All right.

16             So, now I'll move forward and ask you

17   some questions about that, the IED attack you

18   experienced.

19             Can you walk us through some of the

20   details that occurred leading up to that attack?

21        A    Yes.  I had been on leave for a couple of

22   weeks, and I had just returned to Iraq, and there was

23   a freeze on all transport because there was a

24   heightened security alert on all the bases in Iraq.

25   And when I returned, I came, and I was billeted at a

```
 1    Victory Base, which is one of the big bases where
 2    they have transient housing and tents until you can
 3    go out to your FOB.  So when I first arrived, there
 4    was no transportation to a FOB or anything, so I was
 5    assigned to a tent with one other person, a lady.
 6    And --
 7         Q     I just want to interrupt just so the
 8    judge understands.
 9         A     Yeah.
10         Q     Could you explain what a FOB is?
11         A     Sure.  FOB means Forward Operating Base.
12    The FOB that I was permanently assigned to was
13    Union 3.  That base was directly across from the U.S.
14    Embassy in the IZ.
15         Q     And so what happened next?
16         A     We -- this lady and I -- we went to our
17    tent, and it was after dark.  I can't exactly
18    remember what time.  And we were the only two in this
19    tent, so we were able to turn the lights off, which
20    was a big treat there.  So we -- I had put my body
21    armor on the ground next to my cot and shed my helmet
22    and so forth.  And then later that night, and I'm
23    thinking it might have been closer to midnight, there
24    was an incoming warning over the big voice.  And when
25    you hear that, you hit the floor as fast as you can.
```

1    And at that point there was a series of explosions,

2    sounds of rockets flying overhead.  And it continued

3    for a quite a while, probably 45 minutes to an hour,

4    off and on.  And we remained on the floor.  But when

5    I hit the floor, I also hit my face on my helmet, and

6    injured my leg and ankle again, which I had injured

7    before in Iraq.  And we waited this out but we could

8    feel or hear the sound of shrapnel hitting the tents

9    and the gravel outside the tents.  We could see the

10   explosions.  We believed we heard a vehicle explode,

11   although I'm not sure about that.  And finally, you

12   know, when everything was all clear, they announced,

13   All clear.  But there was another attack later that

14   night, probably about three or four in the morning,

15   and -- excuse me -- we could hear again the same type

16   of explosions outside.  Though that lasted a shorter

17   time, I think maybe ten minutes maybe at the most,

18   but it was pretty intense.

19        Q     Okay.  And when you say, you categorized

20   two different attacks, were you injured in the second

21   attack, or was it primarily in the first attack?

22        A     I believe it was mostly in the first

23   attack.  But I will be honest with you, I didn't even

24   know I had split my lip and chipped my tooth and so

25   forth until later after the second attack.  So I

1    think it was in the first attack but I didn't even

2    realize it.  It was pretty intense until after the

3    second one.

4         Q    All right.  And can you describe the

5    location where this attack took place?

6         A    Yes.  There's a -- it's called Tent City,

7    but I'm not sure -- I don't think that's the official

8    name for it, but it's a huge area that people stay in

9    while they're being, you know, sort of, held there

10   until they're sent out to their FOBs, wherever they

11   are in Iraq.  There's probably hundreds of tents.

12   And it's close to the Morale and Welfare Center.  And

13   it's close to the BX and DFAC, dining center.  I'm

14   not exactly sure of the distance, because I had only

15   been there a few times.  But it was in the, I

16   believe, the center of this base.

17        Q    And this was the attack in July of 2011,

18   correct?

19        A    Yes, sir.

20        Q    Do you remember the date exactly?

21        A    It was about a week before I left.

22        Q    Okay.  Understood.

23             So both of you were in a stationary

24   position when this explosion occurred?

25        A    Yes, we were.

1    Q    Did you -- can you describe kind of the

2  explosion?

3    A    Well, the first thing after hearing the

4  announcement of incoming is I heard an overhead

5  whistling noise, which I had heard before when under

6  attack, and I think had to be some type of like

7  Katyusha or something.  Later I was told it was a

8  Katyusha, but I don't know.  And then there was an

9  explosion.  It was fairly close, which was unnerving,

10  because it kicked up all this gravel and so forth and

11  hit the tents.  And then the second thing that I

12  heard was a different type of explosion, and what I

13  found out later was that there was a vehicle, and I'm

14  not sure if it was a military vehicle or it belonged

15  to, you know, some of the other vendors in that area,

16  but that it had exploded near the Morale and Welfare

17  Center, and that was a -- kinda of a thudding and

18  then a loud banging noise, really loud.

19    Q    Right.

20    A    Also I found out later that there were

21  IEDs that were reported to have been run over, near

22  that area, and there's also a few rockets that had

23  actually landed.

24    Q    Did anyone tell you that some of the

25  explosions that injured you were the result of an

1    IED?

2              Can you hear me, miss?

3        A     Yeah, I hear you now.

4        Q     Okay.  Let me repeat the question:  Did

5    anyone tell you that those explosions that you

6    experienced and that resulted in your injuries, that

7    they were the result of an IED?

8        A     One person told me that it was an IED for

9    the vehicle.

10       Q     Okay.

11       A     That it had run over an IED and it had

12   exploded.

13       Q     And that explosion basically is what you

14   experienced?

