UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL BOTTORFF, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v.    ) <br> ) <br> **ISLAMIC REPUBLIC OF IRAN** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 18-3122 (CKK) |

**[PROPOSED] ORDER**

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1608(e), and based on Plaintiffs' written submissions, deposition and declaration, it is hereby ORDERED that judgment be entered for Plaintiffs Chase Cullen, Robert Reuter, Shane Smith, Bobby Wilson Jr., Nicholas McCoy, Michael Fissler, Dylan Hibbert, Nicholas McCarty, Jason Harrison, Shaun Cook, Frida Catherine Nichol, Joseph James III, Randall Burns, Douglas Fargo, Young Moon, and Ki Moon and against Defendant the Islamic Republic of Iran as to liability. Plaintiffs shall hereby submit a status report to the Court, within fourteen (14) days of the entry of this Order, containing at least one suggestion for the appointment of an eligible special master to receive Plaintiffs' damages evidence and issue a recommendation to the Court on damages issues It is SO ORDERED on this ___ day of _____, 2021.

_____

Judge, United States District Court

1