UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL BOTTORFF, et al.,** )<br>)<br>**Plaintiffs,** )<br>) <br>v. )<br>)<br>**ISLAMIC REPUBLIC OF IRAN** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 18-3122 (CKK) |

## NOTICE OF DEATH OF ATTORNEY MICHAEL J. MILLER

Please be advised that Michael J. Miller, the lead counsel on this matter, passed away on November 24, 2021.  David J. Dickens of the Miller Firm, LLC will be substituting in as lead attorney.

    Respectfully submitted,

    /s/ David J. Dickens
    David J. Dickens, Esq.
    Bar No. 1003499
    Jeffrey A. Travers (pro hac vice).
    The Miller Firm LLC
    108 Railroad Avenue
    Orange, VA 22960
    Tel: (540) 672-4224
    Attorney for Plaintiffs