**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DANIEL BOTTORFF, et al.,**           ) | |
|                   ) | |
|        **Plaintiffs,**       ) | |
|                   ) | Civil Action No. 18-3122 (CKK) |
|   v.                 ) | |
|                   ) | |
| **ISLAMIC REPUBLIC OF IRAN**    ) | |
|                   ) | |
|        **Defendants.**     ) | |

**PLAINTIFFS' SUPPLEMENTAL MOTION FOR DEFAULT JUDGMENT ON
BEHALF OF PLAINTIFF STEVEN JULIANA**

Plaintiff, Steven Juliana, comes before this Court seeking a finding of liability, appointment of a special master to determine damages, and the entry of default judgment against the Islamic Republic of Iran ("Iran"), and in support thereof state as follows:

Plaintiff Steven Juliana, who was injured by an EFP attack in Iraq, herein incorporates the procedural history, statement of facts, request for judicial notice, and legal arguments from the Motion for Default Judgment filed in this matter on July 12, 2021.

Plaintiff Steven Juliana served in the U.S. Army for 21 years, enlisting after his high school graduation in 1988 and serving until a medical retirement in 2009.   Exhibit A, Juliana Dep. at 3. In 2006, on his third tour to Iraq, Juliana was a combat engineer with the 16th Engineers. His primary mission at the time was the clearing of roadside bombs. *Id.* at 4. In April of 2006, Juliana was in the lead vehicle of a three-vehicle convoy with the mission of clearing IEDs when suddenly a blast occurred under his Humvee. In the words of Juliana, the explosion "blew it almost in half, from what I remembered." *Id* at 5. As result of the blast, he became comatose and was medivacked

to Landstuhl Army Hospital in Germany where he was hospitalized for several months. *Id*. at 5.   From there, Juliana was transported to the Wounded Warriors unit at Fort Hood, Texas. *Id*. at 6. The blast under his Humvee was so severe that Juliana was the only one of four in the vehicle that survived. *Id*. at 7.   When Juliana awoke from coma in Germany he had to deal with a broken back, several broken ribs on his right side along with injuries to his right arm and his lungs. *Id* at 10. Juliana experienced bleeding on the brain from the impact leading to a traumatic brain injury. *Id*. at 12.

Due to the date, region, and severity of the blast—which split in half an up-armored HMMWV and killed three of the passengers—Plaintiff's' expert opines that this attack was more likely than not caused by an EFP. Exhibit B, Supplemental Report of Ryan Thompson.

WHEREFORE, Plaintiff requestd that the Court issue an Order GRANTING his Motion for Default Judgment against Iran as to liability and directing Plaintiffs to submit a Status Report within fourteen (14) days containing at least one recommendation for a qualified individual to serve as a special master for the hearing of evidence as to damages.

Dated: July 18, 2022                              Respectfully submitted,


/s/ David J. Dickens_____
David J. Dickens, Esq.
Bar No. 1003499
Jeffrey A. Travers (pro hac vice).
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224

Peter A. Miller (*pro hac vice*)
Miller DellaFera, PLC
3420 Pump Rd PMB404
Henrico, VA 23233

**Attorney for Plaintiffs**