UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON HARRISON, *et al.*,<br>　　Plaintiffs,<br>　v.<br>ISLAMIC REPUBLIC OF IRAN,<br>　　Defendant. | Civil Action No. 18-3122 (CKK) |

**ORDER**
(July 19, 2022)

In light of Plaintiffs' [32] Notice of Voluntary Dismissal Without Prejudice as to Certain Plaintiffs Only, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is, this 19th day of July, 2022, hereby

**ORDERED**, that that the following Plaintiffs' cases are **DISMISSED WITHOUT PREJUDICE**

- Daniel Bottorff
- David Butler
- Michael Copely
- John Derhart
- Thomas Edwards
- Tyler Esselman
- Obiama Eze
- Jonathan Ferrer
- Bernard Grosswiler
- James Henry
- Robert Howard

- Michael Hunsucker
- Darrell Inmon
- Anthony Lynn
- Ernest Moore
- Ryan Ninedorf
- Timothy Pawloski
- Carlos Quarry
- William Renfroe
- Javiel Rivera
- Randall Sandlin
- Jonathan Thompson
- Jason Villarreal
- Michael Yost
- James Francis Costello, Jr., individually and on behalf of the Estate of James Francis Costello, III
- Ronnie Raley
- Leo McKeon
- David Cohick
- Christopher Mitchell
- Edward Ruvalcaba
- Tracy Rivers
- Sean Smtih
- Ronald Poslusny

- Paul Craig

- Gilbert Amies

- Nataya Battles, individually and on behalf of the Estate of Michael Battles

- Joseph Sykes

- David Diaz

- Robert Fragale

- Ryan Bowman

- Jonathan Sparks

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge