UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL FISSLER, et al.,** )<br>)<br>**Plaintiffs,** )<br>) <br>v. )<br>)<br>**ISLAMIC REPUBLIC OF IRAN** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 18-3122 (CKK) |

**RESPONSE TO THE COURT'S MINUTE ORDER DATED APRIL 2, 2024**

The Court has directed the Plaintiffs to file supplemental briefing regarding how the conclusions of the Court of Appeals for the D.C. Circuit in *Borochov v. Islamic Republic of Iran*, 94 F.4th 1053 (D.C. Cir. 2024), *rehearing en banc denied*, No. 24-7058, 24 WL 1809236 (D.C. Cir. Apr. 25, 2024), affect the Court's subject matter jurisdiction in this case. What is relevant here is that in *Borochov* the Court of Appeals found, *inter alia*, that the exceptions codified in 28 U.S.C. §1605A(a)(1) require a completed act of extrajudicial killing to confer jurisdiction under Section 1605A. *Borochov* at 1060-1061. Consequently, a failed attempt to commit an act of extrajudicial killing is insufficient to confer jurisdiction under the statute. *Id.* at 1061. This case involves seventeen Plaintiffs, who were members of the United States armed forces or employees of the Government of the United States, who were injured or killed as the result of attacks in Iraq and Afghanistan employing explosively formed penetrators and improvised rocket-assisted mortars. These attacks were carried out by paramilitary groups equipped and trained by Iran. Considering the ruling in Borochov, it is necessary to determine which of these attacks involved an extrajudicial killing as

1

contemplated by the Court of Appeals.

On September 26, 2022 this Court issued its [39] Order granting [29] Motion for Default Judgment, [37] Supplemental Motion Default Judgment, and [43] Motion for Clarification and Entry of Default Judgment (*nunc pro tunc*, September 26, 2022) in favor of all remaining Plaintiffs and against the Islamic Republic of Iran. The Court directed Plaintiffs to file a motion to appoint a special master on or before October 21, 2022. Plaintiffs' [41] Motion for Appointment of a Special Master was filed on October 20, 2022. A special master has not been appointed as of the date of this response.

Considering the decision in *Borochov,* it is clear this Court retains subject matter jurisdiction over the claims of seven of the Plaintiffs in this case whose claims relate to attacks where an extrajudicial killing occurred; Chase Cullen, Douglas Fargo, Young Moon, Frieda Nicole, Randall Burns, Jonathan Schmidt, and Steven Juliana. These claims are unaffected by the D.C. Circuit's ruling. As set forth above, this Court found the Defendant liable for all these claims in September 2022, including the claims of the remaining ten Plaintiffs; Shane Smith, Robert Reuter, Nicholas McCoy, Shaun Cook, Joseph James, Bobby Wilson, Jr., Michael Fissler, Dylan Hibbert, Jason Harrison, and Nicholas McCarty. These ten claims may be affected as the military and other records accumulated and provided to the Court, do not clearly reflect deaths of other service members or others at the time of these attacks. Prior to the *Borochov* decision it was unnecessary to determine if an extrajudicial killing occurred in the attacks where these Plaintiffs suffered their injuries. *See, e.g., Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12, 58 (D.D.C. 2019). Accordingly, following the *Borochov* decision, Plaintiff's counsel has been making additional inquiries into each of the attacks in question and will provide evidence of extrajudicial killing in cases where such evidence exists.

Plaintiff's respectfully request that the Court hold in abeyance any further ruling on

these ten cases until Plaintiffs have an opportunity to further investigate the circumstances of each of the attacks in question and provide any additional information to the Court.

Plaintiffs request that they be permitted 90 days to conduct additional inquiries and research related to the attacks after which Plaintiffs will file a brief with the Court detailing their findings and how the conclusions of the Court of Appeals affects each of these cases in light of those findings.

Dated: June 26, 2024                                   Respectfully submitted,

/s/ Robert Keith Morgan
Robert Keith Morgan
D.C. Bar No. 980454
David J. Dickens
D.C. Bar No. 1003499
Jeffrey A Travers (*pro hac vice*)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
kmorgan@millerfirmllc.com
(540) 672-4224

Peter A. Miller (*pro hac vice*)
Miller DellaFera, PLC
3420 Pump Rd PMB404
Henrico, VA 23233

**Attorneys for Plaintiffs**

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 26th day of June 2024.

/s/ Robert Keith Morgan
Robert Keith Morgan

3