UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL FISSLER, et al.,**    )<br>                                                       )<br>           **Plaintiffs,**               )<br>                                                       )<br>    v.                                               )<br>                                                       )<br>**ISLAMIC REPUBLIC OF IRAN**  )<br>                                                       )<br>           **Defendants.**             )<br>                                                       ) | Civil Action No. 18-3122 (CKK) |

**SUPPLEMENTAL STATUS REPORT IN RESPONSE TO THE COURT'S
MINUTE ORDER DATED JUNE 28, 2024**

On April 2, 2024, the Court directed the Plaintiffs to file a status report/brief regarding how the conclusions of the Court of Appeals for the D.C. Circuit in *Borochov v. Islamic Republic of Iran*, 94 F.4th 1053 (D.C. Cir. 2024) (holding that a completed extrajudicial killing is a jurisdictional requirement under 28 U.S.C. §1605A), affect the Court's subject matter jurisdiction in this case. In their response dated June 26, 2024 (ECF No. 45), the Plaintiffs identified ten of the seventeen claims remaining, for which default judgment as to liability was granted on September 26, 2022 (ECF No. 39, ECF No. 44), as those that may be affected by the *Borochov* decision. The Court permitted Plaintiffs an additional ninety days to investigate whether an extrajudicial killing occurred in any of those ten attacks and ordered Plaintiffs to file their status report/briefing by September 24, 2024.

Pursuant to the Court's order, Plaintiffs' counsel continued to conduct additional research and inquiries into the attacks where Plaintiffs suffered injuries. In Plaintiffs' Status Report, filed September 24, 2024 (ECF No. 46), the Court was advised that despite those efforts, no evidence of completed extrajudicial killings in any of the ten attacks had been identified.

1

On September 30, 2024, the Court issued its Order Appointing Shana Solomon as Special Master to take evidence and file reports and recommendations regarding damages for the following Plaintiffs: Chase Cullen, Douglas Fargo, Young Moon, Frieda Catherine Nicole, Randall Burns, Jonathan Schmidt, and Steven Juliana (ECF No. 47). Subsequent to the issuance of the Court's Order, Plaintiffs' counsel discovered that the claim of Jason Harrison had been omitted from the Plaintiffs' September 24, 2024 Status Report and that additional information had been discovered which indicated that a judicial killing had occurred in the attack in which he was injured. This information included the medical records of Jason Harrison, the Defense Casualty Analysis System, the obituary of the soldier killed in the attack, and the sworn statement of Jason Harrison, which is attached hereto as an exhibit. Plaintiffs' respectfully move the Court to permit the addition of the claim of Jason Harrison to those for which Special Master Solomon has been directed by the Court to take evidence and file reports and recommendations regarding damages.

Dated: October 14, 2024                        Respectfully submitted,

/s/ Robert Keith Morgan
Robert Keith Morgan
D.C. Bar No. 980454
David J. Dickens
D.C. Bar No. 1003499
Jeffrey A Travers (*pro hac vice*)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
kmorgan@millerfirmllc.com
(540) 672-4224

Peter A. Miller (*pro hac vice*)
Miller DellaFera, PLC
3420 Pump Rd PMB404
Henrico, VA 23233

**Attorneys for Plaintiffs**