15       A     Yes.

16       Q     Okay.  Did anyone tell you what type of

17   IED, if it was an EFP?

18       A     I'm sorry, they did not.

19       Q     Okay.  Could you, you know, describe how

20   -- did you get to see the vehicle?

21       A     Yeah, I saw a part of it.

22       Q     Okay.

23       A     When we got up, we left the building or

24   the tent early in the morning to go eat something,

25   and I saw pieces of a bumper and a tire that was

1    shredded, and I think there were some car parts

2    laying around.  But I didn't see the full vehicle.

3         Q    Did it look like it had a hole in the

4    side of the vehicle?

5         A    Well, the part that I saw was actually

6    not the side of the vehicle, it was mostly like the

7    underparts.  There what looked like a drive shaft

8    or something like that, exploded tire, and a -- some

9    type of a guard around the bottom of the vehicle,

10   pieces were laying around, and I'm assuming somebody

11   cleared it.  I don't know.

12        Q    Okay.  One second.  Was so -- would you

13   say that the vehicle was disabled?

14        A    Oh, I'm positive.  Probably totally

15   destroyed.

16        Q    Do you know if anyone who was driving the

17   vehicle or who were being driven in the vehicle was

18   injured?

19        A    No, I wasn't told that at all.  Part of

20   the problem was -- getting around on that base at

21   that particular time, we were limited in that.  We

22   were supposed to just pretty much stay in our tent or

23   go get something to eat.  And it was when I went to

24   go get something to eat that morning that one of the

25   soldiers told me about that, the attack.  But we were

1    kept pretty much stationary.

2         Q    So as you stated, there was one attack

3    and then the second attack.  During that second

4    attack, you didn't suffer any injuries at all; is

5    that correct?

6         A    No.  I don't think so.

7         Q    Okay.  Do you recall the amount of enemy

8    combatants that were in the area at the time?

9         A    No.  I wasn't able to see anybody.

10        Q    During that first explosion and when you

11   were injured, what did you do after that explosion?

12        A    Well, afterwards, we kinda checked each

13   other out because that's when I discovered, you know,

14   that my face was kinda bloodied up, and I looked at

15   my roommate over, so to speak, to see if she was

16   okay.  We both were pretty shaken.

17             Then I found it really difficult to stand

18   up because I had already injured my ankle previously

19   on my FOB, so it was really painful and I couldn't

20   stand up for awhile.  I had to lay back down.

21        Q    Did you experience any shrapnel during

22   that time?

23        A    Well, that hit the tent.  We saw that in

24   the morning when it was light.  And there gravel

25   that had hit it, it had kicked up a lot of that,

1    there was some pieces of little fragments of shredded

2    metal laying outside the tent and I think they hit

3    too.

4          Q    Okay.

5          A    But I'm not positive, but I think they

6    did.

7          Q    And so let's -- as best as we can -- go

8    back to that vehicle, do you remember what type of

9    vehicle it was?

10         A    No.  I couldn't make out anything about

11   the type.  There wasn't much there.

12         Q    Okay.  From what you saw, was the

13   passenger seat or anything like that still in any --

14   good shape or ...

15         A    Actually, no, 'cause all I saw was these

16   parts, mostly parts of the vehicle, like, you know --

17         Q    Oh.  So it was really almost blown apart.

18         A    Yeah.

19         Q    Okay.

20         A    There was definitely -- it had been blown

21   up pretty bad.  Excuse me, but I don't know if they

22   towed out the vehicle when I saw it or if there

23   wasn't anything left.  But there wasn't much in the

24   way of big parts either that I saw.  They were fairly

25   small.  So I assume the explosion was a pretty big

1    one.

2         Q    Do you name of the individual who told

3    you it was an IED?

4         A    No.  I'm sorry.

5         Q    I understand.  That's fine.

6         A    It was just some guy at the DFAC.

7         Q    Understood.

8              What was the name of the lady who was

9    with you during this event?

10        A    I'd have to look that up and get back to

11   you.

12        Q    Okay.

13        A    But I do have her name.  It's just that I

14   don't have it right here.

15        Q    Have you been in contact with her at any

16   point?

17        A    No, I haven't.  She was working at the

18   same FOB I was, but she was working in a totally

19   different area.  But I did get her name and phone

20   number, that kind of thing, before I left Iraq.

21        Q    Okay.  Understood.

22              Just about your position, in general, did

23   you have an official rank or anything like that, or

24   was it just strictly in a civilian basis?

25        A    At this point it would be civilian.

```
 1        Q     Okay.  I understand.
 2              Could you talk about your injuries?  Were
 3   any of them long-term?
 4        A     Yeah.  Actually, I had this very painful
 5   ankle injury that I received several months before in
 6   May, and this exacerbated that particular injury, and
 7   I was in a lot of pain.  And eventually what happened
 8   is when I returned to the United States, I had to get
 9   the ankle replaced, and it turned out also that my
10   right achilles tendon, and I don't know when this
11   happened, I just know that it was very painful, and
12   -- when I came back, they sort of just kept
13   indicating that I just had arthritis or something,
14   but after almost a year, when they did an MRI, they
15   discovered that three quarters of the achilles tendon
16   had been sheared off.  And I had to have a tendon
17   replacement in my right foot.
18        Q     Let's go back a little bit and talk about
19   what you did directly after all the attacks took
20   place.  Did you go and get medical treatment,
21   official medical treatment?
22        A     I didn't because we couldn't get around
23   the base.  All of the transportation had been
24   completely stopped.
25        Q     Right.  So when did you -- when were you
```

1    able to seek medical treatment?

2         A    It was two days later when I finally got

3    back to my FOB.  I was just lucky to be able to get

4    back because she was able to score a ride that wasn't

5    official.  But I got back and then I went to the

6    med-shed or the medical personnel and saw them

7    briefly.

8         Q    Was she injured in any way?

9              I think we've -- the video is stuck once

10   again.  Ms. Frieda, can you hear me?

11        A    Yes.  Can you hear -- did you hear that?

12        Q    Yeah.  So I was asking if -- and if you

13   don't mind, could you give me the name of your

14   companion who was with you?

15        A    Her first name (inaudible.)

16        Q    Hold on one second, Ms. Frieda.  I can't

17   hear you.  Just give me a second.

18             Let's see -- how about you try again.

19        A    I still can't hear you, sir.

20        Q    Yeah.

21        A    Okay.

22        Q    That's a bit better.

23             Yeah, could you give us her name again,

24   if you can?

25        A    The first name was Barbara, and I would

```
 1   have to look at the document.  And I got the document
 2   because we had both been in this together, and when I
 3   found out I couldn't get any medical, real care
 4   there, because it was at the end of withdrawing, I
 5   wanted her to explain this situation in a letter
 6   so that I could present it to DynCorp later, and
 7   that's the letter I have.  It's someplace in my file.
 8        Q    Okay.  Perfect.  And we may need to see a
 9   copy of that at some point.  Okay?
10        A    Sure.  No problem.
11        Q    So tell me a little else about -- did
12   anyone tell you any more information about that
13   attack afterwards?
14        A    No.  Except the only thing that I heard
15   was that quite a few bases (inaudible.)
16             MR. HODGE:  Hold on, Ms. Frieda.  It
17   looks like we may have a bad connection.  Ms. Frieda,
18   one second.  We may have a bad connection.
19             THE WITNESS:  Yeah.
20             MR. HODGE:  Could you repeat that again
21   and make sure you're not clicking anything while you
22   talk.  Okay?  Can you hear me?  Hello.  Are you able
23   to hear me?
24             THE WITNESS:  Yeah.  I've got the audio
25   now.  Thank you.
```

1          MR. HODGE:  Okay.  All right.  How about

2     you go ahead again.

3          Q     Basically, I was just asking you to tell

4     me if anyone else told you anything more about the

5     attack.

6          A     The only thing that I heard when I

7     finally got back to my FOB was that, you know, it had

8     been widespread, that they had planted bombs on some

9     of the roads, IEDs.  There was -- one of the Fijians

10    that was a bodyguard at the time was killed in one of

11    those attacks.  I think it was on the Irish Road, but

12    I'm not sure.  But apparently they had manufactured a

13    number of different attacks in difficult parts of the

14    bases in Baghdad.  And the only thing I was told was

15    that there was a convoy that I used to take quite

16    frequently out of my base with and MRAP and so forth,

17    and apparently somebody internally had planted a

18    camera to take pictures of the convoys' times,

19    'cause they're very -- they're not the same time all

20    the time, for security reasons, but they had some

21    kind of camera implanted in a T-wall to record the

22    movements of the different bases or FOBs in the IZ,

23    and that resulted in the one that was blown up.

24          So I know there were a number of IED

25    attacks in other parts of that base as well, but I

```
 1    don't know all the details.
 2         Q    Do you have any -- with regards to your
 3    medical issues, do you have any ongoing issues
 4    currently?
 5         A    Just what I have is chronic pain.  I'm
 6    under the treatment of a pain clinic, because it's --
 7    the ankle replacement didn't go very well, so it's
 8    really painful to walk a lot.
 9         Q    What medicines are you on currently?
10         A    Vicodin right now.  And that's it.
11         Q    When did you -- was this something that
12    you were prescribed immediately after your injury, or
13    was this something when you came back to the United
14    States you were prescribed?
15         A    When I came back, because they had pretty
16    much slowed almost to a crawl what they could do for
17    us at the med-sheds because of the quick withdrawal
18    orders that we had.
19         Q    Have you had any cognitive issues since
20    that attack?
21              UNIDENTIFIED SPEAKER:  Yeah.
22         A    Yeah, I have.  That's my son in the
23    background.
24              Yeah.  There's times I have -- well, my
25    short term memory at times could be better.  Also
```

1    ironically where I have had my home before and now is

2    right next to a bomb range.

3         Q    Right.

4         A    So we hear explosions a lot, and it's

5    very -- it makes me quite anxious when that happens.

6    Even though I know what's going on, it's scary.  And

7    when I got back, I suffered, I think, from a lot of

8    depression.  I'm still on Zoloft for depression.  It

9    was -- it was very frustrating and still kind of

10   frightening.

11        Q    Have you ever been diagnosed with PTSD?

12        A    No, I haven't.

13        Q    Can you tell us -- tell the judge how

14   these injuries and these issues you've had after the

15   attack have affected your everyday life.

16        A    The first major effect I guess was my

17   mobility issues.  I was not able to walk very far at

18   all, and that was very frustrating.  That was

19   difficult to take care of my home, my yard, look for

20   another job, do any of those things.  And then there

21   were times when I couldn't even walk to the bathroom.

22   And then when I had these surgeries to replace the

23   ankle and to reattach the achilles tendon, I was

24   bedridden for -- off and on for almost a year.  I had

25   to use an electric wheelchair, which is very

```
 1   frustrating and kind of demeaning.  I had to have --
 2   I had to hire myself a housekeeper to, you know, take
 3   care of some of the necessities around the house.
 4            Excuse me.  And then once that was --
 5   once I finally had the surgeries done, I was able to
 6   go to a pain clinic, and they had to put a -- oh,
 7   what's the name of this thing?  It's a spinal
 8   stimulator in my back, surgically implant it, so that
 9   it would block a lot of the pain sensations from my
10   feet and legs.  And that in combination with using
11   Vicodin three time a day, I've been able to at least
12   be mobile.  But I haven't really been able
13   (inaudible.)
14            MR. HODGE:  One second, Ms. Frieda.
15   Ms. Frieda.  The audio is gone again.  One second.
16   Could you check your audio?  Just one second.  There
17   you go.
18            THE WITNESS:  Yeah.  There we go.
19            MR. HODGE:  Go right ahead.
20            THE WITNESS:  Okay.  So mostly -- mostly
21   it's just been -- it's been very depressing.  I've
22   always been active all my life.  I've always worked.
23   I've had a hard time adjusting to that.  And, you
24   know, I've had to spend a lot of money on things to
25   assist me to walk and like a power scooter at times.
```

1   You know, modify some of the things in my house.

2   Like I had to get a walk-in shower 'cause I couldn't

3   get into a tub.  I had to do all (inaudible.)

4           MR. HODGE:  One second again, Ms. Frieda.

5   One second.  Again, the audio is -- Ms. Frieda.  The

6   audio has gone again.  So just make sure that that

7   audio is on, on this side.  Can you hear me?

8           THE WITNESS:  I can now.

9           MR. HODGE:  Go ahead.  And make sure

10  just -- you know, don't touch the keyboard or

11  anything.  Okay?

12          THE WITNESS:  Oh, yeah, I haven't touched

13  anything.

14          MR. HODGE:  Okay.  It's just going in and

15  out.  All right.  Continue.

16          THE WITNESS:  And, you know, that's

17  precisely the problems that I've had.  Actually, I

18  wanted to be able to return and do my job, the type

19  of job that I was doing, perhaps in Afghanistan or

20  whatever.

21          MR. HODGE:  Mm-hmm.

22          THE WITNESS:  But I wasn't able to, you

23  know, even entertain the thought anymore.

24  BY MR. HODGE:

25      Q    About that job, could you just describe

1    to the judge what it was you were doing out there in

2    Iraq?

3         A    Yes.  Well before -- before I went to

4    that job, I was an ESL trainer at Lackland Air Force

5    Base where the Defense Language Institute is located,

6    and the majority of my students were from the Middle

7    East.  And we would be training them in ESL and then

8    specialized topics so that they could fly F-16's or

9    be air traffic controllers or mechanics or so forth.

10   So when I went to Iraq, I was asked to continue those

11   skills there on site.  And I worked with a group of

12   pilots in Iraq that I was training in English, also

13   in special topics and special vocabulary and

14   communication skills, so that they could work both

15   with American troops and with the NATO contingency

16   that was there.

17        Q    Do you recall any individual at the time

18   of those incidents mentioning anything about EFPs or

19   IEDs being used in attacks during that time period

20   you were there?

21        A    Well, the one soldier that I encountered

22   in the DFAC said it was an IED, and that's all he

23   said.  He didn't go into any more details.  But he

24   said it was an IED that exploded that vehicle.

25                 So that's all I know about that.

1    Q    All right.

2    A    He didn't get specific about types or

3    anything.

4    Q    All right.  And before I stop this

5    deposition, is there anything that I have not asked

6    that you would like to tell the judge?

7    A    The only thing that I know about this

8    attack is that it was very close to an area around

9    the BX or the major area where people buy things.

10   Behind that area is a manmade artificial hill, and

11   that was fairly close to where we were located.

12   Inside that hill there were the communication center,

13   and it was built under that earth in order to protect

14   it.  And I was told that's what they were trying to

15   get at.  They were tying to explode things or cause

16   an interruption in that communication station.  But

17   that's the only other thing I know about it.

18   Q    Did they ever -- were you ever able to

19   identify who exactly the combatants were?

20   A    No.  We were just told most likely Al

21   Qaeda.  But they didn't give any specifics.

22   Q    How long did this entire attack last for?

23   How many days or ...

24   A    Well, it had started before I arrived, so

25   I'm not sure exactly how far before.  I think at

1   least two days.  And then it continued.  We were on

2   restricted movement for another three or four days or

3   maybe five days.  No, three is more accurate, after I

4   arrived in Baghdad, and they had, you know, literally

5   shut down all transportation.  So it lasted, I pretty

6   much guess, close to a week of intense attacks all

7   over the Baghdad area.  All the different FOB's and

8   so forth.

9           MR. HODGE:  I don't have any more

10  questions for you.  Thank you for participating.  I

11  will be ending this deposition now.

12          Please stay on, but I'm just officially

13  ending this recording.  The time is 2:34 p.m., and

14  I'm stopping this deposition.

15          (Whereupon, the deposition of

16          FRIEDA C. NICOLE was concluded.)

17

18

19

20

21

22

23

24

25

```
 1                    DISTRICT OF COLUMBIA AT LARGE:

 2

 3              I, Leslie A. Todd, Notary Public in

 4      and for the District of Columbia, do hereby certify

 5      that the foregoing videotaped deposition was provided

 6      to me by counsel for the Plaintiff in this matter.

 7              I do further certify that the deposition was

 8      transcribed by me and is, to the best of my knowledge

 9      and ability, an accurate and correct record of the

10      deposition.

11              I hereby certify that I am neither an

12      attorney for any party, nor am I related to any party

13      connected with this action, nor am I financially

14      interested in this action.

15              Given under my hand and seal this 30th day

16      of April 2021.

17

18

19

20                              Leslie Todd

21                              _____
                                Leslie Todd, Notary Public
22                              District of Columbia

23                              My Commission Expires:
                                February 29, 2024
24

25
```

# Exhibit 15

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


--------------------------------x

BOTTORFF, et al.,                 ) Civil Action No.

              Plaintiff,          ) 18-3122 (CKK)

    v.                            )

THE ISLAMIC REPUBLIC OF IRAN,     )

              Defendant.          )

--------------------------------x



REMOTE VIDEOTAPED DEPOSITION

ON ORAL EXAMINATION OF

JOSEPH JAMES, III

JACKSONVILLE, FLORIDA

MARCH 25, 2021







Transcribed by:
Leslie A. Todd, CSR No 5129 and RPR
Valley Center, California 92082
(202) 413-2733
Leslieatodd2001@yahoo.com

```
 1                  P R O C E E D I N G S

 2                  -------------------

 3              MR. TRAVERS:  Good morning, and we're now

 4      recording.

 5              This is the videotaped deposition of

 6      Joseph James, III, who was a serviceman in the U.S.

 7      military and suffered injuries while on active duty

 8      in Iran.

 9              This case has been filed before the

10      U.S. District Court for the District of Columbia,

11      styled Bottorff v. The Islamic Republic of Iran,

12      et al.

13              I am Jeffrey Travers.  I am located in

14      Orange, Virginia.  Today is March 25th, 2021.  This

15      is a videotaped deposition with the deponent in

16      Jacksonville, Florida.

17                  JOSEPH JAMES, III,

18              having first been duly sworn, was

19              deposed, and testified as follows:

20                      EXAMINATION

21      BY MR. TRAVERS:

22          Q    Do you mind stating your full name again

23      for the record?

24          A    Joseph James, III.

25          Q    Okay.  And what's your date of birth?
```

```
 1        A       ████████  ███ .

 2        Q       What's your current address?

 3        A              ████████████    Jacksonville,

 4   Florida 32226.

 5        Q       All right.  And where did you go to high

 6   school?

 7        A       Edward White High School in Jacksonville.

 8        Q       Okay.  And did you enter the military

 9   directly after high school?

10        A       No.

11        Q       And what did you do before entering the

12   military?

13        A       I went to college for about a year and a

14   half at Santa Fe Community at Gainesville, Florida.

15        Q       Okay.  And what year did you enter the

16   military?

17        A       2003.

18        Q       Okay.  And when you entered the military,

19   were you aware that you might have to go to

20   Afghanistan or Iraq?

21        A       Yes.

22        Q       What branch of the military did you

23   enter?

24        A       The US Army.

25        Q       Okay.  And how long were you in the Army?
```

1          A     For a little over 12 years.

2          Q     Okay.  And what was your rank when you

3    left the Army?

4          A     Sergeant.

5          Q     Okay.  So you left in 2015?

6          A     Yes.

7          Q     Okay.  And do you mind telling -- or do

8    you mind telling me why you left the Army?

9          A     I was medically discharged.  They said

10   that I suffered from severe PTSD, and just from my

11   various physical injuries, they decided to medically

12   discharge me.

13         Q     Okay.  And how many tours of duty did you

14   have in Afghanistan?

15         A     Just one.

16         Q     Okay.  And were you -- did you have tours

17   of duty anywhere else besides Afghanistan?

18         A     Three tours in Iraq before Afghanistan.

19         Q     Okay.  And how long does each tour last?

20         A     It all depended on the mission.  My first

21   tour I was only supposed to go for a month, but I

22   ended up going for six months because when I got out

23   there I was supposed to go out there and help.  I had

24   just got out of AIT, and I was supposed to help the

25   unit that I was assigned to recover and come back.

```
 1    But then when I got out there, they got extended, so
 2    I had to stay out there an additional five months.
 3         Q    Okay.
 4         A    And then on my second deployment, I did
 5    11 months; the third one, I did a year, and in
 6    Afghanistan I did six months.
 7         Q    Okay.  All right.  And before each -- and
 8    between each tour, did you have an opportunity to
 9    retire from the Army --
10         A    No.
11         Q    -- and you chose to go back?
12         A    No.
13         Q    Okay.  And did you suffer any injuries
14    while in Iraq during these first three tours?
15         A    No.
16         Q    Okay.  Now I'm going to ask you about
17    Afghanistan.  Do you recall approximately when you
18    were deployed to Afghanistan?
19         A    I believe it was shortly -- shortly after
20    Thanksgiving.  I was believe it was 2013.
21         Q    Okay.
22         A    '12 going into '13.
23         Q    Okay.  And what unit were you in when you
24    went over there?
25         A    359 Transportation Unit out of Fort
```

```
 1   Eustis, Virginia.

 2        Q     What were your duties over in

 3   Afghanistan?

 4        A     I was assistant convoy commander for a

 5   gun truck unit in Bagram, Afghanistan.

 6        Q     And did you -- you had people serving

 7   under -- soldiers serving under you?

 8        A     Yes.

 9        Q     And we have here that you experienced an

10   IED attack on March 19th, 2013; is that accurate?

11        A     Yes, sir.

12        Q     And was that the only attack you

13   experienced while in Afghanistan, or were there

14   others?

15        A     That was -- I mean, we had small arms

16   fire, but that was about it.

17        Q     Okay.

18        A     Well, no -- well, some -- on the way up,

19   another truck -- another truck in our unit had got

20   blown up on the way up to -- I mean, to the FOB that

21   we were on our way to, and my truck got blown up on

22   the way back going back to Bagram.

23        Q     Okay.  Can you describe with as much

24   detail, approximately, where you were in Afghanistan

25   when your truck got blown up?
```

```
 1          A    We were leaving -- we were leaving
 2    Kandahar, I believe, going back to Bagram, and we
 3    were coming through one of the provinces out there,
 4    and as we left the town I was the rear -- I was the
 5    rear gun truck providing security for the entire
 6    convoy, and my truck was blown up.
 7          Q    Okay.  And do you recall the town that
 8    you were traveling through?
 9          A    No, sir.
10          Q    Okay.  And were you headed towards the
11    base?
12          A    Yes.  We were heading back toward Bagram.
13          Q    And do you recall the name of the base?
14          A    That we were heading to?
15          Q    Yeah.
16          A    Bagram.
17          Q    Oh, okay, sorry.  And do you recall how
18    far out or how far away you were from it?
19          A    We were still a ways away.  I mean the
20    trip in total from start to completion usually took
21    like six hours.
22          Q    Okay.
23          A    We were probably like two hours into the
24    trip.
25          Q    Okay.
```

1       A     So we probably had like four hours left.

2       Q     Oh, okay.  And did the roads have names

3   there, or was there --

4       A     Do they have what?

5       Q     Could you identify the road you were on?

6       A     Um, I mean, I know the road that we were

7   on because we had traveled it many times, but I can't

8   -- I can't recall the actual name of the route, no.

9       Q     Okay.  I think you said it before, but

10  which base were you leaving from?

11      A     Kandahar.

12      Q     Oh, okay.  And, yeah, what type of

13  vehicle were you in?

14      A     I was in a Max Pro.

15      Q     Okay.  What's the armor like on that

16  vehicle?

17      A     Um, at the time it was probably -- it was

18  probably the best tactical vehicle that they had on

19  the ground in Afghanistan.  I mean, I can't tell you

20  the specific --

21      Q     Okay.

22      A     -- armor rating on the vehicle, but...

23      Q     Okay.  No, that's fine, yeah.  And then,

24  yeah, if you don't mind, can you -- can you walk us

25  as best as you can through the attack?

1      A      I just remember -- I just remember that

2   before we -- before we came through the village, that

3   we had to stop the convoy for probably about forty

4   minutes and wait, because I guess -- because convoys

5   come through there all the time.  So I guess the

6   convoy that came before us said that it was something

7   suspicious, like I guess like a package or something

8   like laying on the side of the road before we

9   actually went through the village.  But I just

10   remember just being in a standstill for about 40

11   minutes to an hour before the explosion and I guess

12   route clearance came out.  They said everything was

13   good.  We went through the village, and then probably

14   about two minutes after we came out of the other

15   side, my vehicle was blown up and then turned on its

16   side.

17           If I could explain the -- if I could

18   explain the explosion, I would say that -- the way

19   that it left the vehicle, it left the vehicle laying

20   on the driver's side.  So I was in the passenger

21   side, and I was suspended in the air and we didn't

22   have an open -- I didn't take my actual truck out on

23   that convoy.  I took a reserve truck out, so it was

24   an enclosed Max Pro with the automated gunner system

25   on top.  So my gunner was on the inside of the

1    vehicle.  So I wasn't exposed to the blast by being

2    on the gun in the turret on the outside of the

3    vehicle.  So that actually helped us.  But I mean

4    that's pretty much all I can remember leading up to

5    the blast.

6         Q    Okay.  And what did you do after the

7    blast occurred?

8         A    Just pretty much just -- one thing that I

9    can remember is radioing up, letting them know that

10   my truck had got hit.  And I just remember just

11   checking on all my personnel in the vehicle.  And

12   then some of my troops that were ahead of me, they

13   came back around, provided security for me and the

14   rest of my guys until we were able to get that

15   vehicle recovered and get out of the area.

16        Q    And were there any enemy combatants in

17   the area?

18        A    We didn't get -- we didn't engage in any

19   small arms fire after the attack, no.

20        Q    Okay.  I guess besides being flipped

21   over, was there any damage to the vehicle?

22        A    I mean, I can't -- I mean, I really don't

23   actually know what happened to the vehicle after the

24   attack.

25        Q    Okay.

```
 1        A    I mean, I have -- I mean, I actually have

 2   pictures of the vehicle that one of my soldiers

 3   took --

 4        Q    Oh, okay.

 5        A    -- and gave to me after the -- after the

 6   attack, but I mean I have -- some of my solider's

 7   took pictures of the truck and the blast area.  But

 8   as far as like, um, me actually physically seeing the

 9   damage of what the totality of what actually happened

10   to the vehicle afterwards, I couldn't tell you.  I

11   mean, the only thing I know is that for the most part

12   it was still intact.  I mean, it held up well --

13        Q    Okay.

14        A    -- in the explosion.  But the specifics

15   of the damage, no.

16        Q    And would it be possible at some point to

17   e-mail me copies of the pictures?

18        A    Yes.  If you just give me your e-mail, I

19   can send them.

20        Q    Okay.  Yeah, I'll send you my e-mail

21   after the deposition, and when you get a chance, if

22   you can send those to me, that would be helpful for

23   our expert.

24             Then -- and do you know -- do you know if

25   this would have been an attack by the Taliban?
```

```
 1        A     I can't say exactly who did the attack,
 2   or -- I'm not exactly sure.
 3        Q     Okay.  And did you have to give a report
 4   on the attack afterwards?
 5        A     Um --
 6        Q     In the investigation.
 7        A     Um, yeah, I did -- I did a -- I did a
 8   sworn statement on the incident.
 9        Q     Okay.
10        A     When it happened.
11        Q     Okay.  And do you know if there are
12   Taliban active in the area?
13        A     Through our intel that we got on
14   briefings, yeah, we were told that, yes, there were,
15   um, those enemies on the route, but...
16        Q     Okay.  And did anyone tell you what type
17   of bomb -- give you any details about what type of
18   bomb it was afterwards?
19        A     No.  They didn't let me know what type of
20   IED it was, actually.
21        Q     Okay.  And do you know if the bomb came
22   underground, or if it was set --
23        A     It was buried.  It was buried
24   underground.
25        Q     And can you describe the injuries you
```

1    suffered as a result of the bomb?

2         A    I had a laceration to my face from my

3    Kevlar, slamming into the bridge of my nose, a

4    deviated septum, and I had two deteriorated discs in

5    my back, and a laceration on my leg, and a traumatic

6    brain injury.

7         Q    And are you still feeling the effects of

8    the back injury and the other injuries?

9         A    Yes.  I just have just a scar on my face

10   and my legs still, but no real -- no real lasting

11   injuries from that.  It's just my migraines have got

12   worse, and just the back injury that's persistent

13   that still ails me till this day.

14        Q    Do you have to take any medications for

15   your back or migraines?

16        A    They had me on Percocets and just going

17   to physical therapy, just different therapies, TENS

18   unit, things of that nature.

19        Q    And are you being treated at the VA?

20        A    Yes, sir.

21        Q    And can you describe what the traumatic

22   brain injury is like and how that affects you?

23        A    Just my mood swings.  Light sensitivity

24   triggers my migraines and makes them worse than what

25   they were before the incident, and just -- just

```
 1    pretty much my overall mood with the depression and
 2    stuff like that, but...
 3          Q     How often do the migraines occur?
 4          A     I get at least two migraines a week.
 5          Q     Okay.  And how long do they last for?
 6          A     It all depends.  If I can get them early,
 7    because that's usually when they tend to like occur
 8    the most like when I wake up.  Like I'll have this
 9    pain behind my left eye all the time, but like if I
10    could get up and take my medicine before they
11    actually get bad, I could probably get past it within
12    two hours, but if I get it in the middle of the day,
13    it could be up to four hours if it even goes away
14    until the next day.
15          Q     Okay.  And do you have more -- so that's
16    more frequent than migraines you had before the
17    attack?
18          A     Yes, sir.
19          Q     Okay.  Have you suffered any memory loss
20    or anything of that nature?
21          A     Yes, sir.
22          Q     Okay.
23          A     They had --
24          Q     Sorry.
25          A     They had -- well, they had -- I was going
```

```
 1   to speech pathology for my memory loss and for --
 2   they were saying that sometimes that my memories are
 3   fogged, and I have to like take time before I
 4   actually speak, so I was going to speech pathology
 5   for that as well.
 6        Q    If you don't mind, can you tell me -- and
 7   you've been diagnosed with PTSD as well?
 8        A    Yes.
 9        Q    And can you tell me how that's affected
10   your life?
11        A    It's just affected my life socially as
12   far as my anger -- my anger, just mood swings, not
13   being able to be social.  It's changed my way of
14   living as far as not being able to be employable to
15   go out and work because of just my mood and anger
16   issues.
17        Q    Have you qualified for disability?
18        A    I'm currently on disability.
19        Q    Okay, good.  You have.
20             And before the attack, were there things
21   you did before the attack that you can't do now, like
22   athletics, socializing?
23        A    I was very active as far as like playing
24   sports for -- playing sports for like the company as
25   far as like -- say basketball or football for the
```

1   company that I was in the Army, or going to social

2   events, things of that nature, coaching youth sports,

3   but I haven't done any of that since -- since

4   probably 2012.

5        Q     All right.  And, are you currently

6   married?

7        A     No.  I got a divorce when I got back from

8   Afghanistan.

9        Q     And do you think that divorce was related

10  to that attack?

11       A     No.  I mean, it may have had like some

12  stuff on top of it, but it wasn't the main -- it

13  wasn't the main reason I got a divorce, no.

14       Q     All right.  And do you have any children?

15       A     Two children, two kids, yes.

16       Q     And have your injuries from that attack

17  affected your relationship with your children?

18       A     Just from the standpoint of not being as

19  sociable and being able to do the things that I used

20  to do, like get out with them and go to like huge

21  events or what not.

22       Q     Okay.  And what are the ages and sex of

23  your children?

24       A     My son is 13 and my daughter will be 10

25  on the 31st of this month.

1      Q     Okay.  And let's see.  And did you

2   receive any combat awards as a result of the attack

3   or from any of your service in the military?

4      A     I had a combat action award on a previous

5   deployment, and they were trying to get me one on

6   this deployment -- well, on the deployment to

7   Afghanistan, but I wasn't -- I didn't qualify for it

8   because I already had the award previously, and I

9   received a Purple Heart.

10      Q     Okay.  Those are all the questions I

11   have.  And before I stop recording, is there anything

12   that you want to say about the attack or the effects

13   of the attack that I didn't ask about or that you

14   want to mention?

15      A     No, sir.

16      Q     Okay.

17           MR. TRAVERS:  I'm going to end the

18   deposition and stop recording and then I can just

19   speak with you for a couple minutes afterwards, after

20   I stop.

21           THE WITNESS:  Okay.

22           (Whereupon, the deposition of

23           JOSEPH JAMES, III was concluded.)

24

25

```
1                  DISTRICT OF COLUMBIA AT LARGE:

2

3          I, Leslie A. Todd, Notary Public in

4    and for the District of Columbia, do hereby certify

5    that the foregoing videotaped deposition was provided

6    to me by counsel for the Plaintiff in this matter.

7          I do further certify that the deposition was

8    transcribed by me and is, to the best of my knowledge

9    and ability, an accurate and correct record of the

10   deposition.

11         I hereby certify that I am neither an

12   attorney for any party, nor am I related to any party

13   connected with this action, nor am I financially

14   interested in this action.

15         Given under my hand and seal this 2nd day

16   of June 2021.

17

18

19

20                                    Leslie Todd
21                              _____
                                Leslie Todd, Notary Public
22                              District of Columbia

23                              My Commission Expires:
                                February 29, 2024
24

25
```

# Exhibit 16

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL BOTTORFF, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 18-3122 (CKK) |
| v. ) | |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN** ) | |
| ) | |
| **Defendants.** ) | |
| ———————————————————————) | |

## <u>DECLARATION OF RANDALL BURNS</u>

I, Randall Burns, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

1.      I am over the age of 18. I am a United State Citizen and resident of Texas.

2.       On January 4, 2016 I was in Kabul, Afghanistan working as a United States embassy security manager. I was located in a secured civilian hotel next to United States Camp Sullivan. On this evening my personnel and I were in a security meeting with our project manager. We were located in a training room on the second floor of one of the hotels buildings closest to Camp Sullivan. As the meeting began, an explosion of a VBIED (vehicle-borne improvised explosive device) detonated at the entrance of Camp Sullivan.

3.      I felt a heavy concussion force me against a wall and then forced me to the ground. The room went dark and filled with dirt. I felt a stinging pain on my face, arms and hands. My vision was zero and all I heard was muffled ringing. The lights quickly came back on, but the room was filled with dust. I could hear muffled cries for help. I was very dizzy but was able to stand and start to put together what had just happened.

4.      I knew we had just been attacked and my first concern was a secondary attack, as is the Taliban, ISIS and Al-Qaeda's mode of operation.  Before I could make sure our perimeter had not been breached, I had to triage and apply whatever emergency medical care I could.  As the room slowly cleared, I had gathered several of the less injured to assist the more seriously injured.  We had various injuries from severe shrapnel cuts to open head wounds.

5.      Once our injuries had been assessed and temporarily patched we gathered our weapons to search and secure our location.  Many of my team members and I were certified in Tactical Combat Casualty Care.  We knew we were not going to be able to receive outside medical attention for up to a week.  The company we were contracting with was able to secure a local Afghan "doctor" to assess our injuries and prescribe any medications necessary.  My injuries were shrapnel in my hands and arms, in my right eye, severe headaches, vertigo, hearing loss and constant ringing in my ears.  I was soon sent back to the United States (home) for further medical care.

6.      Several different specialist assessed my injuries as follows:

     a.  Traumatic Brain Injury
     b.  Vertigo
     c.  Post-blast Cataract and shrapnel in Right Eye
     d.  PTSD

7.      As a result of the shrapnel and cataract in my right eye I had to have 2 surgeries.  I have permanent loss of eyesight in my right eye.  As a result of the traumatic brain injury and vertigo I endured two and a half years of physical therapy. I suffer from memory loss.  I peaked in improvement with still having to suffer severe vertigo, with having learned how to better handle it.  As a result of the hearing issue I have constant tinnitus in both ears and a loss of hearing.  As a result of the prognosis of PTSD I stay home all of the time.  When I was going

into public any loud noise would startle me.  I would always be in a hyper state of awareness for

any danger.  I am hypertensive, easily startled and always worrying.  I had to be placed on heart

and blood pressure medicine.  I cannot hold a job due to my medical conditions.  I have lost

contact with most of my family and all of my friends.

I declare, under penalty of perjury, that the foregoing is true and correct.

Signed this ___07___ day of ___May___, 2021.

DocuSigned by:

*Randall Burns*

6D029D90DE3349D...

Randall Burns
